**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____      Chapter     **7**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Oxford Street Education, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  The Croft School** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2339648** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **21 Fox Hill Road** **Wellesley Hills, MA 02481** Number, Street, City, State & ZIP Code | **P.O. Box 301088** **Jamaica Plain, MA 02130** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Norfolk** County | **Location of principal assets, if different from principal place of business** **3815 Washington Street Boston, MA 02131** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.thecroftschool.org/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Oxford Street Education, LLC**  Case number (*if known*) _____
　　Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　__6111__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Oxford Street Education, LLC**                                  Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Oxford Street Education, LLC**                                    Case number (*if known*)
          Name

| **Request for Relief, Declaration, and Signatures** |
|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  5, 2026**
               MM / DD / YYYY

**X** **/s/ Rishi Shukla**                                        **Rishi Shukla**
Signature of authorized representative of debtor                 Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ John T. Morrier**                              Date    **June  5, 2026**
Signature of attorney for debtor                                   MM / DD / YYYY

**John T. Morrier 628624**
Printed name

**Casner & Edwards, LLP**
Firm name

**303 Congress Street**
**Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone    **617-426-5900**          Email address    **morrier@casneredwards.com**

**628624 MA**
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the

DISTRICT OF MASSACHUSETTS

Case number *(if known)*                                          Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 5, 2026**
MM / DD / YYYY

X _____                    **Rishi Shukla**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**    X _____        Date  **June 5, 2026**
Signature of attorney for debtor                          MM / DD / YYYY

John T. Morrier 628624
Printed name

**Casner & Edwards, LLP**
Firm name

**303 Congress Street**
**Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone    **617-426-5900**      Email address    **morrier@casneredwards.com**

**628624 MA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Oxford Street Education, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  5, 2026**          X **/s/ Rishi Shukla**
                                          Signature of individual signing on behalf of debtor

                                          **Rishi Shukla**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Oxford Street Education, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................................. $ **602,077.02**

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................................. $ **602,077.02**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **859,364.44**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **5,110,462.07**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **6,268,393.68**

4. **Total liabilities** ...................................................................................................................
Lines 2 + 3a + 3b

$ **12,238,220.19**

**Fill in this information to identify the case:**

Debtor name    **Oxford Street Education, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Leader Bank account** | **Business Checking** | **4661** | **$20,865.10** |
| 3.2. | **JP Morgan Chase Bank account (negative balance -$1,586.48)** | **Business Checking** | **5517** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$20,865.10** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security deposits-see attached list** | **$278,526.11** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Oxford Street Education, LLC**                    Case number *(If known)* _____
Name

Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                        | $278,526.11 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less: _____**2,685.81**_____ - _____**0.00**_____ = .... | **$2,685.81** |
                          face amount                  doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                       | $2,685.81 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Classroom and office furniture, fixtures, equipment and supplies, including computers and electronics** **at Jamaica Plain and Providence locations** | **$0.00** | | **Unknown** |

Debtor   **Oxford Street Education, LLC**                Case number *(If known)* _____
_____
       Name

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                          | **$0.00** |
      Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Part 8:      **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No. Go to Part 9.
      ☐ Yes Fill in the information below.

Part 9:      **Real property**

54. **Does the debtor own or lease any real property?**

      ☐ No. Go to Part 10.
      ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **3815 Washington St., Boston, MA 02130 (Jamaica Plain Campus)** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.2. **1525 Washington St., Boston, MA 02118 (South End Campus)** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.3. **1310 Washington St., Boston, MA 02118 (South End Campus)** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.4. **179 Wayland Ave., Providence, RI 02906 (Providence Campus)** | **Leasehold Interest** | **Unknown** | | **Unknown** |

Debtor   **Oxford Street Education, LLC**                Case number *(If known)* _____
         Name

| 55.5. | **144 Wayland Ave., Providence, RI 02906 (Providence Campus)** | **Leasehold Interest** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| 55.6. | **144 Medway St., Providence, RI 02906 (Providence Campus)** | **Leasehold Interest** | **Unknown** | **Unknown** |

56. **Total of Part 9.**                                                    **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Unused net operating loss**                Tax year _____        **$300,000.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Claims against Scott Given, unliquidated**                            **$0.00**
Nature of claim _____
Amount requested _____ **$0.00**

Debtor   **Oxford Street Education, LLC**                                Case number *(If known)* _____
      Name

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.     **Total of Part 11.**                                                         | **$300,000.00** |

      Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor     **Oxford Street Education, LLC**                     Case number *(If known)* _____
                          Name

Part 12:     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,865.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $278,526.11 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,685.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $602,077.02 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                    $602,077.02

| School Location Address | Security Deposit | Contact Name | Contact Email | Company Name |
|---|---|---|---|---|
| 3815 Washington St, Boston, MA | $42,700 | Kevin Walker | kevin@wci-corp.com | WCI |
| 1525 Washington St, Jamaica Plain, MA | $66,559.36 | Tom Geraghty | thomasgeraghty2@gmail.com | Geraghty Associates |
| 1310 Washington St, Boston, MA | $25,000.00 | James McGrath | jmcgrath@stonegatellc.com | Stonegate |
| 179 Wayland Ave, Providence, RI | $59,200.00 | Annabelle Figueroa | Afigueroa@capstone-properties.com | Capstone Properties |
| 144 Medway St, Providence, RI | $5,000 | David Golden | riesq@icloud.com | Independent Owner |
| 144 Wayland Ave, Providence, RI | $30,066.75 | Chris Bilotti | cbilotti@thebilottigroup.com | Bilotti Group |
| 21 Notre Dame Avenue, Cambridge, MA | $50,000.00 | | | Reservoir Church |
| Total | $278,526.11 | | | |

**Fill in this information to identify the case:**

Debtor name   **Oxford Street Education, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **C T Corporation System, as Representativ**
Creditor's Name

**330 N Brand Blvd, Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3560**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC Lien-MA**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Amount of claim: **Unknown**    Value of collateral: **$0.00**

---

**2.2** **C T Corporation System, as Representativ**
Creditor's Name

**330 N Brand Blvd, Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC Lien-MA**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **Unknown**    Value of collateral: **$0.00**

Debtor **Oxford Street Education, LLC**                    Case number (if known) _____
_____
Name

**Last 4 digits of account number**
**4100**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Camber Road Partners, Inc.** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3601 Minnesota Drive; Suite 670 Minneapolis, MN 55435**
Creditor's mailing address

**Lease equipment**

**Describe the lien**
**UCC Lien-MA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0270**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Channel Partners Capital, LLC** | Describe debtor's property that is subject to a lien | $36,944.44 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10900 Wayzata Blvd Suite 300 Minnetonka, MN 55305**
Creditor's mailing address

**Future account receivables**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **Corporation Service Company, as Represen** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Debtor **Oxford Street Education, LLC**                      Case number (if known) _____
        _____
        Name

Creditor's Name

**P.O. BOX 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC Lien-DE**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1018**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Corporation Service Company, as Represen**<br>Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

**P.O. BOX 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC Lien-DE**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7699**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **First Corporate Solutions, as Representa**<br>Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

**914 S Street**
**Sacramento, CA 95811**
Creditor's mailing address

**Describe the lien**
**UCC Lien-DE**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6

Debtor  **Oxford Street Education, LLC**                Case number (if known) _____
       Name

**2826**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| | | | Unknown | $0.00 |
|---|---|---|---|---|

2.8 **Friends of JP Education, Inc.**
Creditor's Name

**Attn Jake Walker**
**260 Franklin Street, Suite 1860**
**Boston, MA 02110**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1295**

**Describe debtor's property that is subject to a lien**
**Properties at Jamaica Plain**

**Describe the lien**
**UCC Lien-DE**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| | | | Unknown | $0.00 |
|---|---|---|---|---|

2.9 **Friends of JP Education, Inc.**
Creditor's Name

**Attn Jake Walker**
**260 Franklin Street, Suite 1860**
**Boston, MA 02110**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9764**

**Describe debtor's property that is subject to a lien**
**Properties at Jamaica Plain**

**Describe the lien**
**UCC Lien-DE**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| | | | $822,420.00 | $0.00 |
|---|---|---|---|---|

2.10 **Meged Funding Group**  **Describe debtor's property that is subject to a lien**

---

Debtor   **Oxford Street Education, LLC**                          Case number (if known) _____
          Name

Creditor's Name

**108 W 39th Street
Suite 1006 #2171
New York, NY 10018**

Creditor's mailing address

**Loan**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.11 | **Paul Crockett** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|------|-------------------|---------------------------------------------------------|-------------|-----------|

Creditor's Name

**109 Whitcomb Ave
Jamaica Plain, MA 02130**

Creditor's mailing address

**Describe the lien**
**UCC Lien-DE**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5231**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.12 | **Walker Family Revocable Trust** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|------|-----------------------------------|---------------------------------------------------------|-------------|-----------|

Creditor's Name

**37 Beryl St
Roslindale, MA 02131**

Creditor's mailing address

**Describe the lien**
**UCC Lien-DE**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor   **Oxford Street Education, LLC**                                    Case number (if known) _____
         _____
         Name

**1365**
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

_____

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$859,364.44**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher Condon** **Bowditch & Dewey LLP** **75 Federal Street** **Boston, MA 02110** | Line __2.8__ | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Oxford Street Education, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Department of Unemployment Assistance**<br>**Chief Counsel, Legal Department**<br>**19 Staniford Street 1st Floor**<br>**Boston, MA 02114-2502** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Employees** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56,971.23** | **$56,971.23** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**June 1 to June 5 2026 payroll; See attachment to Schedule E** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Oxford Street Education, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Massachusetts Department of Revenue**
**Bankruptcy Unit**
**P.O. Box 7090**
**Boston, MA 02204-7090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**RI Department of Labor & Training**
**Employer Tax Unit**
**1511 Pontiac Avenue**
**Cranston, RI 02920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**State of Rhode Island**
**Division of Taxation**
**Compliance & Collections Section**
**- Bankr**
**One Capitol Hill**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Oxford Street Education, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Students' prepayments** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,053,490.84 | $5,053,490.84 |

| Date or dates debt was incurred | Basis for the claim:<br>**Deposits, summer camp payments and tuition prepayments; See attachment to Schedule E** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1421 Washington Associates LLC**<br>**c/o Mark Epker**<br>**Vantage Real Estate LLC**<br>**601 High Street, Suite 204**<br>**Dedham, MA 02026**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AAFCPAs, Inc**<br>**P.O Box 375**<br>**Brattelboro, VT 05302**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Business debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$14,725.62** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**All Security CO. LLC**<br>**771 Kempton St.**<br>**New Bedford, MA 02740**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Business debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,050.00** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**All-in Accounting Solutions, LLC**<br>**10964 Lin Valle Dr, Ste A**<br>**St. Louis, MO 63123**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Accounting**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,740.75** |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**American Alarm**<br>**PO Box 1082**<br>**Worcester, MA 01613-1082**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Business debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$755.70** |

Debtor  __Oxford Street Education, LLC__                              Case number (if known) _____
         Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,368.00 |
|---|---|---|---|

**Anderson Landscape Construction, Inc.**
**PO Box 930 MA**
**6 Beverly Drive**
**Sterling, MA 01564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Andrew & Gina Marsh**
**38 Linnet St**
**West Roxbury, MA 02132-2973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $580.00 |
|---|---|---|---|

**Arthur Kallon**
**17 Rector Road**
**Mattapan, MA 02126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631.00 |
|---|---|---|---|

**ATCO Plumbing & Mechanical**
**93 Weaver St**
**Fall River, MA 02720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |
|---|---|---|---|

**BCHEX**
**9713 Northcross Center Ct Suite 201 Hunt**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268,750.00 |
|---|---|---|---|

**Beisy Navarro**
**75 Highland Street, #1**
**Boston, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,000.00 |
|---|---|---|---|

**BMP Music Program**
**PO Box 180772**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Oxford Street Education, LLC**                                      Case number (if known) _____
      Name

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,086.00** |
|---|---|---|---|

**Bowerman Construction**
**One Richmond Square Suite 220E**
**Providence, RI 02906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,250.00** |
|---|---|---|---|

**Brian Kennedy**
**103 PHIPPS ST**
**QUIN, CY 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,233.48** |
|---|---|---|---|

**Brookline Lock Company**
**33 Harvard Street**
**Brookline, MA 02445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143,275.47** |
|---|---|---|---|

**Camber Road**
**4999 France Avenue S, Suite #216**
**Minneapolis, MN 55410**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,436.09** |
|---|---|---|---|

**CB20**
**268 Broadway, Suite 101**
**Saratoga Springs, NY 12866**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,550.00** |
|---|---|---|---|

**Checkmate Academy**
**4 Bartel Court**
**Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |
|---|---|---|---|

**City of Boston**
**1010 Massachusetts Avenue, 4th Floor**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Oxford Street Education, LLC**
Name                                             Case number (if known) _____

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$620.00** |

**ColColor Services, LLC**
**1421 Chalkstone Ave**
**Providence, RI 02909-3935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$161.09** |

**Comast Corporation**
**Attn: Legal Department**
**1701 John F. Kennedy Boulevard**
**Philadelphia, PA 19103-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet**

Last 4 digits of account number **1099**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$259.64** |

**Comast Corporation**
**Attn: Legal Department**
**1701 John F. Kennedy Boulevard**
**Philadelphia, PA 19103-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet**

Last 4 digits of account number **4823**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$329.60** |

**Comast Corporation**
**Attn: Legal Department**
**1701 John F. Kennedy Boulevard**
**Philadelphia, PA 19103-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet**

Last 4 digits of account number **1196**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,520.00** |

**D&D Electric**
**10 Everberg Road**
**Woburn, MA 01801-1019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |

**Daniel & Sonja Solomon**
**70 Westchester Road**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400,000.00** |

**Daniel Rios & Geetha Mylvaganam**
**1 Worcester Square, Apt 1**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Oxford Street Education, LLC**                     Case number (if known) _____
_____
Name

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Delaware Secretary of State**
**Division of Corporations**
**PO Box 898**
**Dover, DE 19903**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Annual LLC franchise tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Devesh Tiwari**
**224 Florence St, Unit 2**
**Boston, MA 02131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Bond Promissory Note(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Elevation Capital Holdings LLC**
**Attn Josh Langsam**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Bond Promissory Note(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$111.64** |
|---|---|---|---|

**Eversource**
**Attn: Legal / Bankruptcy Notices**
**247 Station Drive**
**Westwood, MA 02090**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,730.01** |
|---|---|---|---|

**Eversource**
**Attn: Legal / Bankruptcy Notices**
**247 Station Drive**
**Westwood, MA 02090**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,903.71** |
|---|---|---|---|

**Eversource**
**Attn: Legal / Bankruptcy Notices**
**247 Station Drive**
**Westwood, MA 02090**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,765.02** |
|---|---|---|---|

**Eversource**
**Attn: Legal / Bankruptcy Notices**
**247 Station Drive**
**Westwood, MA 02090**

**Date(s) debt was incurred** _

**Last 4 digits of account number  9661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Oxford Street Education, LLC**                                   Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,000.00** |

**3.34**

**Nonpriority creditor's name and mailing address**
**Fabio Figueiredo**
**16 Johnson Street Apt 1**
**Pawtucket, RI 02860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,000.00**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**FACTS**
**P.O. Box 82527**
**Lincoln, NE 68501-2527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Refunded payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$172,577.00**

---

**3.36**

**Nonpriority creditor's name and mailing address**
**First Student**
**22157 Network Place**
**Chicago, IL 60673-1221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,241.00**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**First Student**
**22157 Network Place**
**Chicago, IL 60673-1221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$567.50**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**First Student**
**22157 Network Place**
**Chicago, IL 60673-1221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$430.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**GEM Plumbing & Heating Services**
**1 Wellington Road**
**Lincoln, RI 02865**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$537.81**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**George Schultz**
**53 Dwight Street, Unit 1**
**Boston, MA 02118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bond Promissory Note(s)**

Is the claim subject to offset? ■ No  ☐ Yes

**$300,000.00**

---

| Debtor | **Oxford Street Education, LLC** | Case number (if known) | |
|---|---|---|---|
| | <u>Name</u> | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.31**

**Gopher Sports**
**PO Box 1450**
**Minneapolis, MN 55485-5634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,366.35**

**Great Minds**
**PO Box 200283**
**Pittsburgh, PA 15251-0283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,798.98**

**Great Minds**
**PO Box 200283**
**Pittsburgh, PA 15251-0283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.71**

**Great Minds**
**PO Box 200283**
**Pittsburgh, PA 15251-0283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,874.00**

**Harvest Kitchen, Farm Fresh**
**10 Sims Ave Unit 109**
**Providence, RI 02909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,732.50**

**Hemenway & Barnes**
**75 State Street 16th Floor**
**BOSTON, MA 02109-1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,437.19**

**Hope Street Pizza**
**772 Hope Street**
**Providence, RI 02906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Oxford Street Education, LLC**                                     Case number (if known) _____
_____
Name

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Insource**
**148 Linden St**
**Wellesley, MA 02482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$737,200.00** |
|---|---|---|---|

**Intuit Quickbooks**
**2800 E. Commerce Center Place**
**Tucson, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Refunded tuition payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Ippon Sports**
**40 Main St #204**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Jack Remondi**
**C T Corporation System**
**155 Federal Street, Suite 700,**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Bond Promissory Note(s)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,230.25** |
|---|---|---|---|

**Jan-Pro**
**10 Tower Office Park Suite 419**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Clearning service**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,600.00** |
|---|---|---|---|

**JEC**
**58 Main Street**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Elson**
**c/o Lichten & Liss-Riordan, P.C.**
**729 Boylston Street**
**Suite 2000**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Oxford Street Education, LLC**                                    Case number (if known) _____
         Name

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,750.00** |

**John Remondi**
**C T Corporation System**
**155 Federal Street, Suite 700**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,435.00** |

**Johnson String Instrument**
**1029 Chestnut Street**
**Newton Upper Falls, MA 02464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,586.48** |

**JPmorgan Chase Bank NA**
**Bankruptcy Mail Intake Team**
**700 Kansas Lane Floor 01**
**Monroe, LA 71203-4774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Overdraft**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |

**Kevin & Lidya Le**
**51 Taunton Avenue**
**Boston, MA 02136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,843.43** |

**Konica Minolta**
**PO Box 790448**
**St Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |

**Kurtis McKenney and Laila Kafi**
**77 Barnes St**
**Providence, RI 02906-1501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |

**Lao-Tzu and Paria Allan-Blitz**
**16 Sheridan St**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Oxford Street Education, LLC**
Name

Case number (if known) _____

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Leader Bank, N.A.**
**Attn Brook Ames**
**180 Massachusetts Avenue**
**Arlington, MA 02474**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00**

**Lee Mirbach & Doug Fleischer**
**14 Morrill Street**
**Dorchester, MA 02125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,276.77**

**Lunchbox**
**956 American legion Hwy**
**Roslindale, MA 02131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Matthew Salisbury**
**c/o Matthew W. Thomson, Esq.**
**Lichten & Liss-Riordan, P.C.**
**729 Boylston Street, Suite 2000**
**Boston, MA 02116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/3/2026**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00**

**Metro USA Fire Protection, Encore Fire P**
**PO Box 25811**
**New York, NY 10087-5811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220,000.00**

**Michael Fraher**
**94 I St**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,750.00**

**Michael Goldstein**
**C T Corporation System**
**155 Federal Street, Suite 700**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Oxford Street Education, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address**
**National Grid**
**Bankruptcy Department**
**300 Erie Blvd West, C-3**
**Syracuse, NY 13202**

Date(s) debt was incurred _

Last 4 digits of account number  **6011**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$204.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Gas**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**
**National Grid**
**Bankruptcy Department**
**300 Erie Blvd West, C-3**
**Syracuse, NY 13202**

Date(s) debt was incurred _

Last 4 digits of account number  **5014**

**As of the petition filing date, the claim is:** *Check all that apply.*  **$112.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Gas**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**
**Nicholas Nelson and Jean Wang**
**246 W Newton St, Apt 2**
**Boston, MA 02116-6449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$250,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Bond Promissory Note(s)**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address**
**Nikita Imennov**
**15 Rambler Rd**
**Jamaica Plain, MA 02130-3428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$175,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Bond Promissory Note(s)**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address**
**Partridge Snow & Hahn**
**40 Westminster Street Suite 1100**
**Providence, RI 02903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$19,997.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**
**Partridge Snow & Hahn**
**40 Westminster Street, Suite 1100**
**Providence, RI 02903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$385.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
**Pasek**
**307 W. 1st St**
**So. Boston, MA 02127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$2,145.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **Oxford Street Education, LLC**                                      Case number (if known) _____
         Name

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$260,000.00** |
|---|---|---|---|

**Paul Crockett**
**109 Whitcomb Ave**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,918.00** |
|---|---|---|---|

**Providence Media, Inc DBA: Hey Rhody Med**
**1944 Warwick Avenue**
**Warwick, RI 02889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,447.38** |
|---|---|---|---|

**Providence Police Detail - traffic contr**
**325 Washington St.**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$368.36** |
|---|---|---|---|

**Quench USA, Inc.**
**P.O Box 735777**
**Dallas, TX 75373-5777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Rahul Ganatra & Katharine Robb**
**14 Morey Rd**
**West Roxbury, MA 02132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Bond Promissory Note(s)**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,217.34** |
|---|---|---|---|

**RI Energy - Electric**
**ATTN: Legal Department**
**280 Melrose Street**
**Providence, RI 02907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utility-Electric**

Last 4 digits of account number  **2057**

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$641.84** |
|---|---|---|---|

**RI Energy - Electric**
**ATTN: Legal Department**
**280 Melrose Street**
**Providence, RI 02907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utility-Electric**

Last 4 digits of account number  **9019**

Is the claim subject to offset?  ■ No   ☐ Yes

Debtor   **Oxford Street Education, LLC**                          Case number (if known) _____
Name

| | |
|---|---|

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$309.12**

**RI Energy - Electric**
**ATTN: Legal Department**
**280 Melrose Street**
**Providence, RI 02907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility-Electric**

**Last 4 digits of account number  0028**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$499.33**

**RI Energy - Gas**
**ATTN: Legal Department**
**280 Melrose Street**
**Providence, RI 02907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility-Gas**

**Last 4 digits of account number  0037**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.20**

**RI Energy - Gas**
**ATTN: Legal Department**
**280 Melrose Street**
**Providence, RI 02907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility-Gas**

**Last 4 digits of account number  1035**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,986.26**

**RI Energy - Gas**
**ATTN: Legal Department**
**280 Melrose Street**
**Providence, RI 02907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility-Gas**

**Last 4 digits of account number  6046**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,750.00**

**Rishi Shukla**
**C T Corporation System**
**155 Federal Street, Suite 700**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Loan**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,750.00**

**Robert Lytle**
**C T Corporation System**
**155 Federal Street, Suite 700**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Loan**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$455.63**

**Robert W. Irvine & Sons Inc**
**147 Blossom Street**
**Street Lynn, MA 01902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Oxford Street Education, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |
|---|---|---|---|

**Robert W. Irvine & Sons Inc**
**147 Blossom Street**
**Street Lynn, MA 01902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sade Freeland**
**Lichten & Liss-Riordan, P.C.**
**729 Boylston Street**
**Suite 2000**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sade Freeland**
**Lichten & Liss-Riordan, P.C.**
**729 Boylston Street**
**Suite 2000**
**Boston, MA 02116**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** **6/3/2026**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,850.00** |
|---|---|---|---|

**Salvation Army**
**1500 Washington Street**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Shapiro Investment Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Bond Promissory Note(s)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Slowey McManus Communciations LLC**
**11 Beacon St Ste 1224**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**South End Village Academy Incorporated**
**1 Custom Street**
**Boston, MA 02118**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **0987**

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Oxford Street Education, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |

**Tian Gao and Michael Gavencak**
**35 Wilcox Ave**
**Pawtucket, RI 02860-5736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Bond Promissory Note(s)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$680.00** |

**UPP Global**
**496 Congress Street, Suite 3**
**Portland, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |

**URI Free Seed Program**
**3 East Alumbi Ave**
**Kingston, RI 02881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

**Utile**
**115 Kingston Street**
**Street Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Verizon Wireless Bankruptcy Administrati**
**500 Technology Drive, Suite 550**
**Weldon Spring, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Internet__

Last 4 digits of account number  __0198__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Verizon Wireless Bankruptcy Administrati**
**500 Technology Drive, Suite 550**
**Weldon Spring, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Internet__

Last 4 digits of account number  __0001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |

**Wajdi Feghali**
**485 Harrison Ave, Apt 209**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Bond Promissory Note(s)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Oxford Street Education, LLC**                                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Walter Bronhardt Real Estate**
**972 Highland Ave**
**Fall River, MA 02720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,535.00**

---

| | |
|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** |

**WCI**
**3859 Washington Street**
**Boston, MA 02131**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$117,027.91**

---

| | |
|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** |

**West Music**
**1212 5th St**
**PO Box 552**
**Coralville, IA 52241**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**$69.95**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Benjamin A. Howe**<br>**FOLEY HOAG LLP**<br>**155 Seaport Boulevard**<br>**Boston, MA 02210-2600** | Line  **3.96**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **JPMorgan Chase Bank, N.A**<br>**PO Box 182051**<br>**Columbus, OH 43218** | Line  **3.57**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **JPMorgan Chase Bank, N.A.**<br>**PO Box 24696**<br>**Columbus, OH 43224** | Line  **3.57**<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 5,110,462.07 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,268,393.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,378,855.75 |



**Attachment to Schedule E-Employee Claims**

# Full Cash Requirements Report

## June 1 to June 5, 2026

Payroll Type: Off-Cycle Address: 21 Fox Hill Rd, Wellesley, MA 02481
Accountant(s): Angie Smith, Greg Autuori, Michele Wilkes, Brian Pinkley, Sarah Taylor

| | |
|---|---|
| Total Cash Remitted By Gusto | $42,410.42 |
| Total Check Payments | $0.00 |
| Total Liabilities | $14,560.81 |
| Total Payroll | $56,971.23 |

**Debits Summary: Debit Date 2026-06-05**

| | |
|---|---|
| Total Direct Deposits | $32,133.35 |
| Total Reimbursements | $0.00 |
| Total Garnishments | $0.00 |
| Total Taxes (Employee and Employer) | $10,277.07 |
| Total Debit | $42,410.42 |

**Liabilities Summary**

| | |
|---|---|
| Total Benefits (Employee and Company) | $14,560.81 |
| Total Employee Garnishments | $0.00 |
| Total Other Deductions (Employee and Company) | $0.00 |
| Total Tax Liabilities | $0.00 |
| Total Company Liabilities | $14,560.81 |

**Checks Summary**

| | |
|---|---:|
| Total Check Payments for 2026-06-11 | $0.00 |

## Debits Details

**Total Direct Deposit Summary**

| Employee Name | Direct Deposit Amount |
|---|---:|
| Arce, Laura | $824.22 |
| Aubert, Chelsea | $367.68 |
| Bennett, Dahlia | $149.34 |
| Bergmark, Chloe | $1,061.00 |
| Blackadar, Adrian | $670.44 |
| Brosco, Kaylee | $74.06 |
| Buckland, Christine | $1,081.00 |
| Castellvi, Isabel | $906.18 |
| Cespedes, Isa | $599.55 |
| Chevalier, Tracy | $252.68 |
| Colson, Kelsie | $813.26 |
| Conlin, Ryan | $0.00 |
| Connor, Kerri | $491.12 |
| Corsetti, Jillian | $520.19 |
| Cote, Jill | $1,149.37 |
| Cuddy, Michelle | $850.93 |
| DeMasi, Michelle | $668.93 |
| Dieter, Katherine | $903.35 |

| Employee Name | Direct Deposit Amount |
|---|---|
| Elby, Sophie | $641.91 |
| Featherstone, Miranda | $449.39 |
| Fox, Meghan | $491.47 |
| Fratantonio, Amy | $438.04 |
| Frazier, Janel | $952.00 |
| Goldak, Elena | $491.11 |
| Hammond, Olivia | $390.36 |
| Heffron, Angela | $484.62 |
| Howard, Alan | $364.47 |
| Jannetta, Mary | $901.88 |
| Jones, Tamara | $708.01 |
| Kennedy, Ryan | $0.00 |
| Kinney, Amy | $402.64 |
| Lavigne, Quinn | $958.12 |
| Lincoln, Ethan | $499.75 |
| Marshall, Rachel | $692.17 |
| Mascena, Ava | $421.96 |
| Masterson, Faith | $962.42 |
| Nickerson, Alyssa | $723.38 |
| Reinish, Anne | $1,681.42 |
| Robertson, Kelly | $555.87 |

| Employee Name | Direct Deposit Amount |
|---|---|
| Ryan, Katelyn | $160.46 |
| Shippee, Kailyn | $653.80 |
| Sigler, Jackson | $977.08 |
| Sigler, Maureen | $1,180.78 |
| Silk, Miriam | $1,077.86 |
| Soriano Veloz, Juleinnmi | $0.00 |
| Subiadur, Elizabeth | $776.93 |
| Sullivan, Margaret | $1,861.68 |
| Umaschi, Santiago | $0.00 |
| Vedro, Jennifer | $113.84 |
| Wilkinson, Zane | $736.63 |
| Woods, Jessica | $0.00 |
| Total Direct Deposits | $32,133.35 |

**Total Taxes Summary**

| Tax Name | Employee Tax Amount | Employer Tax Amount | Total |
|---|---|---|---|
| Federal Income Tax | $1,646.20 | $0.00 | $1,646.20 |
| Social Security | $2,519.64 | $2,519.64 | $5,039.28 |
| Medicare | $589.25 | $589.25 | $1,178.50 |
| Federal Unemployment Tax | $0.00 | $14.58 | $14.58 |
| Additional Medicare | $0.00 | $0.00 | $0.00 |
| Rhode Island State Unemployment Tax | $0.00 | $510.48 | $510.48 |

| Tax Name | Employee Tax Amount | Employer Tax Amount | Total |
|---|---|---|---|
| Rhode Island Job Development Surcharge | $0.00 | $43.06 | $43.06 |
| Rhode Island SDI | $429.70 | $0.00 | $429.70 |
| Rhode Island State Tax | $1,410.10 | $0.00 | $1,410.10 |
| Massachusetts State Tax | $5.17 | $0.00 | $5.17 |
| | $6,600.06 | $3,677.01 | $10,277.07 |

## Liabilities Details

**Benefit Liability Summary: Guideline Traditional 401(k)**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Arce, Laura | $51.58 | $25.79 | $77.37 |
| Aubert, Chelsea | $31.03 | $15.52 | $46.55 |
| Bennett, Dahlia | $5.29 | $2.64 | $7.93 |
| Bergmark, Chloe | $67.89 | $33.94 | $101.83 |
| Blackadar, Adrian | $8.92 | $4.46 | $13.38 |
| Brosco, Kaylee | $0.93 | $0.46 | $1.39 |
| Buckland, Christine | $46.26 | $23.13 | $69.39 |
| Cespedes, Isa | $40.51 | $20.26 | $60.77 |
| Chevalier, Tracy | $6.40 | $3.20 | $9.60 |
| Colson, Kelsie | $33.67 | $28.05 | $61.72 |
| Connor, Kerri | $0.00 | $8.69 | $8.69 |
| Corsetti, Jillian | $31.44 | $15.72 | $47.16 |

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Cote, Jill | $74.08 | $37.04 | $111.12 |
| Cuddy, Michelle | $60.07 | $30.03 | $90.10 |
| DeMasi, Michelle | $40.98 | $20.49 | $61.47 |
| Dieter, Katherine | $90.30 | $28.22 | $118.52 |
| Elby, Sophie | $44.74 | $22.37 | $67.11 |
| Featherstone, Miranda | $131.27 | $16.41 | $147.68 |
| Fox, Meghan | $6.88 | $3.44 | $10.32 |
| Fratantonio, Amy | $0.00 | $13.23 | $13.23 |
| Frazier, Janel | $66.72 | $33.36 | $100.08 |
| Hammond, Olivia | $5.72 | $2.86 | $8.58 |
| Heffron, Angela | $5.60 | $2.80 | $8.40 |
| Howard, Alan | $0.00 | $13.85 | $13.85 |
| Jannetta, Mary | $120.62 | $33.50 | $154.12 |
| Kinney, Amy | $0.00 | $17.43 | $17.43 |
| Lavigne, Quinn | $11.63 | $5.81 | $17.44 |
| Lincoln, Ethan | $36.51 | $18.25 | $54.76 |
| Marshall, Rachel | $0.00 | $24.61 | $24.61 |
| Mascena, Ava | $0.00 | $16.66 | $16.66 |
| Masterson, Faith | $66.72 | $33.36 | $100.08 |
| Nickerson, Alyssa | $8.34 | $4.17 | $12.51 |
| Reinish, Anne | $119.00 | $59.50 | $178.50 |

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Robertson, Kelly | $7.63 | $3.81 | $11.44 |
| Ryan, Katelyn | $1.85 | $0.93 | $2.78 |
| Sigler, Maureen | $76.39 | $38.19 | $114.58 |
| Silk, Miriam | $93.33 | $33.33 | $126.66 |
| Subiadur, Elizabeth | $9.26 | $4.63 | $13.89 |
| Sullivan, Margaret | $124.00 | $62.00 | $186.00 |
| Vedro, Jennifer | $6.97 | $3.48 | $10.45 |
| Wilkinson, Zane | $45.42 | $22.71 | $68.13 |
| Total | $1,577.95 | $788.33 | $2,366.28 |

**Benefit Liability Summary: Guideline Roth 401(k)**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Colson, Kelsie | $22.44 | $0.00 | $22.44 |
| Connor, Kerri | $17.38 | $0.00 | $17.38 |
| Fratantonio, Amy | $26.45 | $0.00 | $26.45 |
| Howard, Alan | $27.70 | $0.00 | $27.70 |
| Kinney, Amy | $104.58 | $0.00 | $104.58 |
| Marshall, Rachel | $49.22 | $0.00 | $49.22 |
| Mascena, Ava | $56.63 | $0.00 | $56.63 |

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Reinish, Anne | $23.80 | $0.00 | $23.80 |
| Total | $328.20 | $0.00 | $328.20 |

**Benefit Liability Summary: Employee Medical Insurance**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Aubert, Chelsea | $95.48 | $286.42 | $381.90 |
| Blackadar, Adrian | $95.48 | $286.42 | $381.90 |
| Buckland, Christine | $108.92 | $326.77 | $435.69 |
| Castellvi, Isabel | $108.92 | $326.77 | $435.69 |
| Chevalier, Tracy | $108.92 | $326.77 | $435.69 |
| Colson, Kelsie | $95.48 | $286.42 | $381.90 |
| Conlin, Ryan | $0.00 | $326.77 | $326.77 |
| Cuddy, Michelle | $108.92 | $326.77 | $435.69 |
| Elby, Sophie | $95.48 | $286.42 | $381.90 |
| Fox, Meghan | $108.92 | $326.77 | $435.69 |
| Frazier, Janel | $108.92 | $326.77 | $435.69 |
| Hammond, Olivia | $108.92 | $326.77 | $435.69 |
| Howard, Alan | $95.48 | $286.42 | $381.90 |
| Kinney, Amy | $108.92 | $326.77 | $435.69 |
| Lincoln, Ethan | $108.92 | $326.77 | $435.69 |
| Mascena, Ava | $108.92 | $326.77 | $435.69 |

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Masterson, Faith | $95.48 | $286.42 | $381.90 |
| Reinish, Anne | $95.48 | $286.42 | $381.90 |
| Robertson, Kelly | $108.92 | $326.77 | $435.69 |
| Shippee, Kailyn | $108.92 | $326.77 | $435.69 |
| Soriano Veloz, Juleinnmi | $0.00 | $286.42 | $286.42 |
| Wilkinson, Zane | $95.48 | $286.42 | $381.90 |
| Total | $2,070.88 | $6,825.79 | $8,896.67 |

**Benefit Liability Summary: Employee Dental Insurance**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Aubert, Chelsea | $9.46 | $28.39 | $37.85 |
| Blackadar, Adrian | $9.46 | $28.39 | $37.85 |
| Buckland, Christine | $9.46 | $28.39 | $37.85 |
| Castellvi, Isabel | $9.46 | $28.39 | $37.85 |
| Chevalier, Tracy | $9.46 | $28.39 | $37.85 |
| Conlin, Ryan | $0.00 | $28.39 | $28.39 |
| Cuddy, Michelle | $9.46 | $28.39 | $37.85 |
| Elby, Sophie | $9.46 | $28.39 | $37.85 |
| Fox, Meghan | $9.46 | $28.39 | $37.85 |
| Frazier, Janel | $9.46 | $28.39 | $37.85 |

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Goldak, Elena | $9.46 | $28.39 | $37.85 |
| Hammond, Olivia | $9.46 | $28.39 | $37.85 |
| Howard, Alan | $9.46 | $28.39 | $37.85 |
| Kennedy, Ryan | $0.00 | $28.39 | $28.39 |
| Kinney, Amy | $9.46 | $28.39 | $37.85 |
| Lincoln, Ethan | $9.46 | $28.39 | $37.85 |
| Mascena, Ava | $9.46 | $28.39 | $37.85 |
| Masterson, Faith | $9.46 | $28.39 | $37.85 |
| Reinish, Anne | $9.46 | $28.39 | $37.85 |
| Robertson, Kelly | $9.46 | $28.39 | $37.85 |
| Soriano Veloz, Juleinnmi | $0.00 | $28.39 | $28.39 |
| Wilkinson, Zane | $9.46 | $28.39 | $37.85 |
| Total | $179.74 | $624.58 | $804.32 |

**Benefit Liability Summary: Employee Vision Insurance**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Aubert, Chelsea | $0.94 | $2.82 | $3.76 |
| Blackadar, Adrian | $0.94 | $2.82 | $3.76 |
| Buckland, Christine | $0.94 | $2.82 | $3.76 |
| Castellvi, Isabel | $0.94 | $2.82 | $3.76 |

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Chevalier, Tracy | $0.94 | $2.82 | $3.76 |
| Conlin, Ryan | $0.00 | $2.82 | $2.82 |
| Cuddy, Michelle | $0.94 | $2.82 | $3.76 |
| Elby, Sophie | $0.94 | $2.82 | $3.76 |
| Fox, Meghan | $0.94 | $2.82 | $3.76 |
| Frazier, Janel | $0.94 | $2.82 | $3.76 |
| Goldak, Elena | $0.94 | $2.82 | $3.76 |
| Hammond, Olivia | $0.94 | $2.82 | $3.76 |
| Howard, Alan | $0.94 | $2.82 | $3.76 |
| Kennedy, Ryan | $0.00 | $2.82 | $2.82 |
| Kinney, Amy | $0.94 | $2.82 | $3.76 |
| Lincoln, Ethan | $0.94 | $2.82 | $3.76 |
| Mascena, Ava | $0.94 | $2.82 | $3.76 |
| Masterson, Faith | $0.94 | $2.82 | $3.76 |
| Reinish, Anne | $0.94 | $2.82 | $3.76 |
| Robertson, Kelly | $0.94 | $2.82 | $3.76 |
| Shippee, Kailyn | $0.94 | $2.82 | $3.76 |
| Soriano Veloz, Juleinnmi | $0.00 | $2.82 | $2.82 |
| Vedro, Jennifer | $0.94 | $2.82 | $3.76 |
| Total | $18.80 | $64.86 | $83.66 |

**Benefit Liability Summary: Dependents Vision Insurance**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Chevalier, Tracy | $1.62 | $4.85 | $6.47 |
| Vedro, Jennifer | $0.68 | $2.02 | $2.70 |
| Total | $2.30 | $6.87 | $9.17 |

**Benefit Liability Summary: Dependents Dental Insurance**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Chevalier, Tracy | $26.82 | $80.46 | $107.28 |
| Conlin, Ryan | $0.00 | $80.46 | $80.46 |
| Wilkinson, Zane | $14.80 | $44.39 | $59.19 |
| Total | $41.62 | $205.31 | $246.93 |

**Benefit Liability Summary: Dependents Medical Insurance**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Chevalier, Tracy | $201.51 | $604.52 | $806.03 |
| Conlin, Ryan | $0.00 | $604.52 | $604.52 |
| Wilkinson, Zane | $81.16 | $243.46 | $324.62 |
| Total | $282.67 | $1,452.50 | $1,735.17 |

**Benefit Liability Summary: Health Savings Account**

| Employee Name | Employee Deduction | Company Contributions | Benefit Liability Amount |
|---|---|---|---|
| Aubert, Chelsea | $62.64 | $0.00 | $62.64 |
| Reinish, Anne | $6.94 | $0.00 | $6.94 |
| Wilkinson, Zane | $20.83 | $0.00 | $20.83 |
| Total | $90.41 | $0.00 | $90.41 |

**Attachment to Schedule E-Student Claims**

| Customer | School | Account | Payments | Family Name |
|---|---|---|---|---|
| 609 | Croft Providence | 10% Tuition Deposit | 1,325.00 | Abdullahi, Tassallah Amina and Lawal, Shakirudeen |
| 833 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Abdulrahim, Faeq and Wafadari, Deena |
| 34 | Croft South End | 10% Tuition Deposit | 5,698.00 | Murphy Jr (desi), Michael and Abello, Paola |
| 34 | Croft South End | Summer Camp - South Er | 2,754.00 | Murphy Jr (desi), Michael and Abello, Paola |
| 63 | Croft Providence | 10% Tuition Deposit | 1,170.00 | Abodeely, Julie and Young, Barry |
| 419 | Croft Jamaica Plain | 10% Tuition Deposit | 10,310.00 | Agrawal, Tara and Pedulla, Mark |
| 846 | Croft Jamaica Plain | 10% Tuition Deposit | 2,052.00 | Akkus, Denise and Yasin |
| 846 | Croft Jamaica Plain | Summer Camp - Jamaicc | 1,804.00 | Akkus, Denise and Yasin |
| 242 | Croft Jamaica Plain | 10% Tuition Deposit | 2,422.00 | Raymond, Jean and Akpan, Judy |
| 116 | Croft Providence | 10% Tuition Deposit | 856 | Allen, Larry and Myree |
| 887 | Croft South End | Summer Camp - Jamaicc | 714 | Allen, Patricia and Wechsler, Stephen |
| 625 | Croft Jamaica Plain | 10% Tuition Deposit | 3,351.00 | Allen, Rebecca and Chris |
| 828 | Croft Jamaica Plain | 10% Tuition Deposit | 1,052.00 | Allen, Sarah and Dustin |
| 826 | Croft South End | 10% Tuition Deposit | 3,608.00 | Allison, Michelle and Stephen |
| 826 | Croft South End | Summer Camp - South Er | 3,564.00 | Allison, Michelle and Stephen |
| 555 | Croft Jamaica Plain | 10% Tuition Deposit | 1,357.00 | Alvarez, Anthony and Russell, Andrea |
| 630 | Croft Jamaica Plain | 10% Tuition Deposit | 401 | Anasia, Smith-Baxter |
| 763 | Croft Providence | 10% Tuition Deposit | 1,871.00 | Andrews, Katie and Guzman, Marcio |
| 187 | Croft Jamaica Plain | 10% Tuition Deposit | 1,972.00 | Vazquez Del Mercado, Barbara and Ardisson-Korat, Andres |
| 382 | Croft Providence | 10% Tuition Deposit | 2,216.00 | Asen, Peter and Rojas, Martha |
| 871 | Croft South End | 10% Tuition Deposit | 15 | Baker, Nijah |
| 592 | Croft Providence | 10% Tuition Deposit | 3,025.00 | FACTS Refunded |
| 610 | Croft Providence | 10% Tuition Deposit | 1,025.00 | Barber De Brito, Ana Sofia |
| 863 | Croft Providence | 10% Tuition Deposit | 2,071.00 | Barsegova, Olga and Barsegov, Sergey |
| 89 | Croft Providence | 10% Tuition Deposit | 3,365.00 | Murphy, Emily and Beaver, James |
| 146 | Croft Providence | 10% Tuition Deposit | 4,828.00 | Becker, Austin and Birnbaum Becker, Molly |
| 358 | Croft South End | 10% Tuition Deposit | 2,661.00 | Bees, Jessica and Chris |
| 279 | Croft Jamaica Plain | 10% Tuition Deposit | 1,294.00 | Bergese, Ivanna |
| 635 | Croft Jamaica Plain | 10% Tuition Deposit | 2,851.00 | Berry, Melanie and Steven |
| 635 | Croft Jamaica Plain | Summer Camp - Jamaicc | 1,136.00 | Berry, Melanie and Steven |
| 160 | Croft Jamaica Plain | 10% Tuition Deposit | 3,927.00 | Biber, Joshua and Boak, Meredith |
| 805 | Croft Providence | 10% Tuition Deposit | 3,171.00 | Blain, Keisha and Jeff |
| 839 | Croft South End | 10% Tuition Deposit | 3,608.00 | Bohr, Christina and David |
| 80 | Croft Providence | 10% Tuition Deposit | 1,592.00 | Borton, David |
| 825 | Croft Jamaica Plain | 10% Tuition Deposit | 3,252.00 | Boyd Schachter, Lucy and Benjamin |
| 825 | Croft Jamaica Plain | Summer Camp - Jamaicc | 2,414.00 | Boyd Schachter, Lucy and Benjamin |
| 424 | Croft Jamaica Plain | 10% Tuition Deposit | 5,309.00 | Braeuning, Christina and Falk |
| 643 | Croft Jamaica Plain | 10% Tuition Deposit | 1,551.00 | Brice, Keisha |
| 673 | Croft Jamaica Plain | 10% Tuition Deposit | 2,301.00 | Brody, Jennifer and Jones, Keith |
| 81 | Croft Providence | 10% Tuition Deposit | 759 | Brown, Justine |
| 194 | Croft Jamaica Plain | 10% Tuition Deposit | 1,894.00 | Bulli, Daniel and Sopariwala, Rusha |
| 497 | Croft Jamaica Plain | 10% Tuition Deposit | 394 | Burgess, Brieyon |
| 196 | Croft Jamaica Plain | 10% Tuition Deposit | 2,178.00 | Burke, Elayne and Adams, Michael |
| 197 | Croft Jamaica Plain | 10% Tuition Deposit | 1,211.00 | Burrowes, David and Michelle |
| 658 | Croft Jamaica Plain | 10% Tuition Deposit | 1,951.00 | Cameau, Nicole and Jimmy |
| 736 | Croft South End | 10% Tuition Deposit | 3,608.00 | Campbell, William and Hang |
| 426 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Ricco, Kristina and Carpenito, Joe |
| 218 | Croft Jamaica Plain | 10% Tuition Deposit | 1,988.00 | Lior, Yair and Castel, Maayan |
| 401 | Croft Providence | 10% Tuition Deposit | 1,766.00 | Castilla, Stephanie and McMillan, Patrick |
| 757 | Croft Jamaica Plain | Summer Camp - Jamaicc | 1,734.00 | Castillo, Evelyn and Luis |

| Customer | School | Account | Payments | Family Name |
|---|---|---|---|---|
| 274 | Croft Jamaica Plain | 10% Tuition Deposit | 4,644.00 | Mueller, Erich and Cato, Laura |
| 200 | Croft Jamaica Plain | 10% Tuition Deposit | 3,027.00 | Dirner, John and Chamberlain, Lauren |
| 200 | Croft Jamaica Plain | Summer Camp - Jamaic | 1,989.00 | Dirner, John and Chamberlain, Lauren |
| 19 | Croft South End | 10% Tuition Deposit | 1,500.00 | Champlin, Sarah |
| 138 | Croft Providence | 10% Tuition Deposit | 2,277.00 | Chan, Melody and Katzen, Amy |
| 633 | Croft Jamaica Plain | 10% Tuition Deposit | 5,702.00 | Chernak, Katharine and Travis |
| 480 | Croft Providence | 10% Tuition Deposit | 1,310.00 | Chu, Joshua |
| 566 | Croft South End | 10% Tuition Deposit | 2,318.00 | Clifford, Lindsey |
| 642 | Croft Jamaica Plain | 10% Tuition Deposit | 2,319.00 | Cohen, Monica and Renato, Milone |
| 224 | Croft Jamaica Plain | 10% Tuition Deposit | 4,481.00 | Colin, Laurence and Link, Ryan |
| 756 | Croft Jamaica Plain | 10% Tuition Deposit | 6,731.00 | Connor, Eileen and Scheinerman, Peretz |
| 264 | Croft Jamaica Plain | 10% Tuition Deposit | 1,522.00 | Bautista, Jean and Corporan, Laura |
| 273 | Croft Jamaica Plain | 10% Tuition Deposit | 1,130.00 | Turbidy, Naomi and Cox, Allison |
| 65 | Croft Providence | 10% Tuition Deposit | 1,325.00 | Dacruz, Crystal |
| 743 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | D'Annunzio, David and Thurber, Emilia |
| 634 | Croft Jamaica Plain | 10% Tuition Deposit | 2,077.00 | Davis Hunt, Nathan and Caroline |
| 791 | Croft Jamaica Plain | 10% Tuition Deposit | 384 | De La Rosa, Arlette and Daniels, Steven |
| 791 | Croft Jamaica Plain | Summer Camp - Jamaic | 924 | De La Rosa, Arlette and Daniels, Steven |
| 584 | Croft Providence | 10% Tuition Deposit | 2,125.00 | DeBurgo, Arthur and Escano, Diecelis |
| 715 | Croft South End | 10% Tuition Deposit | 3,421.00 | DeFeo, Megan and Eric |
| 715 | Croft South End | Summer Camp - South Er | 1,620.00 | DeFeo, Megan and Eric |
| 60 | Croft Jamaica Plain | 10% Tuition Deposit | 2,794.00 | Dent, Nick and Sarah |
| 830 | Croft South End | Summer Camp - South Er | 1,804.00 | Desrosiers, Cassandra |
| 148 | Croft Jamaica Plain | 10% Tuition Deposit | 2,794.00 | Dewey, Alicia |
| 386 | Croft Providence | 10% Tuition Deposit | 2,716.00 | Stump, Mariah and Diaz de Villalvilla, Alexander |
| 387 | Croft Providence | 10% Tuition Deposit | 2,037.00 | Dieter, Kieran and Christine |
| 41 | Croft South End | 10% Tuition Deposit | 5,698.00 | DiMella, Michael and Erin |
| 154 | Croft Providence | 10% Tuition Deposit | 4,409.00 | DiNardo, Sarah and Domenic |
| 496 | Croft Jamaica Plain | 10% Tuition Deposit | 1,544.00 | Doran, Liz |
| 723 | Croft South End | 10% Tuition Deposit | 3,608.00 | Doug, Fleischer and Lee, Mirbach |
| 723 | Croft South End | Summer Camp - South Er | 810 | Doug, Fleischer and Lee, Mirbach |
| 163 | Croft Jamaica Plain | 10% Tuition Deposit | 1,822.00 | Liebowitz, Dave and Dowley, Nora |
| 163 | Croft Jamaica Plain | 10% Tuition Deposit | 1,549.00 | Liebowitz, Dave and Dowley, Nora |
| 120 | Croft Providence | 10% Tuition Deposit | 2,277.00 | Dreisbach, Valley and Turk, Matt |
| 72 | Croft Jamaica Plain | 10% Tuition Deposit | 2,794.00 | Dunn, Ashley and Borsare, Mike |
| 45 | Croft South End | 10% Tuition Deposit | 5,698.00 | Dyson, Jennifer and Alexander |
| 45 | Croft South End | Summer Camp - South Er | 1,620.00 | Dyson, Jennifer and Alexander |
| 807 | Croft Jamaica Plain | 10% Tuition Deposit | 1,752.00 | Elson, Jennifer and Kennedy, Sarafina |
| 391 | Croft Providence | 10% Tuition Deposit | 866 | Enis, Sharice and Justin |
| 780 | Croft Providence | 10% Tuition Deposit | 1,371.00 | Farrell, Jessy and Salazar, Gelissa |
| 372 | Croft South End | 10% Tuition Deposit | 6,359.00 | Fassil, Helen and Mahaffey, Jasun |
| 866 | Croft Jamaica Plain | 10% Tuition Deposit | 1,202.00 | Fassil, Hirut and Asfaw, Fitsum |
| 866 | Croft Jamaica Plain | Summer Camp - Jamaic | 3,608.00 | Fassil, Hirut and Asfaw, Fitsum |
| 733 | Croft South End | 10% Tuition Deposit | 3,608.00 | Fernandes, Gabrielle and Lingos-Webb, John |
| 733 | Croft South End | Summer Camp - South Er | 3,564.00 | Fernandes, Gabrielle and Lingos-Webb, John |
| 495 | Croft Jamaica Plain | 10% Tuition Deposit | 272 | Fernandes-Dominique, Maria |
| 202 | Croft Jamaica Plain | 10% Tuition Deposit | 4,481.00 | Foley, Tara and James |
| 925 | Croft South End | Summer Camp - South Er | 2,728.00 | Fonseca, Melissa and Nguyen, Tony |
| 363 | Croft South End | 10% Tuition Deposit | 6,359.00 | Fraher, Caeli and Michael |
| 681 | Croft Jamaica Plain | 10% Tuition Deposit | 1,851.00 | Frederick, Marlisa |
| 823 | Croft Providence | 10% Tuition Deposit | 1,471.00 | Gaetano Adi, Paula and Borsani, Alejandro |
| 59 | Croft Providence | 10% Tuition Deposit | 1,420.00 | Garcia, Nimota and Jose |
| 393 | Croft Providence | 10% Tuition Deposit | 3,640.00 | Garvin, Kristen and Greg |
| 792 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Gaston, Lindsey and Sherman, Marc |

| Customer | School | Account | Payments | Family Name |
|---|---|---|---|---|
| 792 | Croft Jamaica Plain | Summer Camp - Jamaicc | 2,464.00 | Gaston, Lindsey and Sherman, Marc |
| 55 | Croft Providence | 10% Tuition Deposit | 3,830.00 | Gavencak, Mike and Gao, Tian |
| 580 | Croft South End | 10% Tuition Deposit | 174 | Gay, Nombuso and Inel |
| 167 | Croft Providence | 10% Tuition Deposit | 391 | Gaydos, Heather and Williams, Kimarley |
| 82 | Croft Providence | 10% Tuition Deposit | 1,819.00 | Dalpe, Victoria and Gelatt, Philip |
| 153 | Croft Providence | 10% Tuition Deposit | 1,841.00 | Gendel, Jackie and McGrath, Tom |
| 808 | Croft Jamaica Plain | Summer Camp - Jamaicc | 355 | Gisselquist, Andrew and Lillian |
| 245 | Croft Jamaica Plain | 10% Tuition Deposit | 1,172.00 | Glenn, Brendan and Meaghan |
| 203 | Croft Jamaica Plain | 10% Tuition Deposit | 373 | Goso, Gigi and Galvao, Guil |
| 810 | Croft South End | 10% Tuition Deposit | 3,608.00 | Grande, Alex and Jenny |
| 122 | Croft Providence | 10% Tuition Deposit | 3,010.00 | Gray, Evan and Madeleine |
| 394 | Croft Providence | 10% Tuition Deposit | 1,066.00 | Greene, Lauren and Jefferys, Eric |
| 838 | Croft Jamaica Plain | 10% Tuition Deposit | 2,352.00 | Grenier, Kyra and Adam |
| 261 | Croft Jamaica Plain | 10% Tuition Deposit | 2,422.00 | McCormick, Ian and Griffin, Sarah |
| 783 | Croft South End | 10% Tuition Deposit | 208 | Guerrero, Whanellely and Yosmaris |
| 49 | Croft Jamaica Plain | 10% Tuition Deposit | 2,794.00 | Maas, Randall and Guinn, Jodi |
| 437 | Croft Jamaica Plain | 10% Tuition Deposit | 5,123.00 | Lesniak, Tess and Guriev, Alex |
| 437 | Croft Jamaica Plain | Summer Camp - Jamaicc | 2,440.00 | Lesniak, Tess and Guriev, Alex |
| 742 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Haas Sanborn, Leah and Sanborn, Chris |
| 742 | Croft Jamaica Plain | Summer Camp - Jamaicc | 3,124.00 | Haas Sanborn, Leah and Sanborn, Chris |
| 438 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Hackett, Amy and Cummings, Tim |
| 727 | Croft South End | 10% Tuition Deposit | 3,408.00 | Hackett, Ester |
| 727 | Croft South End | Summer Camp - South E | 2,684.00 | Hackett, Ester |
| 799 | Croft Jamaica Plain | 10% Tuition Deposit | 2,252.00 | Hahn, Dianna and Froehlich, John |
| 151 | Croft Providence | 10% Tuition Deposit | 1,241.00 | Haile, James and Shanelle |
| 133 | Croft Providence | 10% Tuition Deposit | 66 | Hall, Morriana and Wellington |
| 133 | Croft Providence | Late Fee | 25 | Hall, Morriana and Wellington |
| 374 | Croft South End | 10% Tuition Deposit | 511 | Hanson, Elyse |
| 829 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Hapgood, Megan and Curtis |
| 367 | Croft South End | 10% Tuition Deposit | 357 | Harris, Amanda |
| 439 | Croft Jamaica Plain | 10% Tuition Deposit | 2,477.00 | Hasenoehrl, Meredith and Erik |
| 70 | Croft Providence | 10% Tuition Deposit | 1,819.00 | Hawkins, Courtney |
| 364 | Croft South End | Summer Camp - South E | 324 | Hebert, Giana and Joshua |
| 27 | Croft South End | 10% Tuition Deposit | 5,698.00 | Hediger, Carl and Michelle |
| 27 | Croft South End | Summer Camp - South E | 3,564.00 | Hediger, Carl and Michelle |
| 411 | Croft Providence | 10% Tuition Deposit | 416 | Hernandez Teran, Maria and Sinoglu, Murat |
| 411 | Croft Providence | Summer Camp - South E | 3,564.00 | Hernandez Teran, Maria and Sinoglu, Murat |
| 84 | Croft Jamaica Plain | 10% Tuition Deposit | 2,794.00 | Schirner, Gunar and Hewitt, Susannah |
| 787 | Croft South End | 10% Tuition Deposit | 3,608.00 | Hildreth, Meaghan and Benjamin |
| 145 | Croft Providence | 10% Tuition Deposit | 2,541.00 | Procaskey, Alexander and Hill, Caitlin |
| 572 | Croft South End | 10% Tuition Deposit | 3,568.00 | Hillard, Matthew and Ebling, Maritza |
| 572 | Croft South End | Summer Camp - South E | 3,888.00 | Hillard, Matthew and Ebling, Maritza |
| 444 | Croft Jamaica Plain | 10% Tuition Deposit | 1,577.00 | Hirsch, Liza and Wachman, Madeline |
| 842 | Croft South End | 10% Tuition Deposit | 3,915.00 | Hoffa, Jenna |
| 853 | Croft Jamaica Plain | 10% Tuition Deposit | 2,102.00 | Hollingsworth, Mary and Hurd, Robert |
| 561 | Croft Providence | 10% Tuition Deposit | 1,866.00 | Howard, Carlon and Vigil, Karla |
| 52 | Croft South End | 10% Tuition Deposit | 2,999.00 | Hughes, Melissa and Walega, Richard |
| 778 | Croft South End | 10% Tuition Deposit | 3,008.00 | Hui, Ming Min and Rodriguez, Ricardo |
| 778 | Croft South End | Summer Camp - South E | 3,564.00 | Hui, Ming Min and Rodriguez, Ricardo |
| 657 | Croft Providence | 10% Tuition Deposit | 3,025.00 | Huyck, Jonathan and Ann |
| 212 | Croft Jamaica Plain | 10% Tuition Deposit | 1,477.00 | Iskra, Richie and Tatum |
| 53 | Croft South End | 10% Tuition Deposit | 115 | Fenty, Darren and Jackson, Aushia |
| 96 | Croft Providence | 10% Tuition Deposit | 2,070.00 | Janyavula, Sandeep and Manjunath, Nayana |
| 113 | Croft Jamaica Plain | 10% Tuition Deposit | 744 | Jaramillo, Tatiana |
| 155 | Croft Providence | 10% Tuition Deposit | 1,072.00 | Jewett, Melanie |

| Customer | School | Account | Payments | Family Name |
|---|---|---|---|---|
| 653 | Croft Jamaica Plain | 10% Tuition Deposit | 3,351.00 | Johnson, Cassandra and Ilchman, Frederick |
| 583 | Croft Providence | 10% Tuition Deposit | 1,525.00 | Jorrin, Michala and Alexander |
| 395 | Croft Providence | 10% Tuition Deposit | 916 | Justin, Jessie and Tuzzolo, Ellen |
| 651 | Croft Jamaica Plain | 10% Tuition Deposit | 1,601.00 | Kamalu, Chioma |
| 614 | Croft Jamaica Plain | 10% Tuition Deposit | 6,534.00 | Kang, Janet Donghee and Sands, Jacob |
| 614 | Croft Jamaica Plain | Summer Camp - Jamaica | 355 | Kang, Janet Donghee and Sands, Jacob |
| 574 | Croft South End | 10% Tuition Deposit | 3,568.00 | Kate, Stein and David, Stein |
| 574 | Croft South End | Summer Camp - South E | 1,215.00 | Kate, Stein and David, Stein |
| 397 | Croft Providence | 10% Tuition Deposit | 2,716.00 | Katz-Wise, Sabra and Keller, Julie |
| 443 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Khoshkhoo, Neda and Sattar |
| 104 | Croft Providence | 10% Tuition Deposit | 1,411.00 | Kidd, Stephen and Tretyakova, Olga |
| 741 | Croft South End | 10% Tuition Deposit | 3,608.00 | Kim, Bevin and John |
| 129 | Croft Providence | 10% Tuition Deposit | 1,427.00 | Knoth, Brian and Lafrenaye, Sharon |
| 369 | Croft South End | 10% Tuition Deposit | 6,196.00 | Kohler, Jessica and Brendan |
| 369 | Croft South End | Summer Camp - South E | 2,835.00 | Kohler, Jessica and Brendan |
| 768 | Croft Providence | 10% Tuition Deposit | 3,171.00 | Korsgaard, Inga and Schule, Patrick |
| 446 | Croft Jamaica Plain | 10% Tuition Deposit | 5,805.00 | Kuhl, Laura and Lakin, Benjamin |
| 784 | Croft South End | 10% Tuition Deposit | 3,608.00 | Kwok, Sheldon and Zhang, Jiahe |
| 784 | Croft South End | Summer Camp - South E | 3,564.00 | Kwok, Sheldon and Zhang, Jiahe |
| 847 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | McKeon, Tim and Kyzmir-McKeon, Erica |
| 95 | Croft Providence | 10% Tuition Deposit | 2,070.00 | LaBay, Jennifer |
| 272 | Croft Jamaica Plain | 10% Tuition Deposit | 2,002.00 | Labonte, Aria and Philip Nazzaro, Gregory |
| 88 | Croft Providence | 10% Tuition Deposit | 1,841.00 | Landsberg, Natalie and Greg |
| 812 | Croft Providence | 10% Tuition Deposit | 1,971.00 | Langway, Zachary and Almedeimigh, Almutasim (Matt) |
| 782 | Croft South End | 10% Tuition Deposit | 669 | Latson, JaLissa |
| 447 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Le, Lidya and Kevin |
| 595 | Croft Providence | 10% Tuition Deposit | 2,075.00 | Lee, Anja and Matthew |
| 371 | Croft South End | 10% Tuition Deposit | 3,261.00 | Leimberg, Ross and Pankey, Raymond |
| 371 | Croft South End | Summer Camp - South E | 3,159.00 | Leimberg, Ross and Pankey, Raymond |
| 602 | Croft Providence | 10% Tuition Deposit | 3,025.00 | Levine, Adam and Wu, Janson |
| 745 | Croft Jamaica Plain | Summer Camp - Jamaica | 714 | Lewis, Ashley |
| 684 | Croft Providence | 10% Tuition Deposit | 925 | Lopes, Stephany |
| 507 | Croft South End | 10% Tuition Deposit | 6,196.00 | Lopez, Cristina and Schor, David |
| 854 | Croft Jamaica Plain | 10% Tuition Deposit | 1,352.00 | Louis, Edwin and Herardine |
| 798 | Croft Jamaica Plain | 10% Tuition Deposit | 1,952.00 | Loukas, Elizabeth and Peter |
| 726 | Croft South End | 10% Tuition Deposit | 3,608.00 | Lucadamo, Melissa and Kirk |
| 726 | Croft South End | Summer Camp - South E | 3,564.00 | Lucadamo, Melissa and Kirk |
| 734 | Croft South End | 10% Tuition Deposit | 3,608.00 | Lunghar, Layola and Frederickson, Derek |
| 734 | Croft South End | Summer Camp - South E | 2,379.00 | Lunghar, Layola and Frederickson, Derek |
| 91 | Croft Providence | 10% Tuition Deposit | 3,184.00 | Sharma, Sagree and Lyddy, Christopher |
| 598 | Croft Providence | 10% Tuition Deposit | 3,025.00 | Mann, Lucas and De Luca, Ottavia |
| 598 | Croft Providence | Late Fee | 25 | Mann, Lucas and De Luca, Ottavia |
| 399 | Croft Providence | 10% Tuition Deposit | 2,444.00 | Mannings, Larry and Moreira, Carla |
| 210 | Croft Jamaica Plain | 10% Tuition Deposit | 5,680.00 | March, Elizabeth and Houlihan, David |
| 210 | Croft Jamaica Plain | Summer Camp - Jamaica | 710 | March, Elizabeth and Houlihan, David |
| 74 | Croft Jamaica Plain | 10% Tuition Deposit | 2,794.00 | Marsh, Andrew and Gina |
| 173 | Croft Providence | 10% Tuition Deposit | 4,955.00 | Marshall, Lianne and Glocker, Rudy |
| 450 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Martin, Leigh and Selden, Mark |
| 15 | Croft South End | 10% Tuition Deposit | 115 | Williams, Evana and Martinez, Nelson |
| 579 | Croft South End | 10% Tuition Deposit | 318 | Garcia-Martínez, Beronice |
| 579 | Croft South End | Summer Camp - South E | 374 | Garcia-Martínez, Beronice |
| 765 | Croft Providence | 10% Tuition Deposit | 2,071.00 | Masterson, Fallon and Bouchard, Gray |
| 646 | Croft South End | 10% Tuition Deposit | 1,668.00 | Matsuda, Nao and Tateki |
| 632 | Croft Jamaica Plain | 10% Tuition Deposit | 2,351.00 | Mayfield, Austyn and Brown, Flavian |
| 850 | Croft South End | 10% Tuition Deposit | 2,108.00 | McCabe, Courtney and Chris |

| Customer | School | Account | Payments | Family Name |
|---|---|---|---|---|
| 850 | Croft South End | Summer Camp - South En | 1,435.00 | McCabe, Courtney and Chris |
| 26 | Croft South End | 10% Tuition Deposit | 5,698.00 | McCartney, Karen and Ronald |
| 137 | Croft Providence | 10% Tuition Deposit | 2,277.00 | McCleary, Sidney and Kate |
| 624 | Croft Jamaica Plain | 10% Tuition Deposit | 6,534.00 | McDermott, Nancy and Andrews, Christopher |
| 663 | Croft Jamaica Plain | 10% Tuition Deposit | 1,026.00 | McDonald-Brown, Jennie and Maura |
| 663 | Croft Jamaica Plain | Summer Camp - Jamaico | 1,804.00 | McDonald-Brown, Jennie and Maura |
| 725 | Croft South End | 10% Tuition Deposit | 3,608.00 | McGinty, Amy and Warson-Hill, Nigel |
| 803 | Croft Jamaica Plain | 10% Tuition Deposit | 1,402.00 | McGregor, Grace and Mark |
| 638 | Croft Jamaica Plain | 10% Tuition Deposit | 3,351.00 | McNamara, Erin |
| 922 | Croft South End | Summer Camp - South En | 729 | Medlar, Ashley and Somich, Peter |
| 678 | Croft South End | 10% Tuition Deposit | 1,568.00 | Mendes, Suzanne and George |
| 678 | Croft South End | Summer Camp - South En | 1,479.00 | Mendes, Suzanne and George |
| 662 | Croft Providence | 10% Tuition Deposit | 1,925.00 | Mesolella, Jodi and Ellis, Joshua |
| 878 | Croft Jamaica Plain | 10% Tuition Deposit | 2,552.00 | Milliken, Aimee and Gibson, Travis |
| 603 | Croft Providence | 10% Tuition Deposit | 5,899.00 | Mitchell, Nicholas and Laura |
| 714 | Croft South End | 10% Tuition Deposit | 3,421.00 | Mone, Matthew and Elizabeth |
| 670 | Croft Jamaica Plain | 10% Tuition Deposit | 2,201.00 | Montanez, Misael and Mora, Astrid |
| 873 | Croft Jamaica Plain | 10% Tuition Deposit | 752 | Morales, Jilma Sarae and Mordan, Jonnathan |
| 455 | Croft Jamaica Plain | 10% Tuition Deposit | 8,337.00 | Moschner, Anna and Matthew |
| 604 | Croft Providence | 10% Tuition Deposit | 3,025.00 | Mupombwa, Tariro and Baison, George |
| 785 | Croft South End | 10% Tuition Deposit | 3,608.00 | Muradali, Janice and Zara |
| 578 | Croft South End | 10% Tuition Deposit | 3,568.00 | Murawski, Annie and Magdanz, Otto |
| 578 | Croft South End | Summer Camp - South En | 2,349.00 | Murawski, Annie and Magdanz, Otto |
| 864 | Croft South End | 10% Tuition Deposit | 1,108.00 | Murphy, Lauren and Matthew |
| 20 | Croft South End | 10% Tuition Deposit | 5,318.00 | Tierney Murphy, Maura and Murphy, Rory |
| 20 | Croft South End | Summer Camp - South En | 1,769.00 | Tierney Murphy, Maura and Murphy, Rory |
| 648 | Croft Jamaica Plain | 10% Tuition Deposit | 6,534.00 | Musen, Lindsey and Golden, Andy |
| 568 | Croft South End | 10% Tuition Deposit | 3,568.00 | Mylvaganam, Geetha and Rios, Daniel |
| 568 | Croft South End | Summer Camp - South En | 3,564.00 | Mylvaganam, Geetha and Rios, Daniel |
| 162 | Croft Jamaica Plain | 10% Tuition Deposit | 3,879.00 | Corsi, Timothy and Nanos, Janelle |
| 227 | Croft Jamaica Plain | 10% Tuition Deposit | 1,378.00 | Navarro, Beisy and Melo, Steven |
| 199 | Croft Jamaica Plain | 10% Tuition Deposit | 2,178.00 | Navarro, Marisela and Dion, Richard |
| 236 | Croft Jamaica Plain | 10% Tuition Deposit | 2,244.00 | Nealon, Laura and Peter |
| 13 | Croft South End | 10% Tuition Deposit | 5,698.00 | Wang, Jean and Nelson, Nick |
| 13 | Croft South End | Summer Camp - South En | 810 | Wang, Jean and Nelson, Nick |
| 656 | Croft Providence | 10% Tuition Deposit | 3,025.00 | Nicolson, Stephen and LaMorte, Elizabeth |
| 56 | Croft Providence | 10% Tuition Deposit | 2,070.00 | Nobles, Jennifer |
| 184 | Croft Jamaica Plain | 10% Tuition Deposit | 1,504.00 | Noel, Nyia |
| 752 | Croft Jamaica Plain | 10% Tuition Deposit | 6,731.00 | Lipsett, Blake and Nviri, Francis Xavier |
| 752 | Croft Jamaica Plain | Summer Camp - Jamaico | 2,485.00 | Lipsett, Blake and Nviri, Francis Xavier |
| 835 | Croft South End | 10% Tuition Deposit | 135 | Obierika, Princess |
| 835 | Croft South End | Summer Camp - South En | 968 | Obierika, Princess |
| 169 | Croft Providence | 10% Tuition Deposit | 291 | Olasanoye, Wemimo and Majekodunmi, Akinbola |
| 207 | Croft Jamaica Plain | 10% Tuition Deposit | 4,030.00 | Oliver, Naomi and Howard, Sheryl |
| 861 | Croft South End | 10% Tuition Deposit | 3,608.00 | Olson, Darin |
| 861 | Croft South End | Summer Camp - South En | 3,564.00 | Olson, Darin |
| 617 | Croft Jamaica Plain | 10% Tuition Deposit | 3,351.00 | Olver, Kassie and William |
| 617 | Croft Jamaica Plain | Summer Camp - Jamaico | 2,840.00 | Olver, Kassie and William |
| 28 | Croft South End | 10% Tuition Deposit | 5,032.00 | Ong, Charlene and Dhand, Amar |
| 28 | Croft South End | Summer Camp - South En | 324 | Ong, Charlene and Dhand, Amar |
| 800 | Croft Jamaica Plain | 10% Tuition Deposit | 2,552.00 | Orellana, Kenneth and Pimentel, Luisa |
| 800 | Croft Jamaica Plain | Summer Camp - Jamaico | 1,785.00 | Orellana, Kenneth and Pimentel, Luisa |
| 239 | Croft Jamaica Plain | 10% Tuition Deposit | 3,927.00 | Palazuelos, Daniel and Lindsay |
| 819 | Croft Jamaica Plain | 10% Tuition Deposit | 4,708.00 | Papia, Laura and Andrew |
| 761 | Croft Providence | 10% Tuition Deposit | 2,671.00 | Pearson, Kevin and Kaplan, Lindsay |

| Customer | School | Account | Payments | Family Name |
|---|---|---|---|---|
| 750 | Croft Jamaica Plain | 10% Tuition Deposit | 2,244.00 | Pedulla, David and Salisbury, Matthew |
| 365 | Croft South End | 10% Tuition Deposit | 3,261.00 | Perreault, Maressa and Howe, Benjamin |
| 365 | Croft South End | Summer Camp - South E | 1,215.00 | Perreault, Maressa and Howe, Benjamin |
| 764 | Croft Providence | 10% Tuition Deposit | 3,171.00 | Pfannenstiel, Emily and Love, Thomas |
| 844 | Croft Providence | 10% Tuition Deposit | 1,921.00 | Pinsker, Elizabeth and Joel |
| 789 | Croft South End | 10% Tuition Deposit | 3,608.00 | Pinto, Kathryn and Maximilian |
| 789 | Croft South End | Summer Camp - South E | 2,430.00 | Pinto, Kathryn and Maximilian |
| 404 | Croft Providence | 10% Tuition Deposit | 2,196.00 | Pollock, Nicole and Leo |
| 211 | Croft Jamaica Plain | 10% Tuition Deposit | 4,602.00 | Poole, Elizabeth and Imennov, Nikita |
| 375 | Croft South End | 10% Tuition Deposit | 1,061.00 | Purvis, Elizabeth |
| 813 | Croft South End | 10% Tuition Deposit | 3,608.00 | Rachel, Helm and Carl, Wilkins |
| 813 | Croft South End | Summer Camp - South E | 3,159.00 | Rachel, Helm and Carl, Wilkins |
| 836 | Croft Jamaica Plain | 10% Tuition Deposit | 519 | Ramirez Arruda, Juliana and Camara, Henrique |
| 405 | Croft Providence | 10% Tuition Deposit | 1,136.00 | Carulla-Falla, Ana and Ramirez-Prieto, David |
| 735 | Croft South End | 10% Tuition Deposit | 7,035.00 | Randall, Rebecca and Christopher |
| 606 | Croft Providence | 10% Tuition Deposit | 3,025.00 | Rankin, David and Catharine |
| 406 | Croft Providence | 10% Tuition Deposit | 2,716.00 | Rasmussen, Mark and Laziuk, Aliaksandra |
| 489 | Croft Jamaica Plain | 10% Tuition Deposit | 5,805.00 | Raynor, Kyle and Burkett, Lesley |
| 489 | Croft Jamaica Plain | Summer Camp - Jamaico | 3,124.00 | Raynor, Kyle and Burkett, Lesley |
| 588 | Croft Providence | 10% Tuition Deposit | 2,875.00 | Read, Dacia |
| 746 | Croft Jamaica Plain | 10% Tuition Deposit | 2,952.00 | Reder, Dana and Seweryn, William |
| 777 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Reed, Chris and Samantha |
| 777 | Croft Jamaica Plain | Summer Camp - Jamaico | 3,124.00 | Reed, Chris and Samantha |
| 917 | Croft South End | Summer Camp - South E | 660 | Reeks, Jill and Tucker |
| 243 | Croft Jamaica Plain | 10% Tuition Deposit | 2,244.00 | Reich, Amanda and Adam Reich, John |
| 243 | Croft Jamaica Plain | Tuition - Jamaica Plain | 18,847.00 | Reich, Amanda and Adam Reich, John |
| 134 | Croft Providence | 10% Tuition Deposit | 1,077.00 | Reiss, Hayden and Vinoben, Rythum |
| 818 | Croft Providence | 10% Tuition Deposit | 1,592.00 | Restrepo, Isabel |
| 623 | Croft Jamaica Plain | 10% Tuition Deposit | 6,534.00 | Robb, Katharine and Ganatra, Rahul |
| 623 | Croft Jamaica Plain | Summer Camp - Jamaico | 355 | Robb, Katharine and Ganatra, Rahul |
| 456 | Croft Jamaica Plain | 10% Tuition Deposit | 1,489.00 | Robert, Ashleigh and Lee |
| 575 | Croft South End | 10% Tuition Deposit | 2,668.00 | Rosana, Tatiana and Alexis |
| 575 | Croft South End | Summer Camp - South E | 1,734.00 | Rosana, Tatiana and Alexis |
| 788 | Croft South End | 10% Tuition Deposit | 3,608.00 | Rosenthal, Emily and Shoap, Sam |
| 788 | Croft South End | Summer Camp - South E | 3,564.00 | Rosenthal, Emily and Shoap, Sam |
| 248 | Croft Jamaica Plain | 10% Tuition Deposit | 2,244.00 | Ross, Amy and Dana |
| 596 | Croft Providence | 10% Tuition Deposit | 925 | Ruiz, Kittery |
| 771 | Croft Providence | 10% Tuition Deposit | 1,221.00 | Russo, Sara and Elizabeth |
| 77 | Croft Providence | 10% Tuition Deposit | 3,623.00 | Eisenstein, Emily and Rutz, Matthew |
| 644 | Croft South End | 10% Tuition Deposit | 3,568.00 | Sadler, Darian and Brady |
| 644 | Croft South End | Summer Camp - South E | 2,754.00 | Sadler, Darian and Brady |
| 721 | Croft South End | 10% Tuition Deposit | 3,608.00 | Saks, Gregory and Caitlin |
| 721 | Croft South End | Summer Camp - South E | 3,564.00 | Saks, Gregory and Caitlin |
| 924 | Croft South End | Summer Camp - South E | 1,215.00 | Sandoval, Shane and Kellie |
| 722 | Croft South End | 10% Tuition Deposit | 3,608.00 | Sanhueza, Odali and Drugowitsch, Jan |
| 722 | Croft South End | Summer Camp - South E | 3,564.00 | Sanhueza, Odali and Drugowitsch, Jan |
| 259 | Croft Jamaica Plain | 10% Tuition Deposit | 1,422.00 | Morris, Devin and Sano-Morris, Yinnette |
| 247 | Croft Jamaica Plain | 10% Tuition Deposit | 1,122.00 | Satinsky, Abigail and Romero, Anthony |
| 378 | Croft South End | 10% Tuition Deposit | 125 | Savannah, Kiya |
| 762 | Croft Providence | 10% Tuition Deposit | 2,371.00 | Scherer, Andrew and Morell-Hart, Shanti |
| 408 | Croft Providence | 10% Tuition Deposit | 2,716.00 | Schned, Alex and Emelia |
| 64 | Croft Providence | 10% Tuition Deposit | 1,760.00 | Tortolani, Christina and Schulman, Seth |
| 865 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Sergi, Hannah and Adam |
| 865 | Croft Jamaica Plain | Summer Camp - Jamaico | 2,840.00 | Sergi, Hannah and Adam |
| 251 | Croft Jamaica Plain | 10% Tuition Deposit | 2,168.00 | Serrato, Antonio and De La Serna Buzon, Sofia |

| Customer | School | Account | Payments | Family Name |
|---|---|---|---|---|
| 409 | Croft Providence | 10% Tuition Deposit | 5,296.00 | Shin, Bora and Victor |
| 509 | Croft South End | Summer Camp - South E | 810 | Shulman-Laniel, Juliana and Steve |
| 244 | Croft Jamaica Plain | 10% Tuition Deposit | 4,481.00 | Silver, Jason and Elana |
| 226 | Croft Jamaica Plain | 10% Tuition Deposit | 1,844.00 | McBride, Jonpaul and Sinclair-Mcbride, Keneisha |
| 801 | Croft Jamaica Plain | 10% Tuition Deposit | 1,702.00 | Sokol, Gregory and Hannah |
| 637 | Croft Jamaica Plain | 10% Tuition Deposit | 6,534.00 | Solomon, Daniel and Sonja |
| 677 | Croft Jamaica Plain | 10% Tuition Deposit | 3,351.00 | Sood, Sharu and Luthra, Raj |
| 677 | Croft Jamaica Plain | Summer Camp - Jamaicc | 2,244.00 | Sood, Sharu and Luthra, Raj |
| 571 | Croft South End | 10% Tuition Deposit | 3,568.00 | Sorresso, Marc and Epstein, Lindsey |
| 571 | Croft South End | Summer Camp - South E | 1,215.00 | Sorresso, Marc and Epstein, Lindsey |
| 728 | Croft South End | 10% Tuition Deposit | 3,608.00 | Spacone, Aaron and Le, Justine |
| 728 | Croft South End | Summer Camp - South E | 2,684.00 | Spacone, Aaron and Le, Justine |
| 503 | Croft Providence | 10% Tuition Deposit | 916 | Spann, Partaja |
| 796 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Spellun, Arielle and Small, Aeron |
| 796 | Croft Jamaica Plain | Summer Camp - Jamaicc | 355 | Spellun, Arielle and Small, Aeron |
| 461 | Croft Jamaica Plain | Summer Camp - Jamaicc | 710 | Spitzer, Marlene and Henry |
| 748 | Croft Jamaica Plain | 10% Tuition Deposit | 2,852.00 | Springer, Remy and Abdullah, Rashid |
| 748 | Croft Jamaica Plain | Summer Camp - Jamaicc | 1,224.00 | Springer, Remy and Abdullah, Rashid |
| 7 | Croft South End | 10% Tuition Deposit | 4,273.00 | St. Denis, Cal and Tetrault, Remy |
| 7 | Croft South End | Summer Camp - South E | 1,620.00 | St. Denis, Cal and Tetrault, Remy |
| 265 | Croft Jamaica Plain | 10% Tuition Deposit | 2,422.00 | St.guillen, Alejandra and Martinez, Josiane |
| 452 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Stauder, Caitlin and McVety, Chris |
| 254 | Croft Jamaica Plain | 10% Tuition Deposit | 2,244.00 | Merry, David and Stazinski, Richard |
| 362 | Croft South End | 10% Tuition Deposit | 3,261.00 | Sternberg, Tava and Ford, Casey |
| 362 | Croft South End | Summer Camp - South E | 810 | Sternberg, Tava and Ford, Casey |
| 626 | Croft Jamaica Plain | Summer Camp - Jamaicc | 710 | Stoddard, Gretchen and Pursley, Zachariah |
| 123 | Croft Providence | 10% Tuition Deposit | 2,277.00 | Lillie, Vanessa and Stolz, Zachary |
| 103 | Croft Providence | 10% Tuition Deposit | 628 | Struckholz, Michelle and Fred |
| 168 | Croft Providence | 10% Tuition Deposit | 4,828.00 | Theyel, Brian and Sullivan, Elizabeth |
| 593 | Croft Providence | 10% Tuition Deposit | 1,964.00 | Sullivan, Lisa and Christopher |
| 462 | Croft Jamaica Plain | 10% Tuition Deposit | 5,220.00 | Sullivan, Mary-Christine and Stelson, Aaron |
| 462 | Croft Jamaica Plain | Summer Camp - Jamaicc | 710 | Sullivan, Mary-Christine and Stelson, Aaron |
| 612 | Croft Providence | 10% Tuition Deposit | 1,725.00 | Sundaresh, Aarav |
| 434 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Tate, Carrie and Donovan, Stephen |
| 749 | Croft Jamaica Plain | 10% Tuition Deposit | 2,552.00 | Theodat, Hannah and William |
| 464 | Croft Jamaica Plain | 10% Tuition Deposit | 1,878.00 | Thevenin, Regine |
| 464 | Croft Jamaica Plain | 10% Tuition Deposit | 1,977.00 | Thevenin, Regine |
| 85 | Croft Jamaica Plain | 10% Tuition Deposit | 5,309.00 | Thiel, Will and Brady, Sarah |
| 85 | Croft Jamaica Plain | Summer Camp - Jamaicc | 1,420.00 | Thiel, Will and Brady, Sarah |
| 712 | Croft Jamaica Plain | 10% Tuition Deposit | 3,151.00 | Thomas, Kristie and Wirzbicki, Alan |
| 433 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Thompson, Jennifer and Donohue, Matthew |
| 491 | Croft Jamaica Plain | 10% Tuition Deposit | 2,377.00 | Thompson, Khari and Cristal |
| 814 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Ting, Lauren and Hooper, Trevor |
| 814 | Croft Jamaica Plain | Summer Camp - Jamaicc | 3,124.00 | Ting, Lauren and Hooper, Trevor |
| 629 | Croft Jamaica Plain | 10% Tuition Deposit | 3,351.00 | Tiwari, Devesh and Koul, Richa |
| 256 | Croft Jamaica Plain | 10% Tuition Deposit | 3,888.00 | Toce, Michael and Sarah |
| 927 | Croft South End | 10% Tuition Deposit | 1,500.00 | Toupin, David |
| 124 | Croft Providence | 10% Tuition Deposit | 427 | Trimbur, Lucia |
| 766 | Croft Providence | 10% Tuition Deposit | 1,921.00 | Truskoski, Elizabeth and Iannone, James |
| 466 | Croft Jamaica Plain | 10% Tuition Deposit | 5,415.00 | Ullman, Rebecca and Toland, Blair |
| 111 | Croft Providence | 10% Tuition Deposit | 2,070.00 | Umaschi, Stephanie and Santiago |
| 38 | Croft South End | 10% Tuition Deposit | 5,698.00 | William Ursprung, Eric and Sanouri Anaska Ursprung, Ww |
| 615 | Croft Jamaica Plain | 10% Tuition Deposit | 2,551.00 | Van Dam, Abigail and Quiroga, Gustavo |
| 615 | Croft Jamaica Plain | Summer Camp - Jamaicc | 2,244.00 | Van Dam, Abigail and Quiroga, Gustavo |
| 719 | Croft South End | Summer Camp - South E | 2,769.00 | van Dijk, Laura and Alexander |

| Customer | School | Account | Payments | Family Name |
|---|---|---|---|---|
| 121 | Croft Providence | 10% Tuition Deposit | 777 | Van Horn, Mark and Amy |
| 781 | Croft South End | Summer Camp - South Er | 405 | Van Rhijn, Nella and Jacob |
| 556 | Croft Providence | 10% Tuition Deposit | 1,016.00 | Vanson, Maria and Dunican, Michael |
| 140 | Croft Providence | 10% Tuition Deposit | 588 | Vedro, Jennifer |
| 219 | Croft Jamaica Plain | 10% Tuition Deposit | 2,631.00 | Vitale-Wolff, David and Kazer, Felicia |
| 219 | Croft Jamaica Plain | Tuition - Jamaica Plain | 2,095.00 | Vitale-Wolff, David and Kazer, Felicia |
| 86 | Croft Jamaica Plain | 10% Tuition Deposit | 2,794.00 | Walker, Jacob and Houston Walker, Kacey |
| 718 | Croft South End | Summer Camp - South Er | 3,159.00 | Wallden, Brian and Genevieve |
| 754 | Croft Jamaica Plain | 10% Tuition Deposit | 3,452.00 | Wanamaker, Bonni and Moore, James |
| 754 | Croft Jamaica Plain | Summer Camp - Jamaicc | 2,769.00 | Wanamaker, Bonni and Moore, James |
| 463 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Ward, Molly and Terry, Sean |
| 458 | Croft Jamaica Plain | 10% Tuition Deposit | 4,897.00 | Waxler, Jessica and Sheets, Anthony |
| 458 | Croft Jamaica Plain | Summer Camp - Jamaicc | 3,124.00 | Waxler, Jessica and Sheets, Anthony |
| 732 | Croft South End | 10% Tuition Deposit | 3,608.00 | Webb, Marshall Samantha and Tarr, Michael |
| 732 | Croft South End | Summer Camp - South Er | 3,159.00 | Webb, Marshall Samantha and Tarr, Michael |
| 877 | Croft Jamaica Plain | 10% Tuition Deposit | 1,452.00 | Wheeler, Bianca |
| 75 | Croft Providence | 10% Tuition Deposit | 2,070.00 | Whiting, Ozge and William |
| 852 | Croft Providence | 10% Tuition Deposit | 871 | Wilkinson, Zane and Miller, Katherine |
| 467 | Croft Jamaica Plain | 10% Tuition Deposit | 377 | Winston, Neka and Martinez, Marvin |
| 816 | Croft Providence | 10% Tuition Deposit | 1,971.00 | Wolf, Anne |
| 767 | Croft Providence | 10% Tuition Deposit | 971 | Womack, Chanda and Tiger |
| 376 | Croft South End | 10% Tuition Deposit | 6,359.00 | Wood, Meghan and Ryan, Herbert |
| 436 | Croft Jamaica Plain | 10% Tuition Deposit | 2,977.00 | Wright, Nioke and Gumbs, Dwayne |
| 890 | Croft Jamaica Plain | Summer Camp - Jamaicc | 710 | Young, Steven and Geary, Alaina |
| 262 | Croft Jamaica Plain | 10% Tuition Deposit | 2,422.00 | Hanania, Joan and Zawaneh, Peter |
| 263 | Croft Jamaica Plain | 10% Tuition Deposit | 4,501.00 | Fahy, Ethan and Zolotarev, Maria |
| | | | 1,233,284.00 | |

| ID | Family Name | School | Total Paid to Date |
|---|---|---|---|
| 12317 | Daniel, Silverman and Hafiz, Hiba | Jamaica Plain | $3,319.00 |
| 12325 | Fuchik, Ira and Lauritson-Lada, Alexander | Jamaica Plain | $9,957 |
| 12802 | Chen, Hannah and Huang, Kevin | Jamaica Plain | $33,005.70 |
| 12805 | Williams, Maura and Lewis, William | Jamaica Plain | $3,371.50 |
| 12808 | Bielagus, Abby | Jamaica Plain | $3,549.00 |
| 12811 | Marino, David | Jamaica Plain | $3,549.00 |
| 12813 | Minahan, James and Jemi | Jamaica Plain | $1,449.00 |
| 12816 | Allen, Patricia and Wechsler, Stephen | Jamaica Plain | $2,449.00 |
| 12819 | Farineau, Matthew and Gaddi, Pamela | Jamaica Plain | $3,549.00 |
| 12822 | Sorg-Hazeltine, Emily and Hazeltine, Stephen | Jamaica Plain | $3,549.00 |
| 12825 | Young, Steven and Geary, Alaina | Jamaica Plain | $3,549.00 |
| 12828 | Kreiger-Benson, Elana and Verran, Samuel | Jamaica Plain | $3,549.00 |
| 12831 | Heying, Eryn and Barbiero, Omar | Jamaica Plain | $30,070.60 |
| 12834 | Havdala, Robert and Elanna | Jamaica Plain | $30,496.56 |
| 12934 | Rockett, Margaret (Molly) | Jamaica Plain | $1,349.00 |
|  | Small, Aaron and Spellun, Arielle | Jamaica Plain | $30,824.48 |
| 12935 | McGregor, Grace and Mark | Jamaica Plain | $12,517.98 |
| 12936 | Stauder, Caitlin and McVety, Chris | Jamaica Plain | $2,496.00 |
| 12938 | Loukas, Elizabeth and Peter | Jamaica Plain | $1,854.00 |
| 12928 | McDonald-Brown, Jennie and Maura | Jamaica Plain | $974.00 |
| 12835 | Collibee, Charlene and Garrigan, John | Providence | $2,669.00 |
| 12838 | Bondorew, Maret and Jeffrey | Providence | $1,369.00 |
| 12841 | Avgerakis, Alison and Ethan | Providence | $3,169.00 |
| 12844 | Besen, Jessica and Justin | Providence | $3,169.00 |
| 12847 | Sherry, Jennifer and William | Providence | $16,451.70 |
| 12850 | Buckley, Angela and Alexander | Providence | $2,119.00 |
| 12853 | DeMoranville, Linda | Providence | $1,469.00 |
| 12856 | Halloway, Pamela | Providence | $669.00 |
| 12858 | Benjamin, Melissa and Pleasants, Kevin | Providence | $3,169.00 |
| 12861 | Gould-Stotts, Sarah and Stotts, Andrew | Providence | $3,169.00 |
| 12867 | Wiggin, Kelsey and Hacker, Brian | Providence | $3,169.00 |
|  | Butner, Matt and Zappala, Jackie | Providence | $3,169.00 |
| 12870 | Richard, Brightman and Lindsay, Brightman | Providence | $2,069.00 |
| 12942 | Cable, Anna and Weinblatt, Aaron | Providence | $1,419.00 |
| 12945 | Weber, Alison and Bryan | Providence | $15,582.15 |
| 12946 | Ryan, Rachel and Kevin | Providence | $17,846.70 |
| 12956 | Gillette, Jacquelyn and Yezegel, Ari | South End | $3,469.00 |
| 12873 | Quintero, Cristina | South End | $7,151.70 |
| 12875 | Liu, Jess and Yu, Ya-Ting | South End | $35,051.70 |
| 12878 | Spielberg, Jeff and McKeon, Caroline | South End | $35,051.70 |
| 12881 | Grazulis, Alyssa and Jonas | South End | $35,051.70 |
| 12884 | Kumar, Shivani and Georges, Jason | South End | $3,769.00 |
| 12887 | Reeks, Jill and Tucker | South End | $3,369.00 |

| ID | Family Name | School | Total Paid to Date |
|---|---|---|---|
| 12890 | Fitzgerald, Amelia and Reid | South End | $35,051.70 |
| 12893 | Feeney, Kathleen and Russell, Scott | South End | $3,769.00 |
| 12896 | Lindberg, Christina and Kistinger, Peter | South End | $35,051.70 |
| 12899 | Weiss, Michael and Jenna | South End | $3,769.00 |
| 12902 | Medlar, Ashley and Somich, Peter | South End | $35,051.70 |
| 12914 | Hillard, Matthew and Ebling, Maritza | South End | $3,389.00 |
| 12905 | Danielle, Frisch and David, Frisch | South End | $3,769.00 |
| 12908 | Sandoval, Shane and Kellie | South End | $3,769.00 |
| 12911 | Fonseca, Melissa and Nguyen, Tony | South End | $1,206.00 |
| 12915 | Fonseca, Melissa and Nguyen, Tony | South End | $1,269.00 |
| 12919 | Ward, MyShawndria and Perry, Alyssa | South End | $1,469.00 |
| 12916 | DeFeo, Megan and Eric | South End | $30,220.35 |
| 12959 | Cantalupo, Naheed and William | South End | $3,769.00 |
| 12926 | Pinto, Kathryn and Maximilian | South End | $31,874.82 |
| 12962 | Sternberg, Tava and Ford, Casey | South End | $28,814.19 |
| 12963 | Bees, Jessica and Chris | South End | $2,528.00 |
| 12964 | Larrea Maccise, Regina and Becker, Justin | South End | $2,769 |
| 12967 | Sanhueza, Odali and Drugowitsch, Jan | South End | $31,874.82 |
| | | | **$648,433.45** |

| Student ID | Family ID# | Family Name | School | Total Paid to Date |
|---|---|---|---|---|
| 10117 | 13 | Wang, Jean and Nelson, Nick | South End | $25,193 |
| 10123 | 19 | Champlin, Sarah | South End | $25,193 |
| 10131 | 27 | Hediger, Carl and Michelle | South End | $25,193 |
| 10132 | 28 | Ong, Charlene and Dhand, Amar | South End | $22,846 |
| 10137 | 33 | Mehta, Darshan | Jamaica Plain | $9,423 |
| 10138 | 34 | Murphy Jr (desi), Michael and Abello, Paola | South End | $25,193 |
| 10149 | 45 | Dyson, Jennifer and Alexander | South End | $25,193 |
| 10182 | 72 | Dunn, Ashley and Borsare, Mike | Jamaica Plain | $23,472 |
| 10184 | 74 | Marsh, Andrew and Gina | Jamaica Plain | $23,472 |
| 10188 | 77 | Eisenstein, Emily and Rutz, Matthew | Providence | $13,044 |
| 10189 | 77 | Eisenstein, Emily and Rutz, Matthew | Providence | $17,392 |
| 10195 | 82 | Dalpe, Victoria and Gelatt, Philip | Providence | $15,283 |
| 10198 | 85 | Thiel, Will and Brady, Sarah | Jamaica Plain | $23,472 |
| 10199 | 86 | Walker, Jacob and Houston Walker, Kacey | Jamaica Plain | $23,472 |
| 10204 | 91 | Sharma, Sagree and Lyddy, Christopher | Providence | $15,283 |
| 10213 | 496 | Doran, Liz | Jamaica Plain | $12,972 |
| 10233 | 116 | Allen, Larry and Myree | Providence | $7,192 |
| 10238 | 120 | Dreisbach, Valley and Turk, Matt | Providence | $19,125 |
| 10241 | 123 | Lillie, Vanessa and Stolz, Zachary | Providence | $19,125 |
| 10244 | 126 | Collis, Nahoko and William | Providence | $19,125 |
| 10248 | 130 | Kafi, Laila and McKenney, Kurtis | Providence | $21,402 |
| 10249 | 130 | Kafi, Laila and McKenney, Kurtis | Providence | $18,192 |
| 10258 | 138 | Chan, Melody and Katzen, Amy | Providence | $19,125 |
| 10262 | 143 | Foley, William and Whitney | Providence | $19,125 |
| 10265 | 146 | Becker, Austin and Birnbaum Becker, Molly | Providence | $21,347 |
| 10274 | 154 | DiNardo, Sarah and Domenic | Providence | $19,879 |
| 10280 | 159 | Ehrlich, Jora and Millan, Justin | Providence | $11,267 |
| 10281 | 159 | Ehrlich, Jora and Millan, Justin | Providence | $9,577 |
| 10289 | 168 | Theyel, Brian and Sullivan, Elizabeth | Providence | $21,347 |
| 10307 | 184 | Noel, Nyia | Jamaica Plain | $12,631 |
| 10308 | 419 | Agrawal, Tara and Pedulla, Mark | Jamaica Plain | $18,535 |
| 10310 | 187 | Vazquez Del Mercado, Barbara and Ardisson-Korat, Andres | Jamaica Plain | $16,563 |
| 10323 | 196 | Burke, Elayne and Adams, Michael | Jamaica Plain | $18,298 |
| 10343 | 210 | March, Elizabeth and Houlihan, David | Jamaica Plain | $17,038 |
| 10344 | 211 | Poole, Elizabeth and Imennov, Nikita | Jamaica Plain | $20,343 |
| 10354 | 219 | Vitale-Wolff, David and Kazer, Felicia | Jamaica Plain | $11,943 |
| 10355 | 219 | Vitale-Wolff, David and Kazer, Felicia | Jamaica Plain | $10,152 |
| 10380 | 239 | Palazuelos, Daniel and Lindsay | Jamaica Plain | $18,847 |
| 10384 | 243 | Reich, Amanda and Adam Reich, John | Jamaica Plain | $18,847 |
| 10389 | 248 | Ross, Amy and Dana | Jamaica Plain | $18,847 |
| 10399 | 256 | Toce, Michael and Sarah | Jamaica Plain | $18,243 |
| 10404 | 261 | McCormick, Ian and Griffin, Sarah | Jamaica Plain | $20,343 |
| 10408 | 263 | Fahy, Ethan and Zolotarev, Maria | Jamaica Plain | $20,343 |
| 10410 | 265 | St.guillen, Alejandra and Martinez, Josiane | Jamaica Plain | $20,343 |
| 11263 | 362 | Sternberg, Tava and Ford, Casey | South End | $27,396 |
| 11264 | 363 | Fraher, Caeli and Michael | South End | $27,396 |

| Student ID | Family ID# | Family Name | School | Total Paid to Date |
|---|---|---|---|---|
| 11266 | 27 | Hediger, Carl and Michelle | South End | $22,674 |
| 11267 | 365 | Perreault, Maressa and Howe, Benjamin | South End | $27,396 |
| 11279 | 375 | Purvis, Elizabeth | South End | $8,916 |
| 11294 | 126 | Collis, Nahoko and William | Providence | $17,670 |
| 11302 | 393 | Garvin, Kristen and Greg | Providence | $16,093 |
| 11303 | 393 | Garvin, Kristen and Greg | Providence | $14,483 |
| 11310 | 399 | Mannings, Larry and Moreira, Carla | Providence | $20,531 |
| 11321 | 408 | Schned, Alex and Emelia | Providence | $22,813 |
| 11322 | 409 | Shin, Bora and Victor | Providence | $22,813 |
| 11325 | 168 | Theyel, Brian and Sullivan, Elizabeth | Providence | $19,212 |
| 11332 | 417 | Weber, Alison and Bryan | Providence | $14,833 |
| 11352 | 437 | Lesniak, Tess and Guriev, Alex | Jamaica Plain | $22,069 |
| 11357 | 211 | Poole, Elizabeth and Imennov, Nikita | Jamaica Plain | $18,309 |
| 11381 | 462 | Sullivan, Mary-Christine and Stelson, Aaron | Jamaica Plain | $22,489 |
| 11776 | 566 | Clifford, Lindsey | South End | $19,468 |
| 11781 | 568 | Mylvaganam, Geetha and Rios, Daniel | South End | $29,968 |
| 11787 | 570 | Hayden, Lystra and Feghali, Wajdi | South End | $29,968 |
| 11790 | 571 | Sorresso, Marc and Epstein, Lindsey | South End | $29,968 |
| 11793 | 572 | Hillard, Matthew and Ebling, Maritza | South End | $29,968 |
| 11799 | 574 | Kate, Stein and David, Stein | South End | $29,968 |
| 11815 | 28 | Ong, Charlene and Dhand, Amar | South End | $19,419 |
| 11818 | 34 | Murphy Jr (desi), Michael and Abello, Paola | South End | $22,674 |
| 11826 | 13 | Wang, Jean and Nelson, Nick | South End | $22,674 |
| 11830 | 580 | Gay, Nombuso and Inel | South End | $1,465 |
| 11839 | 583 | Jorrin, Michala and Alexander | Providence | $12,812 |
| 11842 | 584 | DeBurgo, Arthur and Escano, Diecelis | Providence | $17,852 |
| 11848 | 586 | Nguyen, Oanh and Phan, Van Du | Providence | $25,412 |
| 11854 | 588 | Read, Dacia | Providence | $24,152 |
| 11862 | 592 | Balderi, Sara and Angileri, Philip | Providence | $25,412 |
| 11865 | 593 | Sullivan, Lisa and Christopher | Providence | $16,498 |
| 11871 | 595 | Lee, Anja and Matthew | Providence | $17,432 |
| 11874 | 596 | Ruiz, Kittery | Providence | $7,068 |
| 11876 | 597 | Subiadur, Elizabeth and Arys | Providence | $28,438 |
| 11879 | 597 | Subiadur, Elizabeth and Arys | Providence | $27,016 |
| 11880 | 598 | Mann, Lucas and De Luca, Ottavia | Providence | $25,412 |
| 11884 | 91 | Sharma, Sagree and Lyddy, Christopher | Providence | $11,462 |
| 11888 | 409 | Shin, Bora and Victor | Providence | $21,672 |
| 11896 | 143 | Foley, William and Whitney | Providence | $17,213 |
| 11897 | 602 | Levine, Adam and Wu, Janson | Providence | $25,412 |
| 11962 | 623 | Robb, Katharine and Ganatra, Rahul | Jamaica Plain | $28,146 |
| 11965 | 623 | Robb, Katharine and Ganatra, Rahul | Jamaica Plain | $26,739 |
| 11966 | 624 | McDermott, Nancy and Andrews, Christopher | Jamaica Plain | $28,146 |
| 11969 | 624 | McDermott, Nancy and Andrews, Christopher | Jamaica Plain | $26,739 |
| 11986 | 631 | Dana, Warren and Brad, Warren | Jamaica Plain | $31,497 |
| 11995 | 634 | Davis Hunt, Nathan and Caroline | Jamaica Plain | $17,448 |
| 12007 | 256 | Toce, Michael and Sarah | Jamaica Plain | $14,414 |

| Student ID | Family ID# | Family Name | School | Total Paid to Date |
|---|---|---|---|---|
| 12009 | 637 | Solomon, Daniel and Sonja | Jamaica Plain | $28,146 |
| 12012 | 637 | Solomon, Daniel and Sonja | Jamaica Plain | $26,739 |
| 12036 | 644 | Sadler, Darian and Brady | South End | $29,968 |
| 12048 | 648 | Musen, Lindsey and Golden, Andy | Jamaica Plain | $28,146 |
| 12061 | 653 | Johnson, Cassandra and Ilchman, Frederick | Jamaica Plain | $28,146 |
| 12066 | 655 | Ward, Meghann | Jamaica Plain | $18,906 |
| 12071 | 657 | Huyck, Jonathan and Ann | Providence | $25,412 |
| 12150 | 684 | Lopes, Stephany | Providence | $7,772 |
| 12231 | 715 | DeFeo, Megan and Eric | South End | $28,733 |
| 12249 | 721 | Saks, Gregory and Caitlin | South End | $30,305 |
| 12252 | 722 | Sanhueza, Odali and Drugowitsch, Jan | South End | $30,305 |
| 12255 | 723 | Doug, Fleischer and Lee, Mirbach | South End | $30,305 |
| 12261 | 725 | McGinty, Amy and Warson-Hill, Nigel | South End | $30,305 |
| 12285 | 733 | Fernandes, Gabrielle and Lingos-Webb, John | South End | $30,305 |
| 12311 | 742 | Haas Sanborn, Leah and Sanborn, Chris | Jamaica Plain | $28,995 |
| 12314 | 743 | D'Annunzio, David and Thurber, Emilia | Jamaica Plain | $28,995 |
| 12339 | 752 | Lipsett, Blake and Nviri, Francis Xavier | Jamaica Plain | $27,545 |
| 12342 | 752 | Lipsett, Blake and Nviri, Francis Xavier | Jamaica Plain | $28,995 |
| 12356 | 437 | Lesniak, Tess and Guriev, Alex | Jamaica Plain | $20,965 |
| 12360 | 648 | Musen, Lindsey and Golden, Andy | Jamaica Plain | $26,739 |
| 12362 | 758 | Havdala, Robert and Elanna | Jamaica Plain | $32,447 |
| 12365 | 759 | Shaffer, Elena and Hunter | Providence | $26,636 |
| 12368 | 760 | Jacobson, Molly and Rolando, Kevin | Providence | $16,385 |
| 12372 | 761 | Pearson, Kevin and Kaplan, Lindsay | Providence | $22,436 |
| 12378 | 763 | Andrews, Katie and Guzman, Marcio | Providence | $15,716 |
| 12387 | 766 | Truskoski, Elizabeth and Iannone, James | Providence | $16,136 |
| 12396 | 769 | Yu, Jenna and Wood, Nathaniel | Providence | $9,836 |
| 12412 | 146 | Becker, Austin and Birnbaum Becker, Molly | Providence | $19,212 |
| 12424 | 778 | Hui, Ming Min and Rodriguez, Ricardo | South End | $25,265 |
| 12430 | 780 | Farrell, Jessy and Salazar, Gelissa | Providence | $11,516 |
| 12433 | 45 | Dyson, Jennifer and Alexander | South End | $22,674 |
| 12449 | 363 | Fraher, Caeli and Michael | South End | $26,026 |
| 12450 | 785 | Muradali, Janice and Zara | South End | $30,305 |
| 12463 | 789 | Pinto, Kathryn and Maximilian | South End | $30,305 |
| 12473 | 792 | Gaston, Lindsey and Sherman, Marc | Jamaica Plain | $28,995 |
| 12476 | 462 | Sullivan, Mary-Christine and Stelson, Aaron | Jamaica Plain | $21,364 |
| 12477 | 263 | Fahy, Ethan and Zolotarev, Maria | Jamaica Plain | $17,460 |
| 12478 | 85 | Thiel, Will and Brady, Sarah | Jamaica Plain | $21,125 |
| 12496 | 796 | Spellun, Arielle and Small, Aeron | Jamaica Plain | $28,995 |
| 12506 | 799 | Hahn, Dianna and Froehlich, John | Jamaica Plain | $18,915 |
| 12509 | 800 | Orellana, Kenneth and Pimentel, Luisa | Jamaica Plain | $21,435 |
| 12518 | 803 | McGregor, Grace and Mark | Jamaica Plain | $11,775 |
| 12522 | 804 | Manfredi, Louise and Alexander, Rajan | Providence | $26,636 |
| 12535 | 807 | Elson, Jennifer and Kennedy, Sarafina | Jamaica Plain | $14,715 |
| 12536 | 808 | Gisselquist, Andrew and Lillian | Jamaica Plain | $32,447 |
| 12548 | 812 | Langway, Zachary and Almedeimigh, Almutasim (Matt) | Providence | $16,556 |

| Student ID | Family ID# | Family Name | School | Total Paid to Date |
|---|---|---|---|---|
| 12561 | 817 | Dimter, Todd | Providence | $16,556 |
| 12581 | 823 | Gaetano Adi, Paula and Borsani, Alejandro | Providence | $12,356 |
| 12587 | 825 | Boyd Schachter, Lucy and Benjamin | Jamaica Plain | $27,315 |
| 12593 | 827 | Rivera, Danielle and Erik | Providence | $12,360 |
| 12599 | 829 | Hapgood, Megan and Curtis | Jamaica Plain | $28,995 |
| 12614 | 835 | Obierika, Princess | South End | $579 |
| 12616 | 835 | Obierika, Princess | South End | $551 |
| 12624 | 838 | Grenier, Kyra and Adam | Jamaica Plain | $19,755 |
| 12667 | 853 | Hollingsworth, Mary and Hurd, Robert | Jamaica Plain | $17,655 |
| 12703 | 865 | Sergi, Hannah and Adam | Jamaica Plain | $28,995 |
| 12763 | 876 | Giannakis, George and Louise | South End | $33,913 |
| 12774 | 878 | Milliken, Aimee and Gibson, Travis | Jamaica Plain | $21,435 |
| | | | | **$3,171,773** |

**Fill in this information to identify the case:**

Debtor name    **Oxford Street Education, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 1421 Washington St., Boston, MA** | |
| | State the term remaining | **Terminated Pre-Petition** | **1421 Washington Associates LLC c/o Mark Epker Vantage Real Estate LLC 601 High Street, Suite 204 Dedham, MA 02026** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 144 Wayland Ave., Providence, RI** | |
| | State the term remaining | **02/28/2042** | **144 Wayland, LLC 941 Dyer Avenue Cranston, RI 02920** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 179 Wayland Ave., Providence, RI** | |
| | State the term remaining | **08/31/2031** | **179 Wayland Avenue, LLC c/o Capstone Properties 5 Burlington Woods Burlington, MA 01803** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 3815 Washington St., Boston, MA - 1st Floor** | |
| | State the term remaining | **03/31/2030** | **APW, LLC PO Box 300173 Boston, MA 02130** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Oxford Street Education, LLC** | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement - 3815 Washington St., Boston, MA - 2nd Floor**

State the term remaining — **06/30/2030**

List the contract number of any government contract

**APW, LLC
PO Box 300173
Boston, MA 02130**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement - 3815 Washington St., Boston, MA - 3rd Floor**

State the term remaining — **06/30/2030**

List the contract number of any government contract

**APW, LLC
PO Box 300173
Boston, MA 02130**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement - 1525 Washington St., Boston, MA**

State the term remaining — **07/14/2031**

List the contract number of any government contract

**Blackstone Square Realty Trust
45 Sierra Road
Hyde Park, MA 02136**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement No. OS051820 & Corresponding Schedules**

State the term remaining — **Various**

List the contract number of any government contract

**Camber Road Partners, Inc.
3601 Minnesota Drive, Suite 670
Minneapolis, MN 55435**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement - 144 Medway St., Providence, RI**

State the term remaining — **11/30/2027**

List the contract number of any government contract

**Great LLC
10 Elmgrove Avenue
Providence, RI 02906**

---

Debtor 1   **Oxford Street Education, LLC**                          Case number *(if known)*
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 21 Notre Dame Ave., Cambridge, MA Landlord holding $50,000 security deposit** |
| State the term remaining | **Terminated Pre-Petition** |
| List the contract number of any government contract | **Reservoir Church**<br>**15 Notre Dame Avenue**<br>**Cambridge, MA 02140** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 1310 Washington St., Boston, MA** |
| State the term remaining | **05/31/2035** |
| List the contract number of any government contract | **RSR Investments LLC**<br>**c/o Stonegate Group Management LLC**<br>**235 West Central Street**<br>**Natick, MA 01760** |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 3 of 3

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Oxford Street Education, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Sarah Given** | **21 Fox Hill Road Wellesley Hills, MA 02481** | **Leader Bank, N.A.** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.2 | **Scott Given** | **21 Fox Hill Road Wellesley Hills, MA 02481** | **Leader Bank, N.A.** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.3 | **Scott Given** | **21 Fox Hill Road Wellesley Hills, MA 02481** | **Channel Partners Capital, LLC** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Scott Given** | **21 Fox Hill Road Wellesley Hills, MA 02481** | **Meged Funding Group** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Robert J. Given** | | **APW, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |

Debtor   **Oxford Street Education, LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Scott Given** | **21 Fox Hill Road**<br>**Wellesley Hills, MA 02481** | **Blackstone Square Realty Trust** | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.7 | **Scott Given** | **21 Fox Hill Road**<br>**Wellesley Hills, MA 02481** | **APW, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.5__ |
| 2.8 | **Scott Given** | **21 Fox Hill Road**<br>**Wellesley Hills, MA 02481** | **RSR Investments LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.11__ |
| 2.9 | **Scott Given** | **21 Fox Hill Road**<br>**Wellesley Hills, MA 02481** | **144 Wayland, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |
| 2.10 | **Scott Given** | **21 Fox Hill Road**<br>**Wellesley Hills, MA 02481** | **Great LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.9__ |
| 2.11 | **Scott Given** | **21 Fox Hill Road**<br>**Wellesley Hills, MA 02481** | **1421 Washington Associates LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.12 | **Scott Given** | **21 Fox Hill Road**<br>**Wellesley Hills, MA 02481** | **Reservoir Church** | ☐ D _____<br>☐ E/F _____<br>■ G __2.10__ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Oxford Street Education, LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS</td></tr>
<tr><td colspan="2">Case number (if known)   _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,324,884.83** |
| **For prior year:**<br>From  **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$12,303,424.00** |
| **For year before that:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$11,506,513.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Oxford Street Education, LLC**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **179 Wayland Avenue, LLC**<br>**c/o Capstone Properties**<br>**5 Burlington Woods**<br>**Burlington, MA 01803** | **3/3/2026** | **$19,718.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __rent__ |
| 3.2. **All-In Accounting Solutions, LLC**<br>**10964 Lin Valle Drive, Suite A, St. Loui**<br>**St Louis, MO 63123** | **See attachment to SOFA Q3.** | **$27,477.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. **APW, LLC**<br>**PO Box 300173**<br>**Boston, MA 02130** | **3/12/2026** | **$52,047.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __rent__ |
| 3.4. **Blackstone Square Trust**<br>**45 Sierra Road**<br>**Hyde Park, MA 02136** | **3/12/2026** | **$35,948.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __rent__ |
| 3.5. **Camber Road Partners, Inc.**<br>**3601 Minnesota Drive; Suite 670**<br>**Minneapolis, MN 55435** | **See attachment to SOFA Q3** | **$143,275.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Clark Hill PLC**<br>**130 E. Randolph Street**<br>**Suite 3900**<br>**Chicago, IL 60601** | **See attachment to SOFA Q3** | **$200,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. **Guardian Insurance**<br>**1530 Fall River Ave**<br>**Seekonk, MA 02771** | **See attachment to SOFA Q3** | **$26,537.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **Gusto**<br>**525 20th Street**<br>**San Francisco, CA 94107** | **See attachment to SOFA Q3** | **$18,580.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor    **Oxford Street Education, LLC**                                      Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Insource** **148 Linden St** **Wellesley, MA 02482** | | **$13,269.69** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.10. | **Jan-Pro** **10 Tower Office Park Suite 419** **Woburn, MA 01801** | **See attachment to SOFA Q3** | **$10,526.31** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.11. | **Leader Bank, N.A.** **180 Massachusetts Avenue** **Arlington, MA 02474** | **See attachment to SOFA Q3** | **$1,789,160.23** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Bank Sweep of accounts** |
| 3.12. | **Meged Funding Group** **108 W 39th Street Ste 1006 #2171,** **New York, NY 10018** | **See attachment to SOFA Q3** | **$293,740.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **loans and fees** |
| 3.13. | **Slowey McManus Communcations LLC** **11 Beacon St Ste 1224** **Boston, MA 02108** | **See attachment to SOFA Q3** | **$30,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Scott Given** **21 Fox Hill Road** **Wellesley Hills, MA 02481** | **See attachment to SOFA Q4** | **$389,049.26** | **Loan repayments** |
| 4.2. | **Robert Given** **304 Brooksby Village Drive** **Unit 719** **Peabody, MA 01960** | **See attachment to SOFA Q4** | **$175,500.00** | **Loan repayments** |
| 4.3. | **Stephan Hauke** **14 Hemlock Ridge Road** **North Yarmouth, ME 04097** | **See attachment to SOFA Q4** | **$209,356.77** | **Loan repayments** |

Debtor   **Oxford Street Education, LLC**_____   Case number *(if known)*_____

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **South End Village Academy Incorporated**<br>**1 Custom Street**<br>**Boston, MA 02118** | **Furniture, fixtures, equipment and educational materials** | **6/1/2026** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cope, et al. v. Oxford Street Education, LLC, et al.**<br>**2406SC002108** | **Small Claims** | **Boston Municipal Court West Roxbury Division**<br>**445 Arborway**<br>**Jamaica Plain, MA 02130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **1421 Washington Associates LLC v. Oxford Street Education, LLC, et al.**<br>**2684CV00791** | **Breach of Contract; Fraud; Declaratory Judgment** | **Suffolk County Superior Court**<br>**3 Pemberton Square**<br>**Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Emelia Ingersoll Schned, et al. v. Oxford Street Education LLC, et al.**<br>**PC-2026-01525** | **Receivership** | **Rhode Island Providence Superior Court**<br>**250 Benefit Street**<br>**Providence, RI 02903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Crockett, Paul vs. Given, Scott**<br>**2682CV00318** | **Fraud** | **Norfolk County Superior Court**<br>**650 High St**<br>**Dedham, MA 02026** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Matthew Salisbury; Sade Freeland; Jennifer Elson, on behalf of themselves and all others similarly situated v. Oxford Street Education LLC dba The Croft School; Scott Given; Michael Goldstein**<br>**TC26-4664** | **Class action for employment and Massachusetts Wage Act** | **Suffolk Superior Court**<br>**3 Pemberton Square**<br>**Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor   **Oxford Street Education, LLC** _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **In re Scott Given and The Croft School**<br>**INV-2026-0666** | **Investigation** | **Massachusetts Securities Division**<br>**1 Ashburton Pl #17**<br>**Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **United States Securities and Exchange Commission Investigation**<br>**B-03878** | **Investigation** | **US Securities and Exchange Commission**<br>**33 Arch St #23**<br>**Boston, MA 02110** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **United States Attorneys Office Investigation** | **Investigation** | **United States Attorneys Office**<br>**1 Courthouse Way, Suite 9200**<br>**Boston, MA 02210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    **Oxford Street Education, LLC**                              Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Clark Hill PLC** <br> **130 E. Randolph Street** <br> **Suite 3900** <br> **Chicago, IL 60601** | | **04/24/2026** <br> **04/16/2026** <br> **03/18/2026** | **$200,000.00** |
| | **Email or website address** <br> **www.clarkhill.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Getzler Henrich & Associates** <br> **295 Madison Ave # 20** <br> **New York, NY 10017** | | **04/24/2026;** <br> **04/22/2026;** <br> **04/16/2026;** <br> **04/15/2026;** <br> **04/06/2026;** <br> **03/31/2026;** <br> **03/13/2026** | **$196,182.50** |
| | **Email or website address** <br> **https://getzlerhenrich.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Gesas Consulting Group** <br> **205 W. Touhy Ave., Unit 239** <br> **Park Ridge, IL 60068** | | **04/24/2026** <br> **04/01/2026** | **$30,000.00** |
| | **Email or website address** <br> **https://gesasconsult.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Casner & Edwards, LLP** <br> **303 Congress Street** <br> **Boston, MA 02210** | | **6/1/2026** <br> **5/27/2026** | **$75,000.00** |
| | **Email or website address** <br> **casneredwards.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.

Debtor **Oxford Street Education, LLC**        Case number *(if known)* _____

Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **179 Wayland Avenue**<br>**Providence, RI 02906** | **2018-2026** |
| 14.2. | **144 Medway Street**<br>**Providence, RI 02906** | **2023-2026** |
| 14.3. | **144 Wayland Avenue**<br>**Providence, RI 02906** | **2022-2026** |
| 14.4. | **1525 Washington Street**<br>**Boston, MA 02118** | **2022-2026** |
| 14.5. | **1310 Washington Street**<br>**Boston, MA 02118** | **2026-2026** |
| 14.6. | **3815 Washington Street**<br>**Jamaica Plain, MA 02130** | **2020-2026** |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **Name, address, email address, and telephone number.** _____
    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

Debtor **Oxford Street Education, LLC**

Case number *(if known)*

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.

☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Xtra Storage Space 3175 Washington Street, Unit 2120 Jamaica Plain, MA 02130** | **Kate Mahoney, Alejandra St. Guillen, Carolina Gonzalez** | **Furniture, fixtures, and equipment** | ☐ No ■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Debtor   **Oxford Street Education, LLC**                                Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **All-In Accounting Solution, LLC**<br>**10964 Lin Valle Drive, Suite A**<br>**Saint Louis, MO 63123** | **2021-Present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **All-In Accounting Solution, LLC**<br>**10964 Lin Valle Drive, Suite A**<br>**Saint Louis, MO 63123** | |

Debtor   **Oxford Street Education, LLC**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **AAFCPAs, Inc** **P.O Box 375** **Brattelboro, VT 05302** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **All-In Accounting Solution, LLC** **10964 Lin Valle Drive, Suite A** **Saint Louis, MO 63123** | |
| 26c.2.   **Kate Mahoney** **Oxford Street Education, LLC** **d/b/a The Croft School** **P.O. Box 301088** **Jamaica Plain, MA 02130** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Channel Partners Capital, LLC** **10900 Wayzata Blvd, Suite 300** **Alexandria, VA 22305** |
| 26d.2.   **Meged Funding Group** **108 W 39th Street Ste 1006 #2171,** **New York, NY 10018** |
| 26d.3.   **Leader Bank, N.A.** **180 Massachusetts Avenue** **Arlington, MA 02474** |
| 26d.4.   **1421 Washington Associates LLC** **One Post Office Square** **Boston, MA 02109** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kate Mahoney | C T Corporation System 155 Federal Street, Suite 700 Boston, MA 02110 | Chief Operating Officer | 0.89% equity interest |

Debtor   **Oxford Street Education, LLC**                                  Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Goldstein | C T Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110 | member of Board of Managers<br>manager of LLC | 17.05% equity interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Lytle | C T Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110 | member of Board of Managers | 0.87% equity interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Remondi | C T Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110 | member of Board of Managers | 2.89% equity interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rishi Shukla | C T Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110 | member of Board of Managers | 2.87% equity interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Given | 21 Fox Hill Road<br>Wellesley Hills, MA 02481 | member of Board of Managers<br>manager of LLC | 17.05% equity interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Given | 21 Fox Hill Road<br>Wellesley Hills, MA 02481 | President | 2018-2026 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Official Form 207                     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                     page **11**

Debtor   **Oxford Street Education, LLC** _____   Case number _(if known)_ _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  5, 2026** _____

**/s/ Rishi Shukla** _____        **Rishi Shukla** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager** _____

**Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?**
☐ No
■ Yes

## Attachment to SOFA Q3.

| Name | Address 1 | Address 2 | City | State | Zip | Date | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 179 Wayland Avenue LLC | c/o Capstone Properties | 5 Burlington Woods | Burlington | MA | 01803 | 03/03/2026 | Check | 3009 | Yes | Rent | 10200 Leader Bank | 19,718.67 |
| All-in Accounting Solutions,LLC | 10964 Lin Valle Drive | Suite A | St. Louis | MO | 63123 | 04/01/2026 | Bill | 4473 | Yes | | 20000 Accounts Payable | 6,736.85 |
| All-in Accounting Solutions,LLC | 10964 Lin Valle Drive | Suite A | St. Louis | MO | 63123 | 04/22/2026 | Bill Payment (Check) | | Yes | Accounts Payable | 10200 Leader Bank | 6,736.85 |
| All-in Accounting Solutions,LLC | 10964 Lin Valle Drive | Suite A | St. Louis | MO | 63123 | 04/22/2026 | Bill Payment (Check) | | Yes | Accounts Payable | 10200 Leader Bank | 763.15 |
| All-in Accounting Solutions,LLC | 10964 Lin Valle Drive | Suite A | St. Louis | MO | 63123 | 05/01/2026 | Bill | 4516 | Yes | | 20000 Accounts Payable | 6,740.75 |
| All-in Accounting Solutions,LLC | 10964 Lin Valle Drive | Suite A | St. Louis | MO | 63123 | 05/05/2026 | Bill Payment (Check) | | Yes | Accounts Payable | 10200 Leader Bank | 5,973.70 |
| All-in Accounting Solutions,LLC | 10964 Lin Valle Drive | Suite A | St. Louis | MO | 63123 | 05/05/2026 | Bill Payment (Check) | | Yes | Accounts Payable | 10200 Leader Bank | 526.30 |
| | | | | | | | | | | | **Subtotal** | **27,477.60** |
| APW, LLC | PO Box 300173 | | Boston | MA | 02130 | 03/12/2026 | Bill | Mar Rent | Yes | | 20000 Accounts Payable | **52,047.41** |
| Blackstone Square Trust | 45 Sierra Road | | Hyde Park | MA | 02136 | 03/12/2026 | Bill | 0326 Partial | Yes | | 20000 Accounts Payable | **35,948.01** |
| Camber Road Partners, Inc. | 3601 Minnesota Drive | Suite 670 | Minneapolis | MN | 55435 | 03/09/2026 | Bill | 35461 | Yes | | 20000 Accounts Payable | 2,024.62 |
| Camber Road Partners, Inc. | | | | | | 03/09/2026 | Bill | 35417 | Yes | | 20000 Accounts Payable | 2,571.20 |
| Camber Road Partners, Inc. | | | | | | 03/09/2026 | Bill | 35416 | Yes | | 20000 Accounts Payable | 9,471.38 |
| Camber Road Partners, Inc. | | | | | | 03/09/2026 | Bill | 35315 | Yes | | 20000 Accounts Payable | 33,691.29 |
| Camber Road Partners, Inc. | | | | | | 04/08/2026 | Bill | 35998 | Yes | | 20000 Accounts Payable | 2,024.62 |
| Camber Road Partners, Inc. | | | | | | 04/08/2026 | Bill | 35954 | Yes | | 20000 Accounts Payable | 2,571.20 |
| Camber Road Partners, Inc. | | | | | | 04/08/2026 | Bill | 35953 | Yes | | 20000 Accounts Payable | 9,471.38 |
| Camber Road Partners, Inc. | | | | | | 04/08/2026 | Bill | 35864 | Yes | | 20000 Accounts Payable | 33,691.29 |
| Camber Road Partners, Inc. | | | | | | 05/11/2026 | Bill | 36573 | Yes | | 20000 Accounts Payable | 2,024.62 |
| Camber Road Partners, Inc. | | | | | | 05/11/2026 | Bill | 36572 | Yes | | 20000 Accounts Payable | 2,571.20 |
| Camber Road Partners, Inc. | | | | | | 05/11/2026 | Bill | 36571 | Yes | | 20000 Accounts Payable | 9,471.38 |
| Camber Road Partners, Inc. | | | | | | 05/11/2026 | Bill | 36545 | Yes | | 20000 Accounts Payable | 33,691.29 |
| | | | | | | | | | | | **Subtotal** | **143,275.47** |
| Clark Hill PLC | 130 E. Randolph Street | Suite 3900 | Chicago | IL | 60601 | 03/18/2026 | Expense | | Yes | Legal Services | 10200 Leader Bank | 100,000.00 |
| Clark Hill PLC | | | | | | 04/16/2026 | Expense | | Yes | Legal Services | 10200 Leader Bank | 50,000.00 |
| Clark Hill PLC | | | | | | 04/24/2026 | Expense | | Yes | Legal Services | 10200 Leader Bank | 50,000.00 |
| | | | | | | | | | | | **Subtotal** | **200,000.00** |
| Guardian Insurance | 1530 Fall River Ave | | Seekonk | MA | 02771 | 03/25/2026 | Expense | | Yes | Health Insurance Liability | 10200 Leader Bank | 13,224.67 |
| Guardian Insurance | | | | | | 03/25/2026 | Bill Paym | | Yes | Accounts Payable | 10200 Leader Bank | 13,313.16 |
| | | | | | | | | | | | **Subtotal** | **26,537.83** |
| Gusto | 525 20th Street | | San Francisco | CA | 94107 | 03/03/2026 | Expense | | Yes | Payroll Processing Services | 10200 Leader Bank | 2,869.61 |
| Gusto | | | | | | 03/06/2026 | Expense | | Yes | Employee Health Insurance (Employer Paid) | 10200 Leader Bank | 1,487.91 |
| Gusto | | | | | | 03/19/2026 | Expense | | Yes | Payroll Processing Services | 10200 Leader Bank | 0.10 |
| Gusto | | | | | | 03/19/2026 | Expense | | Yes | Payroll Processing Services | 10200 Leader Bank | 0.09 |
| Gusto | | | | | | 03/24/2026 | Expense | | Yes | Employee Health Insurance (Employer Paid) | 10200 Leader Bank | 1,727.49 |
| Gusto | | | | | | 03/25/2026 | Deposit | | Yes | Payroll Processing Services | 10200 Leader Bank | -0.10 |

| Name | Address 1 | Address 2 | City | State | Zip | Date | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gusto | | | | | | 03/25/2026 | Deposit | | Yes | Payroll Processing Services | 10200 Leader Bank | -0.09 |
| Gusto | | | | | | 04/01/2026 | Expense | | Yes | Bank Fees | 10200 Leader Bank | 1,598.13 |
| Gusto | | | | | | 04/02/2026 | Expense | | Yes | Payroll Processing Services | 10200 Leader Bank | 4,519.44 |
| Gusto | | | | | | 04/02/2026 | Deposit | | Yes | Bank Fees | 10200 Leader Bank | 1,598.13 |
| Gusto | | | | | | 04/07/2026 | Expense | | Yes | Employee Health Insurance (Employer Paid) | 10200 Leader Bank | 868.74 |
| Gusto | | | | | | 04/07/2026 | Expense | | Yes | Employee Health Insurance (Employer Paid) | 10200 Leader Bank | 837.91 |
| Gusto | | | | | | 05/05/2026 | Expense | | Yes | Payroll Processing Services | 10200 Leader Bank | 3,072.67 |
| | | | | | | | | | | | **Subtotal** | **18,580.03** |
| | | | | | | | | | | | | |
| Insource Services | 148 Linden St | | Wellesly | MA | 02482 | 03/05/2026 | Check | 3011 | Yes | IT Services | 10200 Leader Bank | 7,149.69 |
| Insource Services | | | | | | 04/21/2026 | Expense | | Yes | IT Services | 10200 Leader Bank | 6,120.00 |
| | | | | | | | | | | | **Subtotal** | **13,269.69** |
| | | | | | | | | | | | | |
| Jan-Pro | 2520 Northwinds Parkw | Suite 375 | Alpharetta | GA | 30009 | 03/24/2026 | Expense | | Yes | Cleaning | 21200 Chase (3525) | 1,125.00 |
| Jan-Pro | | | | | | 03/24/2026 | Expense | | Yes | Cleaning | 21200 Chase (3525) | 2,105.25 |
| Jan-Pro | | | | | | 03/24/2026 | Expense | | Yes | Cleaning | 21200 Chase (3525) | 3,665.81 |
| Jan-Pro | | | | | | 03/24/2026 | Expense | | Yes | Cleaning | 21200 Chase (3525) | 400.00 |
| Jan-Pro | | | | | | 04/01/2026 | Bill | 40651 | Yes | | 20000 Accounts Payable | 1,125.00 |
| Jan-Pro | | | | | | 04/01/2026 | Bill | 40944 | Yes | | 20000 Accounts Payable | 2,105.25 |
| | | | | | | | | | | | **Subtotal** | **10,526.31** |
| | | | | | | | | | | | | |
| Leader Bank | 180 Massachusetts Avenue | | Boston | MA | 02474 | 03/10/2026 | Expense | | Yes | | 10200 Leader Bank | 1,784,287.04 |
| Leader Bank | | | | | | 03/20/2026 | Check | 2767 | Yes | Bank Fees | 10200 Leader Bank | 36.00 |
| Leader Bank | | | | | | 03/27/2026 | Check | 2972 | Yes | Bank Fees | 10200 Leader Bank | 4,437.19 |
| Leader Bank | | | | | | 04/02/2026 | Check | 2785 | Yes | Bank Fees | 10200 Leader Bank | 200.00 |
| Leader Bank | | | | | | 04/02/2026 | Deposit | | Yes | Bank Fees | 10200 Leader Bank | 200.00 |
| | | | | | | | | | | | **Subtotal** | **1,789,160.23** |
| | | | | | | | | | | | | |
| Meged Funding Group | 108 W 39th Street | Ste 1006 #2171 | New York | NY | 10018 | 03/06/2026 | Expense | | Yes | | 10200 Leader Bank | 36,250.00 |
| Meged Funding Group | | | | | | 03/20/2026 | Expense | | Yes | Commercial Loans | 10200 Leader Bank | 36,250.00 |
| Meged Funding Group | | | | | | 03/25/2026 | Expense | | Yes | Commercial Loans | 10200 Leader Bank | 19,060.00 |
| Meged Funding Group | | | | | | 03/27/2026 | Expense | | Yes | Commercial Loans | 10200 Leader Bank | 36,250.00 |
| Meged Funding Group | | | | | | 04/01/2026 | Expense | | Yes | Bank Fees | 10200 Leader Bank | 19,060.00 |
| Meged Funding Group | | | | | | 04/03/2026 | Expense | | Yes | Bank Fees | 10200 Leader Bank | 36,250.00 |
| Meged Funding Group | | | | | | 04/08/2026 | Expense | | Yes | Bank Fees | 10200 Leader Bank | 19,060.00 |
| Meged Funding Group | | | | | | 04/10/2026 | Expense | | Yes | Bank Fees | 10200 Leader Bank | 36,250.00 |
| Meged Funding Group | | | | | | 04/15/2026 | Expense | | Yes | Bank Fees | 10200 Leader Bank | 19,060.00 |
| Meged Funding Group | | | | | | 04/17/2026 | Expense | | Yes | Bank Fees | 10200 Leader Bank | 36,250.00 |
| | | | | | | | | | | | **Subtotal** | **293,740.00** |
| | | | | | | | | | | | | |
| Slowey McManus Communications LLC | 11 Beacon Street | #1224 | Boston | MA | 02108 | 03/25/2026 | Expense | | Yes | Consulting - Other | 10200 Leader Bank | 10,000.00 |
| Slowey McManus Communications LLC | | | | | | 6/4/26 | | | | | | 20,000.00 |
| | | | | | | | | | | | **Subtotal** | **30,000.00** |
| | | | | | | | | | | | | |
| | | | | | | | | | | | **TOTAL** | **2,167,147.13** |

**Attachment to SOFA Q4.**

| Name | Address | Date | Transaction Type | Memo | Nature | Account Paid From | Amount |
|---|---|---|---|---|---|---|---|
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 06/02/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -16,666.66 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 06/09/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -30,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 08/01/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -8,333.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 08/04/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Classroom Materials | 10200 Leader Bank | -8,105.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 08/06/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Classroom Materials | 10200 Leader Bank | -1,950.44 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 09/02/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -8,333.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 09/11/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -8,333.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 10/06/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -8,333.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 10/31/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -16,666.66 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 12/11/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -8,333.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 12/15/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Classroom Materials | 10200 Leader Bank | -6,359.23 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 12/19/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -8,333.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 12/26/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -8,333.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 02/02/2026 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -8,333.33 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 02/06/2026 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -38,500.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 02/06/2026 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -20,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 02/17/2026 | Expense | WIRE TO JPMCHASE Scott R Given | Digital Marketing | 10200 Leader Bank | -9,134.30 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 02/23/2026 | Expense | WIRE TO JPMCHASE Scott R Given | Guaranteed Payments - SG | 10200 Leader Bank | -35,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 09/02/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Personal Loans | 10200 Leader Bank | -10,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 09/11/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Personal Loans | 10200 Leader Bank | -5,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 09/15/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Personal Loans | 10200 Leader Bank | -5,800.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 09/19/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Interest Expense | 10200 Leader Bank | -26,200.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 10/01/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Personal Loans | 10200 Leader Bank | -14,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 10/09/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Personal Loans | 10200 Leader Bank | -4,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 10/20/2025 | Expense | WIRE TO JPMCHASE Scott R Given | Personal Loans | 10200 Leader Bank | -25,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 11/04/2025 | Expense | WIRE TOJPMCHASEScott Given | Personal Loans | 10200 Leader Bank | -10,000.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 11/16/2025 | Credit Card Credit | ONLINE PAYMENT THANK YOU SCOTT R GIVEN-33000-ONLINE PAYMENT - THANK YOU | Personal Loans | 21105 AMEX - Scott (2002) | -2,500.00 |
| Given, Scott | 21 Fox Hill Road, Wellesley Hills, MA 02481 | 11/24/2025 | Expense | WIRE TOJPMCHASEScott Given | Personal Loans | 10200 Leader Bank | -37,500.00 |
| **Total for Given, Scott** | | | | | | | **-$389,049.26** |

| Name | Address | Date | Transaction Type | Memo | Nature | Account Paid From | Amount |
|---|---|---|---|---|---|---|---|
| Given, Robert | 304 Brooksby Village Drive, Unit 719 Peabody, MA 01960 | 07/22/2025 | Check | CHECK 2552 | Personal Loans | 10200 Leader Bank | -35,000.00 |
| Given, Robert | 304 Brooksby Village Drive, Unit 719 Peabody, MA 01960 | 09/03/2025 | Check | CHECK 2554 | Personal Loans | 10200 Leader Bank | -35,000.00 |
| Given, Robert | 304 Brooksby Village Drive, Unit 719 Peabody, MA 01960 | 09/22/2025 | Check | CHECK 2684 | Personal Loans | 10200 Leader Bank | -47,500.00 |
| Given, Robert | 304 Brooksby Village Drive, Unit 719 Peabody, MA 01960 | 11/28/2025 | Check | CHECK 2733 | Personal Loans | 10200 Leader Bank | -18,000.00 |
| Given, Robert | 304 Brooksby Village Drive, Unit 719 Peabody, MA 01960 | 01/20/2026 | Check 2917 | CHECK 2917 | Interest Expense | 10200 Leader Bank | -25,000.00 |
| Given, Robert | 304 Brooksby Village Drive, Unit 719 Peabody, MA 01960 | 01/20/2026 | Check 2916 | CHECK 2916 | Personal Loans | 10200 Leader Bank | -15,000.00 |
| **Total for Given, Robert** | | | | | | | **-175,500.00** |
| | | | | | | | |
| Hauke, Stephan | 14 Hemlock Ridge Road, North Yarmouth, ME 04097 | 10/23/2025 | Check | CHECK 2637 | Interest Expense | 10200 Leader Bank | -62,238.75 |
| Hauke, Stephan | 14 Hemlock Ridge Road, North Yarmouth, ME 04097 | 10/23/2025 | Check | CHECK 2638 | Interest Expense | 10200 Leader Bank | -41,492.50 |
| Hauke, Stephan | 14 Hemlock Ridge Road, North Yarmouth, ME 04097 | 10/23/2025 | Check | CHECK 2636 | Interest Expense | 10200 Leader Bank | -2,869.40 |
| Hauke, Stephan | 14 Hemlock Ridge Road, North Yarmouth, ME 04097 | 10/27/2025 | Check | CHECK 2837 | Interest Expense | 10200 Leader Bank | -1,143.89 |
| Hauke, Stephan | 14 Hemlock Ridge Road, North Yarmouth, ME 04097 | 02/23/2026 | Check | Check 2800 | Interest Expense | 10200 Leader Bank | -101,612.23 |
| **Total for  Hauke, Stephan** | | | | | | | **-$209,356.77** |

# United States Bankruptcy Court
### District of Massachusetts

In re  **Oxford Street Education, LLC**

Debtor(s)

Case No. _____

Chapter  **7**  _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Oxford Street Education, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  5, 2026** _____

Date

**/s/ John T. Morrier** _____

**John T. Morrier 628624**

Signature of Attorney or Litigant

Counsel for  **Oxford Street Education, LLC**

**Casner & Edwards, LLP**
**303 Congress Street**
**Boston, MA 02210**
**617-426-5900 Fax:617-426-8810**
**morrier@casneredwards.com**