**United States Bankruptcy Court**
**District of Massachusetts**

In re   **Oxford Street Education, LLC**

Debtor(s)

Case No.   **26-11334**
Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June  5, 2026**

**/s/ Rishi Shukla**
**Rishi Shukla**/**Manager**
Signer/Title

1421 Washington Associates LLC
c/o Mark Epker
Vantage Real Estate LLC
601 High Street, Suite 204
Dedham, MA 02026

144 Wayland, LLC
941 Dyer Avenue
Cranston, RI 02920

179 Wayland Avenue, LLC
c/o Capstone Properties
5 Burlington Woods
Burlington, MA 01803

2HR Learning, Inc.
Attn Neeraj Gupta
2028 E Ben White Blvd
Suite 240-2650
Austin, TX 78741

AAFCPAs, Inc
P.O Box 375
Brattelboro, VT 05302

Alan Wong
38 Upton Avenue
Providence, RI 02906

Alexander & Laura van Dijk
124 W Newton St, Unit 2
Boston, MA 02118

Alexander and Jennifer Dyson
75 Montgomery St, Apt 1
Boston, MA 02116-5947

All Security CO. LLC
771 Kempton St.
New Bedford, MA 02740

All-in Accounting Solutions, LLC
10964 Lin Valle Dr, Ste A
St. Louis, MO 63123

Altiva Education
Attn Carlos Heeren
151 West 42nd St, 17th Fl
New York, NY 10036

American Alarm
PO Box 1082
Worcester, MA 01613-1082

Anderson Landscape Construction, Inc.
PO Box 930 MA
6 Beverly Drive
Sterling, MA 01564

Andrew & Gina Marsh
38 Linnet St
West Roxbury, MA 02132-2973

APW, LLC
PO Box 300173
Boston, MA 02130

Arthur Kallon
17 Rector Road
Mattapan, MA 02126

Ashley Dunn & Mike Borsare
6 Glenvale Ter, Unit 3
Jamaica Plain, MA 02130-2236

ATCO Plumbing & Mechanical
93 Weaver St
Fall River, MA 02720

Austin Becker
26 Old Tannery Rd
Providence, RI 02906-4827

BCHEX
9713 Northcross Center Ct Suite 201 Hunt
Huntersville, NC 28078

Beisy Navarro
75 Highland Street, #1
Boston, MA 02119

Benjamin A. Howe
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Benjamin Lakin and Laura Kuhl

Betsi Graves & Tanya Dennis
735 Harrison Ave, Apt W102
Boston, MA 02118-4902

Blackstone Square Realty Trust
45 Sierra Road
Hyde Park, MA 02136

BMP Music Program
PO Box 180772
Boston, MA 02118

Bowditch & Dewey
Attn Christopher M. Condon
75 Federal St, Suite 1000
Boston, MA 02110

Bowerman Construction
One Richmond Square Suite 220E
Providence, RI 02906

Brendan & Jessica Kohler
205 W 8th St, Unit 5
Boston, MA 02127

Brian & Genevieve Wallden
43 Salcombe Street, Unit 3
Boston, MA 02125

Brian Kennedy
103 PHIPPS ST
QUIN, CY 02169

Brookline Lock Company
33 Harvard Street
Brookline, MA 02445

C T Corporation System, as Representativ
330 N Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203

Caggiano Real Estate Law, LLC
Attn Allan Caggiano
75 State Street, Suite 100
Boston, MA 02109

Camber Road
4999 France Avenue S, Suite #216
Minneapolis, MN 55410

Camber Road Partners, Inc.
3601 Minnesota Drive, Suite 670
Minneapolis, MN 55435

CB20
268 Broadway, Suite 101
Saratoga Springs, NY 12866

Channel Partners Capital, LLC
10900 Wayzata Blvd
Suite 300
Minnetonka, MN 55305

Charlene Ong & Amar Dhand
407 Shawmut Ave, Unit 2
Boston, MA 02118

Charlie Zambri & Maggie O'Brien

Checkmate Academy
4 Bartel Court
Tiburon, CA 94920

Chief Counsel, Legal Dept
Dept of Unemployment Assistance
Commonwealth of Massachusetts
19 Staniford Street, 1st Floor
Boston, MA 02114

Christina & Robert Metcalfe
10 Ashmont St
Dorchester Center, MA 02124-3713

Christopher Condon
Bowditch & Dewey LLP
75 Federal Street
Boston, MA 02110

Christopher Nelen

City of Boston
1010 Massachusetts Avenue, 4th Floor
Boston, MA 02118

City of Providence
Law Department
444 Westminster Street, Suite 220
Providence, RI 02903

ColColor Services, LLC
1421 Chalkstone Ave
Providence, RI 02909-3935

Comast Corporation
Attn: Legal Department
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838

Corporation Service Company, as Represen
P.O. BOX 2576
Springfield, IL 62708

D&D Electric
10 Everberg Road
Woburn, MA 01801-1019

Dana & Amy Ross
38 Potomac St
West Roxbury, MA 02132-2813

Daniel & Sonja Solomon
70 Westchester Road
Jamaica Plain, MA 02130

Daniel (Pete) Duncan
26 Rutland Square, #3
Boston, MA 02118

Daniel Rios & Geetha Mylvaganam
1 Worcester Square, Apt 1
Boston, MA 02118

Darshan Mehta
36 Tower Street
Jamaica Plain, MA 02130

David & Jenna Meixner
1313 Washington Street, #206
Boston, MA 02118

David D'Annunzio
24 Neponset Avenue
Roslindale, MA 02131

Delaware Attorney General
Attn Bankruptcy Administrator
Carvel State Building
820 N French Street 8th Floor
Wilmington, DE 19801

Delaware Secretary of State
Division of Corporations
PO Box 898
Dover, DE 19903

Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE 19904

Department of Unemployment Assistance
Chief Counsel, Legal Department
19 Staniford Street 1st Floor
Boston, MA 02114-2502

Dept of Human Services
Louis Pasteur Building
25 Howard Avenue
Building 57
Cranston, RI 02920

Derrick Dominique
15 Van Winkle Street, Apt 1
Boston, MA 02124

Devesh Tiwari
224 Florence St, Unit 2
Boston, MA 02131

Dominic Anthony DiNardo
9 Lyn Court
Cumberland, RI 02864

Eileen Chen

Elana & Jason Silver
9 Kingsboro Park
Jamaica Plain, MA 02130-2125

Elevation Capital Holdings LLC
Attn Josh Langsam

Elevation Capital Holdings LLC

Elizabeth Poole

Elyse Hanson
99 E Brookline Street, Apt 1
Boston, MA 02118

Employees

Erik and Meredith Hasenoehrl

Eversource
Attn: Legal / Bankruptcy Notices
247 Station Drive
Westwood, MA 02090

Executive Office of Health
and Human Services
3 West Road
Cranston, RI 02920

Fabio Figueiredo
16 Johnson Street Apt 1
Pawtucket, RI 02860

FACTS
P.O. Box 82527
Lincoln, NE 68501-2527

Ferrucci Russo P.C.
Attn W. Mark Russo
207 Quaker Lane, Suite 301
West Warwick, RI 02893

Fidelity Brokerage Services, LLC
245 Summer Street
Boston, MA 02205

First Corporate Solutions, as Representa
914 S Street
Sacramento, CA 95811

First Republic Bank
111 Pine Street
San Francisco, CA 94111

First Student
22157 Network Place
Chicago, IL 60673-1221

Foley Hoag LLP
Attn Ben Howe
Seaport World Trade Center West
155 Seaport Blvd
Boston, MA 02210-2600

Friends of JP Education, Inc.
Attn Jake Walker
260 Franklin Street, Suite 1860
Boston, MA 02110

GEM Plumbing & Heating Services
1 Wellington Road
Lincoln, RI 02865

George Schultz
53 Dwight Street, Unit 1
Boston, MA 02118

Gera Capital
Rua Rainha Guilhermina, 75
3 andar Leblon
Rio de Janeiro, RJ CEP 22441-120
BRAZIL

Goloboy Law LLC
Attn Andrew E Goloboy
900 Cummings Street
Suite 207V
Beverly, MA 01915

Gopher Sports
PO Box 1450
Minneapolis, MN 55485-5634

Great LLC
10 Elmgrove Avenue
Providence, RI 02906

Great Minds
PO Box 200283
Pittsburgh, PA 15251-0283

Guardian Insurance
1530 Fall River Ave
Seekonk, MA 02771

Gusto
525 20th Street
San Francisco, CA 94107

Harvest Kitchen, Farm Fresh
10 Sims Ave Unit 109
Providence, RI 02909

Hemenway & Barnes
75 State Street 16th Floor
BOSTON, MA 02109-1466

Hope Street Pizza
772 Hope Street
Providence, RI 02906

Ian Koebner & Ronit Ridberg
37 Wyvern Street
Boston, MA 02131

Insource
148 Linden St
Wellesley, MA 02482

Inspired Edu
Attn Maged Beydoun
251 Little Falls Dr
Wilmington, DE 19808-1674

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Intuit Quickbooks
2800 E. Commerce Center Place
Tucson, AZ 85706

Ippon Sports
40 Main St #204
Stoneham, MA 02180

ISP Education
Attn Jacob Hackman
2001 Ross Ave, Ste 700-7A
Dallas, TX 75201

Jack Remondi
C T Corporation System
155 Federal Street, Suite 700,
Boston, MA 02110

Jack Remondi

Jake & Maura Silverman
130 Gano Street, Unit A
Providence, RI 02906

Jan-Pro
10 Tower Office Park Suite 419
Woburn, MA 01801

Jay Wood

Jean Raymond
169 Westville Street, Apt 2
Dorchester, MA 02122

JEC
58 Main Street
Bolton, MA 01740

Jeffrey Spielberg & Caroline McKeon
6 E Concord St
Boston, MA 02118

Jennifer Elson
c/o Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116

Jennifer Thompson & Matthew Donohue
10 Park Row West, Apt 102
Providence, RI 02903

John Remondi
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

Johnson String Instrument
1029 Chestnut Street
Newton Upper Falls, MA 02464

Joseph Pedulla
7 Granada Ave
Roslindale, MA 02131-1576

JPmorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

JPMorgan Chase Bank, N.A
PO Box 182051
Columbus, OH 43218

JPMorgan Chase Bank, N.A.
PO Box 182051
Columbus, OH 43218

JPMorgan Chase Bank, N.A.
PO Box 24696
Columbus, OH 43224

Karina & Will Oliver-Milchman
63 Patten Street
Boston, MA 02130

Kathryn A. and Timothy A. Brooks

Kelly Driscoll
20 Granfield Ave, Unit 2
Roslindale, MA 02131-2032

Kevin & Lidya Le
51 Taunton Avenue
Boston, MA 02136

Konica Minolta
PO Box 790448
St Louis, MO 63179-0448

Kurtis McKenney and Laila Kafi
77 Barnes St
Providence, RI 02906-1501

Kurtis McKenney and Laila Kafi

Lao-Tzu and Paria Allan-Blitz
16 Sheridan St
Jamaica Plain, MA 02130

Lao-Tzu and Paria Allan-Blitz

Laura Shawhughes & Justin Reid
44 Stimson Ave
Providence, RI 02906-4119

Leader Bank, N.A.
Attn Brook Ames
180 Massachusetts Avenue
Arlington, MA 02474

Lee Mirbach & Doug Fleischer
14 Morrill Street
Dorchester, MA 02125

Leigh Martin
11 Waldeck Street
Dorchester, MA 02124

Leon Richardson

Lunchbox
956 American legion Hwy
Roslindale, MA 02131

Magical Beginnings
Attn Maxine Winston
100 Cummings Center, Suite 236C
Beverly, MA 01915

Maritza Ebling & Matthew Hillard
117 West Newton Street
Boston, MA 02118

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

Massachusetts Dept of Revenue
Attn Bankruptcy Unit
PO Box 7090
Boston, MA 02204

Matthew Hammond
28 Fayette Street
Boston, MA 02116

Matthew Salisbury
c/o Matthew W. Thomson, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

Megan Hapgood
11 Porter Ter
West Roxbury, MA 02132

Meged Funding Group
108 W 39th Street
Suite 1006 #2171
New York, NY 10018

Metro USA Fire Protection, Encore Fire P
PO Box 25811
New York, NY 10087-5811

Michael D. Murphy, Jr. and Paula Abello
48 E Springfield St, Apt 1
Boston, MA 02118-3387

Michael Fraher
94 I St
Boston, MA 02127

Michael Goldstein
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

Murphy & King
Attn D. Ethan Jeffrey
28 State Street, Suite 3101
Boston, MA 02109

Nao Suzuki & Tateki Matsuda
725 Harrison Avenue, #E405
Boston, MA 02118

National Financial Services, LLC
245 Summer Street
Boston, MA 02205

National Grid
Bankruptcy Department
300 Erie Blvd West, C-3
Syracuse, NY 13202

Nicholas Nelson and Jean Wang
246 W Newton St, Apt 2
Boston, MA 02116-6449

Nikita Imennov
15 Rambler Rd
Jamaica Plain, MA 02130-3428

Nuvu Studio
Attn Saeed Arida
450 Massachusetts Ave
Cambridge, MA 02139

Octavia De Luca and Lucas Mann

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108

Office of the State Treasurer
1 Ashburton Place
12th Floor
Boston, MA 02133

Partridge Snow & Hahn
40 Westminster Street Suite 1100
Providence, RI 02903

Partridge Snow & Hahn
40 Westminster Street, Suite 1100
Providence, RI 02903

Pasek
307 W. 1st St
So. Boston, MA 02127

Patrick and Janet Hasenoehrl

Paul Crockett
109 Whitcomb Ave
Jamaica Plain, MA 02130

Peter Somich and Ashley Medlar
100 Jersey St
Boston, MA 02215

Philip Gelatt Jr.
51 Adelphi Ave
Providence, RI 02906-4525

Phillips Kuhl

Providence Media, Inc DBA: Hey Rhody Med
1944 Warwick Avenue
Warwick, RI 02889

Providence Police Detail - traffic contr
325 Washington St.
Providence, RI 02903

Quench USA, Inc.
P.O Box 735777
Dallas, TX 75373-5777

R2JM, LLC

Rachel Helm & Carl Wilkins
491 Massachusetts Ave, Unit 1
Boston, MA 02118

Rahul Ganatra & Katharine Robb
14 Morey Rd
West Roxbury, MA 02132

Raj Luthra
36 Rossmore Road, Unit 2
Boston, MA 02130

RDJD Group

Rebecca Hotop & Nicholas Evans

Regina Nazzaro

Reservoir Church
Attn Trecia Reavis
15 Notre Dame Avenue
Cambridge, MA 02140

Reservoir Church
c/o Mansard
Attn Jeremy Cyrier
18 Spring Grove Road
Andover, MA 01810

Reservoir Church
15 Notre Dame Avenue
Cambridge, MA 02140

Rhode Island Dept of Attorney General
150 South Main Street
Providence, RI 02903

Rhode Island Dept of Labor & Training
1511 Pontiac Avenue
Cranston, RI 02920

RI Department of Labor & Training
Employer Tax Unit
1511 Pontiac Avenue
Cranston, RI 02920

RI Energy - Electric
ATTN: Legal Department
280 Melrose Street
Providence, RI 02907

RI Energy - Gas
ATTN: Legal Department
280 Melrose Street
Providence, RI 02907

Richard & Susan Wallden

Rishi Shukla
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

RLAW, PC
Attn Steffani Boudreau
300 Washington Street
Brookline, MA 02445

Robert Havdala
30 Chestnut Square
Jamaica Plain, MA 02130

Robert J. Given
304 Brooksby Village Dr, Unit 719
Peabody, MA 01960

Robert Lytle
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

Robert W. Irvine & Sons Inc
147 Blossom Street
Street Lynn, MA 01902

RSR Investments LLC
c/o Stonegate Group Management LLC
235 West Central Street
Natick, MA 01760

Sade Freeland
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116

Salvation Army
1500 Washington Street
Boston, MA 02118

Sara Balderi
10 Exchange Court, Unit 405
Pawtucket, RI 02860

Sarah Champlin
700 Harrison Ave, Unit 405
Boston, MA 02118

Sarah Given
21 Fox Hill Road
Wellesley Hills, MA 02481

Sarah Griffin

Sarah McCrary and Fernando Contreras
150 Dorchester Ave, Apt 511
South Boston, MA 02127-1093

Sattar & Neda Khoshkhoo
140 School Street, Unit 2
Boston, MA 02119

Scott Baranowski
14 Emerson St
Boston, MA 02127

Scott Given
21 Fox Hill Road
Wellesley Hills, MA 02481

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
Antonia Apps, Regional Director
100 Pearl Street
Suite 20-100
New York, NY 10004

Securities & Exchange Commission
Boston Regional Office
33 Arch Street
23rd Floor
Boston, MA 02110

Selective Group of Insurance Companies
40 Wantage Avenue
Branchville, NJ 07890

Selective Insurance Company of South Car
900 E. 96th Street
Indianapolis, IN 46240

Selective Service Center
PO Box 13325
Richmond, VA 23225

Shamim and Riaz Gillani

Shannon Hourigan & Tim Kachur
89 Brookley Rd, Apt 3
Jamaica Plain, MA 02130-3787

Shapiro Investment Company

Slowey McManus Communciations LLC
11 Beacon St Ste 1224
Boston, MA 02108

Sol Be Learning
Attn Steve Fitzgerald
631 VFW Pkwy
Chestnutt Hill, MA 02467

South End Village Academy Incorporated
1 Custom Street
Boston, MA 02118

South End Village Academy Incorporated
c/o Marc Sorresso
1 Cumston Street
Boston, MA 02118

State of Rhode Island
Division of Taxation
Compliance & Collections Section - Bankr
One Capitol Hill
Providence, RI 02908

State of Rhode Island - Div of Taxation
Compliance & Collections Section
Attn Bankruptcy Unit
One Capital Hill
Providence, RI 02908

Stephan Hauke
14 Hemlock Ridge Road
North Yarmouth, ME 04097

Stephen Nicolson
120 Marbury Ave
Pawtucket, RI 02860

Students' prepayments

Susannah Hewitt and Gunar Schirner

Suzanne and George Mendes
29 Union Park Street
Boston, MA 02118

Thad and Janice Russell Revocable Trust

The Kathryn S. Pinto Revocable
Trust of 2021
596 Tremont St, Apt 1
Boston, MA 02118

The Walker Family Revocable Trust

Tian Gao and Michael Gavencak
35 Wilcox Ave
Pawtucket, RI 02860-5736

Tian Gao and Michael Gavencak

Troutman Pepper Locke
Attn David Fialkow & Jon Aberman
111 Huntington Ave, 9th Fl
Boston, MA 02199-7613

United States Attorney's Office
Attn Financial Litigation Unit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110

Universal Education
Filka Building, Daftary Road, Malad
Malad East
Mumbai, Maharashtra 400097
INDIA

UPP Global
496 Congress Street, Suite 3
Portland, ME 04101

URI Free Seed Program
3 East Alumbi Ave
Kingston, RI 02881

US Attorney Office
District of Rhode Island
1 Financial Plaza, 17th Floor
Providence, RI 02903

US Attorney's Office
District of Delaware
1313 N Market Street
PO Box 2046
Wilmington, DE 19899

Utile
115 Kingston Street
Street Boston, MA 02111

Verizon Wireless Bankruptcy Administrati
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Vertigo Capital Holdings LLC

Wajdi Feghali
485 Harrison Ave, Apt 209
Boston, MA 02118

Walker Family Revocable Trust
37 Beryl St
Roslindale, MA 02131

Walter Bronhardt Real Estate
972 Highland Ave
Fall River, MA 02720

WCI
3859 Washington Street
Boston, MA 02131

West Music
1212 5th St
PO Box 552
Coralville, IA 52241

Zach Matilsky