UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Oxford Street Education, LLC, | : | Case No.: 26-11334 |
| Debtor. | : | |
| | : | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Rishi Shukla, declare under penalty of perjury that I am a Manager and Authorized Officer of Oxford Street Education, LLC, and that the following is a true and correct copy of the votes adopted by the Board of Managers of said corporation at a special meeting duly called and held on June 1, 2026.

VOTED:     That  Oxford Street Education, LLC commence a case under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case") with the United States Bankruptcy Court for the District of Massachusetts (the "Court") to address its obligations, and the obligations of its affiliates, to its creditors and liquidate its assets;

FURTHER
VOTED:     That the Company be, and is hereby authorized: (i) to prepare and file a petition for relief under Chapter 7 of the Bankruptcy Code; (ii) to file such petition, schedules and statements as may be necessary or appropriate in connection therewith; (iii) to perform its functions and duties as a debtor pursuant to the applicable provisions of the Bankruptcy Code; (iv) to take such steps as may be necessary or appropriate to the Company's Chapter 7 case; (v) to file any pleading appropriate or necessary in furtherance of the foregoing; and (vi) to execute such further documents and do such further acts as may be necessary or appropriate with respect to the foregoing;

FURTHER
VOTED:     That the Company be and is hereby authorized to retain the law firm of Casner & Edwards, LLP ("Casner") and John T. Morrier, Esq., of that firm as counsel under general retainer to advise and represent the Company in all proceedings commenced under or resulting from these resolutions, that the Company compensate Casner for its services, and that the Company is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention;

FURTHER
VOTED:  That Rishi Shukla and John Remondi, each a manager of the Company (each, an "Authorized Officer"), acting singly, be and hereby are authorized and directed, in the name of and on behalf of the Company, and as its corporate act, to execute and deliver any and all documents, to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such certificates and other instruments, and to do everything that each may deem necessary or appropriate in order to implement fully each and all of the foregoing resolutions, including the delegation of such foregoing authority to other officers and employees of the Company or to attorneys, financial advisors, accountants, or other professionals employed by the Company, the execution of any document or the doing of any act by the Authorized Officer or any such delegate in connection with such proceedings to be conclusively presumed to be authorized by this resolution; and

FURTHER
VOTED:  That any action previously taken by the Authorized Officers in accordance with the foregoing resolutions be and hereby is ratified and approved in its entirety.

Date June 5, 2026

_____
Rishi Shukla
Authorized Officer

## MANAGER'S CERTIFICATE

I, Rishi Shukla, manager of Oxford Street Education, LLC, a Delaware limited liability company (the "Company"), certify that at a meeting of the managers of the Company duly noticed and held on June 1, 2026, a quorum of managers present for said meeting, the following votes were adopted:

VOTED:
That Oxford Street Education, LLC commence a case under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case") with the United States Bankruptcy Court for the District of Massachusetts (the "Court") to address its obligations, and the obligations of its affiliates, to its creditors and liquidate its assets;

FURTHER VOTED:
That the Company be, and is hereby authorized: (i) to prepare and file a petition for relief under Chapter 7 of the Bankruptcy Code; (ii) to file such petition, schedules and statements as may be necessary or appropriate in connection therewith; (iii) to perform its functions and duties as a debtor pursuant to the applicable provisions of the Bankruptcy Code; (iv) to take such steps as may be necessary or appropriate to the Company's Chapter 7 case; (v) to file any pleading appropriate or necessary in furtherance of the foregoing; and (vi) to execute such further documents and do such further acts as may be necessary or appropriate with respect to the foregoing;

FURTHER VOTED:
That the Company be and is hereby authorized to retain the law firm of Casner & Edwards, LLP ("Casner") and John T. Morrier, Esq., of that firm as counsel under general retainer to advise and represent the Company in all proceedings commenced under or resulting from these resolutions, that the Company compensate Casner for its services, and that the Company is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention;

FURTHER VOTED:
That Rishi Shukla and John Remondi, each a manager of the Company (each, an "Authorized Officer"), acting singly, be and hereby are authorized and directed, in the name of and on behalf of the Company, and as its corporate act, to execute and deliver any and all documents, to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such certificates and other instruments, and to do everything that each may deem necessary or appropriate in order to implement fully each and all of the foregoing resolutions, including the delegation of such foregoing authority to other officers and employees of the Company or to attorneys, financial advisors, accountants, or other professionals employed by the Company, the execution of any document or the doing of any act by the Authorized Officer or any such delegate in

connection with such proceedings to be conclusively presumed to be authorized by this resolution; and

FURTHER
VOTED:              That any action previously taken by the Authorized Officers in accordance with the foregoing resolutions be and hereby is ratified and approved in its entirety.

I further certify that the votes set forth above have not been modified or rescinded in any respect, are still in full force and effect, and conform with the Amended and Restated Limited Liability Company Agreement, as amended, of this Company.

IN WITNESS WHEREOF, I have executed this Certificate in the name and on behalf of Oxford Street Education, LLC, this 5th day of June, 2026.

_____
Rishi Shukla
Authorized Officer