**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re** | **Chapter 7** |
| **OXFORD STREET EDUCATION LLC,** | **Case No. 26-11334** |
| **Debtor.** | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PLEADINGS**

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter

the appearance of Jennifer V. Doran, and the law firm of Hinckley, Allen & Snyder LLP,

as counsel for each of Rishi Shukla, John Remondi, Michael Goldstein and Robert Lytle,

the members of the Board of Managers of the Debtor in the above-captioned case.  The

undersigned requests that notices of all matters be served as follows:

> Jennifer V. Doran, Esq.
> HINCKLEY, ALLEN & SNYDER LLP
> 28 State Street
> Boston, MA  02109
> jdoran@hinckleyallen.com
> (617) 378-4128 (PHONE)
> (617) 345-9020 (FAX)

Request is hereby made for copies of all notices, papers and orders required to be

given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy

Procedure and, in addition, copies of all pleadings, notices or applications, motions,

petitions, requests, complaints or demands, whether formal or informal, whether written

or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone,

telegram, telex or otherwise, which affect the Debtor or the property of the Debtor filed

by any party in the above-captioned case.

Respectfully submitted,

*/s/ Jennifer V. Doran*
Jennifer V. Doran
MA BBO # 652518
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA  02109
(617) 345-9000 (PHONE)
(617) 345-9020 (FAX)

Dated:  June 5, 2026

## CERTIFICATE OF SERVICE

I, Jennifer V. Doran, hereby certify that on June 5, 2026 I served a copy of the *Notice of Appearance*, in the above-captioned proceeding on all parties via the Court's Electronic Case Filing system.

*/s/ Jennifer V. Doran*
Jennifer V. Doran
