

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Oxford Street Education, LLC<br><br>Debtor | Chapter 7<br>Case No. 26-11334 |

## ORDER PRELIMINARILY GRANTING MOTION AND SCHEDULING HEARING

**MATTER:**
#8 Emergency Motion filed by Trustee Harold B. Murphy for Limited Operating Authority (Request for Emergency Determination).

THE TRUSTEE'S MOTION FOR LIMITED OPERATING AUTHORITY [ECF NO. 8] IS GRANTED ON A PRELIMINARY BASIS PENDING FURTHER HEARING AT **9:30 A.M. ON JUNE 8, 2026** (THE "HEARING").

THE HEARING WILL BE CONDUCTED IN COURTROOM 1, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MASSACHUSETTS 02109, WITH AN OPTION FOR PARTIES IN INTEREST ONLY TO APPEAR BY ZOOM VIDEO. TO OBTAIN VIDEO ACCESS INFORMATION FOR THE HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB. USCOURTS.GOV NO LATER THAN **JUNE 8, 2026 AT 8:30 A.M.**, PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

**OBJECTIONS MAY BE MADE AT THE HEARING.**

THE TRUSTEE SHALL PROVIDE NOTICE OF THE HEARING TO ALL PARTIES IN INTEREST BY ECF OR EMAIL (OR, IF NO EMAIL ADDRESS IS AVAILABLE, BY TELEPHONE), AND SHALL FILE A CERTIFICATE OF SERVICE EVIDENCING SUCH SERVICE HAS BEEN MADE.

THE TRUSTEE SHOULD BE PREPARED TO CONFIRM WHETHER GENERAL LIABILITY
AND SUCH OTHER INSURANCE AS MAY BE NECESSARY IS IN PLACE AND WILL
PROVIDE COVERAGE FOR THE PROPOSED PERIOD OF OPERATIONS.


Dated: 06/05/2026                                    By the Court,

                                                     _____
                                                     Christopher J. Panos
                                                     United States Bankruptcy Judge