# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In re:**

**OXFORD STREET EDUCATION, LLC**
**d/b/a THE CROFT SCHOOL**

**Debtor**

**Chapter 7**

**Case No. 26-11334-JEB**

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew G. Lizotte, hereby certify that on June 5, 2026, I caused a copy of the *Order*

*Preliminarily Granting Motion and Scheduling Hearing [ECF 10]* to be served *v*ia electronically

through this Court's CM/ECF System and via electronic mail as identified on the attached list.

*/s/ Andrew G. Lizotte*
Andrew G. Lizotte (BBO #559609)
MURPHY & KING
Professional Corporation
28 State Street, 31st Floor
Boston, Massachusetts 02109
Telephone No.: (617) 423-0400
Email: ALizotte@murphyking.com

Dated: June 8, 2026

**VIA CM/ECF:**

- **James G. Atchison**   atchison@casneredwards.com, luo@casneredwards.com
- **Jennifer V. Doran**   jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com
- **Richard King - B**   USTPRegion01.BO.ECF@USDOJ.GOV
- **Andrew G. Lizotte**   agl@murphyking.com, bankruptcy@murphyking.com;aspanos@murphyking.com;aceglarski@murphyking.com; agl@murphyking.com;alizotte@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
- **John T. Morrier**   morrier@casneredwards.com, luo@casneredwards.com
- **Harold B. Murphy**   mxc@hanify.com, ma33@ecfcbis.com;kflynn@murphyking.com

 **VIA EMAIL**

W. Mark Russo, Esq.
Ferrucci Russo P.C.
mrusso@frlawri.com

**Counsel to South End Village Academy Incorporated**
Benjamin A. Howe
FOLEY HOAG LLP
bhowe@foleyhoag.com

**Counsel to Friends of JP Education, Inc.**
Christopher M. Condon
Bowditch & Dewey LLP
ccondon@bowditch.com

Jennifer V. Doran
Hinckley Allen
jdoran@hinckleyallen.com

**Counsel to the Debtor:**
John T. Morrier
James Atchison
Casner & Edwards, LLP
**E:** morrier@casneredwards.com
E: atchison@casneredwards.com