

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Oxford Street Education, LLC**<br>**Debtor** | **Chapter 7**<br>**26-11334-JEB** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#8 Emergency Motion filed by Trustee Harold B. Murphy for Limited Operating Authority (Request for Emergency Determination).

**Decision set forth as follows:**

HEARING HELD. NOTICE HAVING BEEN SUFFICIENT UNDER THE CIRCUMSTANCES AND NO OPPOSITION HAVING BEEN FILED OR RAISED AT THE HEARING, THE MOTION IS GRANTED.

Dated: 06/08/2026                                    By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge