UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re<br><br>Oxford Street Education, LLC<br><br>Debtor. | Chapter 7<br>Case No. 26-11334-CJP |

## **NOTICE OF APPEARANCE**

Nina M. Parker, Esq. of the firm Madoff & Khoury LLP, hereby appears in this

case as counsel to APW, LLC, and requests copies of all pleadings and other documents

filed in this case.

Respectfully submitted this 9th day of June, 2026.

APW, LLC
By their Attorney:


/s/ Nina M. Parker
Nina M. Parker (BBO # 389990)
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
parker@mandkllp.com

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

In re

Oxford Street Education, LLC

Debtor.

Chapter 7
Case No. 26-11334-CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2026, she caused copies of

the Notice of Appearance to be served by ECF, upon the following parties:

## SERVICE LIST

James G. Atchison on behalf of Oxford Street Education, LLC
atchison@casneredwards.com

Jennifer V. Doran on behalf of Board of Managers of Oxford Street Education LLC
jdoran@haslaw.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Andrew G. Lizotte on behalf of Harold B. Murphy, Trustee
agl@murphyking.com

John T. Morrier on behalf of Oxford Street Education, LLC
morrier@casneredwards.com

Respectfully submitted this 9th day of June, 2026.

/s/ Nina M. Parker
Nina M. Parker (BBO # 389990)
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
parker@mandkllp.com

2