**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| **In re** | **Chapter 7** |
| **OXFORD STREET EDUCATION, LLC** | **Case No. 26-11334-JEB** |
| **Debtor.** | |

### DECLARATION OF DISINTERESTEDNESS BY HAROLD B. MURPHY, CHAPTER 7 INTERIM TRUSTEE

I, Harold B. Murphy, being duly sworn, depose and say as follows:

1.      I was appointed Chapter 7 Interim Trustee of the bankruptcy estate (the "Estate") of Oxford Street Education, LLC ("Debtor") on June 5, 2026.

2.      I am a "disinterested person" with respect to the Estate within the meaning of 11 U.S.C. §101(14).   I am neither a creditor of the Debtor, an equity security holder, nor an insider of the Debtor.   I have never been a director, officer or employee of the Debtor.   I do not have an interest materially adverse to the Estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.   I have not represented the Debtor or any of its principals.   To my knowledge, I have never represented or employed any creditor of the Debtor or a party with an interest adverse to the Debtor.

3.      The purpose of this affidavit is to disclose a connection to the Debtor.

4.      The Debtor formerly operated a school with three campuses, in Jamaica Plain, Massachusetts, Boston, Massachusetts, and Providence, Rhode Island, each of which operated under the name "The Croft School."

5.      D. Ethan Jeffery, a shareholder of Murphy & King, P.C., was retained in April, 2026 to represent JP Educational Collective Incorporated ("JPEC"), a not-for-profit corporation

854036

formed by a group of parents with children who were enrolled at the Jamaica Plain campus of The Croft School. JPEC retained Attorney Jeffery to evaluate, and if appropriate, to pursue a potential acquisition of assets of the Jamaica Plain campus and/or to provide advice on the potential for an acquisition by third parties. JPEC is not a creditor of the Debtor and has no financial or contractual relationship with the Debtor. The engagement lasted approximately 45 days and the opportunity to purchase the Jamaica Plain assets never materialized. I was not involved in the engagement, performed no services, and did not consult with Attorney Jeffery with respect thereto.

6. Friends of JP Education, Inc. ("FOJP"), a second not-for-profit corporation formed by a group of parents with children who were enrolled at the Jamaica Plain campus, was formed prior to JPEC, for the purpose of loaning money to assist the Debtor in finishing the school year at the Jamaica Plain campus. FOJP has at all times been represented by Bowdich & Dewey, LLP. Attorney Jeffery and Murphy & King, P.C. have never represented FOJP and were not in any way involved in its formation or operation.

7. Upon learning of my appointment, on June 5, 2026, I disclosed this connection to the United States Trustee and counsel to the Debtor, and they had no objection to my appointment.

8. Similarly, Attorney Jeffery notified FOJP of my appointment, and it had no objection to my appointment.

Signed under the pains and penalties of perjury this 9th day of June, 2026.

/s/ Harold B. Murphy
Harold B. Murphy
Chapter 7 Interim Trustee of the Estate of
Oxford Street Education, LLC

854036