**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-11334 |
| OXFORD STREET EDUCATION, LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**NOTICE IS HEREBY GIVEN,** that pursuant to Fed. R. Bankr. P. 9010(b), Troutman Pepper Locke LLP hereby appears as counsel for and on behalf of those creditors identified on the attached Schedule A (collectively, the "Creditors"), parties in interest and creditors with respect to the above captioned case.

**NOTICE IS FURTHER GIVEN,** that pursuant to Fed. R. Bankr. P. 2002, it is requested that all notices given or required to be given in this case, including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

David E. Fialkow
Hanna J. Redd
**TROUTMAN PEPPER LOCKE LLP**
111 Huntington Avenue, 9th Floor
Boston, MA 02199
Telephone: 617-239-0100
Fax: 888-325-9128
david.fialkow@troutman.com
hanna.redd@troutman.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Fed. R. Bankr. P. 2002, 3017 and 9007, but also includes, without limitation, all orders and notices of applications, hearing notices, motions, petitions, pleadings, requests,

330352823v1

complaints, demands and other documents brought before the Court whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the Debtor, the property of the Debtor or its estate.

**NOTICE IS FURTHER GIVEN** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit (unless expressly stated otherwise therein) is intended to waive (i) the Creditors' right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the Creditors' right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors may be entitled to in law or in equity, all of which such rights, claims, actions, defenses, setoffs, and recoupments the Creditors expressly reserves.

Dated: June 15, 2026                    Respectfully Submitted,

*/s/ Hanna J. Redd*
David E. Fialkow (BBO #666192)
Hanna J. Redd (BBO #705222)
**TROUTMAN PEPPER LOCKE LLP**
111 Huntington Avenue, 9th Floor
Boston, MA 02199
Telephone: 617-239-0100
Fax: 888-325-9128
david.fialkow@troutman.com
hanna.redd@troutman.com

2

330352823v1