## Schedule A

Balderi, Sara A.
Baranowski, Scott
Becker, Austin & Molly Birnbaum Becker
Brooks, Kathryn & Timothy
Champlin, Sarah
Chen, Eileen
Crockett, Paul
D'Annunzio, David
De Luca, Ottavia & Lucas Mann
Dennis, Tanya & Elizabeth Graves
DiNardo, Domenic
Driscoll, Kelly
Dunn, Ashley & Mike Borsare
Dyson, Alexander and Jennifer
Ebling, Maritza & Matthew Hillard
Elevation Capital Holdings LCC
Feghali, Wajdi
Fraher, Michael
Ganatra, Rahul & Kate Robb
Gao, Tian & Michael Gavencak
Gillani, Shamim & Riaz
Golden, Andy
Hanson, Elyse
Hapgood, Curtis and Megan
Hasenoehrl, Patrick & Janet
Havdala, Robert
Helm, Rachel and Carl Wilkins
Hewitt, Susannah & Gunar Schirner
Hourigan, Shannon & Tim Kachur
Imennov, Nikita
Khoshkhoo, Sattar & Neda
Kohler, Brendan & Jessica
Le, Kevin & Lidya
Lynch, Michael
Marsh, Gina & Andrew
Martin, Leigh
Matsuda, Tateki & Nao
McCrary, Sarah & Fernando Contreras
McKenney, Kurtis and Laila Kafi
Mehta, Darshan
Meixner, David

Metcalfe, Christina & Bobby
Mirbach, Lee and Doug Fleischer
Murphy, Michael "Desi"
Navarro, Beisy
Nelen, Chris
Nicholas Nelson and Jean Wang
Nicolson, Stephen
Oliver-Milchman, Will & Kari
Ong, Charlene and Amar Dhand
Pedulla, Joseph
Poole, Elizabeth
R2JM, LLC
Raymond, Jean
RDJD GROUP LLC and NS3 HOLDINGS LLC
Reid, Justin
Richardson, Leon C.
Ridberg, Ronit & Ian Koebner
Rios, Daniel & Geetha Mylvaganam
Ross, Dana & Amy
Salgado, Simon & Joanna Vaz MacLean
Saraiya, Pritesh & Shruti Rao
Schultz, George
Silver, Elana & Jason
Silverman, Jake & Maura
Solomon, Daniel & Sonja
Spielberg, Jeff & Caroline McKeon
The Thad and Janice Russell Revocable Trust, their successors and assigns
The Walker Family Revocable Trust
Theyel, Brian and Elizabeth Sullivan
Tiwari, Devesh
van Dijk, Alexander & Laura
Vertigo Capital Holdings LCC
Vettel, Matthew
Walega, Rick and Melissa Hughes
Wallden, Brian & Genevieve
Wallden, Richard and Susan
M.W.
T.W.
Zambri, Charlie

330352823v1