**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )  Case No. 26-11334 |
| OXFORD STREET EDUCATION, LLC, | ) |
|  | )  Chapter 7 |
| Debtor. | ) |
|  | ) |

**VERIFIED STATEMENT OF TROUTMAN PEPPER LOCKE LLP PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Troutman Pepper Locke LLP ("TPL") submits this verified statement in accordance with Federal Rule of Bankruptcy Procedure 2019 and states as follows:

1.    This verified statement is submitted pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019") and gives notice that TPL is representing more than one creditor in the above-captioned bankruptcy case (the "Bankruptcy Case") of Oxford Street Education, LLC (the "Debtor").

2.    The undersigned, Hanna J. Redd, is an attorney and an associate at TPL, and is admitted to practice in and a member in good standing of the bar of the Commonwealth of Massachusetts, and has been admitted to practice in the United States District Court for the District of Massachusetts.  TPL maintains offices for the practice of law at 111 Huntington Ave., 9th Floor, Boston, MA 02199.

3.    In the Bankruptcy Case, TPL represents each of the creditors listed on the attached **Schedule A** (each, a "Bondholder," and collectively, the "Bondholders").  Schedule A lists each Bondholder's (a) name, (b) address, and (c) estimated amount of the Bondholder's economic interest in the Bankruptcy Case.

4.    There is no instrument authorizing the Bondholders to act for any person or entity other than themselves.

330360744v1

5.      To the best of the knowledge, information, and belief of the undersigned, TPL has no disclosable economic interest with respect to the Debtor.

6.      The information contained herein is provided solely to comply with Rule 2019 and is not intended for any other use or purpose.  Nothing in this verified statement should be construed as a limitation upon, or a waiver of, any Bondholder's right to assert, file, or amend its claims in accordance with applicable law.

7.      TPL reserves the right to update or supplement this verified statement when and as required.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 15, 2026

*/s/ Hanna J. Redd*
Hanna J. Redd (BBO #705222)
**TROUTMAN PEPPER LOCKE LLP**
111 Huntington Avenue, 9th Floor
Boston, MA 02199
Telephone: 617-239-0100
Fax: 888-325-9128
hanna.redd@troutman.com

2

330360744v1