| Name | Estimated Claim Amount | Address |
|---|---|---|
| Balderi, Sara A. | $ 80,000.00 | 10 Exchange Court, Unit 405, Pawtucket RI 02860 |
| Baranowski, Scott | $ 140,000.00 | 14 Emerson St. Boston, MA 02127 |
| Becker, Austin & Molly Birnbaum Becker | $ 100,000.00 | 26 Old Tannery Rd. Providence, RI 02906 |
| Brooks, Kathryn & Timothy | $ 80,000.00 | 194 Green Street Unit 2, Jamaica Plain, MA 02130 |
| Champlin, Sarah | $ 75,000.00 | 700 Harrison Ave, Unit 405, Boston, MA 02118 |
| Chen, Eileen | $ 80,000.00 | 86 West Springfield St Unit 2, Boston, MA 02118 |
| Crockett, Paul | $ 160,000.00 | 109 Whitcomb Ave, Jamaica Plain, MA 02130 |
| D'Annunzio, David | $ 20,000.00 | 24 Neponset Avenue Roslindale, MA 02131 |
| De Luca, Ottavia & Lucas Mann | $ 75,000.00 | 19 Bianco Ct, Providence, RI 02909 |
| Dennis, Tanya & Elizabeth Graves | $ 10,000.00 | 735 Harrison Ave #W102, Boston MA 02118 |
| DiNardo, Domenic | $ 100,000.00 | 9 Lyn Ct Cumberland, RI 02864 |
| Donohue, Matthew and Jennifer Thompson | $ 30,000.00 | 21 Hilburn Street, Roslindale, MA 02131 |
| Driscoll, Kelly | $ 25,000.00 | 309 High St, Canton, MA 02021 |
| Dunn, Ashley & Mike Borsare | $ 30,000.00 | 6 Glenvale Terrace Unit 3 Jamaica Plain, MA 02130 |
| Dyson, Alexander and Jennifer | $ 50,000.00 | 75 Montgomery St Apt 1, Boston MA 02116 |
| Ebling, Maritza & Matthew Hillard | $ 150,000.00 | 117 West Newton Street Boston, MA 02118 |
| Elevation Capital Holdings LCC | $ 250,000.00 | 211 West Canton Street Boston, MA 02116 |
| Feghali, Wajdi | $ 200,000.00 | 485 Harrison Ave, Apt 209, Boston, MA 02118 |
| Fraher, Michael | $ 220,000.00 | 94 I St Boston, MA 02127 |
| Ganatra, Rahul & Kate Robb | $ 500,000.00 | 14 Morey Rd, West Roxbury, MA 02132 |
| Gao, Tian & Michael Gavencak | $ 200,000.00 | 35 Wilcox Ave Pawtucket RI 02860 |
| Gillani, Shamim & Riaz | $ 50,000.00 | 119 Charlesbank Road, Unit 1, Newton, MA 02458 |
| Golden, Andy | $ 30,000.00 | 2 Weld St, Boston MA 02131 |
| Hanson, Elyse | $ 30,000.00 | 99 E Brookline Street Apt 1, Boston MA 02118 |
| Hapgood, Curtis and Megan | $ 100,000.00 | 11 Porter Terrace West Roxbury, MA 02132 |
| Hasenoehrl, Patrick & Janet | $ 100,000.00 | 4345 Sawdust Pl. Boise ID. 83716 |
| Havdala, Robert | $ 145,000.00 | 30 Chestnut Square, Jamaica Plain MA 02130 |
| Helm, Rachel and Carl Wilkins | $ 50,000.00 | 491 Massachusetts Ave, Unit 1, Boston MA 02118 |
| Hewitt, Susannah & Gunar Schirner | $ 20,000.00 | 100 Paul Gore Street, Apt 3, Boston MA 02130 |
| Hourigan, Shannon & Tim Kachur | $ 25,000.00 | 223 Bonad Rd, Chestnut Hill (Brookline) MA 02467 |
| Imennov, Nikita | $ 175,000.00 | 15 Rambler Rd, Jamaica Plain MA 02130 |

| Name | Estimated Claim Amount | Address |
|---|---|---|
| Khoshkhoo, Sattar & Neda | $ 10,000.00 | 140 School St. #2, Boston MA 02119 |
| Kohler, Brendan & Jessica | $ 25,000.00 | 280 West Fifth St, Apt 2, South Boston, MA 02127 |
| Le, Kevin & Lidya | $ 250,000.00 | 51 Taunton Avenue Boston, MA 02136 |
| Lynch, Michael | $ 100,000.00 | 9219 Laurel Springs Dr. Chapel Hill, NC 27516 |
| Marsh, Gina & Andrew | $ 150,000.00 | 38 Linnet Street, West Roxbury, MA 02132 |
| Martin, Leigh | $ 15,000.00 | 11 Waldeck Street Dorchester, MA 02124 |
| Matsuda, Tateki & Nao | $ 30,000.00 | 725 Harrison Ave E405 Boston MA 02118 |
| McCrary, Sarah & Fernando Contreras | $ 30,000.00 | 150 Dorchester Ave, Unit #511, Boston MA 02127 |
| McKenney, Kurtis and Laila Kafi | $ 150,000.00 | 77 Barnes Street Providence, RI 02906 |
| Mehta, Darshan | $ 75,000.00 | 82 Thornton Road, Chestnut Hill, MA 02467 |
| Meixner, David | $ 100,000.00 | 1313 Washington St APT 206 Boston, MA 02118 |
| Metcalfe, Christina & Bobby | $ 30,000.00 | 123 Garden St, Needham, MA 02492 |
| Mirbach, Lee and Doug Fleischer | $ 200,000.00 | 14 Morrill Street Dorchester MA 02125 |
| Murphy, Michael "Desi" | $ 100,000.00 | 48 East Springfield St, Apt 1, Boston, MA 02118 |
| Navarro, Beisy | $ 268,750.00 | 92 Bragdon St Roxbury, MA 02119-3991 |
| Nelen, Chris | $ 30,000.00 | 123 Garden St, Needham, MA 02492 |
| Nicholas Nelson and Jean Wang | $ 350,000.00 | 246 W. Newton Street, Apt 2, Boston, MA 02116 |
| Nicolson, Stephen | $ 100,000.00 | 120 Marbury Avenue, Pawtucket, RI 02860 |
| Oliver-Milchman, Will & Kari | $ 20,000.00 | 63 Patten St, Jamaica Plain, MA 02130 |
| Ong, Charlene and Amar Dhand | $ 20,000.00 | 407 Shawmut Ave Unit 2, Boston MA 02118 |
| Pedulla, Joseph | $ 25,000.00 | 111 Perkins St, Unit 107, Jamaica Plain, MA 02130 |
| Poole, Elizabeth | $ 125,000.00 | 15 Rambler Rd, Jamaica Plain MA 02130 |
| R2JM, LLC | $ 200,000.00 | 8180 Flagstaff Street, Commerce Township, MI 48382 |
| Raymond, Jean | $ 20,000.00 | 169 Westville st, Dorchester , MA 02122 |
| RDJD GROUP LLC and NS3 HOLDINGS LLC | $ 200,000.00 | 6785 Colby Ln., Bloomfield Hills, MI 48301 |
| Reid, Justin | $ 50,000.00 | 44 Stimson Ave, Providence RI 02906 |
| Richardson, Leon C. | $ 100,000.00 | 901 Bloomfield Club Ct, Bloomfield Hills, MI 48301 |
| Ridberg, Ronit & Ian Koebner | $ 100,000.00 | 37 Wyvern Street, Roslindale MA 02131 |
| Rios, Daniel & Geetha Mylvaganam | $ 400,000.00 | 1 Worcester square apt 1 Boston ma,02118 |
| Ross, Dana & Amy | $ 10,000.00 | 38 Potomac St., West Roxbury, MA 02132 |
| Salgado, Simon & Joanna Vaz MacLean | $ 125,000.00 | 88 Everett Ave, Providence, RI 02906 |

| Name | Estimated Claim Amount | Address |
|---|---|---|
| Saraiya, Pritesh & Shruti Rao | $ 100,000.00 | 6 Martin Place, apt 23-11, Singapore 237990 |
| Schultz, George | $ 300,000.00 | 53 Dwight Street, Unit 1, Boston MA 02118 |
| Silver, Elana & Jason | $ 50,000.00 | 9 Kingsboro Park, Jamaica Plain, MA 02130 |
| Silverman, Jake & Maura | $ 20,000.00 | 27 Christine Dr, Barrington RI 02806 |
| Solomon, Daniel & Sonja | $ 150,000.00 | 70 Westchester Rd, Jamaica Plain, MA 02130 |
| Spielberg, Jeff & Caroline McKeon | $ 125,000.00 | 6 E Concord St, Boston, MA 02118 |
| The Thad and Janice Russell Revocable Trust, their successors and assigns | $ 30,000.00 | 21 Crabapple Lane, Chelmsford, MA 02131 |
| The Walker Family Revocable Trust | $ 75,000.00 | 37 Beryl Street, Roslindale, MA 02131 |
| Theyel, Brian and Elizabeth Sullivan | $ 100,000.00 | 168 Laurel Ave, Providence, RI 02906 |
| Tiwari, Devesh | $ 250,000.00 | 224 Florence St, Unit 2, Boston, MA 02131 |
| van Dijk, Alexander & Laura | $ 100,000.00 | 124 W Newton St, Unit 2, Boston MA 02118 |
| Vertigo Capital Holdings LCC | $ 100,000.00 | 211 West Canton Street, Boston, MA 02116 |
| Vettel, Matthew | $ 500,000.00 | 23 Laurel Rd, Weston, MA 02493 |
| Walega, Rick and Melissa Hughes | $ 200,000.00 | 87 O Street, Boston, MA 02127 |
| Wallden, Brian & Genevieve | $ 60,000.00 | 43 Salcombe St, Unit 3, Boston, MA 02125 |
| Wallden, Richard and Susan | $ 50,000.00 | 1440 Olmsted Drive, Bear, DE 19701 |
| M.W. | $ 10,000.00 | 38 Upton Avenue, Providence, RI 02906 |
| T.W. | $ 10,000.00 | 38 Upton Ave, Providence, RI 02903 |
| Zambri, Charlie | $ 125,000.00 | 111 Beverly Road, Brookline, MA 02467 |