## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| **In re** | **Chapter 7** |
| **OXFORD STREET EDUCATION, LLC** | **Case No. 26-11334-JEB** |
| **Debtor.** | |

## AMENDMENT TO DECLARATION OF DISINTERESTEDNESS BY HAROLD B. MURPHY, CHAPTER 7 INTERIM TRUSTEE

I, Harold B. Murphy, being duly sworn, hereby amend paragraph 7 of my *Declaration of Disinterestedness by Harold B. Murphy, Chapter 7 Interim Trustee* ["Declaration" at docket 16] by deleting the existing paragraph 7 and replacing it with the following:

7.      Upon learning of my appointment, on June 5, 2026, I disclosed this connection to the United States Trustee and counsel to the Debtor. They had no objection to my acceptance of my appointment, and the United States Trustee reserved all its rights pending their review of my Declaration.

Signed under the pains and penalties of perjury on this 16th day of June 2026.

/s/ Harold B. Murphy
Harold B. Murphy
Chapter 7 Interim Trustee of the Estate of
Oxford Street Education, LLC

854314