**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **In re:** ) | |
| ) | |
| ) | **Chapter 7** |
| **OXFORD STREET EDUCATION, LLC.,** ) | |
| **d/b/a THE CROFT SCHOOL,** ) | **Case No. 26-11334-JEB** |
| ) | |
| **Debtor.** ) | |
| ) | |

**APPLICATION OF CHAPTER 7 TRUSTEE FOR ORDER**
**AUTHORIZING RETENTION OF COUNSEL**

Harold B. Murphy, the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the

"Estate") of the above referenced Debtor (the "Debtor"), respectfully requests that this Court

enter an order authorizing the retention of the law firm of Murphy & King, Professional

Corporation ("M&K"), as his counsel pursuant to Section 327 of the United States

Bankruptcy Code, Fed. R. Bankr. P. 2014 and MLBR 2014-1.  In further support hereof, the

Trustee states as follows:

1.      On June 5, 2026 (the "Petition Date"), the Debtor commenced a bankruptcy

case by filing a petition for relief under Chapter 7 of the United States Bankruptcy Code

("Bankruptcy Code").

2.      On June 5, 2026, the Trustee was appointed on an interim basis.

3.      The Trustee requests authority to retain M&K as his attorneys under a general

retainer for services to be rendered regarding the following:

a.      Consultation with the Trustee concerning all matters relating to
the administration of the Estate;

b.      Providing assistance to the Trustee in preparing the motions,
notices, complaints, and any other pleadings and documents that

must be prepared or reviewed by an attorney and which are necessary to the administration of this case;

c. Directing the activities of accountants or other professionals that are retained during these proceedings;

d. Negotiating and documenting the sale of assets of the Estate and preparing such motions and notices as are required in connection herewith;

e. Assisting the Trustee in determining the existence of avoidable transfers and pursuing the avoidance and recovery of such transfers;

f. Analyzing and determining the validity, status and priority of claims asserted against the Debtor's Estate; and

g. Performing all other legal services for the Trustee which may be appropriate in connection with this case.

4. M&K has substantial experience in bankruptcy proceedings and has the varied and substantial resources necessary to advise the Trustee in the performance of his duties with respect to this proceeding.

5. To the best of the Trustee's knowledge, information and belief, no member of M&K has any connection with the Debtor, the Debtor's creditors or any other party in interest, its respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee, except that M&K may have or had involvement with certain creditors or their counsel in unrelated matters and except as provided in the attached affidavit. As is set forth in the affidavit filed herewith, each member of M&K is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), and M&K has no adverse interest to the Estate.

2

WHEREFORE, the Trustee respectfully requests that this Court issue an order

authorizing the Trustee to retain M&K as his counsel and granting to the Trustee such other

and further relief this Court deems necessary.

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE

By his proposed counsel,

/s/ *Andrew G. Lizotte*
Andrew G. Lizotte (BBO #559609)
MURPHY & KING, Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts 02109
Telephone No.: (617) 423-0400
Date: June 18, 2026                        Email: alizotte@murphyking.com

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 7** |
| **OXFORD STREET EDUCATION, LLC.,** | ) | |
| **d/b/a THE CROFT SCHOOL,** | ) | **Case No. 26-11334-JEB** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**AFFIDAVIT OF HAROLD B. MURPHY IN SUPPORT OF**
**APPLICATION BY CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING**
**RETENTION OF COUNSEL**

Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), MLBR 2014-1 and 28 U.S.C. § 1746, I, Harold B. Murphy, being duly sworn, hereby state as follows:

1.      I am a shareholder of the law firm of Murphy & King, Professional Corporation, 28 State Street, Suite 3101, Boston, Massachusetts ("M&K").  I make this affidavit (the "Affidavit") in connection with the *Application of Chapter 7 Trustee for Order Authorizing Retention of Counsel* (the "Application") in the above-referenced Chapter 7 proceeding.

2.      I am the duly appointed Chapter 7 Trustee (the "Trustee") in the above captioned case, having been appointed on June 5, 2026.

3.      I am generally familiar with the business of M&K and have made inquiry concerning the facts set forth herein prior to making this Affidavit.

4.      For purposes of this Affidavit, I have been provided with a copy of the above-captioned Debtor's Schedules and Statement of Financial Affairs.

5.      M&K maintains records of all of its clients, the matters on which it represents its clients, and the other parties which have a substantial role in such matters.  M&K has reviewed such records and documents to determine M&K's connections with the Debtor.

6.      Insofar as I have been able to ascertain, M&K, its shareholders, associates and I do not hold or represent any interest adverse to that of the Debtor's bankruptcy estate.

7.      I believe that both M&K and I are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code.  Furthermore, insofar as I have been able to ascertain, neither M&K, any shareholder or associate thereof, nor myself, is connected with any Bankruptcy Judge in the District of Massachusetts, or the United States Trustee or any person employed in the office of the United States Trustee, so as to render the retention of M&K as counsel to the Trustee inappropriate under Fed. R. Bankr. P. 5002(b).

8.      Upon information and belief, in accordance with Fed. R. Bankr. P. 2014(a) and MLBR 2014-1, neither I nor any shareholder of M&K has any connections or relationships with the Debtor, its creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, except as noted below:

(i)      D. Ethan Jeffrey, a shareholder of M&K, was retained in April 2026 to represent JP Education Collective Incorporated ("JPEC"), a not for profit corporation formed by a group of people with children who were enrolled in the Jamaica Plain campus of the Debtor.  JPEC retained Attorney Jeffery to evaluate and, if appropriate, to pursue a potential acquisition of assets of the Jamaica Plain campus and/or to provide advice on the potential for an acquisition by third parties.  JPEC is not a creditor of the Debtor and has no financial or contractual relationship with the Debtor.  The engagement lasted approximately 45 days and the opportunity to purchase the

(ii)    Jamaica Plain assets never materialized.[1]  M&K received a retainer of $5,000 in connection with its representation of JPEC and billed $2,300 for services rendered. M&K is not owed any money by JPEC;

(iii)    M&K may have represented certain creditors on wholly unrelated matters whose representation has since terminated.  Several of the creditors are ordinary course vendors of M&K.

9.      Friends of JP Education, Inc. ("FOJP"), a second not for profit corporation formed by a group of people with children currently enrolled in the Jamaica Plain campus of the Debtor, was formed prior to JPEC for the purpose of loaning money to the Jamaica Plain campus of the Debtor to maintain its operations.  FOJP has at all times been represented by Bowditch & Dewey, LLP.  Attorney Jeffrey and M&K have never represented and were not in any way involved in its formation or operation.

10.      M&K and I have conducted, and will continue to conduct, research into any relationships that M&K may have with the Debtor and the Debtor's creditors, any accountants, attorneys or other professionals of the foregoing, and any other parties interested in this case. Although M&K has undertaken, and will continue to undertake, an investigation to identify any contacts with the Debtor or parties in interest, it is possible that such contacts have not been discovered.  To the extent any such contacts are discovered, M&K will notify the Court by filing and serving a supplemental affidavit.

---

[1] The Trustee believes that there is no value in the Debtor's Jamaica Plain campus because it appears that the furnishings, fixtures and equipment are either leased or subject to liens securing claims in excess of the realizable value of the assets, and the real estate lease will have to be rejected because the Estate has no available funds to pay the rent.

3

11.     Any compensation, fee or allowance which may be claimed by me or by M&K will belong wholly to the law firm and will not be divided, shared or pooled, directly or indirectly, with any other person or firm.

12.     Neither I nor M&K have received a retainer in this matter.

13.     I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstances relating thereto.

14.     During the period of M&K's retention as counsel to the Trustee, neither I nor M&K will hold any interest adverse to the interest of the Debtor's estate, and will not cease to be a disinterested person, as defined in 11 U.S.C. § 101.

15.     I have reviewed the provisions of MLBR 2016-1.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

  _/s/ Harold B. Murphy_
  Harold B. Murphy

Dated:  June 18, 2026

4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **OXFORD STREET EDUCATION, LLC.,** | ) | |
| **d/b/a THE CROFT SCHOOL,** | ) | **Case No. 26-11334-JEB** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew G. Lizotte, hereby certify that on June 18, 2026, I caused a copy of the (1)

*Application of Chapter 7 Trustee for Order Authorizing Retention of Counsel*; and (2) *Affidavit of*

*Harold B. Murphy in Support of Application by Chapter 7 Trustee for Order Authorizing Retention*

*of Counsel* to be served via this Court's CM/ECF system on the parties listed on the attached service

list.

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE

By his proposed counsel,

/s/ *Andrew G. Lizotte*
Andrew G. Lizotte (BBO #559609)
MURPHY & KING, Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts 02109
Tel: (617) 423-0400
Date: June 18, 2026                          Email: alizotte@murphyking.com

5

**Oxford Street, Education, LLC**
**Case No. 26-11334-JEB**
**SERVICE LIST**

<u>**VIA CM/ECF**</u>**:**

- James G. Atchison     atchison@casneredwards.com; luo@casneredwards.com
- Jennifer V. Doran     jdoran@haslaw.com; calirm@hinckleyallen.com
-                       kabarrett@hinckleyallen.com
- Richard King – B      USTPRegion01.BO.ECF@USDOJ.GOV
- John T. Morrier       morrier@casneredwards.com; luo@casneredwards.com
- Harold B. Murphy      mxc@hanify.com; ma33@ecfcbis.com; kflynn@murphyking.com
- Nina M. Parker        parker@mandkllp.com; alston@mandkllp.com;
                        soares@mandkllp.com
- Hanna J. Redd         hanna.redd@troutman.com; monica.molitor@troutman.com