UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| OXFORD STREET EDUCATION, LLC, | ) | |
| D/B/A THE CROFT SCHOOL, | ) | **Chapter 7** |
| | ) | **Case No. 26-11334-JEB** |
| Debtor. | ) | |
| | ) | |

### APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO RETAIN VERDOLINO & LOWEY, P.C., AS ACCOUNTANTS

Harold B. Murphy, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Chapter 7 case, respectfully requests authority to retain Matthew Flynn, CIRA and the firm of Verdolino & Lowey, P.C., as his accountants (collectively "V&L"), to assist in the performance of his duties as Trustee.  In further support hereof, the Trustee states as follows:

### Background

1.     On June 5, 2026 (the "Petition Date"), the Debtor commenced a bankruptcy case by filing a petition for relief under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code").

2.     On June 5, 2026, the Trustee was appointed on an interim basis.

3.     The Trustee hereby requests this Court's authority to retain Matthew Flynn, Certified Insolvency and Restructuring Advisor, and the firm of V&L as his accountants under a general retainer.

4.     In connection with the trustee's administration of the estate, it is necessary to retain V&L to provide a variety of accounting, tax, and related supporting services including the following:

854380

(i)      Assistance with obtaining, protecting, inventorying and storing of debtor's electronic records, including imaging of computers, laptops and servers;

(ii)     Working with the Debtor's vendors to back up and preserve: the Debtor's email and Google Drive data; the Debtor's payment records; the Debtor's website content; all data within the Box account hosted by Clark Hill; and the Debtor's Quickbox company files;

(iii)    Forensic review and analysis of records, including preparation of analyses and otherwise supporting the Trustee in the pre-petition investigation of the Debtor and related parties or other parties and entities;

(iv)     Assistance in reviewing Debtor books and records for avoidable transfer claims including, but not limited to, under Bankruptcy Code Sections 547 and 548, etc. or based upon similar State statutes;

(v)      Assistance in reviewing, reconciling, analyzing and, if necessary, objecting to proofs of claim;

(vi)     Assistance in valuation and insolvency analyses and other analyses and, if necessary, expert report preparation and testimony;

(vii)    Assistance with regard to accounting and accounting system matters.

(viii)   Preparation of federal and state income, payroll and sales and use tax returns as necessary;

(ix)     Assistance with termination of employee benefit plans, including 401k plans;

(x)      Other matters as directed by the Court or the Trustee.

5.      Matthew Flynn, CIRA, has substantial experience in proceedings under the Bankruptcy Code and is familiar with the Debtor's financial affairs.  Mr. Flynn and V&L have the varied and substantial resources necessary to advise the Trustee in the performance of his duties in this proceeding.

6.      Subject to this Court's jurisdiction with respect to professional fees, the Trustee has agreed to compensate V&L for its professional services described above at its usual hourly rates in effect at the time services are rendered, subject to adjustment with the consent of the Trustee and V&L.  The Trustee has also agreed to reimburse V&L for its cash disbursements and for such expenses as V&L customarily bills to its clients.  V&L will maintain detailed, contemporaneous records of time and any actual and necessary expenses

854380

incurred in connection with the rendering of the services described above, by category and nature of the service rendered.

**Disinterestedness of V&L**

7.      Matthew Flynn has filed an affidavit in connection with this application, including a statement pursuant to Section 329(a) of the Bankruptcy Code.

8.      As set forth in greater detail in the attached Affidavit, V&L has no involvement with the Trustee, the Debtor, professionals employed in the Debtor's case, creditors, or other interested parties to the Debtor, except as provided in the Affidavit.

9.      To the best of the Trustee's knowledge, V&L has not represented, and does not now represent, any interest adverse to the Trustee with respect to the matters on which V&L is to be retained, and V&L and its principals and employees are otherwise disinterested persons with respect to the Trustee and the Debtor as that term is defined in the Bankruptcy Code.

**WHEREFORE,** the Trustee respectfully requests that this Court enter an Order:

(i)      Authorizing him to retain Matthew Flynn and the firm of Verdolino & Lowey, P.C. as his accountants to provide services as set forth herein; and

(ii)      Granting such other relief as is just and proper.

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE
 By his proposed counsel,

/s/  Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
MURPHY & KING
Professional Corporation
28 State Street, Suite 3101
Boston, MA 02109
Tel: (617) 423-0400
Email: *ALizotte@murphyking.com*

Dated: June 18, 2026

854380

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| OXFORD STREET EDUCATION, LLC, | )   Chapter 7 |
| | )   Case No 26-11334-JEB |
| | ) |
| Debtor. | ) |
| | ) |

SIGNED STATEMENT OF MATTHEW R. FLYNN, CPA, CFF, CIRA
IN SUPPORT OF APPLICATION FOR EMPLOYMENT PURSUANT
TO BANKRUPTCY RULE 2014(a) AND LOCAL RULE 2014-1

I, Matthew R. Flynn, being duly sworn, do hereby depose and state as follows:

1.    I am a Certified Public Accountant, Certified in Financial Forensics, a Certified Insolvency and Restructuring Advisor, and a Managing Director of Verdolino & Lowey, P.C. (the "Firm"), whose office is located at 124 Washington Street, Foxborough, Massachusetts.  I am generally familiar with the business of the Firm and have made inquiry concerning the facts set forth herein prior to making this Affidavit.

2.    I hereby represent that neither I nor any member of my Firm holds or represents any interest adverse to the estate of the above-named Debtor.

3.    My and my Firm's connection with the Debtor, any creditor, or other party of interest, their respective attorneys and accountants are as follows:

(a)   My Firm represents Harold B. Murphy, Esq. ("Murphy") the Chapter 7 Trustee in this case. My Firm represents Murphy in his capacity as Chapter 7 and 11 Trustee in many wholly unrelated matters including, but not limited to:  Popitz, LLC (Case No. 21-10621-FJB); Winer Jourdan (Case No. 21-11792-FJB); Harmony Healthcare International, Inc., (Case No. 23-10909-CJP); The Consilio Group, LLC (Case No. 22-10322-JEB); S.O. Express Moving International, Inc. (Case No. 24-10440-CJP); Brittany L. Pavao (Case No. 24-10461-JEB); Advanced Warehouses, Inc. (Case No. 24-11266-JEB); Jaclyn Galavotti (Case No. 24-11853-JEB); Paul C. Newman (Case No. 24-10042-JEB); 921-923 E Broadway LLC (Case No. 24-11119-JEB); Twin Corp., Inc. (Case No. 24-11293-JEB); David Chilcut (Case No. 23-10912-CJP); Rustic Elegance, Inc., (Case No. 25-10082-JEB); Hawthorne Food Company (Case No. 24-12096-JEB); Protec RE Holding, Inc. (Case No. 25-10323-JEB); Didie C. and Hortance Watsop (Case No.25-10466-CJP); New England Flooring & Backsplashes, LLC (Case No. 25-11675-CJP); Videogenix, Inc. (Case No. 24-10909-JEB); Matthew T. Griffin (Case No. 25-10223-JEB); WJH Elm Street Somerville, LLC (24-11110-JEB); 29 Gorham Street LLC (Case No. 24-11004-JEB); Peter Anthony Campia (Case No. 26-10912).

(b)   Murphy is a partner of Murphy & King, P.C. ("MKPC").

MKPC represents various parties of interest in many

wholly-unrelated bankruptcy cases in which the Firm

and its employees are employed including, but not

limited to: an out of court matter where MKPC

represents the Debtor and a Partner in the Firm is the

Trustee-Assignee in an Assignment for the Benefit of

Creditors; The Parker Company Ltd. (Case No. 20-10973-

MSH) where MKPC represents the Debtor and the Firm is

the Trustee's Accountant; Arklow Limited Partnership

(Case No. 20-40523-CJP), The International Golf Club,

LLC (Case No. 20-40524-CJP) and Wealyn, LLC (Case No.

20-40525-CJP) where MKPC is Debtor's Counsel and a

Partner in the Firm is the Debtor's Chief

Restructuring Officer; Cate Street Capital, Inc. (Case

No. 20-10506-BAH) where MKPC represents the largest

creditor and the Firm is the forensic expert witness

on behalf of the Trustee; Kenneth Francis Philips

(Case No. 20-10407-FJB) where MKPC represents the

Debtor and the Firm is the Trustee's Accountant; an

out of court matter where a Partner in the Firm is the

sole officer and director and Manager of the Debtor

and MKPC is counsel to the Junior Secured creditor;

Robert F. Tambone (Case No. 20-11378-JEB) where MKPC

represents the Debtor's Attorney and the Firm is the

Accountant to the Debtor and the Debtor in Possession;

Shamrock Finance, LLC (Case No. 21-10315-FJB) where

MKPC is Counsel to the unsecured creditors' Committee

and the Firm is the Accountant and Financial Advisor

to the Debtor; Community Intervention Services, Inc.

(Case No. 21-40002-EDK) where MKPC represents a

creditor and the Firm is the 401k Plan Fiduciary and

IT Vendor; HGRL (Case No. 20-10892-MAF) where MKPC

represents a judgement creditor and the Firm is the

Debtor's Winddown Consultant; Gregg and Scott Russo

(Case No. 21-11022-FJB) where MKPC represents an

Interested Party and the Firm is the Trustee's

Accountant; Tri-Wire Engineering Solutions, Inc. (Case

No. 21-11322-CJP) where MKPC represents a creditor and

the Firm is the Trustee's Accountant; an out of court

matter where a Partner in the Firm is a Trustee-

Assignee in an Assignment for the benefit of creditors

and MKPC is his Counsel; Charles Herbert Glifford, III

(Case No. 21-11775-FJB) where MKPC represents the

Debtor and the Firm is the Trustee's Accountant; HH

Technologies, Inc. where MKPC is Counsel to the

Trustee and a Partner in the Firm is the Trustee in

and out of court matter; Bambu Global, LLC (Case No.

22-40323-EDK) where MKPC represents the Debtor and the

Firm is the Trustee's Accountant; Bambu Vault, LLC

(Case No. 22-40324-EDK) where MKPC represents the Debtor and the Firm is the Trustee's Accountant; Marcia E. O'Brien (Case No. 19-13890-JEB) where MKPC represents the Debtor and the Firm is the Trustee's Accountant; NESV ICE, LLC (Case No. 21-11226-CJP) where MKPC is the Plan Proponents Counsel and the Firm is the Plan Proponents Financial Advisor; Harmony Healthcare International, Inc., (Case No. 23-10909-CJP) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Emanouil Development, LLC (Case No. 22-40423-EDK) where MKPC represents a creditor and the Firm is the Trustee's Accountant; Intergalactic Therapeutics, Inc. f/k/a IGTX, LLC (Case No. 23-41067-EDK) where MKPC represents the Debtor and the Firm is the Debtor's Accountant and Financial Advisor; Freedom Wind Tunnel, LLC (Case No. 24-10082-CJP) where MKPC represents a creditor and the Firm is the Debtor's Accountant and Financial Advisor; The Consilio Group, LLC (Case No. 22-10322-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Paul C. Newman (Case No. 24-10042-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; 40andMe, LLC (Case No. 24-10544-JEB) where MKPC represents the Debtor and the Firm is the Trustee's Accountant; S.O.

Express Moving International, Inc. (Case No. 24-10440-CJP) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Brittany L. Pavao (Case No. 24-10461-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Boston Window & Door (Case No. 24-40644-EDK) where MKPC represents the Debtor and the Firm is the Trustee's Accountant; Boston Center for Ambulatory Surgery, Inc. (Case No. 24-10406-JEB) where MKPC represents the Debtor and the Firm is the Trustee's Accountant; Advanced Warehouses, Inc. (Case No. 24-11266-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Water's Edge Limited Partnership (Case No. 24-12445-CJP) where MKPC represents the Debtor, and the Firm is the Accountant and Financial Advisor for the Debtor; Cate Street Capital, Inc. (Case No. 20-10506-KB) where MKPC represents a creditor and the Firm is the Trustee's Accountant; Jason M. Kahar (Case No. 24-11592-JEB) where MKPC represents an interested party and the Firm is the Trustee's Accountant; C.W. Keller & Associates, LLC and C.W. Keller Holding Company, Inc. (Case No. 23-11357-CJP) where MKPC represents a creditor and a Partner in the Firm is the Post Confirmation Trustee and the Firm is the Trustee's Accountant; Compass

Medical P.C., (Case No. 23-10556-CJP) where MKPC represents the Debtor and the Firm is the Trustee's Accountant; Boston Boatworks. L.L.C. (Case No. 25-10071-CJP) where MKPC represents the Debtor and the Firm is the Trustee's Accountant; Kwench Juice Franchising, Inc., (Case No. 24-12587-CJP) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Twin Corp., Inc., (Case No. 24-11293-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; David Chilcut (Case No. 23-10912-CJP) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Rustic Elegance, Inc., (Case No. 25-10082-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Hawthorne Food Company (Case No. 24-12096-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; New England Flooring & Backsplashes, LLC. (Case No. 25-11675-CJP) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; VideoGenix, Inc. (Case No. 24-10909-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; an out of court matter where I am the Trustee-Assignee in an Assignment for the Benefit of Creditors and MKPC is my counsel; Matthew T. Griffin (Case No. 25-10223-JEB)

where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; Harvest Direct, LLC (Case No. 25-10987-JEB) where MKPC represents the Debtor and the Firm is the Trustee's Accountant; Circle Furniture Holdings, Inc. (Case No. 26-40097-EDK) where represents a creditor and the Firm is the Trustee's Accountant; Charles Norton (Case No. 25-11271-JEB) where represents a creditor and the Firm is the Trustee's Accountant; WJH Elm Street Somerville, LLC (Case No. 24-11110-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant; 29 Gorham Street LLC (Case No. 24-11004-JEB) where MKPC is Counsel to the Trustee and the Firm is the Trustee's Accountant.

(c)   A secretary at MKPC is my spouse.

(d)   Casner & Edwards, LLP ("C&E") represents the Debtor in this case.  C&E represents various parties of interest in many other wholly unrelated bankruptcy cases in which the Firm and its employees are employed including, but not limited to: an out of court matter where a partner of the Firm is the sole officer and director and Manager and C&E is LTC Consultant; Community Intervention Services, Inc. (Case No. 21-40002-EDK) where C&E represents the Debtor and the Firm is the proposed 401k plan fiduciary; Tri-Wire

Engineering Solutions, Inc. (Case No. 21-11322-CJP) where C&E represents the Debtor and a partner in the Firm is the post-confirmation fiduciary and the Firm is the tax preparer and his financial advisor; Campisi Environmental Associates, Inc. (Case No. 22-40749-EDK) where C&E represents a creditor and the Firm is the Trustee's Accountant; The Consilio Group, LLC (Case No. 22-10322-JEB) where C&E represents the Debtor and the Firm is the Trustee's Accountant; Stored Solar Enterprises, Series LLC (Case No. 22-10191-MAF) where C&E represents an interested party and the Firm is the Trustee's Accountant; C.W. Keller & Associates, LLC and C.W. Keller Holding Company, Inc. (Case No. 23-11357-CJP) where C&E represents a creditor and a partner in the Firm is the Post-Confirmation Liquidating Trustee; Compass Medical P.C. (Case No. 23-10556-CJP) where C&E Counsel to the Trustee and the Firm is the Trustee's Accountant; MSZS Table LLC (Case No. 25-11329-CJP) here C&E represents a petitioning creditor and the Firm is the Trustee's Accountant. The Firm does not represent C&E, their attorneys or their client in this case.

(e)     Hinckley, Allen & Snyder LLP ("HA&S") represents an interested party in this case. HA&S represents various parties of interest in other wholly unrelated

bankruptcy cases in which the Firm and its employees are employed including, but not limited to: HGRL (Case No. 20-10892-MAF) where HA&S represents an Interested Party and the Firm is the Wind-down Consultant to the Debtor; Shamrock Finance, LLC (Case No. 21-10315-FJB) where HA&S represents a creditor and the Firm is the Accountant and tax preparer to the Debtor; Legacy Global Sports, LLP (Case No. 20-11157-JEB) where HA&S represents a creditor and the Firm is the Trustee's Accountant; Intelligent Medical Devices, Inc. where HA&S represents an Estate of Jerome Kenney and the Firms is the Debtor's Consultant; Medrobotics Corporation (Case No. 22-10077-CJP) where HA&S represents a creditor and the Firm is the Trustee's Accountant; Freedom Wind Tunnel, LLC (Case No. 24-10082-CJP) where HA&S represents a creditor and the Firm is the Debtor's Accountant and Financial Advisor; Outcast Electrical Contractors, Inc (Case No. 24-10272-JEB) where HA&S represents a creditor and the Firm is the Trustee's Accountant; C.W. Keller & Associates, LLC and C.W. Keller Holding Company, Inc. (Case No. 23-11357-CJP) where HA&S represents a creditor and a partner of the Firm is the Post-Confirmation Liquidating Trustee; Compass Medical P.C. (Case No. 23-10556-CJP) where HA&S represents an

interested party and the Firm is the Trustee's Accountant; Matthew T. Griffin (Case No. 25-10223-JEB) where HA&S represents a creditor and the Firm is the Trustee's Accountant.  The Firm does not represent HA&S, their attorneys or their client in this case.

(f)  Troutman Pepper Locke LLP ("TPL") represents a creditor in this case.  TPL represents various parties of interest in other wholly unrelated cases in which the Firm is also employed including, but not limited to: Community Intervention Services, Inc. (Case No. 21-40002-EDK) where TPL represents an interested party the Firm is the Proposed 401(k) Plan Fiduciary; MVK FarmCo LLC (Case No. 23-11721-LSS) where TPL represents an interested party the Firm is the Post Confirmation Liquidating Trustee's Accountant; Dana F. Greene (Case No. 25-10083-JEB) where TPL represents a creditor and the Firm is the Trustee's Accountant; Rustic Elegance, Inc. (Case No. 25-10082-JEB) where TPL represents a creditor and the Firm is the Trustee's Accountant.  The Firm does not represent TPL their attorneys or their clients in this case.

4.  I hereby represent that I have agreed not to share with any persons the compensation to be paid for the accounting services rendered in this case, except with the Firm.

5.    Neither I nor my Firm has received a retainer in connection with this matter.

6.    I shall amend this statement immediately upon my learning that (a) any of the within representations are incorrect or (b) there is any change of circumstance relating thereto.

7.    I have reviewed the provisions of MLBR 2016(a)(1) of the Local Rules of Bankruptcy Procedure for this District.

8.    Notwithstanding the foregoing, I hereby represent that I and each member of my Firm are "disinterested persons" as that term is defined in 11 U.S.C. Sec. 101(14).

Signed under the pains and penalties of perjury this 17th day of June 2026.

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035
(508) 543-1720



**Verdolino & Lowey, P.C.**

CERTIFIED PUBLIC ACCOUNTANTS

### VERDOLINO & LOWEY, P.C., Certified Public Accountants

### Professional Rates (Hourly)

- Principals      $595.00

- Managers      $275.00 - $525.00

- Staff            $225.00 - $395.00

- Accountants  $225.00 - $375.00

- Clerical         $105.00

On January 1st of each year, the Firm reviews and
adjusts the hourly rates of all employees.  These rates will be in
effect until December 31, 2026.