Exhibit A

Lease Terms

1st Floor 4/1/2020 – 3/31/2030 (10 years)

2nd Floor 4/11/22 – 6/30/2030 (8 yr 3 mo)

3rd Floor 11/1/2024- 6/30/2030 (5 year and 8 months)