**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | |
|---|---|
| In re<br><br>Oxford Street Education, LLC<br><br>Debtor. | Chapter 7<br>Case No. 26-11334-JEB |

**AMENDED STIPULATION REGARDING LEASE REJECTION (JAMAICA PLAIN)**

WHEREAS, on June 5, 2026  (the "Petition Date"), Debtor Oxford Street Education, LLC d/b/a The Croft School (the "Debtor" or "Croft School") ) commenced the above captioned case under chapter 7 of title 11 of the United States Code (the "Chapter 7 Case");

WHEREAS, Harold B. Murphy is the duly appointed chapter 7 trustee in the Chapter 7 Case (the "Trustee").

WHEREAS, prior to the Petition Date, the Debtor and APW, LLC (the "Landlord") entered into three (3) lease agreements for the premises located at 3815 Washington Street, Boston, MA, (as amended from time to time, the "Jamaica Plain Leases") as follows:

(i) First Floor Premises for a term commencing April 1, 2020 through March 31, 2030; and

(ii) Second Floor Premises for a term commencing April 11, 2022 through June 30, 2030; and

(iii) Third Floor Premises for a term commencing on November 1, 2024 through June 30, 2030

(collectively, the "Premises").

WHEREAS, prior to the Petition Date, the Debtor operated a private school for students from pre- kindergarten through sixth (6th) grade at multiple locations including at the Premises.

1

WHEREAS,  the Debtor ceased operations as of June 12, 2026.

WHEREAS, as of the Petition Date, the Debtor had failed to pay rent to the Landlord in the amount of $27,158.38 and Common Area Maintenance and expenses required to be paid under the Lease ("NNN") in the amount of $27,930.77 for the First Floor Premises, rent in the amount of $18,936.41 and NNN in the amount of $27,656.03 for the Second Floor Premises, and rent in the amount of $6,555.00 and NNN in the amount of $8,791.31 for the Third Floor Premises.  The total pre-petition arrears are $117,027.90. Notices of Default were issued on May 27, 2026 for the Premises.

WHEREAS, as of the Petition Date, the Debtor's owned tangible personal property located at the Premises ("FF&E") was subject to liens securing claims in excess of the value of the FF&E, including a lien of the Friends of JP Education, Inc. securing a claim in excess of $500,000.  The Premises also contain personal property leased from Camber Road Partners, Inc.

WHEREAS, the Trustee has no funds to satisfy the administrative claims accruing under the Jamaica Plain Leases and the Trustee has determined the leases for the Premises have no value to the Estate,

WHEREAS, the Trustee has determined to reject the Jamaica Plain Leases.

WHEREAS, because the Debtor vacated the Premises on June 12, 2026, and the Trustee is informed that the Debtor left the Premises in an unsanitary condition and in disarray, including perishable food on counters and in trash barrels, over-flowing toilets and uncleaned bathroom facilities, rooms with debris spread throughout, decaying plants, loose furniture and school materials in pathways, the Landlord seeks immediate possession of the Premises to address the conditions and to otherwise appropriately protect the Premises;

2

WHEREAS, the Trustee and the Landlord (the "Parties") have negotiated a stipulation and agreed to  expedite the Landlord's right to possession by

 (a) the Trustee rejecting the Jamaica Plain Leases and,

(b) stipulating to termination of the automatic stay of the Bankruptcy Code for the Landlord to terminate the Jamaica Plain Leases, and

(c) authorizing the Landlord to take immediate possession of the Premises free and clear of the Jamaica Plain Leases (the "Stipulation"); WHEREAS, the Parties have agreed to terms of temporary access to the Premises;

WHEREAS,  the Landlord has agreed to waive all post-petition administrative claims upon approval of the Stipulation.

NOW THEREFORE, the Parties hereby stipulate that, upon approval of this Stipulation by the Court:

1.      The Jamaica Plain Leases shall be rejected as of the Petition Date upon approval of the Stipulation.

2.      The Landlord shall be granted relief from the automatic stay to terminate the Jamaica Plain Leases.

3.      The Landlord shall be granted immediate possession of the Premises free and clear of the Jamaica Plain Leases.

4.      The Landlord shall waive all administrative claims against the Estate arising under the Jamaica Plain Leases.

5.      The Landlord shall provide the Trustee, holders of secured claims, and counterparties to personal property leases, with access to the Premises, including for removal of

3

collateral or leased property subject to proof of insurance, for a period of thirty (30) days following approval of the Stipulation.

6. The Parties further acknowledge and agree that, upon this Court's approval hereof, the terms and provisions of this Stipulation shall be enforceable as a duly entered order of this Court. This Stipulation may not be amended or modified except by written agreement executed by the Parties and approved by this Court

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Stipulation are immediately effective and enforceable upon its approval and entry by this Court.

8. The Parties are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Stipulation.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Executed  this 23rd day of June 2026

APW, LLC
By their Attorney

/s/ Nina M. Parker
Nina M. Parker (BBO # 389990)
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
parker@mandkllp.com

4

Harold B. Murphy, Chapter 7 Trustee
Of Oxford Street Education LLC
By his attorneys,

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO 559609)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400
alizotte@murphyking.com