**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

|  |  |
|---|---|
| In re<br><br>Oxford Street Education, LLC<br><br>          Debtor. | Chapter 7<br>Case No. 26-11334-JEB |

**CERTIFICATE OF SERVICE**

I, David B. Madoff, hereby certify that on June 23, 2026, I caused copies of the

Expedited Amended Motion to Approve Stipulation Rejecting all of Debtor's Real Property

Leases with APW, LLC [Expedited Determination Requested] and Amended Stipulation and

Order Regarding Lease Rejection (Jamaica Plain) to be served by United States first class mail,

postage prepaid or by ECF, upon the following parties:

**SERVICE LIST**

James G. Atchison on behalf of Debtor Oxford Street Education, LLC
atchison@casneredwards.com, luo@casneredwards.com

Jennifer V. Doran on behalf of Interested Party Board of Managers of Oxford Street Education
LLC
jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Andrew G. Lizotte on behalf of Trustee Harold B. Murphy
agl@murphyking.com,
bankruptcy@murphyking.com;aspanos@murphyking.com;aceglarski@murphyking.com;agl@murphyking.com;alizotte@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com

John T. Morrier on behalf of Debtor Oxford Street Education, LLC
morrier@casneredwards.com, luo@casneredwards.com

1

Harold B. Murphy
mxc@hanify.com, ma33@ecfcbis.com;kflynn@murphyking.com

Hanna J. Redd on behalf of Creditor Elevation Capital Holdings LCC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor M.W.
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor R2JM, LLC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor RDJD GROUP LLC and NS3 HOLDINGS LLC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor T.W.
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor The Thad and Janice Russell Revocable Trust, their
successors and assigns
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor The Walker Family Revocable Trust
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Vertigo Capital Holdings LCC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Alexander & Jennifer Dyson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Alexander & Laura Van Dijk
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Amar Dhand
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Andy Golden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ashley Dunn
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Austin Becker
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Beisy Navarro
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brendan & Jessica Kohler
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brian Theyel
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brian & Genevieve Wallden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Carl Wilkins
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Caroline McKeon
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Charlene Ong
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Charlie Zambri
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Chris Nelen
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Christina & Bobby Metcalfe
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Curtis and Megan Hapgood
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Dana & Amy Ross
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Daniel Rios
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Daniel & Sonja Solomon
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor David D'Annunzio
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor David Meixner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Devesh Tiwari
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Domenic DiNardo
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Doug Fleischer
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Eileen Chen
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elana & Jason Silver
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Graves
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Poole
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Sullivan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elyse Hanson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Fernando Contreras
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Geetha Mylvaganam
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor George Schultz
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Gina & Andrew Marsh
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Gunar Schirner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ian Koebner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jake & Maura Silverman
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jean Raymond
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jean Wang
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jeff Spielberg
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Joanna Vaz MacLean
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Joseph Pedulla
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Justin Reid
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kate Robb
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kathryn & Timothy Brooks
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kelly Driscoll
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kevin & Lidya Le
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kurtis McKenney
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Laila Kafi
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Lee Mirbach
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Leigh Martin
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Leon C. Richardson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Maritza Ebling
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Matthew Hillard
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Matthew Vettel
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Mehta Darshan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Melissa Hughes
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Fraher
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Gavencak
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Lynch
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael "Desi" Murphy
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Mike Borsare
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Molly Birnbaum Becker
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Nicholas Nelson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Nikita Imennov
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ottavia & Lucas Mann De Luca
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Patrick & Janet Hasenoehrl
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Paul Crockett
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Pritesh Saraiya
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rachel Helm
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rahul Ganatra
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Richard and Susan Wallden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rick Walega
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Robert Havdala
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ronit Ridberg
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sara A. Balderi
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sarah Champlin
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sarah McCrary
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sattar & Neda Khoshkhoo
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Scott Baranowski
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shamim & Riaz Gillani
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shannon Hourigan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shruti Rao
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Simon Salgado
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Stephen Nicolson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Susannah Hewitt
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tanya Dennis
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tateki & Nao Matsuda
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tian Gao
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tim Kachur
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Wajdi Feghali
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Will & Kari Oliver-Milchman
hanna.redd@troutman.com, monica.molitor@troutman.com

**1421 Washington Associates LLC**
c/o Mark Epker
Vantage Real Estate LLC
601 High Street, Suite 204
Dedham, MA 02026

**144 Wayland, LLC**
941 Dyer Avenue
Cranston, RI 02920

**179 Wayland Avenue, LLC**
c/o Capstone Properties
5 Burlington Woods
Burlington, MA 01803

**2HR Learning, Inc.**
Attn Neeraj Gupta
2028 E Ben White Blvd
Suite 240-2650
Austin, TX 78741

**AAFCPAs, Inc**
P.O Box 375
Brattelboro, VT 05302

**Alan Wong**
38 Upton Avenue
Providence, RI 02906

**Alexander & Laura van Dijk**
124 W Newton St, Unit 2
Boston, MA 02118

**Alexander and Jennifer Dyson**
75 Montgomery St, Apt 1
Boston, MA 02116

9

**All Security CO. LLC**
771 Kempton St.
New Bedford, MA 02740

**All-in Accounting Solutions, LLC**
10964 Lin Valle Dr, Ste A
St. Louis, MO 63123

**Altiva Education**
Attn Carlos Heeren
151 West 42nd St, 17th Fl
New York, NY 10036

**American Alarm**
PO Box 1082
Worcester, MA 01613

**Anderson Landscape Construction, Inc.**
PO Box 930 MA
6 Beverly Drive
Sterling, MA 01564

**Andrew & Gina Marsh**
38 Linnet St
West Roxbury, MA 02132

**APW, LLC**
PO Box 300173
Boston, MA 02130

**Arthur Kallon**
17 Rector Road
Mattapan, MA 02126

**Ashley Dunn & Mike Borsare**
6 Glenvale Ter, Unit 3
Jamaica Plain, MA 02130

**ATCO Plumbing & Mechanical**
93 Weaver St
Fall River, MA 02720

**Austin Becker**
26 Old Tannery Rd
Providence, RI 02906

**BCHEX**
9713 Northcross Center Ct Suite 201 Hunt
Huntersville, NC 28078

**Beisy Navarro**
75 Highland Street, #1
Boston, MA 02119

**Benjamin A. Howe**
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210

**Benjamin Lakin and Laura Kuhl**

**Betsi Graves & Tanya Dennis**
735 Harrison Ave, Apt W102
Boston, MA 02118

**Blackstone Square Realty Trust**
45 Sierra Road
Hyde Park, MA 02136

**BMP Music Program**
PO Box 180772
Boston, MA 02118

**Bowditch & Dewey**
Attn Christopher M. Condon
75 Federal St, Suite 1000
Boston, MA 02110

**Bowerman Construction**
One Richmond Square Suite 220E
Providence, RI 02906

**Brendan & Jessica Kohler**
205 W 8th St, Unit 5
Boston, MA 02127

**Brian & Genevieve Wallden**
43 Salcombe Street, Unit 3
Boston, MA 02125

**Brian Kennedy**
103 PHIPPS ST
QUIN, CY 02169

**Brookline Lock Company**
33 Harvard Street
Brookline, MA 02445

**Brookline Lock Company, Inc.**
33 Harvard Street
Brookline, MA 02445-7952

**C T Corporation System, as Representative**
330 N Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203

**Caggiano Real Estate Law, LLC**
Attn Allan Caggiano
75 State Street, Suite 100
Boston, MA 02109

**Camber Road**
4999 France Avenue S, Suite #216
Minneapolis, MN 55410

**Camber Road Partners, Inc.**
3601 Minnesota Drive, Suite 670
Minneapolis, MN 55435

**CB20**
268 Broadway, Suite 101
Saratoga Springs, NY 12866

**Channel Partners Capital, LLC**
10900 Wayzata Blvd
Suite 300
Minnetonka, MN 55305

**Charlene Ong & Amar Dhand**
407 Shawmut Ave, Unit 2
Boston, MA 02118

**Charlie Zambri & Maggie O'Brien**

**Checkmate Academy**
4 Bartel Court
Tiburon, CA 94920

**Chief Counsel, Legal Dept**
Dept of Unemployment Assistance
Commonwealth of Massachusetts
19 Staniford Street, 1st Floor
Boston, MA 02114

**Christina & Robert Metcalfe**
10 Ashmont St
Dorchester Center, MA 02124

12

**Christopher Condon**
Bowditch & Dewey LLP
75 Federal Street
Boston, MA 02110

**Christopher Nelen**

**City of Boston**
1010 Massachusetts Avenue, 4th Floor
Boston, MA 02118

**City of Providence**
Law Department
444 Westminster Street, Suite 220
Providence, RI 02903

**ColColor Services, LLC**
1421 Chalkstone Ave
Providence, RI 02909

**Comast Corporation**
Attn: Legal Department
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103

**Corporation Service Company, as Represen**
P.O. BOX 2576
Springfield, IL 62708

**D&D Electric**
10 Everberg Road
Woburn, MA 01801

**Dana & Amy Ross**
38 Potomac St
West Roxbury, MA 02132

**Daniel & Sonja Solomon**
70 Westchester Road
Jamaica Plain, MA 02130

**Daniel (Pete) Duncan**
26 Rutland Square, #3
Boston, MA 02118

**Daniel Rios & Geetha Mylvaganam**
1 Worcester Square, Apt 1
Boston, MA 02118

**Darshan Mehta**
36 Tower Street
Jamaica Plain, MA 02130

**David & Jenna Meixner**
1313 Washington Street, #206
Boston, MA 02118

**David D'Annunzio**
24 Neponset Avenue
Roslindale, MA 02131

**Delaware Attorney General**
Attn Bankruptcy Administrator
Carvel State Building
820 N French Street 8th Floor
Wilmington, DE 19801

**Delaware Secretary of State**
Division of Corporations
PO Box 898
Dover, DE 19903

**Delaware Secretary of State**
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

**Delaware State Treasury**
820 Silver Lake Blvd, Suite 100
Dover, DE 19904

**Department of Unemployment Assistance**
Chief Counsel, Legal Department
19 Staniford Street 1st Floor
Boston, MA 02114

**Dept of Human Services**
Louis Pasteur Building
25 Howard Avenue
Building 57
Cranston, RI 02920

**Derrick Dominique**
15 Van Winkle Street, Apt 1
Boston, MA 02124

**Devesh Tiwari**
224 Florence St, Unit 2
Boston, MA 02131

**Dominic Anthony DiNardo**
9 Lyn Court
Cumberland, RI 02864

**Eileen Chen**

**Elana & Jason Silver**
9 Kingsboro Park
Jamaica Plain, MA 02130

**Elevation Capital Holdings LLC**
Attn Josh Langsam

**Elevation Capital Holdings LLC**

**Elizabeth Poole**

**Elyse Hanson**
99 E Brookline Street, Apt 1
Boston, MA 02118

**Employees**

**Erik and Meredith Hasenoehrl**

**Eversource**
Attn: Legal / Bankruptcy Notices
247 Station Drive
Westwood, MA 02090

**Executive Office of Health**
and Human Services
3 West Road
Cranston, RI 02920

**Fabio Figueiredo**
16 Johnson Street Apt 1
Pawtucket, RI 02860

**FACTS**
P.O. Box 82527
Lincoln, NE 68501

**Ferrucci Russo P.C.**
Attn W. Mark Russo
207 Quaker Lane, Suite 301
West Warwick, RI 02893

15

**Fidelity Brokerage Services, LLC**
245 Summer Street
Boston, MA 02205

**First Corporate Solutions, as Representa**
914 S Street
Sacramento, CA 95811

**First Republic Bank**
111 Pine Street
San Francisco, CA 94111

**First Student**
22157 Network Place
Chicago, IL 60673

**Foley Hoag LLP**
Attn Ben Howe
Seaport World Trade Center West
155 Seaport Blvd
Boston, MA 02210

**Friends of JP Education, Inc.**
Attn Jake Walker
260 Franklin Street, Suite 1860
Boston, MA 02110

**GEM Plumbing & Heating Services**
1 Wellington Road
Lincoln, RI 02865

**George Schultz**
53 Dwight Street, Unit 1
Boston, MA 02118

**Gera Capital**
Rua Rainha Guilhermina, 75
3 andar Leblon
Rio de Janeiro, RJ CEP 22441-120
BRAZIL

**Goloboy Law LLC**
Attn Andrew E Goloboy
900 Cummings Street
Suite 207V
Beverly, MA 01915

**Gopher Sports**
PO Box 1450
Minneapolis, MN 55485

**Great LLC**
10 Elmgrove Avenue
Providence, RI 02906

**Great Minds**
PO Box 200283
Pittsburgh, PA 15251

**Guardian Insurance**
1530 Fall River Ave
Seekonk, MA 02771

**Gusto**
525 20th Street
San Francisco, CA 94107

**Harvest Kitchen, Farm Fresh**
10 Sims Ave Unit 109
Providence, RI 02909

**Hemenway & Barnes**
75 State Street 16th Floor
BOSTON, MA 02109

**Hope Street Pizza**
772 Hope Street
Providence, RI 02906

**Ian Koebner & Ronit Ridberg**
37 Wyvern Street
Boston, MA 02131

**Insource**
148 Linden St
Wellesley, MA 02482

**Inspired Edu**
Attn Maged Beydoun
251 Little Falls Dr
Wilmington, DE 19808

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**Intuit Quickbooks**
2800 E. Commerce Center Place
Tucson, AZ 85706

**Ippon Sports**
40 Main St #204
Stoneham, MA 02180

**ISP Education**
Attn Jacob Hackman
2001 Ross Ave, Ste 700-7A
Dallas, TX 75201

**Jack Remondi**
C T Corporation System
155 Federal Street, Suite 700,
Boston, MA 02110

**Jack Remondi**

**Jake & Maura Silverman**
130 Gano Street, Unit A
Providence, RI 02906

**Jan-Pro**
10 Tower Office Park Suite 419
Woburn, MA 01801

**Jay Wood**

**Jean Raymond**
169 Westville Street, Apt 2
Dorchester, MA 02122

**JEC**
58 Main Street
Bolton, MA 01740

**Jeffrey Spielberg & Caroline McKeon**
6 E Concord St
Boston, MA 02118

**Jennifer Elson**
c/o Lichten & Liss-Riordan, P.C.
729 Boylston Street

Suite 2000
Boston, MA 02116

**Jennifer Thompson & Matthew Donohue**
10 Park Row West, Apt 102
Providence, RI 02903

**John Remondi**
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**Johnson String Instrument**
1029 Chestnut Street
Newton Upper Falls, MA 02464

**Joseph Pedulla**
7 Granada Ave
Roslindale, MA 02131

**JPmorgan Chase Bank NA**
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203

**JPMorgan Chase Bank, N.A**
PO Box 182051
Columbus, OH 43218

**JPMorgan Chase Bank, N.A.**
PO Box 182051
Columbus, OH 43218

**JPMorgan Chase Bank, N.A.**
PO Box 24696
Columbus, OH 43224

**Karina & Will Oliver-Milchman**
63 Patten Street
Boston, MA 02130

**Kathryn A. and Timothy A. Brooks**

**Kelly Driscoll**
20 Granfield Ave, Unit 2
Roslindale, MA 02131

**Kevin & Lidya Le**
51 Taunton Avenue
Boston, MA 02136

**Konica Minolta**
PO Box 790448
St Louis, MO 63179

**Kurtis McKenney and Laila Kafi**
77 Barnes St
Providence, RI 02906

**Kurtis McKenney and Laila Kafi**

**Lao-Tzu and Paria Allan-Blitz**
16 Sheridan St
Jamaica Plain, MA 02130

**Lao-Tzu and Paria Allan-Blitz**

**Laura Shawhughes & Justin Reid**
44 Stimson Ave
Providence, RI 02906

**Leader Bank, N.A.**
Attn Brook Ames
180 Massachusetts Avenue
Arlington, MA 02474

**Lee Mirbach & Doug Fleischer**
14 Morrill Street
Dorchester, MA 02125

**Leigh Martin**
11 Waldeck Street
Dorchester, MA 02124

**Leon Richardson**

**Lunchbox**
956 American legion Hwy
Roslindale, MA 02131

**Magical Beginnings**
Attn Maxine Winston
100 Cummings Center, Suite 236C
Beverly, MA 01915

**Maritza Ebling & Matthew Hillard**
117 West Newton Street
Boston, MA 02118

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

**Massachusetts Dept of Revenue**
Attn Bankruptcy Unit
PO Box 7090
Boston, MA 02204

**Matthew Hammond**
28 Fayette Street
Boston, MA 02116

**Matthew Salisbury**
c/o Matthew W. Thomson, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

**Megan Hapgood**
11 Porter Ter
West Roxbury, MA 02132

**Meged Funding Group**
108 W 39th Street
Suite 1006 #2171
New York, NY 10018

**Metro USA Fire Protection, Encore Fire P**
PO Box 25811
New York, NY 10087

**Michael D. Murphy, Jr. and Paula Abello**
48 E Springfield St, Apt 1
Boston, MA 02118

**Michael Fraher**
94 I St
Boston, MA 02127

**Michael Goldstein**
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**Murphy & King**
Attn D. Ethan Jeffrey
28 State Street, Suite 3101
Boston, MA 02109

**Nao Suzuki & Tateki Matsuda**
725 Harrison Avenue, #E405
Boston, MA 02118

**National Financial Services, LLC**
245 Summer Street
Boston, MA 02205

**National Grid**
Bankruptcy Department
300 Erie Blvd West, C-3
Syracuse, NY 13202

**Nicholas Nelson and Jean Wang**
246 W Newton St, Apt 2
Boston, MA 02116

**Nikita Imennov**
15 Rambler Rd
Jamaica Plain, MA 02130

**Nuvu Studio**
Attn Saeed Arida
450 Massachusetts Ave
Cambridge, MA 02139

**Octavia De Luca and Lucas Mann**

**Office of the Attorney General**
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108

**Office of the State Treasurer**
1 Ashburton Place
12th Floor
Boston, MA 02133

**Oxford Street Education, LLC**
21 Fox Hill Road
Wellesley Hills, MA 02481

**Partridge Snow & Hahn**
40 Westminster Street, Suite 1100
Providence, RI 02903

**Partridge Snow & Hahn**
40 Westminster Street Suite 1100
Providence, RI 02903

**Pasek**
307 W. 1st St
So. Boston, MA 02127

**Patrick and Janet Hasenoehrl**

**Paul Crockett**
109 Whitcomb Ave
Jamaica Plain, MA 02130

**Peter Somich and Ashley Medlar**
100 Jersey St
Boston, MA 02215

**Philip Gelatt Jr.**
51 Adelphi Ave
Providence, RI 02906

**Phillips Kuhl**

**Providence Media, Inc DBA: Hey Rhody Med**
1944 Warwick Avenue
Warwick, RI 02889

**Providence Police Detail - traffic contr**
325 Washington St.
Providence, RI 02903

**Quench USA, Inc.**
P.O Box 735777
Dallas, TX 75373

**R2JM, LLC**

**Rachel Helm & Carl Wilkins**
491 Massachusetts Ave, Unit 1
Boston, MA 02118

**Rahul Ganatra & Katharine Robb**
14 Morey Rd
West Roxbury, MA 02132

**Raj Luthra**
36 Rossmore Road, Unit 2
Boston, MA 02130

**RDJD Group**

**Rebecca Hotop & Nicholas Evans**

**Regina Nazzaro**

**Reservoir Church**
c/o Mansard
Attn Jeremy Cyrier
18 Spring Grove Road
Andover, MA 01810

**Reservoir Church**
15 Notre Dame Avenue
Cambridge, MA 02140

**Reservoir Church**
Attn Trecia Reavis
15 Notre Dame Avenue
Cambridge, MA 02140

**Rhode Island Dept of Attorney General**
150 South Main Street
Providence, RI 02903

**Rhode Island Dept of Labor & Training**
1511 Pontiac Avenue
Cranston, RI 02920

**RI Department of Labor & Training**
Employer Tax Unit
1511 Pontiac Avenue
Cranston, RI 02920

**RI Energy - Electric**
ATTN: Legal Department
280 Melrose Street
Providence, RI 02907

**RI Energy - Gas**
ATTN: Legal Department
280 Melrose Street
Providence, RI 02907

**Richard & Susan Wallden**

**Rishi Shukla**
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**RLAW, PC**
Attn Steffani Boudreau
300 Washington Street
Brookline, MA 02445

**Robert Havdala**
30 Chestnut Square
Jamaica Plain, MA 02130

**Robert J. Given**
304 Brooksby Village Dr, Unit 719
Peabody, MA 01960

**Robert Lytle**
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**Robert W. Irvine & Sons Inc**
147 Blossom Street
Street Lynn, MA 01902

**RSR Investments LLC**
c/o Stonegate Group Management LLC
235 West Central Street
Natick, MA 01760

**Sade Freeland**
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116

**Salvation Army**
1500 Washington Street
Boston, MA 02118

**Sara Balderi**
10 Exchange Court, Unit 405
Pawtucket, RI 02860

**Sarah Champlin**
700 Harrison Ave, Unit 405
Boston, MA 02118

**Sarah Given**
21 Fox Hill Road
Wellesley Hills, MA 02481

**Sarah Griffin**

**Sarah McCrary and Fernando Contreras**
150 Dorchester Ave, Apt 511
South Boston, MA 02127

**Sattar & Neda Khoshkhoo**
140 School Street, Unit 2
Boston, MA 02119

**Scott Baranowski**
14 Emerson St
Boston, MA 02127

**Scott Given**
21 Fox Hill Road
Wellesley Hills, MA 02481

**Securities & Exchange Commission**
Antonia Apps, Regional Director
100 Pearl Street
Suite 20-100
New York, NY 10004

**Securities & Exchange Commission**
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

**Securities & Exchange Commission**
Boston Regional Office
33 Arch Street
23rd Floor
Boston, MA 02110

**Selective Group of Insurance Companies**
40 Wantage Avenue
Branchville, NJ 07890

**Selective Insurance Company of South Car**
900 E. 96th Street
Indianapolis, IN 46240

**Selective Service Center**
PO Box 13325
Richmond, VA 23225

**Shamim and Riaz Gillani**

**Shannon Hourigan & Tim Kachur**
89 Brookley Rd, Apt 3
Jamaica Plain, MA 02130

**Shapiro Investment Company**

**Slowey McManus Commonciations LLC**
11 Beacon St Ste 1224
Boston, MA 02108

**Sol Be Learning**
Attn Steve Fitzgerald
631 VFW Pkwy
Chestnutt Hill, MA 02467

**South End Village Academy Incorporated**
1 Custom Street
Boston, MA 02118

**South End Village Academy Incorporated**
c/o Marc Sorresso
1 Cumston Street
Boston, MA 02118

**State of Rhode Island**
Division of Taxation
Compliance & Collections Section - Bankr
One Capitol Hill
Providence, RI 02908

**State of Rhode Island - Div of Taxation**
Compliance & Collections Section
Attn Bankruptcy Unit
One Capital Hill
Providence, RI 02908

**Stephan Hauke**
14 Hemlock Ridge Road
North Yarmouth, ME 04097

**Stephen Nicolson**
120 Marbury Ave
Pawtucket, RI 02860

**Students' prepayments**

**Susannah Hewitt and Gunar Schirner**

**Suzanne and George Mendes**
29 Union Park Street
Boston, MA 02118

**Thad and Janice Russell Revocable Trust**

**The Kathryn S. Pinto Revocable**
Trust of 2021
596 Tremont St, Apt 1
Boston, MA 02118

**The Walker Family Revocable Trust**

**Tian Gao and Michael Gavencak**

**Tian Gao and Michael Gavencak**
35 Wilcox Ave
Pawtucket, RI 02860

**Troutman Pepper Locke**
Attn David Fialkow & Jon Aberman
111 Huntington Ave, 9th Fl
Boston, MA 02199

**United States Attorney's Office**
Attn Financial Litigation Unit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110

**Universal Education**
Filka Building, Daftary Road, Malad
Malad East
Mumbai, Maharashtra 400097
INDIA

**UPP Global**
496 Congress Street, Suite 3
Portland, ME 04101

**URI Free Seed Program**
3 East Alumbi Ave
Kingston, RI 02881

**US Attorney Office**
District of Rhode Island
1 Financial Plaza, 17th Floor
Providence, RI 02903

**US Attorney's Office**
District of Delaware
1313 N Market Street
PO Box 2046
Wilmington, DE 19899

**Utile**
115 Kingston Street
Street Boston, MA 02111

**Verizon Wireless Bankruptcy Administrati**
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

**Vertigo Capital Holdings LLC**

**Wajdi Feghali**
485 Harrison Ave, Apt 209
Boston, MA 02118

**Walker Family Revocable Trust**
37 Beryl St
Roslindale, MA 02131

**Walter Bronhardt Real Estate**
972 Highland Ave
Fall River, MA 02720

**WCI**
3859 Washington Street
Boston, MA 02131

**West Music**
1212 5th St
PO Box 552
Coralville, IA 52241

**Zach Matilsky**


Respectfully submitted June 23rd 2026.

/s/ Nina M. Parker
Nina M. Parker (BBO # 389990)
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
parker@mandkllp.com