**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | |
|---|---|
| **In re**<br><br>**OXFORD STREET EDUCATION, LLC**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 26-11334-JEB** |

**EXPEDITED AMENDED MOTION TO APPROVE STIPULATION**
**REJECTING ALL OF DEBTOR'S REAL PROPERTY LEASES  WITH APW, LLC**
**[Expedited Determination Requested]**

Now comes  APW, LLC the landlord of premises located at  3815 Washington Street, Boston, MA ("Landlord" or "APW") and Harold B. Murphy, the Chapter 7 Trustee (the "Trustee") of Oxford Street Education Street, LLC  d/b/a Croft School (the "Debtor" or "Croft School")(the "Parties")  and hereby move this Court to approve the Stipulation, attached as Exhibit A.

The Motion is filed in accordance with Bankr. R. Proc. 9019 and MLBR 9019-1 and provides for entering an Order approving rejection of the APW real property leases pursuant to Section 365(a) of the Bankruptcy Code; and for an Order terminating the automatic stay; and for an Order terminating the leases;  and  an Order that in consideration thereof, APW waives its administrative claims against the estate to be effective upon approval of the Stipulation.

**Expedited Determination Requested**

**Expedited determination of this Motion is requested pursuant to MLBR 9013-1(e)(2)(A) to avoid the accrual of administrative claims pursuant to leases with APW.  The Trustee is further informed of unsanitary conditions, including decaying food on counters and in trash barrels, over-flowing toilets and uncleaned bathroom facilities, room with debris spread throughout, dying plants, loose furniture, and school materials obstructing pathways.  The Landlord seeks to take immediate action to address these conditions.**

**Background**

1.      On June 5, 2026, the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code and the Trustee was appointed.

2.      At the time of the filing, the Debtor operated a private school for students from pre- kindergarten through sixth (6th) grade. All operations at the Croft School have now concluded as of June 12, 2026 and the school has ceased operations.

3.      At the time of the filing,  the Debtor was a party to  three (3) Leases for premises ("Premises") occupied by the Croft School at 3815 Washington Street, Boston, MA (the "Jamaica Plain Leases" or "Leases"). A list of the Leases is attached hereto as Exhibit A.

4.      As of the Petition Date, the Debtor had failed to pay rent in the amount of $27,158.38 and Common Area Maintenance and expenses required to be paid under the Lease ("NNN") in the amount of $27,930.77 for the First Floor Premises, rent in the amount of $18,936.41 and NNN in the amount of $27,656.03 for the Second Floor Premises and rent in the amount of $6,555.00 and NNN in the amount of $8,791.31 for the Third Floor Premises. The total pre-petition arrears are $117,027.90. APW issued Notices of Default on May 27, 2026.

**Rejection of the Leases**

5.      As of the Petition Date, the Debtor's owned tangible personal property located at the Premises ("FF&E") was subject to liens securing claims in excess of the value of the FF&E, including a lien of the Friends of JP Education, Inc. securing a claim in excess of $500,000.  The Premises also contain personal property leased from Camber Road Partners, Inc.

6.      The Trustee has no funds to satisfy the administrative claims accruing under the Jamaica Plain Leases and the Trustee has determined the leases for the Premises have no value to the Estate,

7.    The Leases are in default; no rent has been paid since April 2026. In addition, common area maintenance and other charges having accrued since the first quarter of 2026 and continue to accrue.  Upon information provided, prior to the filing, there were several efforts to resume operations and to cure the Leases, but no offers materialized.

8.    The Trustee seeks to reject the Jamaica Plain Leases to avoid incurring of administrative expenses which accrue as of the Petition Date.

9.    Section 365(a) of the Code provides that: ". . . the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  Since there is no benefit to the estate, the Trustee requests that all of the Jamaica Plain Leases be rejected.

### Relief from the Automatic Stay and Termination of the Leases

10.    Pursuant to the terms of the Stipulation, the Trustee stipulates to an Order granting relief from the automatic stay provisions of 11 U.S.C. § 362 and an Order authorizing the termination of the Leases.

11.     Pursuant to the terms of the Stipulation and in consideration of the forgoing, APW agrees to waive all administrative claims which could be asserted.

12.    The Landlord shall provide the Trustee, holders of secured claims, and counterparties to personal property leases, with access to the Premises, including for removal of collateral or leased property subject to proof of insurance, for a period of thirty (30) days following approval of the Stipulation.

13.    Approval of the Stipulation is in the best interest of the Estate as it eliminates the accrual of post-petition obligations by the Estate. There is no harm or prejudice to creditors in approving the Stipulation.

## Notice

14.     Copies of this Motion have been served upon the United States Trustee, counsel to the Debtor, all parties that have requested notice of pleadings in this case.  The Trustee requests that this Court find such service to be appropriate and sufficient notice in these circumstances which is in the best interest of all creditors.

Respectfully submitted this 23rd  day of June 2026

APW, LLC
By their Attorney

/s/ Nina M. Parker
Nina M. Parker (BBO # 389990)
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
parker@mandkllp.com

Harold B. Murphy, Chapter 7 Trustee
Of Oxford Street Education LLC
By his attorneys,

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400
alizotte@murphyking.com