**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION**)

| | |
|---|---|
| In re<br><br>Oxford Street Education, LLC<br><br>    Debtor. | Chapter 7<br>Case No. 26-11334-JEB |

**CERTIFICATE OF SERVICE**

I, Nina M. Parker, hereby certify that on June 23, 2026, I caused copies of the attached

Order Setting Hearing and Objection Deadline on [27] Expedited Amended Motion to Approve

Stipulation Rejecting all of Debtor's Real Property Leases with APW, to be served by United

States first class mail, postage prepaid or by ECF, upon the following parties:

**SERVICE LIST**

**ECF/Electronic Notice**

James G. Atchison on behalf of Debtor Oxford Street Education, LLC
atchison@casneredwards.com, luo@casneredwards.com

Jennifer V. Doran on behalf of Interested Party Board of Managers of Oxford Street Education
LLC
jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Andrew G. Lizotte on behalf of Trustee Harold B. Murphy
agl@murphyking.com,
bankruptcy@murphyking.com;aspanos@murphyking.com;aceglarski@murphyking.com;agl@m
urphyking.com;alizotte@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com

John T. Morrier on behalf of Debtor Oxford Street Education, LLC
morrier@casneredwards.com, luo@casneredwards.com

1

Harold B. Murphy
mxc@hanify.com, ma33@ecfcbis.com;kflynn@murphyking.com

Hanna J. Redd on behalf of Creditor Elevation Capital Holdings LCC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor M.W.
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor R2JM, LLC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor RDJD GROUP LLC and NS3 HOLDINGS LLC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor T.W.
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor The Thad and Janice Russell Revocable Trust, their
successors and assigns
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor The Walker Family Revocable Trust
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Vertigo Capital Holdings LCC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Alexander & Jennifer Dyson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Alexander & Laura Van Dijk
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Amar Dhand
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Andy Golden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ashley Dunn
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Austin Becker
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Beisy Navarro
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brendan & Jessica Kohler
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brian Theyel
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brian & Genevieve Wallden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Carl Wilkins
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Caroline McKeon
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Charlene Ong
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Charlie Zambri
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Chris Nelen
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Christina & Bobby Metcalfe
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Curtis and Megan Hapgood
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Dana & Amy Ross
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Daniel Rios
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Daniel & Sonja Solomon
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor David D'Annunzio
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor David Meixner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Devesh Tiwari
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Domenic DiNardo
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Doug Fleischer
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Eileen Chen
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elana & Jason Silver
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Graves
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Poole
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Sullivan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elyse Hanson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Fernando Contreras
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Geetha Mylvaganam
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor George Schultz
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Gina & Andrew Marsh
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Gunar Schirner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ian Koebner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jake & Maura Silverman
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jean Raymond
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jean Wang
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jeff Spielberg
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Joanna Vaz MacLean
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Joseph Pedulla
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Justin Reid
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kate Robb
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kathryn & Timothy Brooks
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kelly Driscoll
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kevin & Lidya Le
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kurtis McKenney
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Laila Kafi
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Lee Mirbach
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Leigh Martin
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Leon C. Richardson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Maritza Ebling
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Matthew Hillard
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Matthew Vettel
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Mehta Darshan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Melissa Hughes
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Fraher
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Gavencak
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Lynch
hanna.redd@troutman.com, monica.molitor@troutman.com

6

Hanna J. Redd on behalf of Creditor Michael "Desi" Murphy
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Mike Borsare
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Molly Birnbaum Becker
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Nicholas Nelson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Nikita Imennov
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ottavia & Lucas Mann De Luca
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Patrick & Janet Hasenoehrl
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Paul Crockett
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Pritesh Saraiya
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rachel Helm
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rahul Ganatra
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Richard and Susan Wallden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rick Walega
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Robert Havdala
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ronit Ridberg
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sara A. Balderi
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sarah Champlin
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sarah McCrary
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sattar & Neda Khoshkhoo
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Scott Baranowski
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shamim & Riaz Gillani
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shannon Hourigan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shruti Rao
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Simon Salgado
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Stephen Nicolson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Susannah Hewitt
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tanya Dennis
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tateki & Nao Matsuda
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tian Gao
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tim Kachur
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Wajdi Feghali
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Will & Kari Oliver-Milchman
hanna.redd@troutman.com, monica.molitor@troutman.com

Christopher Condon on behalf of Friends of JP
ccondon@bowditch.com

Camber Road
info@camberroad.com

Channel Partners
customerservice@channelpartnersllc.com

**BY MAIL**

**1421 Washington Associates LLC**
c/o Mark Epker
Vantage Real Estate LLC
601 High Street, Suite 204
Dedham, MA 02026

**144 Wayland, LLC**
941 Dyer Avenue
Cranston, RI 02920

**179 Wayland Avenue, LLC**
c/o Capstone Properties
5 Burlington Woods
Burlington, MA 01803

**2HR Learning, Inc.**
Attn Neeraj Gupta
2028 E Ben White Blvd
Suite 240-2650
Austin, TX 78741

**AAFCPAs, Inc**
P.O Box 375
Brattelboro, VT 05302

**Alan Wong**
38 Upton Avenue
Providence, RI 02906

**Alexander & Laura van Dijk**
124 W Newton St, Unit 2
Boston, MA 02118

**Alexander and Jennifer Dyson**
75 Montgomery St, Apt 1
Boston, MA 02116

**All Security CO. LLC**
771 Kempton St.
New Bedford, MA 02740

**All-in Accounting Solutions, LLC**
10964 Lin Valle Dr, Ste A
St. Louis, MO 63123

**Altiva Education**
Attn Carlos Heeren
151 West 42nd St, 17th Fl
New York, NY 10036

**American Alarm**
PO Box 1082
Worcester, MA 01613

**Anderson Landscape Construction, Inc.**
PO Box 930 MA
6 Beverly Drive
Sterling, MA 01564

**Andrew & Gina Marsh**
38 Linnet St
West Roxbury, MA 02132

**APW, LLC**
PO Box 300173
Boston, MA 02130

**Arthur Kallon**
17 Rector Road
Mattapan, MA 02126

**Ashley Dunn & Mike Borsare**
6 Glenvale Ter, Unit 3
Jamaica Plain, MA 02130

**ATCO Plumbing & Mechanical**
93 Weaver St
Fall River, MA 02720

**Austin Becker**
26 Old Tannery Rd
Providence, RI 02906

**BCHEX**
9713 Northcross Center Ct Suite 201 Hunt
Huntersville, NC 28078

**Beisy Navarro**
75 Highland Street, #1
Boston, MA 02119

**Benjamin A. Howe**
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210

**Benjamin Lakin and Laura Kuhl**

**Betsi Graves & Tanya Dennis**
735 Harrison Ave, Apt W102
Boston, MA 02118

**Blackstone Square Realty Trust**
45 Sierra Road
Hyde Park, MA 02136

**BMP Music Program**
PO Box 180772
Boston, MA 02118

**Bowditch & Dewey**
Attn Christopher M. Condon
75 Federal St, Suite 1000
Boston, MA 02110

**Bowerman Construction**
One Richmond Square Suite 220E
Providence, RI 02906

**Brendan & Jessica Kohler**
205 W 8th St, Unit 5
Boston, MA 02127

**Brian & Genevieve Wallden**
43 Salcombe Street, Unit 3
Boston, MA 02125

**Brian Kennedy**
103 PHIPPS ST
QUIN, CY 02169

**Brookline Lock Company**
33 Harvard Street
Brookline, MA 02445

**Brookline Lock Company, Inc.**
33 Harvard Street
Brookline, MA 02445-7952

**C T Corporation System, as Representative**
330 N Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203

**Caggiano Real Estate Law, LLC**
Attn Allan Caggiano
75 State Street, Suite 100
Boston, MA 02109

**Camber Road**
4999 France Avenue S, Suite #216
Minneapolis, MN 55410

**Camber Road Partners, Inc.**
3601 Minnesota Drive, Suite 670
Minneapolis, MN 55435

**CB20**
268 Broadway, Suite 101
Saratoga Springs, NY 12866

**Channel Partners Capital, LLC**
10900 Wayzata Blvd
Suite 300
Minnetonka, MN 55305

**Charlene Ong & Amar Dhand**
407 Shawmut Ave, Unit 2
Boston, MA 02118

**Charlie Zambri & Maggie O'Brien**

**Checkmate Academy**
4 Bartel Court
Tiburon, CA 94920

**Chief Counsel, Legal Dept**
Dept of Unemployment Assistance
Commonwealth of Massachusetts
19 Staniford Street, 1st Floor
Boston, MA 02114

**Christina & Robert Metcalfe**
10 Ashmont St
Dorchester Center, MA 02124

**Christopher Condon**
Bowditch & Dewey LLP
75 Federal Street
Boston, MA 02110

**Christopher Nelen**

**City of Boston**
1010 Massachusetts Avenue, 4th Floor
Boston, MA 02118

**City of Providence**
Law Department
444 Westminster Street, Suite 220
Providence, RI 02903

**ColColor Services, LLC**
1421 Chalkstone Ave
Providence, RI 02909

**Comast Corporation**
Attn: Legal Department
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103

**Corporation Service Company, as Represen**
P.O. BOX 2576
Springfield, IL 62708

**D&D Electric**
10 Everberg Road
Woburn, MA 01801

**Dana & Amy Ross**
38 Potomac St
West Roxbury, MA 02132

**Daniel & Sonja Solomon**
70 Westchester Road
Jamaica Plain, MA 02130

**Daniel (Pete) Duncan**
26 Rutland Square, #3
Boston, MA 02118

**Daniel Rios & Geetha Mylvaganam**
1 Worcester Square, Apt 1
Boston, MA 02118

**Darshan Mehta**
36 Tower Street
Jamaica Plain, MA 02130

**David & Jenna Meixner**
1313 Washington Street, #206
Boston, MA 02118

**David D'Annunzio**
24 Neponset Avenue
Roslindale, MA 02131

**Delaware Attorney General**
Attn Bankruptcy Administrator
Carvel State Building
820 N French Street 8th Floor
Wilmington, DE 19801

**Delaware Secretary of State**
Division of Corporations
PO Box 898
Dover, DE 19903

**Delaware Secretary of State**
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

**Delaware State Treasury**
820 Silver Lake Blvd, Suite 100
Dover, DE 19904

**Department of Unemployment Assistance**
Chief Counsel, Legal Department
19 Staniford Street 1st Floor
Boston, MA 02114

**Dept of Human Services**
Louis Pasteur Building
25 Howard Avenue
Building 57
Cranston, RI 02920

**Derrick Dominique**
15 Van Winkle Street, Apt 1
Boston, MA 02124

**Devesh Tiwari**
224 Florence St, Unit 2
Boston, MA 02131

**Dominic Anthony DiNardo**
9 Lyn Court
Cumberland, RI 02864

**Eileen Chen**

**Elana & Jason Silver**
9 Kingsboro Park
Jamaica Plain, MA 02130

**Elevation Capital Holdings LLC**
Attn Josh Langsam

**Elevation Capital Holdings LLC**

**Elizabeth Poole**

**Elyse Hanson**
99 E Brookline Street, Apt 1
Boston, MA 02118

**Employees**

**Erik and Meredith Hasenoehrl**

**Eversource**
Attn: Legal / Bankruptcy Notices
247 Station Drive
Westwood, MA 02090

**Executive Office of Health**
and Human Services
3 West Road
Cranston, RI 02920

**Fabio Figueiredo**
16 Johnson Street Apt 1
Pawtucket, RI 02860

**FACTS**
P.O. Box 82527
Lincoln, NE 68501

**Ferrucci Russo P.C.**
Attn W. Mark Russo
207 Quaker Lane, Suite 301
West Warwick, RI 02893

**Fidelity Brokerage Services, LLC**
245 Summer Street
Boston, MA 02205

**First Corporate Solutions, as Representa**
914 S Street
Sacramento, CA 95811

**First Republic Bank**
111 Pine Street
San Francisco, CA 94111

**First Student**
22157 Network Place
Chicago, IL 60673

**Foley Hoag LLP**
Attn Ben Howe
Seaport World Trade Center West
155 Seaport Blvd
Boston, MA 02210

**Friends of JP Education, Inc.**
Attn Jake Walker
260 Franklin Street, Suite 1860
Boston, MA 02110

**GEM Plumbing & Heating Services**
1 Wellington Road
Lincoln, RI 02865

**George Schultz**
53 Dwight Street, Unit 1
Boston, MA 02118

**Gera Capital**
Rua Rainha Guilhermina, 75
3 andar Leblon
Rio de Janeiro, RJ CEP 22441-120
BRAZIL

**Goloboy Law LLC**
Attn Andrew E Goloboy
900 Cummings Street
Suite 207V
Beverly, MA 01915

**Gopher Sports**
PO Box 1450
Minneapolis, MN 55485

**Great LLC**
10 Elmgrove Avenue
Providence, RI 02906

**Great Minds**
PO Box 200283
Pittsburgh, PA 15251

**Guardian Insurance**
1530 Fall River Ave
Seekonk, MA 02771

**Gusto**
525 20th Street
San Francisco, CA 94107

**Harvest Kitchen, Farm Fresh**
10 Sims Ave Unit 109
Providence, RI 02909

**Hemenway & Barnes**
75 State Street 16th Floor
BOSTON, MA 02109

**Hope Street Pizza**
772 Hope Street
Providence, RI 02906

**Ian Koebner & Ronit Ridberg**
37 Wyvern Street
Boston, MA 02131

**Insource**
148 Linden St
Wellesley, MA 02482

**Inspired Edu**
Attn Maged Beydoun
251 Little Falls Dr
Wilmington, DE 19808

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**Intuit Quickbooks**
2800 E. Commerce Center Place
Tucson, AZ 85706

**Ippon Sports**
40 Main St #204
Stoneham, MA 02180

**ISP Education**
Attn Jacob Hackman
2001 Ross Ave, Ste 700-7A
Dallas, TX 75201

**Jack Remondi**
C T Corporation System
155 Federal Street, Suite 700,
Boston, MA 02110

**Jack Remondi**

**Jake & Maura Silverman**
130 Gano Street, Unit A
Providence, RI 02906

**Jan-Pro**
10 Tower Office Park Suite 419
Woburn, MA 01801

**Jay Wood**

**Jean Raymond**
169 Westville Street, Apt 2
Dorchester, MA 02122

**JEC**
58 Main Street
Bolton, MA 01740

**Jeffrey Spielberg & Caroline McKeon**
6 E Concord St
Boston, MA 02118

**Jennifer Elson**
c/o Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116

**Jennifer Thompson & Matthew Donohue**
10 Park Row West, Apt 102
Providence, RI 02903

**John Remondi**
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**Johnson String Instrument**
1029 Chestnut Street
Newton Upper Falls, MA 02464

**Joseph Pedulla**
7 Granada Ave
Roslindale, MA 02131

**JPmorgan Chase Bank NA**
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203

**JPMorgan Chase Bank, N.A**
PO Box 182051
Columbus, OH 43218

**JPMorgan Chase Bank, N.A.**
PO Box 182051
Columbus, OH 43218

**JPMorgan Chase Bank, N.A.**
PO Box 24696
Columbus, OH 43224

**Karina & Will Oliver-Milchman**
63 Patten Street
Boston, MA 02130

**Kathryn A. and Timothy A. Brooks**

**Kelly Driscoll**
20 Granfield Ave, Unit 2
Roslindale, MA 02131

**Kevin & Lidya Le**
51 Taunton Avenue
Boston, MA 02136

**Konica Minolta**
PO Box 790448
St Louis, MO 63179

**Kurtis McKenney and Laila Kafi**
77 Barnes St
Providence, RI 02906

**Kurtis McKenney and Laila Kafi**

**Lao-Tzu and Paria Allan-Blitz**
16 Sheridan St
Jamaica Plain, MA 02130

**Lao-Tzu and Paria Allan-Blitz**

**Laura Shawhughes & Justin Reid**
44 Stimson Ave
Providence, RI 02906

**Leader Bank, N.A.**
Attn Brook Ames
180 Massachusetts Avenue
Arlington, MA 02474

**Lee Mirbach & Doug Fleischer**
14 Morrill Street
Dorchester, MA 02125

**Leigh Martin**
11 Waldeck Street
Dorchester, MA 02124

**Leon Richardson**

**Lunchbox**
956 American legion Hwy
Roslindale, MA 02131

**Magical Beginnings**
Attn Maxine Winston
100 Cummings Center, Suite 236C
Beverly, MA 01915

**Maritza Ebling & Matthew Hillard**
117 West Newton Street
Boston, MA 02118

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

**Massachusetts Dept of Revenue**
Attn Bankruptcy Unit
PO Box 7090
Boston, MA 02204

**Matthew Hammond**
28 Fayette Street
Boston, MA 02116

**Matthew Salisbury**
c/o Matthew W. Thomson, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

**Megan Hapgood**
11 Porter Ter
West Roxbury, MA 02132

**Meged Funding Group**
108 W 39th Street
Suite 1006 #2171
New York, NY 10018

**Metro USA Fire Protection, Encore Fire P**
PO Box 25811
New York, NY 10087

**Michael D. Murphy, Jr. and Paula Abello**
48 E Springfield St, Apt 1
Boston, MA 02118

**Michael Fraher**
94 I St
Boston, MA 02127

**Michael Goldstein**
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**Murphy & King**
Attn D. Ethan Jeffrey
28 State Street, Suite 3101
Boston, MA 02109

**Nao Suzuki & Tateki Matsuda**
725 Harrison Avenue, #E405
Boston, MA 02118

**National Financial Services, LLC**
245 Summer Street
Boston, MA 02205

**National Grid**
Bankruptcy Department
300 Erie Blvd West, C-3
Syracuse, NY 13202

**Nicholas Nelson and Jean Wang**
246 W Newton St, Apt 2
Boston, MA 02116

**Nikita Imennov**
15 Rambler Rd
Jamaica Plain, MA 02130

**Nuvu Studio**
Attn Saeed Arida
450 Massachusetts Ave
Cambridge, MA 02139

**Octavia De Luca and Lucas Mann**

**Office of the Attorney General**
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108

**Office of the State Treasurer**
1 Ashburton Place
12th Floor
Boston, MA 02133

**Oxford Street Education, LLC**
21 Fox Hill Road
Wellesley Hills, MA 02481

**Partridge Snow & Hahn**
40 Westminster Street, Suite 1100
Providence, RI 02903

**Partridge Snow & Hahn**
40 Westminster Street Suite 1100
Providence, RI 02903

**Pasek**
307 W. 1st St
So. Boston, MA 02127

**Patrick and Janet Hasenoehrl**

**Paul Crockett**
109 Whitcomb Ave
Jamaica Plain, MA 02130

**Peter Somich and Ashley Medlar**
100 Jersey St
Boston, MA 02215

**Philip Gelatt Jr.**
51 Adelphi Ave
Providence, RI 02906

**Phillips Kuhl**

**Providence Media, Inc DBA: Hey Rhody Med**
1944 Warwick Avenue
Warwick, RI 02889

**Providence Police Detail - traffic contr**
325 Washington St.
Providence, RI 02903

**Quench USA, Inc.**
P.O Box 735777
Dallas, TX 75373

**R2JM, LLC**

**Rachel Helm & Carl Wilkins**
491 Massachusetts Ave, Unit 1
Boston, MA 02118

**Rahul Ganatra & Katharine Robb**
14 Morey Rd
West Roxbury, MA 02132

**Raj Luthra**
36 Rossmore Road, Unit 2
Boston, MA 02130

**RDJD Group**

**Rebecca Hotop & Nicholas Evans**

**Regina Nazzaro**

**Reservoir Church**
c/o Mansard
Attn Jeremy Cyrier
18 Spring Grove Road
Andover, MA 01810

**Reservoir Church**
15 Notre Dame Avenue
Cambridge, MA 02140

**Reservoir Church**
Attn Trecia Reavis
15 Notre Dame Avenue
Cambridge, MA 02140

**Rhode Island Dept of Attorney General**
150 South Main Street
Providence, RI 02903

**Rhode Island Dept of Labor & Training**
1511 Pontiac Avenue
Cranston, RI 02920

**RI Department of Labor & Training**
Employer Tax Unit
1511 Pontiac Avenue
Cranston, RI 02920

**RI Energy - Electric**
ATTN: Legal Department
280 Melrose Street
Providence, RI 02907

**RI Energy - Gas**
ATTN: Legal Department
280 Melrose Street
Providence, RI 02907

**Richard & Susan Wallden**

**Rishi Shukla**
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**RLAW, PC**
Attn Steffani Boudreau
300 Washington Street
Brookline, MA 02445

**Robert Havdala**
30 Chestnut Square
Jamaica Plain, MA 02130

**Robert J. Given**
304 Brooksby Village Dr, Unit 719
Peabody, MA 01960

**Robert Lytle**
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**Robert W. Irvine & Sons Inc**
147 Blossom Street
Street Lynn, MA 01902

**RSR Investments LLC**
c/o Stonegate Group Management LLC
235 West Central Street
Natick, MA 01760

**Sade Freeland**
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116

**Salvation Army**
1500 Washington Street
Boston, MA 02118

**Sara Balderi**
10 Exchange Court, Unit 405
Pawtucket, RI 02860

**Sarah Champlin**
700 Harrison Ave, Unit 405
Boston, MA 02118

**Sarah Given**
21 Fox Hill Road
Wellesley Hills, MA 02481

**Sarah Griffin**

**Sarah McCrary and Fernando Contreras**
150 Dorchester Ave, Apt 511
South Boston, MA 02127

**Sattar & Neda Khoshkhoo**
140 School Street, Unit 2
Boston, MA 02119

**Scott Baranowski**
14 Emerson St
Boston, MA 02127

**Scott Given**
21 Fox Hill Road
Wellesley Hills, MA 02481

**Securities & Exchange Commission**
Antonia Apps, Regional Director
100 Pearl Street
Suite 20-100
New York, NY 10004

**Securities & Exchange Commission**
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

**Securities & Exchange Commission**
Boston Regional Office
33 Arch Street
23rd Floor
Boston, MA 02110

**Selective Group of Insurance Companies**
40 Wantage Avenue
Branchville, NJ 07890

**Selective Insurance Company of South Car**
900 E. 96th Street
Indianapolis, IN 46240

**Selective Service Center**
PO Box 13325
Richmond, VA 23225

**Shamim and Riaz Gillani**

**Shannon Hourigan & Tim Kachur**
89 Brookley Rd, Apt 3
Jamaica Plain, MA 02130

**Shapiro Investment Company**

**Slowey McManus Communciations LLC**
11 Beacon St Ste 1224
Boston, MA 02108

**Sol Be Learning**
Attn Steve Fitzgerald
631 VFW Pkwy
Chestnutt Hill, MA 02467

**South End Village Academy Incorporated**
1 Custom Street
Boston, MA 02118

**South End Village Academy Incorporated**
c/o Marc Sorresso
1 Cumston Street
Boston, MA 02118

**State of Rhode Island**
Division of Taxation
Compliance & Collections Section - Bankr
One Capitol Hill
Providence, RI 02908

**State of Rhode Island - Div of Taxation**
Compliance & Collections Section
Attn Bankruptcy Unit
One Capital Hill
Providence, RI 02908

**Stephan Hauke**
14 Hemlock Ridge Road
North Yarmouth, ME 04097

**Stephen Nicolson**
120 Marbury Ave
Pawtucket, RI 02860

**Students' prepayments**

**Susannah Hewitt and Gunar Schirner**

**Suzanne and George Mendes**
29 Union Park Street
Boston, MA 02118

**Thad and Janice Russell Revocable Trust**

**The Kathryn S. Pinto Revocable**
Trust of 2021
596 Tremont St, Apt 1
Boston, MA 02118

**The Walker Family Revocable Trust**

**Tian Gao and Michael Gavencak**

**Tian Gao and Michael Gavencak**
35 Wilcox Ave
Pawtucket, RI 02860

**Troutman Pepper Locke**
Attn David Fialkow & Jon Aberman
111 Huntington Ave, 9th Fl
Boston, MA 02199

**United States Attorney's Office**
Attn Financial Litigation Unit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110

**Universal Education**
Filka Building, Daftary Road, Malad
Malad East
Mumbai, Maharashtra 400097
INDIA

**UPP Global**
496 Congress Street, Suite 3
Portland, ME 04101

**URI Free Seed Program**
3 East Alumbi Ave
Kingston, RI 02881

**US Attorney Office**
District of Rhode Island
1 Financial Plaza, 17th Floor
Providence, RI 02903

**US Attorney's Office**
District of Delaware
1313 N Market Street
PO Box 2046
Wilmington, DE 19899

**Utile**
115 Kingston Street
Street Boston, MA 02111

**Verizon Wireless Bankruptcy Administrati**
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

**Vertigo Capital Holdings LLC**

**Wajdi Feghali**
485 Harrison Ave, Apt 209
Boston, MA 02118

**Walker Family Revocable Trust**
37 Beryl St
Roslindale, MA 02131

**Walter Bronhardt Real Estate**
972 Highland Ave
Fall River, MA 02720

**WCI**
3859 Washington Street
Boston, MA 02131

**West Music**
1212 5th St
PO Box 552
Coralville, IA 52241

**Zach Matilsky**


Respectfully submitted June 23rd 2026.

/s/ Nina M. Parker
Nina M. Parker (BBO # 389990)
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
parker@mandkllp.com