**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>OXFORD STREET EDUCATION, LLC.,<br>d/b/a THE CROFT SCHOOL,<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11334-JEB |

## MOTION BY TRUSTEE FOR AUTHORITY TO REJECT LEASE OF NONRESIDENTIAL REAL PROPERTY (179 WAYLAND AVENUE)

In accordance with 11 U.S.C. §§ 365, Federal Rules of Bankruptcy Procedure 6006 and 6007, and Massachusetts Local Bankruptcy Rule ("MLBR") 6006, Harold B. Murphy, the duly appointed trustee (the "Trustee") of the above referenced debtor (the "Debtor"), hereby moves this Court for entry of an order authorizing the Trustee to reject the lease of nonresidential real property between the Debtor and 179 Wayland Avenue, LLC ("Landlord") of approximately 7,400 square feet of space located at 179 Wayland Avenue, Providence, Rhode Island (the "Premises"). The Debtor requests that rejection be effective as of the motion filing date as the Estate does not require use of the Premises.

In support of this motion, the Trustee states as follows:

### BACKGROUND

1.     On June 5, 2026 (the "Petition Date"), the Debtor commenced a bankruptcy case by filing a petition for relief under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code").

2.     On June 5, 2026, the Trustee was appointed on an interim basis.

3.    At the time of the filing, the Debtor operated a private school for students from pre- kindergarten through sixth (6th) grade in Boston, Massachusetts and Providence, Rhode Island. All operations at the Croft School concluded as of June 12, 2026 and the school has ceased operations.

4.    The Debtor and the Landlord entered into a Lease of the Premises on May 15, 2018, as amended by the First Amendment to Lease dated November 28, 2023 (the "Lease"). The Lease term was scheduled to expire in 2031 and provided for base rent of approximately $16,000 per month.

5.    The Debtor has terminated operations and the Trustee has determined that the Lease is burdensome and of inconsequential value to the Estate and should be rejected.

### RELIEF REQUESTED

6.    Subject to the approval of the Court, Section 365(a) of the Bankruptcy Code provides the Trustee with the statutory predicate to reject executory contracts and unexpired leases.  *See* 11 U.S.C. § 365(a); *In re Orion Pictures Corp.*, 4 F.3d 1095, 1098 (2d Cir. 1993) (purpose behind allowing rejection of executory contracts and unexpired leases is to permit the estate to "renounce title to and abandon burdensome property").  Section 365 permits a trustee to reject those contracts which do not benefit the bankruptcy estate.  *See In re Plitt Amusement Co. of Washington, Inc.*, 233 B.R. 837, 840 (Bankr. C.D. Cal. 1999) *citing Metropolitan Airports Comm'n v. Northwest Airlines, Inc.*, 6 F.3d 492, 494 (7th Cir. 1993).

7.    Rejection of an executory contract or unexpired lease is governed by the business judgment standard.  *See In re Malden Brooks Farm, LLC*, 435 B.R. 81 (Bankr. D. Mass. 2010)(in this circuit, the test governing motions to assume or reject is the business judgment rule); *In re A.J. Lane & Co.*, 107 B.R. 435 (Bankr. D. Mass. 1989).

8.      The Debtor has terminated operations, and the Estate has no use for the Lease.

9.      The Trustee therefore seeks entry of an order authorizing the rejection of the

Lease, to be effective upon the filing of this motion.  *See In re Thinking Machs. Corp.*, 67 F.3d

1021, 1028 (1st Cir. 1995)(bankruptcy court has equitable power to make lease rejection effective

as of motion filing date).

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A.      Authorizing the Trustee to reject the Lease effective as of the filing of this
        motion, pursuant to 11 U.S.C. §365;

B.      Granting it such other relief as is just and proper.


                                    HAROLD B. MURPHY,
                                    CHAPTER 7 TRUSTEE
                                    By his proposed counsel,

                                    /s/ *Andrew G. Lizotte*
                                    Andrew G. Lizotte (BBO #559609)
                                    MURPHY & KING, Professional Corporation
                                    28 State Street, Suite 3101
                                    Boston, Massachusetts 02109
                                    Telephone No.: (617) 423-0400
                                    Email: alizotte@murphyking.com

Dated: June 23, 2026

3