

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| In re: | Oxford Street Education, LLC | Ch. 7 |
| | | 26-11334-JEB |
| | Debtor | |

**Order**

**MATTER:**

#24 Expedited Motion filed by Creditor APW LLC to Approve [Re: #23 Stipulation]

This Motion is moot since the Creditor has filed an amended motion. The hearing on this Motion scheduled for **June 25, 2026**, is canceled.

Dated: 06/23/2026                                      By the Court,

Janet E. Bostwick
United States Bankruptcy Judge