## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (EASTERN DIVISION)

| | |
|---|---|
| In re<br><br>Oxford Street Education, LLC<br><br>Debtor. | Chapter 7<br>Case No. 26-11334-JEB |

### STIPULATION REGARDING LEASE REJECTION (RSR INVESTMENTS)

WHEREAS, on June 5, 2026 (the "Petition Date"), Debtor Oxford Street Education, LLC d/b/a The Croft School (the "Debtor" or "Croft School") ) commenced the above captioned case under chapter 7 of title 11 of the United States Code (the "Chapter 7 Case");

WHEREAS, Harold B. Murphy is the duly appointed chapter 7 trustee in the Chapter 7 Case (the "Trustee").

WHEREAS, prior to the Petition Date, the Debtor and RSR Investments, LLC (the "Landlord") entered into to the following Leases for premises ("Premises") occupied by the Croft School at 1310 Washington Street, Boston, MA (the "Leases"): (i) Commercial Lease dated October 17, 2024 of Unit Com D-4 in the Rollins Square Condominium; and (ii) Parking Lease dated March 4, 2025 (collectively, the "Premises").

WHEREAS, prior to the Petition Date, the Debtor operated a private school for students from pre- kindergarten through sixth (6th) grade at multiple locations including at the Premises.

WHEREAS, the Debtor ceased operations as of June 12, 2026.

WHEREAS, The rent for June for the Leases, totaling $21,035.26, has not been paid.

WHEREAS, the Debtor's owned tangible personal property located at the Premises ("FF&E") may be subject to outstanding liens and its value, net of the costs and expense

1

associated with disposition thereof, is believed to be negligible. The Premises also contain personal property leased from Camber Road Partners, Inc.

WHEREAS, the Trustee has no funds to satisfy the administrative claims accruing under the Leases and the Trustee has determined the Leases for the Premises have no value to the Estate,

WHEREAS, the Trustee has determined to reject the Leases.

WHEREAS, the Trustee and the Landlord (the "Parties") have negotiated a stipulation and agreed to expedite the Landlord's right to possession by

(a) the Trustee rejecting the Leases and,

(b) stipulating to termination of the automatic stay of the Bankruptcy Code for the Landlord to terminate the Leases, and

(c) authorizing the Landlord to take possession of the Premises free and clear of the Leases (the "Stipulation");

WHEREAS, the Parties have agreed to terms of temporary access to the Premises;

WHEREAS, the Landlord has agreed to waive all post-petition administrative claims upon approval of the Stipulation.

NOW THEREFORE, the Parties hereby stipulate that, upon approval of this Stipulation by the Court:

1.      The Leases shall be rejected as of the Petition Date upon approval of the Stipulation.

2.      The Landlord shall be granted relief from the automatic stay to terminate the Leases.

3.      The Landlord shall be granted immediate possession of the Premises free and clear of the Leases.

2

4.     The Landlord shall waive all administrative claims against the Estate arising under the Leases.

5.     The Landlord shall provide the Trustee, holders of secured claims, and counterparties to personal property leases, with access to the Premises, including for removal of collateral or leased property subject to proof of insurance, for a period of thirty (30) days following approval of the Stipulation.

6.     The Parties further acknowledge and agree that, upon this Court's approval hereof, the terms and provisions of this Stipulation shall be enforceable as a duly entered order of this Court. This Stipulation may not be amended or modified except by written agreement executed by the Parties and approved by this Court

7.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Stipulation are immediately effective and enforceable upon its approval and entry by this Court.

8.     The Parties are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Stipulation.

9.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Executed  this 25th  day of June 2026

RSR Investments, LLC
By their Attorney

/s/ Richard J. Levin *
Richard J. Levin, Attorney at Law
60 Walnut Street, 4th Floor
Wellesley, MA 02481
(781) 675-3600
rlevin@rjl-law.com

3

Harold B. Murphy, Chapter 7 Trustee
Of Oxford Street Education LLC
By his attorneys,

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO 559609)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400
alizotte@murphyking.com

*by permission.