## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (EASTERN DIVISION)

| | |
|---|---|
| **In re** | |
| **OXFORD STREET EDUCATION, LLC** | **Chapter 7** |
| | **Case No. 26-11334-JEB** |
| **Debtor.** | |

## MOTION TO APPROVE STIPULATION REJECTING ALL OF DEBTOR'S REAL PROPERTY LEASES  WITH RSR INVESTMENTS, LLC

Now comes  RSR Investments, LLC the landlord of premises located at  1310 Washington Street, Boston, MA ("Landlord" or "RSR") and Harold B. Murphy, the Chapter 7 Trustee (the "Trustee") of Oxford Street Education Street, LLC  d/b/a Croft School (the "Debtor" or "Croft School")(the "Parties")  and hereby move this Court to approve the Stipulation, attached as Exhibit A.

The Motion is filed in accordance with Bankr. R. Proc. 9019 and MLBR 9019-1 and provides for entering an Order approving rejection of the RSR real property leases pursuant to Section 365(a) of the Bankruptcy Code; and for an Order terminating the automatic stay; and for an Order terminating the leases;  and  an Order that in consideration thereof, RSR waives its administrative claims against the estate to be effective upon approval of the Stipulation.

### Background

1.     On June 5, 2026, the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code and the Trustee was appointed.

2.     At the time of the filing, the Debtor operated a private school for students from pre- kindergarten through sixth (6th) grade. All operations at the Croft School have now concluded as of June 12, 2026 and the school has ceased operations.

3.  At the time of the filing, the Debtor was a party to the following Leases with RSR for premises ("Premises") occupied by the Croft School at 1310 Washington Street, Boston, MA (the "South End Leases" or "Leases"): (i) Commercial Lease dated October 17, 2024 of Unit Com D-4 in the Rollins Square Condominium; and (ii) Parking Lease dated March 4, 2025.

4.  The rent for June for the Leases, totaling $21,035.26, has not been paid.

### Rejection of the Leases

5.  As of the Petition Date, the Debtor's owned tangible personal property located at the Premises ("FF&E") may be subject to outstanding liens and its value, net of the costs and expense associated with disposition thereof, is believed to be negligible. The Premises also contain personal property leased from Camber Road Partners, Inc.

6.  The Trustee has no funds to satisfy the administrative claims accruing under the Leases and the Trustee has determined the Leases for the Premises have no value to the Estate,

7.  The Trustee seeks to reject the Leases to avoid incurring of administrative expenses which accrue as of the Petition Date.

8.  Section 365(a) of the Code provides that: ". . . the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." Since there is no benefit to the estate, the Trustee requests that all of the Leases be rejected.

### Relief from the Automatic Stay and Termination of the Leases

9.  Pursuant to the terms of the Stipulation, the Trustee stipulates to an Order granting relief from the automatic stay provisions of 11 U.S.C. § 362 and an Order authorizing the termination of the Leases.

10.  Pursuant to the terms of the Stipulation and in consideration of the forgoing, RSR agrees to waive all administrative claims which could be asserted.

2

11.     The Landlord shall provide the Trustee, holders of secured claims, and counterparties to personal property leases, with access to the Premises, including for removal of collateral or leased property subject to proof of insurance, for a period of thirty (30) days following approval of the Stipulation.

12.     Approval of the Stipulation is in the best interest of the Estate as it eliminates the accrual of post-petition obligations by the Estate. There is no harm or prejudice to creditors in approving the Stipulation.

Respectfully submitted this 22nd  day of June 2026

RSR Investments, LLC
By their Attorney

/s/ Richard J. Levin *
Richard J. Levin, Attorney at Law
60 Walnut Street, 4th Floor
Wellesley, MA 02481
(781) 675-3600
rlevin@rjl-law.com

Harold B. Murphy, Chapter 7 Trustee
Of Oxford Street Education LLC
By his attorneys,

/s/ Andrew G. Lizotte
Andrew G. Lizotte  (BBO 559609)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400
alizotte@murphyking.com

*by permission

3