UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| **In re**<br><br>**OXFORD STREET EDUCATION, LLC**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 26-11334-JEB** |

## MOTION TO APPROVE STIPULATION REJECTING DEBTOR'S REAL PROPERTY LEASE WITH GREAT, LLC

Now comes  Great, LLC the landlord of premises located at  144 Medway Street, Providence, Rhode Island ("Landlord" or "Great") and Harold B. Murphy, the Chapter 7 Trustee (the "Trustee") of Oxford Street Education Street, LLC  d/b/a Croft School (the "Debtor" or "Croft School")(the "Parties")  and hereby move this Court to approve the Stipulation, attached as Exhibit A.

The Motion is filed in accordance with Bankr. R. Proc. 9019 and MLBR 9019-1 and provides for entering an Order approving rejection of the Great real property lease pursuant to Section 365(a) of the Bankruptcy Code; and for an Order terminating the automatic stay; and for an Order terminating the lease;  and  an Order that in consideration thereof, Great waives its administrative claims against the estate to be effective upon approval of the Stipulation.

### Background

1.      On June 5, 2026, the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code and the Trustee was appointed.

2.      At the time of the filing, the Debtor operated a private school for students from pre- kindergarten through sixth (6th) grade. All operations at the Croft School have now concluded as of June 12, 2026 and the school has ceased operations.

3.  At the time of the filing, the Debtor was a party to a Lease with Great for premises ("Premises") occupied by the Croft School at 144 Medway Street, Providence, Rhode Island (the "Lease")

4.  The rent for June for the Lease, totaling $5,836, has not been paid.

### Rejection of the Lease

5.  As of the Petition Date, the Debtor's owned tangible personal property located at the Premises ("FF&E") may be subject to outstanding liens and its value, net of the costs and expense associated with disposition thereof, is believed to be negligible. The Premises also contain personal property leased from Camber Road Partners, Inc.

6.  The Trustee has no funds to satisfy the administrative claims accruing under the Lease and the Trustee has determined the Lease for the Premises has no value to the Estate,

7.  The Trustee seeks to reject the Lease to avoid incurring of administrative expenses which accrue as of the Petition Date.

8.  Section 365(a) of the Code provides that: ". . . the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." Since there is no benefit to the estate, the Trustee requests that the Lease be rejected.

### Relief from the Automatic Stay and Termination of the Lease

9.  Pursuant to the terms of the Stipulation, the Trustee stipulates to an Order granting relief from the automatic stay provisions of 11 U.S.C. § 362 and an Order authorizing the termination of the Lease.

10.  Pursuant to the terms of the Stipulation and in consideration of the forgoing, Great agrees to waive all administrative claims which could be asserted against the Debtor. Great does not waive claims, if any, against third parties.

11.     The Landlord shall provide the Trustee, holders of secured claims, and counterparties to personal property leases, with access to the Premises, including for removal of collateral or leased property subject to proof of insurance, for a period of thirty (30) days following approval of the Stipulation.

12.     Approval of the Stipulation is in the best interest of the Estate as it eliminates the accrual of post-petition obligations by the Estate. There is no harm or prejudice to creditors in approving the Stipulation.

Wherefore, the Parties request that the Court enter an order approving the Stipulation filed herewith and for such other relief as is just and proper.

Respectfully submitted this 25th day of June 2026

Great, LLC
By their Attorney

/s/ David B. Madoff *
David B. Madoff
MADOFF & KHOURY LLP
Pine Brook Office Park
124 Washington Street, Suite 202
Foxboro, MA 02035
508-543-0040
508-543-0020 (fax)
madoff@mandkllp.com

Harold B. Murphy, Chapter 7 Trustee
Of Oxford Street Education LLC
By his attorneys,

/s/ Andrew G. Lizotte
Andrew G. Lizotte  (BBO 559609)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
(617) 423-0400
alizotte@murphyking.com

*by permission

3