

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

OXFORD STREET EDUCATION, LLC,

      Debtor

Chapter 7
Case No. 26-11334-JEB

### Proceeding Memorandum and Order

**MATTER:**
#27 Expedited Amended Motion filed by Creditor APW LLC to Approve [Re: #26 Amended Stipulation]

**Decision set forth more fully as follows:**
Hearing held on June 25, 2026. For the reasons set forth on the record, the Motion is granted as follows:

1.    The Amended Stipulation is approved as an agreement between the parties and not as an order of the Court.

2.    The Jamaica Plain Leases (as defined in the Amended Stipulation) are deemed rejected as of the petition date.

3.    APW, LLC, is granted relief from the automatic stay imposed under Section 362 of the Code to take immediate possession of the premises located at 3815 Washington Street, Boston, MA ("Property"), to terminate the Jamaica Plain Leases, and to exercise its rights with respect to the Property subject to the terms of the Amended Stipulation and applicable law.

4.    For good cause shown, any stay of this order pursuant to Bankruptcy Rule 4001 or Bankruptcy Rule 6004(h) is waived. This order is effective immediately.

Dated: June 25, 2026

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge