UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

In re

Oxford Street Education, LLC

Debtor.

Chapter 7
Case No. 26-11334-CJP

## NOTICE OF APPEARANCE

David B. Madoff, Esq. of the firm Madoff & Khoury LLP, hereby appears in this

case as counsel to Great, LLC, and requests copies of all pleadings and other documents

filed in this case.

Respectfully submitted this 1st day of June, 2026.

Great, LLC
By their Attorney:

/s/ David B. Madoff
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
madoff@mandkllp.com

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re<br><br>Oxford Street Education, LLC<br><br>Debtor. | Chapter 7<br>Case No. 26-11334-CJP |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2026, he caused copies of

the Notice of Appearance to be served by ECF, upon the following parties:

## SERVICE LIST

James G. Atchison on behalf of Debtor Oxford Street Education, LLC
atchison@casneredwards.com, luo@casneredwards.com

Jennifer V. Doran on behalf of Interested Party Board of Managers of Oxford Street
Education LLC
jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Andrew G. Lizotte on behalf of Trustee Harold B. Murphy
agl@murphyking.com,
bankruptcy@murphyking.com;aspanos@murphyking.com;aceglarski@murphyking.com;
agl@murphyking.com;alizotte@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com

John T. Morrier on behalf of Debtor Oxford Street Education, LLC
morrier@casneredwards.com, luo@casneredwards.com

Harold B. Murphy
mxc@hanify.com, ma33@ecfcbis.com;kflynn@murphyking.com

Nina M. Parker on behalf of Creditor APW LLC
parker@mandkllp.com, alston@mandkllp.com;soares@mandkllp.com

Hanna J. Redd on behalf of Creditor Elevation Capital Holdings LCC
hanna.redd@troutman.com, monica.molitor@troutman.com

2

Hanna J. Redd on behalf of Creditor M.W.
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor R2JM, LLC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor RDJD GROUP LLC and NS3 HOLDINGS LLC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor T.W.
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor The Thad and Janice Russell Revocable Trust, their
successors and assigns
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor The Walker Family Revocable Trust
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Vertigo Capital Holdings LCC
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Alexander & Jennifer Dyson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Alexander & Laura Van Dijk
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Amar Dhand
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Andy Golden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ashley Dunn
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Austin Becker
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Beisy Navarro
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brendan & Jessica Kohler
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brian Theyel
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Brian & Genevieve Wallden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Carl Wilkins
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Caroline McKeon
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Charlene Ong
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Charlie Zambri
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Chris Nelen
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Christina & Bobby Metcalfe
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Curtis and Megan Hapgood
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Dana & Amy Ross
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Daniel Rios
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Daniel & Sonja Solomon
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor David D'Annunzio
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor David Meixner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Devesh Tiwari
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Domenic DiNardo

4

hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Doug Fleischer
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Eileen Chen
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elana & Jason Silver
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Graves
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Poole
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elizabeth Sullivan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Elyse Hanson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Fernando Contreras
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Geetha Mylvaganam
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor George Schultz
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Gina & Andrew Marsh
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Gunar Schirner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ian Koebner
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jake & Maura Silverman
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jean Raymond
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jean Wang
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Jeff Spielberg
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Joanna Vaz MacLean
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Joseph Pedulla
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Justin Reid
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kate Robb
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kathryn & Timothy Brooks
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kelly Driscoll
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kevin & Lidya Le
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Kurtis McKenney
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Laila Kafi
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Lee Mirbach
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Leigh Martin
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Leon C. Richardson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Maritza Ebling
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Matthew Hillard
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Matthew Vettel
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Mehta Darshan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Melissa Hughes
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Fraher
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Gavencak
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael Lynch
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Michael "Desi" Murphy
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Mike Borsare
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Molly Birnbaum Becker
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Nicholas Nelson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Nikita Imennov
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ottavia & Lucas Mann De Luca
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Patrick & Janet Hasenoehrl
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Paul Crockett
hanna.redd@troutman.com, monica.molitor@troutman.com

7

Hanna J. Redd on behalf of Creditor Pritesh Saraiya
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rachel Helm
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rahul Ganatra
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Richard and Susan Wallden
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Rick Walega
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Robert Havdala
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Ronit Ridberg
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sara A. Balderi
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sarah Champlin
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sarah McCrary
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Sattar & Neda Khoshkhoo
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Scott Baranowski
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shamim & Riaz Gillani
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shannon Hourigan
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Shruti Rao
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Simon Salgado
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Stephen Nicolson
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Susannah Hewitt
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tanya Dennis
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tateki & Nao Matsuda
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tian Gao
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Tim Kachur
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Wajdi Feghali
hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd on behalf of Creditor Will & Kari Oliver-Milchman
hanna.redd@troutman.com, monica.molitor@troutman.com


Respectfully submitted this 1st day of July, 2026.

/s/ David B. Madoff
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
madoff@mandkllp.com

9