

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Oxford Street Education, LLC | Ch. 7 |
| | | 26-11334-JEB |
| | Debtor | |

**Order**

**MATTER:**

#21 Application filed by Trustee Harold B. Murphy to Employ Murphy & King, P.C. as Counsel

Having reviewed the Application, no objections having been filed and good cause being shown, the Application is granted as follows. The Trustee is authorized to retain Murphy & King, P.C.as counsel to the Trustee under Section 327(a) of the Code. Notwithstanding anything to the contrary in the Application, any fees and expenses shall be determined and allowed pursuant to Section 330 of the Code. Payment of any compensation shall be subject to prior Court allowance and approval pursuant to Section 330 and Section 331 of the Code.

Dated: 07/06/2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge