

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| In re: | Oxford Street Education, LLC | Ch. 7 |
|---|---|---|
| | | 26-11334-JEB |
| | Debtor | |

**Order**

**MATTER:**

#22 Application filed by Trustee Harold B. Murphy to Employ Verdolino & Lowey, P.C. as Accountant

Having reviewed the Application, no objections having been filed and good cause being shown, the Application is granted as follows. The Trustee is authorized to retain Verdolino & Lowey, P.C.as accountant to the Trustee under Section 327(a) of the Code. Notwithstanding anything to the contrary in the Application, any fees and expenses shall be determined and allowed pursuant to Section 330 of the Code. Payment of any compensation, including application of any retainer to any accrued fees and expenses, shall be subject to prior Court allowance and approval pursuant to Section 330 and Section 331 of the Code.

Dated: 07/06/2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge