

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

OXFORD STREET EDUCATION, LLC,

Debtor

Chapter 7
Case No. 26-11334-JEB

### Proceeding Memorandum and Order

**MATTER:**
#44 Expedited Motion filed by Creditor Friends of JP Education, Inc. for Relief from Stay Re: Tangible Personal Property Located at 3815 Washington Street, Boston, MA

**Decision set forth more fully as follows:**
Hearing held on July 7, 2026.  For the reasons set forth on the record, the Motion will be granted by separate order.

Dated: July 8, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge