

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>OXFORD STREET EDUCATION, LLC,<br><br>      Debtor | Chapter 7<br>Case No. 26-11334-JEB |

## Order Granting Relief From Stay

**MATTER:**

#44 Expedited Motion filed by Creditor Friends of JP Education, Inc. for Relief from Stay Re: Tangible Personal Property Located at 3815 Washington Street, Boston, MA

This matter came before the Court on the above Motion of Friends of JP Education, Inc. (the "Movant"). Due notice was given and a hearing was held. Having considered the Motion, the arguments of counsel at the hearing, and good cause being shown, the Motion is granted as follows.

It is ORDERED that the Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights as a secured creditor under its agreement with the Debtor to obtain possession and dispose of its collateral consisting of the tangible personal property of the Debtor located at 3815 Washington Street, Boston, MA, as more fully described in the Motion, and apply any proceeds to the obligations of the Debtor, all in accordance with applicable law.

For good cause shown, the stay of this Order under Bankruptcy Rule 4001 is waived. This order is effective immediately.

Dated: July 10, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge