

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

OXFORD STREET EDUCATION, LLC,

Debtor

Chapter 7
Case No. 26-11334-JEB

**Order**

**MATTER:**
#30 Motion For Authority to Reject Lease Of Nonresidential Real Property (179 Wayland Avenue) filed by Trustee Harold B. Murphy.

Having considered the Motion, no objections having been filed and good cause being shown, the Motion is granted. The lease between the Debtor and 179 Wayland Avenue, LLC with respect to 179 Wayland Avenue, Providence, Rhode Island, is rejected effective as of June 23, 2026.

The hearing scheduled for **July 16, 2026**, is canceled.

Dated: July 15, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge