

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

OXFORD STREET EDUCATION, LLC,

Debtor

Chapter 7
Case No. 26-11334-JEB

**Order**

**MATTER:**
#33 Motion To Approve Stipulation Rejecting All Of Debtor's Real Property Leases With RSR Investments. LLC

Having considered the Motion and the Stipulation, no objections having been filed and good cause being shown, the Motion is granted as follows:

1.      The Stipulation is approved.

2.      The leases between the Debtor and RSR Investments, LLC, are rejected effective as of the petition date of June 5, 2026.

3.      RSR Investments, LLC, is granted limited relief from the automatic stay imposed under Section 362 of the Code for the purpose of terminating the Leases, subject to the terms of the Stipulation.

The hearing scheduled for **July 16, 2026**, is canceled.

Dated: July 15, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge