

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re:

OXFORD STREET EDUCATION, LLC,

        Debtor

Chapter 7
Case No. 26-11334-JEB

**Order**

**MATTER:**

#35 Motion To Approve Stipulation Rejecting Debtor's Real Property Lease With Great. LLC

Having considered the Motion and the Stipulation, no objections having been filed and good cause being shown, the Motion is granted as follows:

1. The Stipulation is approved as an agreement between the parties and not as an order of the Court.

2. The lease between the Debtor and Great, LLC, is rejected effective as of the petition date of June 5, 2026.

3. Great, LLC, is granted limited relief from the automatic stay imposed under Section 362 of the Code for the purpose of terminating the Lease, subject to the terms of the Stipulation.

4. For good cause shown, to the extent applicable, any stay under Bankruptcy Rule 6004 is waived. This order is effective immediately.

The hearing scheduled for **July 16, 2026**, is canceled.

Dated: July 15, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge