

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>OXFORD STREET EDUCATION, LLC,<br><br>       Debtor | Chapter 7<br>Case No. 26-11334-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#47 Motion to Reject Lease of Nonresidential Property (144 WAYLAND AVENUE) filed by Trustee Harold B. Murphy

**Decision set forth more fully as follows:**

Hearing held on July, 21, 2026. For the reasons set forth on the record, the Motion is granted. The lease between the Debtor and 144 Wayland, LLC, with respect to 144 Wayland Avenue, Providence, Rhode Island is rejected effective as of July1, 2026.

Dated: July 21, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge