

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re:

OXFORD STREET EDUCATION, LLC,

      Debtor

Chapter 7
Case No. 26-11334-JEB

**Order**

**MATTER:**

#58 Notice Of Intent To Abandon 144 Wayland Avenue, Providence, Rhode Island and 179 Wayland Avenue, Providence, Rhode Island filed by Trustee Harold B. Murphy

No objections having been filed and good cause being shown, the Trustee is deemed to have abandoned the Personal Property (as defined in the Notice) as of July 25, 2026.

Dated: July 27, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge