

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

OXFORD STREET EDUCATION, LLC,

        Debtor

Chapter 7
Case No. 26-11334-JEB

**Order**

**MATTER:**

#73 Limited Objection with certificate of service filed by Interested Party 179 Wayland Avenue, LLC Re: 30 Motion to Reject Lease Of Nonresidential Real Property (179 Wayland Avenue) With 179 Wayland Avenue, LLC filed by Trustee Harold B. Murphy

As provided by the Notice of Hearing dated June 26, 2026, any objections to the Motion to Reject the Lease were required to be filed by July 10, 2026. No timely objections were filed. The Court entered an order dated July 15, 2026, granting the Motion and canceling the hearing. Since the above limited objection was filed after the entry of the order, the Court has disregarded and not considered the limited objection.

Dated: July 27, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge