United States Bankruptcy Court

District of Massachusetts

In re:                                                                    Case No. 26-11334-jeb

Oxford Street Education, LLC                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: admin | Page 1 of 9 |
|---|---|---|
| Date Rcvd: Jul 27, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Oxford Street Education, LLC, P.O. Box 301088, Jamaica Plain, MA 02130-0010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew G. Lizotte | on behalf of Trustee Harold B. Murphy agl@murphyking.com bankruptcy@murphyking.com;aspanos@murphyking.com;aceglarski@murphyking.com;agl@murphyking.com;alizotte@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com |
| Christopher M. Condon | on behalf of Creditor Friends of JP Education  Inc. ccondon@bowditch.com, imccormack@murphyking.com;ecf-06e49f159ba0@ecf.pacerpro.com |
| David Fialkow | on behalf of Creditor Alexander & Jennifer Dyson david.fialkow@troutman.com |
| David Fialkow | on behalf of Creditor Fernando Contreras david.fialkow@troutman.com |
| David Fialkow | on behalf of Creditor Ian Koebner david.fialkow@troutman.com |

District/off: 0101-1                         User: admin                                    Page 2 of 9
Date Rcvd: Jul 27, 2026                      Form ID: pdf012                                Total Noticed: 1

David Fialkow
                    on behalf of Creditor Simon Salgado david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Rick Walega david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Erik & Meredith Hasenoehrl david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Elizabeth Graves david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Christina & Bobby Metcalfe david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Ashley Dunn david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Michael Lynch david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor David Meixner david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Molly Birnbaum Becker david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Joanna Vaz MacLean david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Ronit Ridberg david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Daniel Rios david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Shannon Hourigan david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Mike Borsare david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Shamim & Riaz Gillani david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Andy Golden david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor The Walker Family Revocable Trust david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor George Schultz david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Patrick & Janet Hasenoehrl david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Will & Kari Oliver-Milchman david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Kurtis McKenney david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Shruti Rao david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Justin Reid david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Chris Nelen david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Michael Fraher david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Leon C. Richardson david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Michael Gavencak david.fialkow@troutman.com

David Fialkow
                    on behalf of Creditor Scott Baranowski david.fialkow@troutman.com

David Fialkow

on behalf of Creditor The Thad and Janice Russell Revocable Trust  their successors and assigns david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Alexander & Laura Van Dijk david.fialkow@troutman.com

David Fialkow

on behalf of Creditor M.W. david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Tateki & Nao Matsuda david.fialkow@troutman.com

David Fialkow

on behalf of Creditor David D'Annunzio david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Charlie Zambri david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Elizabeth Poole david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Kelly Driscoll david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Domenic DiNardo david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Melissa Hughes david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Robert Havdala david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Susannah Hewitt david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Stephen Nicolson david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Caroline McKeon david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Leigh Martin david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Carl Wilkins david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Jake & Maura Silverman david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Jean Wang david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Wajdi Feghali david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Elevation Capital Holdings LCC david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Geetha Mylvaganam david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Laila Kafi david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Maritza Ebling david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Elizabeth Sullivan david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Curtis and Megan Hapgood david.fialkow@troutman.com

David Fialkow

on behalf of Creditor R2JM  LLC david.fialkow@troutman.com

David Fialkow

on behalf of Creditor Tian Gao david.fialkow@troutman.com

David Fialkow

on behalf of Creditor RDJD GROUP LLC and NS3 HOLDINGS LLC david.fialkow@troutman.com

District/off: 0101-1                           User: admin                                      Page 4 of 9
Date Rcvd: Jul 27, 2026                     Form ID: pdf012                                Total Noticed: 1

David Fialkow
    on behalf of Creditor Lee Mirbach david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Gina & Andrew Marsh david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Joseph Pedulla david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Kevin & Lidya Le david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Amar Dhand david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Austin Becker david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Kathryn & Timothy Brooks david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Matthew Hillard david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Tanya Dennis david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Rahul Ganatra david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Rachel Helm david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Charlene Ong david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Pritesh Saraiya david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Matthew Vettel david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Dana & Amy Ross david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Nicholas Nelson david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Brendan & Jessica Kohler david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Eileen Chen david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Richard and Susan Wallden david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Brian Theyel david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Michael "Desi" Murphy david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor T.W. david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Paul Crockett david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Sattar & Neda Khoshkhoo david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Vertigo Capital Holdings LCC david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Daniel & Sonja Solomon david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Kate Robb david.fialkow@troutman.com

David Fialkow
    on behalf of Creditor Sarah McCrary david.fialkow@troutman.com

District/off: 0101-1 User: admin Page 5 of 9

Date Rcvd: Jul 27, 2026 Form ID: pdf012 Total Noticed: 1

David Fialkow
on behalf of Creditor Doug Fleischer david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Sara A. Balderi david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Gunar Schirner david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Devesh Tiwari david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Jeff Spielberg david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Jean Raymond david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Tim Kachur david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Brian & Genevieve Wallden david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Ottavia & Lucas Mann De Luca david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Elyse Hanson david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Sarah Champlin david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Beisy Navarro david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Nikita Imennov david.fialkow@troutman.com

David Fialkow
on behalf of Creditor Elana & Jason Silver david.fialkow@troutman.com

David B. Madoff
on behalf of Creditor Great LLC madoff@mandkllp.com, alston@mandkllp.com

Hanna J. Redd
on behalf of Creditor Charlie Zambri hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Rahul Ganatra hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Michael Lynch hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Melissa Hughes hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Shamim & Riaz Gillani hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Dana & Amy Ross hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Ottavia & Lucas Mann De Luca hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Kevin & Lidya Le hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Michael "Desi" Murphy hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Jake & Maura Silverman hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Daniel Rios hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor Charlene Ong hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd
on behalf of Creditor RDJD GROUP LLC and NS3 HOLDINGS LLC hanna.redd@troutman.com

District/off: 0101-1                          User: admin                                    Page 6 of 9

Date Rcvd: Jul 27, 2026                       Form ID: pdf012                               Total Noticed: 1

monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor David D'Annunzio hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Pritesh Saraiya hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Scott Baranowski hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Gina & Andrew Marsh hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Sattar & Neda Khoshkhoo hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor T.W. hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Jean Wang hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Tian Gao hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Laila Kafi hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Domenic DiNardo hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Caroline McKeon hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Shruti Rao hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Joanna Vaz MacLean hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Brendan & Jessica Kohler hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Stephen Nicolson hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Leon C. Richardson hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Chris Nelen hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Lee Mirbach hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Amar Dhand hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Justin Reid hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Brian Theyel hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Tateki & Nao Matsuda hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Ian Koebner hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Fernando Contreras hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Robert Havdala hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Molly Birnbaum Becker hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Maritza Ebling hanna.redd@troutman.com  monica.molitor@troutman.com

District/off: 0101-1                                    User: admin                                         Page 7 of 9

Date Rcvd: Jul 27, 2026                          Form ID: pdf012                              Total Noticed: 1

Hanna J. Redd

on behalf of Creditor Brian & Genevieve Wallden hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Elyse Hanson hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Kate Robb hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Nicholas Nelson hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Leigh Martin hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Jean Raymond hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Tanya Dennis hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Beisy Navarro hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor The Thad and Janice Russell Revocable Trust  their successors and assigns hanna.redd@troutman.com,
monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Geetha Mylvaganam hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Sarah McCrary hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Elana & Jason Silver hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Alexander & Laura Van Dijk hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Ashley Dunn hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Rick Walega hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Gunar Schirner hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Simon Salgado hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Andy Golden hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Jeff Spielberg hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Elizabeth Poole hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Kurtis McKenney hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Christina & Bobby Metcalfe hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Mike Borsare hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Tim Kachur hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Elizabeth Sullivan hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Will & Kari Oliver-Milchman hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Eileen Chen hanna.redd@troutman.com  monica.molitor@troutman.com

Hanna J. Redd

District/off: 0101-1 User: admin Page 8 of 9

Date Rcvd: Jul 27, 2026 Form ID: pdf012 Total Noticed: 1

on behalf of Creditor Rachel Helm hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Vertigo Capital Holdings LCC hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Alexander & Jennifer Dyson hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Carl Wilkins hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Susannah Hewitt hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Kathryn & Timothy Brooks hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Michael Fraher hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Sarah Champlin hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Kelly Driscoll hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Elizabeth Graves hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor M.W. hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Doug Fleischer hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor George Schultz hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Michael Gavencak hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Nikita Imennov hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Sara A. Balderi hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Patrick & Janet Hasenoehrl hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Shannon Hourigan hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Paul Crockett hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor The Walker Family Revocable Trust hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Devesh Tiwari hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor R2JM LLC hanna.redd@troutman.com, monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Elevation Capital Holdings LCC hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Joseph Pedulla hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Wajdi Feghali hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Mehta Darshan hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor David Meixner hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Austin Becker hanna.redd@troutman.com monica.molitor@troutman.com

District/off: 0101-1        User: admin        Page 9 of 9

Date Rcvd: Jul 27, 2026        Form ID: pdf012        Total Noticed: 1

Hanna J. Redd

on behalf of Creditor Curtis and Megan Hapgood hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Matthew Hillard hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Ronit Ridberg hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Richard and Susan Wallden hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Daniel & Sonja Solomon hanna.redd@troutman.com monica.molitor@troutman.com

Hanna J. Redd

on behalf of Creditor Matthew Vettel hanna.redd@troutman.com monica.molitor@troutman.com

Hannah J. Schilling

on behalf of Interested Party 179 Wayland Avenue LLC hschilling@crfllp.com

Harold B. Murphy

mxc@hanify.com ma33@ecfcbis.com;kflynn@murphyking.com

James G. Atchison

on behalf of Debtor Oxford Street Education LLC atchison@casneredwards.com, luo@casneredwards.com

Jennifer V. Doran

on behalf of Interested Party Board of Managers of Oxford Street Education LLC jdoran@haslaw.com
calirm@hinckleyallen.com;kabarrett@hinckleyallen.com

John T. Morrier

on behalf of Debtor Oxford Street Education LLC morrier@casneredwards.com, luo@casneredwards.com

Matthew Thomson

on behalf of Creditor Jennifer Elson mthomson@llrlaw.com

Matthew Thomson

on behalf of Creditor Sade Freeland mthomson@llrlaw.com

Matthew Thomson

on behalf of Creditor Matthew Salisbury mthomson@llrlaw.com

Nina M. Parker

on behalf of Creditor APW LLC parker@mandkllp.com alston@mandkllp.com;soares@mandkllp.com

Richard King - B

USTPRegion01.BO.ECF@USDOJ.GOV


TOTAL: 215



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

OXFORD STREET EDUCATION, LLC,

      Debtor

Chapter 7
Case No. 26-11334-JEB

## Order

**MATTER:**

#73 Limited Objection with certificate of service filed by Interested Party 179 Wayland Avenue, LLC Re: 30 Motion to Reject Lease Of Nonresidential Real Property (179 Wayland Avenue) With 179 Wayland Avenue, LLC filed by Trustee Harold B. Murphy

As provided by the Notice of Hearing dated June 26, 2026, any objections to the Motion to Reject the Lease were required to be filed by July 10, 2026. No timely objections were filed. The Court entered an order dated July 15, 2026, granting the Motion and canceling the hearing. Since the above limited objection was filed after the entry of the order, the Court has disregarded and not considered the limited objection.

Dated: July 27, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge