

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Oxford Street Education, LLC | Ch. 7 |
| | | 26-11334-JEB |
| | Debtor | |

**Order**

**MATTER:**

#76 Notice Of Intent To Abandon Estate's Interest in Personal Property (Providence, Rhode Island and Boston, Massachusetts) filed by Trustee Harold B. Murphy (Attachments: # 1 Certificate of Service) (Lizotte, Andrew)

No objections having been timely filed, the Trustee is deemed to have abandoned the Personal Property (as defined in the Notice) as of August 2, 2026.

Dated: 08/03/2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge