# District of Massachusetts
# Claims Register

26-11334 Oxford Street Education, LLC

**Judge:** Janet E. Bostwick **Chapter:** 7
**Office:** Boston **Last Date to file claims:**
**Trustee:** Harold B. Murphy **Last Date to file (Govt):** 12/02/2026

| | | |
|---|---|---|
| *Creditor:* (21125415)<br>Meged Funding Group<br>108 W 39th Street<br>Suite 1006 #2171<br>New York, NY 10018 | **Claim No: 1**<br>*Original Filed Date*: 06/09/2026<br>*Original Entered Date*: 06/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $401550.00
Secured claimed: $401550.00

*History:*
Details 1-1 06/09/2026 Claim #1 filed by Meged Funding Group, Amount claimed: $401550.00 (ADI)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21126352)<br>Brookline Lock Company, Inc.<br>33 Harvard Street<br>Brookline, MA 02445-7952 | **Claim No: 2**<br>*Original Filed Date*: 06/09/2026<br>*Original Entered Date*: 06/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $1233.48

*History:*
Details 2-1 06/09/2026 Claim #2 filed by Brookline Lock Company, Inc., Amount claimed: $1233.48 (ADI)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21136042)<br>LBZS II, LLC<br>591 Warburton Avenue, Box 332<br>Hastings on Hudson, NY 10706 | **Claim No: 3**<br>*Original Filed Date*: 07/01/2026<br>*Original Entered Date*: 07/01/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $426564.38

*History:*
Details 3-1 07/01/2026 Claim #3 filed by LBZS II, LLC, Amount claimed: $426564.38 (ADI)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21136046)<br>Jacob Walker & Kacey Houston Walker<br>37 Beryl Street | **Claim No: 4**<br>*Original Filed Date*: 07/01/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI |

Roslindale, MA 02131
*Original Entered Date*: 07/01/2026
*Modified:*

Amount claimed: $20000.00
Priority claimed: $3800.00

*History:*

Details 4-1 07/01/2026 Claim #4 filed by Jacob Walker & Kacey Houston Walker, Amount claimed: $20000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21136275)
Dina Gozman
309 Doyle Ave
Providence, RI 02906

**Claim No: 5**
*Original Filed Date*: 07/02/2026
*Original Entered Date*: 07/02/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $19082.00
Priority claimed: $3800.00

*History:*

Details 5-1 07/02/2026 Claim #5 filed by Dina Gozman, Amount claimed: $19082.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21136369)
Richard Stazinski
94 Louders Lane
Jamaica Plain, MA 02130

**Claim No: 6**
*Original Filed Date*: 07/02/2026
*Original Entered Date*: 07/02/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $2244.00
Priority claimed: $2244.00

*History:*

Details 6-1 07/02/2026 Claim #6 filed by Richard Stazinski, Amount claimed: $2244.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21136373)
Intuit Inc.
Attn: Collections Legal
3965 Dallas Parkway Floor 10
Frisco, TX 75034

**Claim No: 7**
*Original Filed Date*: 07/02/2026
*Original Entered Date*: 07/02/2026
*Last Amendment Filed*: 07/02/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:* 07/02/2026

*History:*

Details 7-1 07/02/2026 Claim #7 filed by Intuit Inc., Amount claimed: $2280701.57 (ADI)
Details 7-2 07/02/2026 Amended Claim #7 filed by Intuit Inc., Amount claimed: $2280701.57 (ADI)
Details 7-3 07/02/2026 Amended Claim #7 filed by Intuit Inc., Amount claimed: $2280701.57 (ADI)

*Description:*

*Remarks:* (7-1) Account Number (last 4 digits):0257
(7-2) Account Number (last 4 digits):0257
(7-3) Account Number (last 4 digits):0257

*Last Amendment Entered*: 07/02/2026

Amount claimed: $2280701.57

*History:*

Details 7-1 07/02/2026 Claim #7 filed by Intuit Inc., Amount claimed: $2280701.57 (ADI)
Details 7-2 07/02/2026 Amended Claim #7 filed by Intuit Inc., Amount claimed: $2280701.57 (ADI)
Details 7-3 07/02/2026 Amended Claim #7 filed by Intuit Inc., Amount claimed: $2280701.57 (ADI)

*Description:*

*Remarks:* (7-1) Account Number (last 4 digits):0257
(7-2) Account Number (last 4 digits):0257
(7-3) Account Number (last 4 digits):0257

| | | |
|---|---|---|
| *Creditor:* (21125327)<br>David D'Annunzio<br>24 Neponset Avenue<br>Roslindale, MA 02131 | **Claim No: 8**<br>*Original Filed Date*: 07/02/2026<br>*Original Entered Date*: 07/02/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $3452.00

*History:*

Details 8-1 07/02/2026 Claim #8 filed by David D'Annunzio, Amount claimed: $3452.00 (ADI)

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):9648

| | | |
|---|---|---|
| *Creditor:* (21125467)<br>Sarah Champlin<br>700 Harrison Ave, Unit 405<br>Boston, MA 02118 | **Claim No: 9**<br>*Original Filed Date*: 07/04/2026<br>*Original Entered Date*: 07/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $1500.00
Priority claimed: $1500.00

*History:*

Details 9-1 07/04/2026 Claim #9 filed by Sarah Champlin, Amount claimed: $1500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125288)<br>Austin Becker<br>26 Old Tannery Rd<br>Providence, RI 02906 | **Claim No: 10**<br>*Original Filed Date*: 07/05/2026<br>*Original Entered Date*: 07/05/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $45387.00
Priority claimed: $3800.00

*History:*

Details 10-1 07/05/2026 Claim #10 filed by Austin Becker, Amount claimed: $45387.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21137173)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | **Claim No: 11**<br>*Original Filed*<br>*Date*: 07/06/2026<br>*Original Entered*<br>*Date*: 07/06/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Natalie E. Lea<br>*Modified:* |

Amount claimed: $65566.50

*History:*

Details 11-1 07/06/2026 Claim #11 filed by JPMorgan Chase Bank, N.A., Amount claimed: $65566.50 (Lea, Natalie )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21137817)<br>Ming Min Hui & Rico Rodriguez<br>100 Shawmut Avenue #304<br>Boston, MA 02118 | **Claim No: 12**<br>*Original Filed*<br>*Date*: 07/08/2026<br>*Original Entered*<br>*Date*: 07/08/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $6572.00

Priority claimed: $3800.00

*History:*

Details 12-1 07/08/2026 Claim #12 filed by Ming Min Hui & Rico Rodriguez, Amount claimed: $6572.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21139123)<br>Eryn Heying<br>165a Hyde Park Ave<br>Boston, MA 02130-02130 | **Claim No: 13**<br>*Original Filed*<br>*Date*: 07/11/2026<br>*Original Entered*<br>*Date*: 07/11/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $30071.00

Priority claimed: $3800.00

*History:*

Details 13-1 07/11/2026 Claim #13 filed by Eryn Heying, Amount claimed: $30071.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21139200)<br>Utile, Inc.<br>115 Kingston Street<br>Boston, MA 02111<br>Boston, MA 02111 | **Claim No: 14**<br>*Original Filed*<br>*Date*: 07/13/2026<br>*Original Entered*<br>*Date*: 07/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $31346.21

*History:*

Details 14-1 07/13/2026 Claim #14 filed by Utile, Inc., Amount claimed: $31346.21 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21139233)<br>Allison Cox<br>25 Kenney St<br>Boston, MA 02130 | **Claim No: 15**<br>*Original Filed Date*: 07/13/2026<br>*Original Entered Date*: 07/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $1130.00
Priority claimed: $1130.00

*History:*

Details 15-1 07/13/2026 Claim #15 filed by Allison Cox, Amount claimed: $1130.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21139276)<br>Insource Services, Inc.<br>PO Box 427<br>Newton, MA 02464 | **Claim No: 16**<br>*Original Filed Date*: 07/13/2026<br>*Original Entered Date*: 07/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $1931.25

*History:*

Details 16-1 07/13/2026 Claim #16 filed by Insource Services, Inc., Amount claimed: $1931.25 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21139420)<br>Adam Levine<br>15 Benefit St.<br>Providence, RI 02904 | **Claim No: 17**<br>*Original Filed Date*: 07/13/2026<br>*Original Entered Date*: 07/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $25413.00
Priority claimed: $3800.00

*History:*

Details 17-1 07/13/2026 Claim #17 filed by Adam Levine, Amount claimed: $25413.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21139422)<br>Massachusetts Dept. of Unemployment Assistance<br>100 Cambridge Street, Suite 400<br>Boston, MA 02114 | **Claim No: 18**<br>*Original Filed Date*: 07/13/2026<br>*Original Entered Date*: 07/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* John Paul Bosse<br>*Modified:* |

Amount claimed: $268.11
Priority claimed: $268.11

*History:*

Details 18-1 07/13/2026 Claim #18 filed by Massachusetts Dept. of Unemployment Assistance, Amount claimed: $268.11 (Bosse, John )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125466)<br>Sara Balderi<br>10 Exchange Court, Unit 405<br>Pawtucket, RI 02860 | **Claim No: 19**<br>*Original Filed Date*: 07/14/2026<br>*Original Entered Date*: 07/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $28167.00
Priority claimed: $3800.00

*History:*

Details 19-1 07/14/2026 Claim #19 filed by Sara Balderi, Amount claimed: $28167.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21139600)<br>William Collis<br>125 Grotto Avenue<br>Providence, RI 02906 | **Claim No: 20**<br>*Original Filed Date*: 07/14/2026<br>*Original Entered Date*: 07/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $40160.00
Priority claimed: $3800.00

*History:*

Details 20-1 07/14/2026 Claim #20 filed by William Collis, Amount claimed: $40160.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21140837)<br>darian honigsfeld<br>29 Milford Street<br>Apt 3<br>BOSTON, MA 02118 | **Claim No: 21**<br>*Original Filed Date*: 07/16/2026<br>*Original Entered Date*: 07/16/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $33535.00
Priority claimed: $3800.00

*History:*

Details 21-1 07/16/2026 Claim #21 filed by darian honigsfeld, Amount claimed: $33535.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21141268)<br>John Remondi<br>850 Nelsons Walk<br>Naples, FL 34102 | **Claim No: 22**<br>*Original Filed Date*: 07/20/2026<br>*Original Entered Date*: 07/20/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $500000.00

*History:*

Details 22-1 07/20/2026 Claim #22 filed by John Remondi, Amount claimed: $500000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21142209)
Camber Road Partners, Inc.
c/o Winthrop & Weinstine P.A.
Attn: Cynthia Hegarty
225 South Sixth Street Suite 3500
Minneapolis, MN 55402

**Claim No: 23**
*Original Filed Date*: 07/21/2026
*Original Entered Date*: 07/21/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $390592.28

*History:*
Details 23-1 07/21/2026 Claim #23 filed by Camber Road Partners, Inc., Amount claimed: $390592.28 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21142403)
Jan Drugowitsch
380 Columbus Avenue, Apt 4
Boston, MA 02116

**Claim No: 24**
*Original Filed Date*: 07/21/2026
*Original Entered Date*: 07/21/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $10599.00
Priority claimed: $3800.00

*History:*
Details 24-1 07/21/2026 Claim #24 filed by Jan Drugowitsch, Amount claimed: $10599.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125459)
Robert Havdala
30 Chestnut Square
Jamaica Plain, MA 02130

**Claim No: 25**
*Original Filed Date*: 07/23/2026
*Original Entered Date*: 07/23/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $162777.38

*History:*
Details 25-1 07/23/2026 Claim #25 filed by Robert Havdala, Amount claimed: $162777.38 (ADI)

*Description:*
*Remarks:* (25-1) Filer Comment: $145000 in principal + $17777.38 in pre-petition interest

*Creditor:* (21142951)
Leah Haas Sanborn
43 Lee St
Jamaica Plain, MA 02130

**Claim No: 26**
*Original Filed Date*: 07/23/2026
*Original Entered Date*: 07/23/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $35571.00
Priority claimed: $3800.00

*History:*
Details 26-1 07/23/2026 Claim #26 filed by Leah Haas Sanborn, Amount claimed: $35571.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21143567)
Elizabeth Subiadur
1144 Tillinghast Road
East Greenwich, RI 02818

**Claim No: 27**
*Original Filed Date*: 07/24/2026
*Original Entered Date*: 07/24/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $27016.00
Priority claimed: $3800.00

*History:*

Details 27-1 07/24/2026 Claim #27 filed by Elizabeth Subiadur, Amount claimed: $27016.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21143567)
Elizabeth Subiadur
1144 Tillinghast Road
East Greenwich, RI 02818

**Claim No: 28**
*Original Filed Date*: 07/24/2026
*Original Entered Date*: 07/24/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $28438.00
Priority claimed: $3800.00

*History:*

Details 28-1 07/24/2026 Claim #28 filed by Elizabeth Subiadur, Amount claimed: $28438.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21143744)
Amy McGinty
67 Dartmouth Street
Apt 1
Boston, MA 02116

**Claim No: 29**
*Original Filed Date*: 07/25/2026
*Original Entered Date*: 07/25/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $3608.00
Priority claimed: $3398.00

*History:*

Details 29-1 07/25/2026 Claim #29 filed by Amy McGinty, Amount claimed: $3608.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21143745)
Michelle Cuddy
39 Adams Street
Millis, MA 02054

**Claim No: 30**
*Original Filed Date*: 07/25/2026
*Original Entered Date*: 07/25/2026
*Last Amendment Filed*: 07/29/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:* 07/29/2026

*History:*

Details 30-1 07/25/2026 Claim #30 filed by Michelle Cuddy, Amount claimed: $0.00 (ADI)

Details 30-2 07/29/2026 Amended Claim #30 filed by Michelle Cuddy, Amount claimed: $11082.50 (ADI)

*Description:*

*Remarks:* (30-1) Filer Comment: I am not entirely sure yet. I estimate anywhere from $10812.50 to slightly less than that. Staff members are still waiting for our final checks so it is not yet clear how much money I will be owed in total.

*Last Amendment Entered*: 07/29/2026

Amount claimed: $11082.50
Priority claimed: $11082.50

*History:*

Details 30-1 07/25/2026 Claim #30 filed by Michelle Cuddy, Amount claimed: $0.00 (ADI)
Details 30-2 07/29/2026 Amended Claim #30 filed by Michelle Cuddy, Amount claimed: $11082.50 (ADI)

*Description:*

*Remarks:* (30-1) Filer Comment: I am not entirely sure yet. I estimate anywhere from $10812.50 to slightly less than that. Staff members are still waiting for our final checks so it is not yet clear how much money I will be owed in total.

*Creditor:* (21143781)
Ava G Mascena
381 High Street
Bristol, RI 02809

**Claim No: 31**
*Original Filed Date*: 07/26/2026
*Original Entered Date*: 07/26/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $8754.60

*History:*

Details 31-1 07/26/2026 Claim #31 filed by Ava G Mascena, Amount claimed: $8754.60 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21143782)
Kailyn Shippee
7A Paine Rd
Foster, RI 02825

**Claim No: 32**
*Original Filed Date*: 07/26/2026
*Original Entered Date*: 07/26/2026
*Last Amendment Filed*: 07/27/2026
*Last Amendment Entered*: 07/27/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:* 07/27/2026

Amount claimed: $8741.20
Priority claimed: $8741.20

*History:*

Details 32-1 07/26/2026 Claim #32 filed by Kailyn Shippee, Amount claimed: $8741.20 (ADI)
Details 32-2 07/27/2026 Amended Claim #32 filed by Kailyn Shippee, Amount claimed: $8741.20 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21143783)
Mary Jannetta
5 Michael Mark Ln
Cumberland, RI 02864

**Claim No: 33**
*Original Filed Date*: 07/26/2026
*Original Entered Date*: 07/26/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

*History:*

Details 33-1 07/26/2026 Claim #33 filed by Mary Jannetta, Amount claimed: $14423.54 (ADI)

*Description:*

*Remarks:*

Amount claimed: $14423.54
Priority claimed: $14423.54

*History:*
Details 33-1 07/26/2026 Claim #33 filed by Mary Jannetta, Amount claimed: $14423.54 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21143822)<br>Katherine T Andrews and Marcio Guzman<br>333 Elmgrove Avenue<br>Providence, RI 02906 | **Claim No: 34**<br>*Original Filed Date*: 07/26/2026<br>*Original Entered Date*: 07/26/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $17587.00
Priority claimed: $3800.00

*History:*
Details 34-1 07/26/2026 Claim #34 filed by Katherine T Andrews and Marcio Guzman, Amount claimed: $17587.00 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21143920)<br>Katherine Dieter<br>25 Lennon St<br>Providence, RI 02908 | **Claim No: 35**<br>*Original Filed Date*: 07/27/2026<br>*Original Entered Date*: 07/27/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $10158.00
Priority claimed: $10158.00

*History:*
Details 35-1 07/27/2026 Claim #35 filed by Katherine Dieter, Amount claimed: $10158.00 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125448)<br>Reservoir Church<br>Attn Trecia Reavis<br>15 Notre Dame Avenue<br>Cambridge, MA 02140 | **Claim No: 36**<br>*Original Filed Date*: 07/27/2026<br>*Original Entered Date*: 07/27/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $202370.85

*History:*
Details 36-1 07/27/2026 Claim #36 filed by Reservoir Church, Amount claimed: $202370.85 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21144115)<br>Amy Kinney<br>59 Westwood Ave<br>Cranston, RI 02905 | **Claim No: 37**<br>*Original Filed Date*: 07/27/2026<br>*Original Entered Date*: 07/27/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $10010.00
Priority claimed: $10009.00

*History:*
Details 37-1 07/27/2026 Claim #37 filed by Amy Kinney, Amount claimed: $10010.00 (ADI)

*Description:*

*Remarks:* (37-1) Filer Comment: I am not entirely sure yet. I estimate around $10000. Staff members are still waiting for our final checks so it is not yet clear how much money I will be owed in total.

| | | |
|---|---|---|
| *Creditor:* (21144338)<br>Miriam Silk<br>31 Kirk Dr<br>31 Kirk Dr, RI 02861 | **Claim No: 38**<br>*Original Filed Date*: 07/27/2026<br>*Original Entered Date*: 07/27/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Priority claimed: $12840.00

*History:*
Details 38-1 07/27/2026 Claim #38 filed by Miriam Silk, Amount claimed: (ADI)

*Description:*

*Remarks:* (38-1) Filer Comment: I am not entirely sure yet. I estimate anywhere from $12840.00 to slightly less than that. Staff members are still waiting for our final checks so it is not yet clear how much money I will be owed in total.

| | | |
|---|---|---|
| *Creditor:* (21144489)<br>Larry D Allen Jr and Myree Allen<br>27 Crossing Court<br>Warwick, RI 02888 | **Claim No: 39**<br>*Original Filed Date*: 07/27/2026<br>*Original Entered Date*: 07/27/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $8048.00
Priority claimed: $3800.00

*History:*
Details 39-1 07/27/2026 Claim #39 filed by Larry D Allen Jr and Myree Allen, Amount claimed: $8048.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21144850)<br>Janel Frazier<br>252 Fruit Hill Ave #2<br>North Providence, RI 02911 | **Claim No: 40**<br>*Original Filed Date*: 07/28/2026<br>*Original Entered Date*: 07/28/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $11548.00
Priority claimed: $11548.00

*History:*
Details 40-1 07/28/2026 Claim #40 filed by Janel Frazier, Amount claimed: $11548.00 (ADI)

*Description:*

*Remarks:* (40-1) Filer Comment: Estimation amount because I am owed wages health benefit costs and retirement contributions

| | | |
|---|---|---|
| *Creditor:* (21144930)<br>Peter Zawaneh | **Claim No: 41**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |

478 Weston Road
Wellesley, MA 02482

*Date*: 07/28/2026 *Entered by:* ADI
*Original Entered* *Modified:*
*Date*: 07/28/2026

Amount claimed: $2422.00
Priority claimed: $2422.00

*History:*
Details 41-1 07/28/2026 Claim #41 filed by Peter Zawaneh, Amount claimed: $2422.00 (ADI)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21145071) | **Claim No: 42** | *Status:* |
| Olivia Hammond | *Original Filed* | *Filed by:* CR |
| 9 Burrs Lane | *Date*: 07/29/2026 | *Entered by:* ADI |
| Providence, RI 02904 | *Original Entered* | *Modified:* |
| | *Date*: 07/29/2026 | |

Amount claimed: $5145.00

*History:*
Details 42-1 07/29/2026 Claim #42 filed by Olivia Hammond, Amount claimed: $5145.00 (ADI)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21145304) | **Claim No: 43** | *Status:* |
| Partridge Snow & Hahn LLP | *Original Filed* | *Filed by:* CR |
| 40 Westminster Street Suite 1100 | *Date*: 07/29/2026 | *Entered by:* ADI |
| ATTN: Daniel Burgoyne | *Original Entered* | *Modified:* |
| Providence, RI 02903 | *Date*: 07/29/2026 | |

Amount claimed: $21075.50

*History:*
Details 43-1 07/29/2026 Claim #43 filed by Partridge Snow & Hahn LLP, Amount claimed: $21075.50 (ADI)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21145323) | **Claim No: 44** | *Status:* |
| Emily Eisenstein and Matthew Rutz | *Original Filed* | *Filed by:* CR |
| 293 Doyle Ave | *Date*: 07/29/2026 | *Entered by:* ADI |
| Providence RI 02906 | *Original Entered* | *Modified:* |
| PROVIDENCE, RI 02906 | *Date*: 07/29/2026 | |

Amount claimed: $34059.00
Priority claimed: $3623.00

*History:*
Details 44-1 07/29/2026 Claim #44 filed by Emily Eisenstein and Matthew Rutz, Amount claimed: $34059.00 (ADI)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21145661) | **Claim No: 45** | *Status:* |
| Michael D. Murphy Jr and Paola V. Abello | *Original Filed* | *Filed by:* CR |
| 48 E. Springfield St. | *Date*: 07/30/2026 | *Entered by:* ADI |

Apt. 1
Boston, MA 02118

*Original Entered Date*: 07/30/2026

*Modified:*

Amount claimed: $8452.00
Priority claimed: $7600.00

*History:*

Details 45-1 07/30/2026 Claim #45 filed by Michael D. Murphy Jr and Paola V. Abello, Amount claimed: $8452.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21145672)
Kevin Pearson and Lindsay Kaplan
86 Wilcox Ave.
Pawtucket, RI 02860

**Claim No: 46**
*Original Filed Date*: 07/30/2026
*Original Entered Date*: 07/30/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $25107.00
Priority claimed: $3800.00

*History:*

Details 46-1 07/30/2026 Claim #46 filed by Kevin Pearson and Lindsay Kaplan, Amount claimed: $25107.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147133)
Emily Moore
656 East 7th Street
Apt 1
Boston, MA, MA 02127

**Claim No: 47**
*Original Filed Date*: 07/31/2026
*Original Entered Date*: 07/31/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $21609.00
Priority claimed: $21609.00

*History:*

Details 47-1 07/31/2026 Claim #47 filed by Emily Moore, Amount claimed: $21609.00 (ADI)

*Description:*

*Remarks:* (47-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21125466)
Sara Balderi
10 Exchange Court, Unit 405
Pawtucket, RI 02860

**Claim No: 48**
*Original Filed Date*: 07/31/2026
*Original Entered Date*: 07/31/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $120000.00

*History:*

Details 48-1 07/31/2026 Claim #48 filed by Sara Balderi, Amount claimed: $120000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125288)

**Claim No: 49**

*Status:*

| | | |
|---|---|---|
| Austin Becker<br>26 Old Tannery Rd<br>Providence, RI 02906 | *Original Filed Date*: 07/31/2026<br>*Original Entered Date*: 07/31/2026 | *Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $150000.00

*History:*

Details 49-1 07/31/2026 Claim #49 filed by Austin Becker, Amount claimed: $150000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147215)<br>Timothy A. Brooks and Kathryn A. Brooks<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 50**<br>*Original Filed Date*: 07/31/2026<br>*Original Entered Date*: 07/31/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $110000.00

*History:*

Details 50-1 07/31/2026 Claim #50 filed by Timothy A. Brooks and Kathryn A. Brooks, Amount claimed: $110000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147229)<br>David D'Annunzio<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 51**<br>*Original Filed Date*: 07/31/2026<br>*Original Entered Date*: 07/31/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $30000.00

*History:*

Details 51-1 07/31/2026 Claim #51 filed by David D'Annunzio, Amount claimed: $30000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147230)<br>Ottavia De Luca and Lucas Mann<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 52**<br>*Original Filed Date*: 07/31/2026<br>*Original Entered Date*: 07/31/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $112500.00

*History:*

Details 52-1 07/31/2026 Claim #52 filed by Ottavia De Luca and Lucas Mann, Amount claimed: $112500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147232)<br>Domenic Anthony DiNardo<br>c/o Troutman Pepper Locke LLP | **Claim No: 53**<br>*Original Filed Date*: 07/31/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI |

111 Huntington Ave., 9th Floor
Boston, MA 02199

*Original Entered Date*: 07/31/2026

*Modified:*

Amount claimed: $150000.00

*History:*

Details 53-1 07/31/2026 Claim #53 filed by Domenic Anthony DiNardo, Amount claimed: $150000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125409)
Maritza Ebling & Matthew Hillard
117 West Newton Street
Boston, MA 02118

**Claim No: 54**
*Original Filed Date*: 07/31/2026
*Original Entered Date*: 07/31/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $212500.00

*History:*

Details 54-1 07/31/2026 Claim #54 filed by Maritza Ebling & Matthew Hillard, Amount claimed: $212500.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125509)
Wajdi Feghali
485 Harrison Ave, Apt 209
Boston, MA 02118

**Claim No: 55**
*Original Filed Date*: 07/31/2026
*Original Entered Date*: 07/31/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $275000.00

*History:*

Details 55-1 07/31/2026 Claim #55 filed by Wajdi Feghali, Amount claimed: $275000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125418)
Michael Fraher
94 I St
Boston, MA 02127

**Claim No: 56**
*Original Filed Date*: 07/31/2026
*Original Entered Date*: 07/31/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $305000.00

*History:*

Details 56-1 07/31/2026 Claim #56 filed by Michael Fraher, Amount claimed: $305000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125298)

**Claim No: 57**

*Status:*

*History:*

Details 57-1 07/31/2026 Claim #57 filed by Brendan & Jessica Kohler, Amount claimed: $34375.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| Brendan & Jessica Kohler<br>205 W 8th St, Unit 5<br>Boston, MA 02127 | *Original Filed Date*: 07/31/2026<br>*Original Entered Date*: 07/31/2026 | *Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $34375.00

*History:*

Details 57-1 07/31/2026 Claim #57 filed by Brendan & Jessica Kohler, Amount claimed: $34375.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125357)<br>George Schultz<br>53 Dwight Street, Unit 1<br>Boston, MA 02118 | **Claim No: 58**<br>*Original Filed Date*: 07/31/2026<br>*Original Entered Date*: 07/31/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $418750.00

*History:*

Details 58-1 07/31/2026 Claim #58 filed by George Schultz, Amount claimed: $418750.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147378)<br>Lauren Murphy<br>758 E Broadway<br>Boston, MA 02127 | **Claim No: 59**<br>*Original Filed Date*: 07/31/2026<br>*Original Entered Date*: 07/31/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $1141.79

Priority claimed: $1141.79

*History:*

Details 59-1 07/31/2026 Claim #59 filed by Lauren Murphy, Amount claimed: $1141.79 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147410)<br>Shamika White<br>567 Massachusetts Ave Apt D<br>Boston, MA 02118 | **Claim No: 60**<br>*Original Filed Date*: 07/31/2026<br>*Original Entered Date*: 07/31/2026<br>*Last Amendment Filed*: 08/14/2026<br>*Last Amendment* | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* 08/14/2026 |

*History:*

Details 60-1 07/31/2026 Claim #60 filed by Shamika White, Amount claimed: $16500.00 (ADI)

Details 60-2 08/14/2026 Amended Claim #60 filed by Shamika White, Amount claimed: $64337.82 (ADI)

*Description:*

*Remarks:* (60-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act
(60-2) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Entered*: 08/14/2026

Amount claimed: $64337.82
Priority claimed: $23983.98

*History:*

Details 60-1 07/31/2026 Claim #60 filed by Shamika White, Amount claimed: $16500.00 (ADI)
Details 60-2 08/14/2026 Amended Claim #60 filed by Shamika White, Amount claimed: $64337.82 (ADI)

*Description:*

*Remarks:* (60-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act
(60-2) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21125308)
Charlene Ong & Amar Dhand
407 Shawmut Ave, Unit 2
Boston, MA 02118

**Claim No: 61**
*Original Filed Date*: 08/01/2026
*Original Entered Date*: 08/01/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $47621.00
Priority claimed: $3800.00

*History:*

Details 61-1 08/01/2026 Claim #61 filed by Charlene Ong & Amar Dhand, Amount claimed: $47621.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147479)
Olivia Fragola
61 Knoll Street
Unit 2
Boston, MA 02131

**Claim No: 62**
*Original Filed Date*: 08/01/2026
*Original Entered Date*: 08/01/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $12960.48
Priority claimed: $12960.48

*History:*

Details 62-1 08/01/2026 Claim #62 filed by Olivia Fragola, Amount claimed: $12960.48 (ADI)

*Description:*

*Remarks:* (62-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21147508)<br>Eric M DeFeo<br>553 E 5th St, Boston, MA 02127<br>203-856-9927<br>ericmdefeo@gmail.com<br>Boston, MA 02127 | **Claim No: 63**<br>*Original Filed Date*: 08/02/2026<br>*Original Entered Date*: 08/02/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $5041.00
Priority claimed: $3800.00

*History:*

Details 63-1 08/02/2026 Claim #63 filed by Eric M DeFeo, Amount claimed: $5041.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125467)<br>Sarah Champlin<br>700 Harrison Ave, Unit 405<br>Boston, MA 02118 | **Claim No: 64**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $103125.00

*History:*

Details 64-1 08/03/2026 Claim #64 filed by Sarah Champlin, Amount claimed: $103125.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147774)<br>Matthew Owen Shuman<br>54 Orchard Street<br>Unit 1<br>Boston, MA 02130 | **Claim No: 65**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $68054.85
Priority claimed: $68054.85

*History:*

Details 65-1 08/03/2026 Claim #65 filed by Matthew Owen Shuman, Amount claimed: $68054.85 (ADI)

*Description:*

*Remarks:* (65-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21147837)<br>Eileen Chen<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 66**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $113750.00

*History:*

Details 66-1 08/03/2026 Claim #66 filed by Eileen Chen, Amount claimed: $113750.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147839)
David Meixner & Jenna Meixner
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 67**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $150000.00

*History:*
Details 67-1 08/03/2026 Claim #67 filed by David Meixner & Jenna Meixner, Amount claimed: $150000.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21147840)
Daniel Rios & Geetha Mylvaganam
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 68**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $600000.00

*History:*
Details 68-1 08/03/2026 Claim #68 filed by Daniel Rios & Geetha Mylvaganam, Amount claimed: $600000.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125338)
Elana & Jason Silver
9 Kingsboro Park
Jamaica Plain, MA 02130

**Claim No: 69**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $4481.00
Priority claimed: $3800.00

*History:*
Details 69-1 08/03/2026 Claim #69 filed by Elana & Jason Silver, Amount claimed: $4481.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125434)
Paul Crockett
109 Whitcomb Ave
Jamaica Plain, MA 02130

**Claim No: 70**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $225000.00

*History:*
Details 70-1 08/03/2026 Claim #70 filed by Paul Crockett, Amount claimed: $225000.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125339)

**Claim No: 71**

*Status:*

| | | |
|---|---|---|
| Elevation Capital Holdings LLC<br>Attn Josh Langsam | *Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $312500.00

*History:*

Details 71-1 08/03/2026 Claim #71 filed by Elevation Capital Holdings LLC, Amount claimed: $312500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147850)<br>The Walker Family Revocable Trust<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 72**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $103125.00

*History:*

Details 72-1 08/03/2026 Claim #72 filed by The Walker Family Revocable Trust, Amount claimed: $103125.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125414)<br>Megan Hapgood<br>11 Porter Ter<br>West Roxbury, MA 02132 | **Claim No: 73**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $150000.00

*History:*

Details 73-1 08/03/2026 Claim #73 filed by Megan Hapgood, Amount claimed: $150000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125481)<br>Shannon Hourigan & Tim Kachur<br>89 Brookley Rd, Apt 3<br>Jamaica Plain, MA 02130 | **Claim No: 74**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $34375.00

*History:*

Details 74-1 08/03/2026 Claim #74 filed by Shannon Hourigan & Tim Kachur, Amount claimed: $34375.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147874)<br>Sattar Khoshkhoo & Neda Khoshkhoo<br>c/o Troutman Pepper Locke LLP | **Claim No: 75**<br>*Original Filed Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI |

111 Huntington Ave., 9th Floor
Boston, MA 02199

*Original Entered Date*: 08/03/2026
*Modified:*

Amount claimed: $13750.00

*History:*

Details 75-1 08/03/2026 Claim #75 filed by Sattar Khoshkhoo & Neda Khoshkhoo, Amount claimed: $13750.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147888)
Aeron Small
213 Lamartine St
Boston, MA 02130

**Claim No: 76**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $56540.00
Priority claimed: $3800.00

*History:*

Details 76-1 08/03/2026 Claim #76 filed by Aeron Small, Amount claimed: $56540.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125272) History
179 Wayland Avenue, LLC
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

**Claim No: 77**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* Hannah J. Schilling
*Modified:*

Amount claimed: $19718.67

*History:*

Details 77-1 08/03/2026 Claim #77 filed by 179 Wayland Avenue, LLC, Amount claimed: $19718.67 (Schilling, Hannah )

*Description:* (77-1) Unpaid Lease

*Remarks:*

*Creditor:* (21125320) History
D&D Electrical Contractors, Inc.
Brian Lynch
10 Everberg Road
Woburn, MA 01801

**Claim No: 78**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* nc
*Modified:*

Amount claimed: $1520.00

*History:*

Details 78-1 08/03/2026 Claim #78 filed by D&D Electrical Contractors, Inc., Amount claimed: $1520.00 (nc)

*Description:*

*Remarks:*

*Creditor:* (21147929)
Michael Lynch
c/o Troutman Pepper Locke LLP

**Claim No: 79**
*Original Filed Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI

| | | |
|---|---|---|
| 111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | *Original Entered Date*: 08/03/2026 | *Modified:* |

Amount claimed: $137500.00

*History:*

Details 79-1 08/03/2026 Claim #79 filed by Michael Lynch, Amount claimed: $137500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147933)<br>Andrew Marsh & Gina Marsh<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 80**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $215625.00

*History:*

Details 80-1 08/03/2026 Claim #80 filed by Andrew Marsh & Gina Marsh, Amount claimed: $215625.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125470)<br>Sarah McCrary and Fernando Contreras<br>150 Dorchester Ave, Apt 511<br>South Boston, MA 02127 | **Claim No: 81**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $37500.00

*History:*

Details 81-1 08/03/2026 Claim #81 filed by Sarah McCrary and Fernando Contreras, Amount claimed: $37500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125325)<br>Darshan Mehta<br>36 Tower Street<br>Jamaica Plain, MA 02130 | **Claim No: 82**<br>*Original Filed Date*: 08/03/2026<br>*Original Entered Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $109375.00

*History:*

Details 82-1 08/03/2026 Claim #82 filed by Darshan Mehta, Amount claimed: $109375.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125490)
Stephen Nicolson
120 Marbury Ave
Pawtucket, RI 02860

**Claim No: 83**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $150000.00

*History:*

Details 83-1 08/03/2026 Claim #83 filed by Stephen Nicolson, Amount claimed: $150000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147937)
Karina Oliver-Milchman & Will Oliver-Milchman
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 84**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $30000.00

*History:*

Details 84-1 08/03/2026 Claim #84 filed by Karina Oliver-Milchman & Will Oliver-Milchman, Amount claimed: $30000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125308)
Charlene Ong & Amar Dhand
407 Shawmut Ave, Unit 2
Boston, MA 02118

**Claim No: 85**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $30000.00

*History:*

Details 85-1 08/03/2026 Claim #85 filed by Charlene Ong & Amar Dhand, Amount claimed: $30000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125388)
Joseph Pedulla
7 Granada Ave
Roslindale, MA 02131

**Claim No: 86**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $37500.00

*History:*

Details 86-1 08/03/2026 Claim #86 filed by Joseph Pedulla, Amount claimed: $37500.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147973)
Jake Silverman & Maura Silverman

**Claim No: 87**
*Original Filed*

*Status:*
*Filed by:* CR

c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

*Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Entered by:* ADI
*Modified:*

Amount claimed: $30000.00

*History:*

Details 87-1 08/03/2026 Claim #87 filed by Jake Silverman & Maura Silverman, Amount claimed: $30000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147974)
Daniel Solomon & Sonja Solomon
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 88**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $212500.00

*History:*

Details 88-1 08/03/2026 Claim #88 filed by Daniel Solomon & Sonja Solomon, Amount claimed: $212500.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147975)
Vertigo Capital Holdings LLC
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 89**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $125000.00

*History:*

Details 89-1 08/03/2026 Claim #89 filed by Vertigo Capital Holdings LLC, Amount claimed: $125000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21147976)
Matthew Vettel
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 90**
*Original Filed Date*: 08/03/2026
*Original Entered Date*: 08/03/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $533333.33

*History:*

Details 90-1 08/03/2026 Claim #90 filed by Matthew Vettel, Amount claimed: $533333.33 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21147977)<br>Charlie Zambri & Maggie O'Brien<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 91**<br>*Original Filed*<br>*Date*: 08/03/2026<br>*Original Entered*<br>*Date*: 08/03/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $178125.00

*History:*

Details 91-1 08/03/2026 Claim #91 filed by Charlie Zambri & Maggie O'Brien, Amount claimed: $178125.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148191)<br>Aimee Milliken<br>56 Keystone St<br>West Roxbury, MA 02132 | **Claim No: 92**<br>*Original Filed*<br>*Date*: 08/04/2026<br>*Original Entered*<br>*Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $23987.00

Priority claimed: $3800.00

*History:*

Details 92-1 08/04/2026 Claim #92 filed by Aimee Milliken, Amount claimed: $23987.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148403)<br>Scott Baranowski<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 93**<br>*Original Filed*<br>*Date*: 08/04/2026<br>*Original Entered*<br>*Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $192500.00

*History:*

Details 93-1 08/04/2026 Claim #93 filed by Scott Baranowski, Amount claimed: $192500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125293)<br>Betsi Graves & Tanya Dennis<br>735 Harrison Ave, Apt W102<br>Boston, MA 02118 | **Claim No: 94**<br>*Original Filed*<br>*Date*: 08/04/2026<br>*Original Entered*<br>*Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $12500.00

*History:*

Details 94-1 08/04/2026 Claim #94 filed by Betsi Graves & Tanya Dennis, Amount claimed: $12500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148405)<br>Patrick Hasenoehrl & Janet Hasenoehrl | **Claim No: 95**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |

| | | |
|---|---|---|
| c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | *Date*: 08/04/2026<br>*Original Entered Date*: 08/04/2026 | *Entered by:* ADI<br>*Modified:* |

Amount claimed: $137500.00

*History:*

Details 95-1 08/04/2026 Claim #95 filed by Patrick Hasenoehrl & Janet Hasenoehrl, Amount claimed: $137500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125404)<br>Lee Mirbach & Doug Fleischer<br>14 Morrill Street<br>Dorchester, MA 02125 | **Claim No: 96**<br>*Original Filed Date*: 08/04/2026<br>*Original Entered Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $287500.00

*History:*

Details 96-1 08/04/2026 Claim #96 filed by Lee Mirbach & Doug Fleischer, Amount claimed: $287500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148423)<br>RDJD Group LLC<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 97**<br>*Original Filed Date*: 08/04/2026<br>*Original Entered Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $262500.00

*History:*

Details 97-1 08/04/2026 Claim #97 filed by RDJD Group LLC, Amount claimed: $262500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148429)<br>Elana Silver & Jason Silver<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 98**<br>*Original Filed Date*: 08/04/2026<br>*Original Entered Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $72500.00

*History:*

Details 98-1 08/04/2026 Claim #98 filed by Elana Silver & Jason Silver, Amount claimed: $72500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125383)<br>Jeffrey Spielberg & Caroline McKeon<br>6 E Concord St<br>Boston, MA 02118 | **Claim No: 99**<br>*Original Filed Date*: 08/04/2026<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*Date*: 08/04/2026

Amount claimed: $187500.00

*History:*

Details 99-1 08/04/2026 Claim #99 filed by Jeffrey Spielberg & Caroline McKeon, Amount claimed: $187500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148433)<br>Thad and Janice Russell Revocable Trust<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 100**<br>*Original Filed Date*: 08/04/2026<br>*Original Entered Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $45000.00

*History:*

Details 100-1 08/04/2026 Claim #100 filed by Thad and Janice Russell Revocable Trust, Amount claimed: $45000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125335)<br>Devesh Tiwari<br>224 Florence St, Unit 2<br>Boston, MA 02131 | **Claim No: 101**<br>*Original Filed Date*: 08/04/2026<br>*Original Entered Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $380500.00

*History:*

Details 101-1 08/04/2026 Claim #101 filed by Devesh Tiwari, Amount claimed: $380500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125414)<br>Megan Hapgood<br>11 Porter Ter<br>West Roxbury, MA 02132 | **Claim No: 102**<br>*Original Filed Date*: 08/04/2026<br>*Original Entered Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $32447.00
Priority claimed: $3800.00

*History:*

Details 102-1 08/04/2026 Claim #102 filed by Megan Hapgood, Amount claimed: $32447.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125424)<br>Nicholas Nelson and Jean Wang<br>246 W Newton St, Apt 2<br>Boston, MA 02116 | **Claim No: 103**<br>*Original Filed*<br>*Date*: 08/04/2026<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*Date*: 08/04/2026

Amount claimed: $462500.00

*History:*
Details 103-1 08/04/2026 Claim #103 filed by Nicholas Nelson and Jean Wang, Amount claimed: $462500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148522)<br>Gwen Schatz<br>10 Charles Davis Drive<br>Wenham, MA 01984 | **Claim No: 104**<br>*Original Filed Date*: 08/04/2026<br>*Original Entered Date*: 08/04/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $21611.87
Priority claimed: $21611.87

*History:*
Details 104-1 08/04/2026 Claim #104 filed by Gwen Schatz, Amount claimed: $21611.87 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125423)<br>National Grid<br>Bankruptcy Department<br>300 Erie Blvd West, C-3<br>Syracuse, NY 13202 | **Claim No: 105**<br>*Original Filed Date*: 08/05/2026<br>*Original Entered Date*: 08/05/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $497.65

*History:*
Details 105-1 08/05/2026 Claim #105 filed by National Grid, Amount claimed: $497.65 (ADI)

*Description:*

*Remarks:* (105-1) Account Number (last 4 digits):5014

| | | |
|---|---|---|
| *Creditor:* (21148591)<br>Daniel A. Solomon<br>487 Boylston Street Unit 3<br>Unit 3<br>Brookline, MA 02445 | **Claim No: 106**<br>*Original Filed Date*: 08/05/2026<br>*Original Entered Date*: 08/05/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $6534.00
Priority claimed: $3800.00

*History:*
Details 106-1 08/05/2026 Claim #106 filed by Daniel A. Solomon, Amount claimed: $6534.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21148590)
Sattar Khoshkhoo
55 Bellingham Rd.
Chestnut Hill, MA 02467

**Claim No: 107**
*Original Filed Date*: 08/05/2026
*Original Entered Date*: 08/05/2026

*Status:*
*Filed by:* CR
*Entered by:* nc
*Modified:*

Amount claimed: $5805.00

*History:*
Details 107-1 08/05/2026 Claim #107 filed by Sattar Khoshkhoo, Amount claimed: $5805.00 (nc)

*Description:* (107-1) Tuition Deposits for two kids to attend the Croft School for Fall 2026
*Remarks:*

*Creditor:* (21148625)
Kevin Le & Lidya Le
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 108**
*Original Filed Date*: 08/05/2026
*Original Entered Date*: 08/05/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $343699.45

*History:*
Details 108-1 08/05/2026 Claim #108 filed by Kevin Le & Lidya Le, Amount claimed: $343699.45 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21148628)
Simon Salgado & Joanna Vaz MacLean
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 109**
*Original Filed Date*: 08/05/2026
*Original Entered Date*: 08/05/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $187500.00

*History:*
Details 109-1 08/05/2026 Claim #109 filed by Simon Salgado & Joanna Vaz MacLean, Amount claimed: $187500.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21148630)
Brian Wallden & Genevieve Wallden
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 110**
*Original Filed Date*: 08/05/2026
*Original Entered Date*: 08/05/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $82500.00

*History:*
Details 110-1 08/05/2026 Claim #110 filed by Brian Wallden & Genevieve Wallden, Amount claimed: $82500.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125275)

**Claim No: 111**

*Status:*

Alan Wong
38 Upton Avenue
Providence, RI 02906

*Original Filed Date*: 08/05/2026
*Original Entered Date*: 08/05/2026

*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $15000.00

*History:*
Details 111-1 08/05/2026 Claim #111 filed by Alan Wong, Amount claimed: $15000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125275)
Alan Wong
38 Upton Avenue
Providence, RI 02906

**Claim No: 112**
*Original Filed Date*: 08/05/2026
*Original Entered Date*: 08/05/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $15000.00

*History:*
Details 112-1 08/05/2026 Claim #112 filed by Alan Wong, Amount claimed: $15000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125398)
Kurtis McKenney and Laila Kafi
77 Barnes St
Providence, RI 02906

**Claim No: 113**
*Original Filed Date*: 08/05/2026
*Original Entered Date*: 08/05/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $225000.00

*History:*
Details 113-1 08/05/2026 Claim #113 filed by Kurtis McKenney and Laila Kafi, Amount claimed: $225000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21148667)
Camden Baldwin
35 Claymoss Rd
Boston, MA 02135-4206

**Claim No: 114**
*Original Filed Date*: 08/05/2026
*Original Entered Date*: 08/05/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $28122.45
Priority claimed: $9374.15

*History:*
Details 114-1 08/05/2026 Claim #114 filed by Camden Baldwin, Amount claimed: $28122.45 (ADI)

*Description:*

*Remarks:* (114-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21125413)
Matthew Salisbury

**Claim No: 115**
*Original Filed*

*Status:*
*Filed by:* CR

| | | |
|---|---|---|
| c/o Matthew W. Thomson, Esq.<br>Lichten & Liss-Riordan, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116 | *Date*: 08/05/2026<br>*Original Entered Date*: 08/05/2026 | *Entered by:* ADI<br>*Modified:* |

Amount claimed: $59802.87
Priority claimed: $59802.87

*History:*
Details 115-1 08/05/2026 Claim #115 filed by Matthew Salisbury, Amount claimed: $59802.87 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148708)<br>Catherine Hayden<br>18 Ashley St #1<br>Boston, MA 02130 | **Claim No: 116**<br>*Original Filed Date*: 08/05/2026<br>*Original Entered Date*: 08/05/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $26668.26
Priority claimed: $26668.26

*History:*
Details 116-1 08/05/2026 Claim #116 filed by Catherine Hayden, Amount claimed: $26668.26 (ADI)

*Description:*

*Remarks:* (116-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21148709)<br>Journey LaRose<br>1102 Broadway<br>Somerville, MA 02144 | **Claim No: 117**<br>*Original Filed Date*: 08/05/2026<br>*Original Entered Date*: 08/05/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $24442.29
Priority claimed: $8463.84

*History:*
Details 117-1 08/05/2026 Claim #117 filed by Journey LaRose, Amount claimed: $24442.29 (ADI)

*Description:*

*Remarks:* (117-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21148710)<br>Vivien Manning<br>197 Prospect Ave 3L<br>Brooklyn, NY 11215 | **Claim No: 118**<br>*Original Filed Date*: 08/05/2026<br>*Original Entered Date*: 08/05/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*History:*
Details 118-1 08/05/2026 Claim #118 filed by Vivien Manning, Amount claimed: $22682.00 (ADI)

*Description:*

*Remarks:* (118-1) Filer Comment: Amount of claim is comprised of my total wages earned that have not been paid value of all benefits owed and treble damages owed under Massachusetts Wage Act

Amount claimed: $22682.00
Priority claimed: $8276.94

*History:*
Details 118-1 08/05/2026 Claim #118 filed by Vivien Manning, Amount claimed: $22682.00 (ADI)

*Description:*

*Remarks:* (118-1) Filer Comment: Amount of claim is comprised of my total wages earned that have not been paid value of all benefits owed and treble damages owed under Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21148713)<br>Ashleigh Robert<br>36 Tappan Street<br>Apt. 1<br>Roslindale, MA 02131 | **Claim No: 119**<br>*Original Filed Date*: 08/05/2026<br>*Original Entered Date*: 08/05/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $62200.00
Priority claimed: $62200.00

*History:*
Details 119-1 08/05/2026 Claim #119 filed by Ashleigh Robert, Amount claimed: $62200.00 (ADI)

*Description:*

*Remarks:* (119-1) Filer Comment: unpaid earned wages employer contribution to 401K treble damages under MA wage act

| | | |
|---|---|---|
| *Creditor:* (21125443)<br>Rahul Ganatra & Katharine Robb<br>14 Morey Rd<br>West Roxbury, MA 02132 | **Claim No: 120**<br>*Original Filed Date*: 08/06/2026<br>*Original Entered Date*: 08/06/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $708555.00

*History:*
Details 120-1 08/06/2026 Claim #120 filed by Rahul Ganatra & Katharine Robb, Amount claimed: $708555.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125342)<br>Elyse Hanson<br>99 E Brookline Street, Apt 1<br>Boston, MA 02118 | **Claim No: 121**<br>*Original Filed Date*: 08/06/2026<br>*Original Entered Date*: 08/06/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $37500.00

*History:*
Details 121-1 08/06/2026 Claim #121 filed by Elyse Hanson, Amount claimed: $37500.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148943)<br>Dana Ross and Amy Ross<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor | **Claim No: 122**<br>*Original Filed Date*: 08/06/2026<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Boston, MA 02199 *Date*: 08/06/2026

Amount claimed: $13750.00

*History:*

Details 122-1 08/06/2026 Claim #122 filed by Dana Ross and Amy Ross, Amount claimed: $13750.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125312)<br>Christina & Robert Metcalfe<br>10 Ashmont St<br>Dorchester Center, MA 02124 | **Claim No: 123**<br>*Original Filed Date*: 08/06/2026<br>*Original Entered Date*: 08/06/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $41250.00

*History:*

Details 123-1 08/06/2026 Claim #123 filed by Christina & Robert Metcalfe, Amount claimed: $41250.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148946)<br>Christopher Nelen<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 124**<br>*Original Filed Date*: 08/06/2026<br>*Original Entered Date*: 08/06/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $41250.00

*History:*

Details 124-1 08/06/2026 Claim #124 filed by Christopher Nelen, Amount claimed: $41250.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148948)<br>Pretish Saraiya & Shruti Rao<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 125**<br>*Original Filed Date*: 08/06/2026<br>*Original Entered Date*: 08/06/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $125000.00

*History:*

Details 125-1 08/06/2026 Claim #125 filed by Pretish Saraiya & Shruti Rao, Amount claimed: $125000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21148949) | **Claim No: 126** | *Status:* |

*History:*

Details 126-1 08/06/2026 Claim #126 filed by Alexander van Dijk & Laura van Dijk, Amount claimed: $137500.00 (ADI)

*Description:*

*Remarks:*

Alexander van Dijk & Laura van Dijk
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

*Original Filed Date*: 08/06/2026
*Original Entered Date*: 08/06/2026

*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $137500.00

*History:*

Details 126-1 08/06/2026 Claim #126 filed by Alexander van Dijk & Laura van Dijk, Amount claimed: $137500.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21148950)
Richard Wallden & Susan Wallden
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 127**
*Original Filed Date*: 08/06/2026
*Original Entered Date*: 08/06/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $75000.00

*History:*

Details 127-1 08/06/2026 Claim #127 filed by Richard Wallden & Susan Wallden, Amount claimed: $75000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21149000)
AAFCPAs, Inc.
50 Washington St
Westborough, MA 01581

**Claim No: 128**
*Original Filed Date*: 08/06/2026
*Original Entered Date*: 08/06/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $14500.00

*History:*

Details 128-1 08/06/2026 Claim #128 filed by AAFCPAs, Inc., Amount claimed: $14500.00 (ADI)

*Description:*

*Remarks:* (128-1) Account Number (last 4 digits):1280

*Creditor:* (21125405)
Leigh Martin
11 Waldeck Street
Dorchester, MA 02124

**Claim No: 129**
*Original Filed Date*: 08/06/2026
*Original Entered Date*: 08/06/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $20625.00

*History:*

Details 129-1 08/06/2026 Claim #129 filed by Leigh Martin, Amount claimed: $20625.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125286)
Ashley Dunn & Mike Borsare

**Claim No: 130**
*Original Filed*

*Status:*
*Filed by:* CR

6 Glenvale Ter, Unit 3
Jamaica Plain, MA 02130

*Date*: 08/06/2026
*Original Entered Date*: 08/06/2026

*Entered by:* ADI
*Modified:*

Amount claimed: $43750.00

*History:*

Details 130-1 08/06/2026 Claim #130 filed by Ashley Dunn & Mike Borsare, Amount claimed: $43750.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21149178)
Ashley Dunn and Mike Borsare
6 Glenvale Terrace #3
JAMAICA PLAIN, MA 02130

**Claim No: 131**
*Original Filed Date*: 08/06/2026
*Original Entered Date*: 08/06/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $23472.00
Priority claimed: $3800.00

*History:*

Details 131-1 08/06/2026 Claim #131 filed by Ashley Dunn and Mike Borsare, Amount claimed: $23472.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21149184)
Claire Saporito
63 Chestnut Avenue
Larchmont, NY 10538

**Claim No: 132**
*Original Filed Date*: 08/06/2026
*Original Entered Date*: 08/06/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $8400.00

*History:*

Details 132-1 08/06/2026 Claim #132 filed by Claire Saporito, Amount claimed: $8400.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21149214)
Michelle Callaway
21 Ballard St. Apt. 1
Boston, MA 02130

**Claim No: 133**
*Original Filed Date*: 08/06/2026
*Original Entered Date*: 08/06/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $50901.87
Priority claimed: $50901.87

*History:*

Details 133-1 08/06/2026 Claim #133 filed by Michelle Callaway, Amount claimed: $50901.87 (ADI)

*Description:*

*Remarks:* (133-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act.

*Creditor:* (21149226)
Kathryn Brooks

**Claim No: 134**
*Original Filed*

*Status:*
*Filed by:* CR

| | | |
|---|---|---|
| 194 Green St. | *Date*: 08/07/2026 | *Entered by:* ADI |
| Apt 2 | *Original Entered* | *Modified:* |
| Boston, MA 02130 | *Date*: 08/07/2026 | |

Amount claimed: $40972.41
Priority claimed: $12932.23

*History:*
Details 134-1 08/07/2026 Claim #134 filed by Kathryn Brooks, Amount claimed: $40972.41 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149227) | **Claim No: 135** | *Status:* |
| Christopher Reed | *Original Filed* | *Filed by:* CR |
| 51 Catherine St | *Date*: 08/07/2026 | *Entered by:* ADI |
| ROSLINDALE, MA 02131 | *Original Entered* | *Modified:* |
| | *Date*: 08/07/2026 | |

Amount claimed: $6576.00
Priority claimed: $3800.00

*History:*
Details 135-1 08/07/2026 Claim #135 filed by Christopher Reed, Amount claimed: $6576.00 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125402) | **Claim No: 136** | *Status:* |
| Laura Shawhughes & Justin Reid | *Original Filed* | *Filed by:* CR |
| 44 Stimson Ave | *Date*: 08/07/2026 | *Entered by:* ADI |
| Providence, RI 02906 | *Original Entered* | *Modified:* |
| | *Date*: 08/07/2026 | |

Amount claimed: $75000.00

*History:*
Details 136-1 08/07/2026 Claim #136 filed by Laura Shawhughes & Justin Reid, Amount claimed: $75000.00 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149403) | **Claim No: 137** | *Status:* |
| Dana Warren | *Original Filed* | *Filed by:* CR |
| 32 Bolton Street | *Date*: 08/07/2026 | *Entered by:* ADI |
| Concord, MA 01742 | *Original Entered* | *Modified:* |
| | *Date*: 08/07/2026 | |

Amount claimed: $31497.00
Priority claimed: $3800.00

*History:*
Details 137-1 08/07/2026 Claim #137 filed by Dana Warren, Amount claimed: $31497.00 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149526) | **Claim No: 138** | *Status:* |
| Josy Hunter | *Original Filed* | *Filed by:* CR |

85 Norwood Avenue
Newton Centre, MA 02459

*Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Entered by:* ADI
*Modified:*

Amount claimed: $10261.80
Priority claimed: $3420.60

*History:*
Details 138-1 08/07/2026 Claim #138 filed by Josy Hunter, Amount claimed: $10261.80 (ADI)

*Description:*

*Remarks:* (138-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21149535)
Thomas Huisman
14 Gloucester St.
Unit 2B
Boston, MA 02115

**Claim No: 139**
*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $36192.00
Priority claimed: $13030.00

*History:*
Details 139-1 08/07/2026 Claim #139 filed by Thomas Huisman, Amount claimed: $36192.00 (ADI)

*Description:*

*Remarks:* (139-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21149536)
Regina Ashley
237 Hawthorne St 4A Brooklyn, NY 11225
Brooklyn, NY 11225

**Claim No: 140**
*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $21609.00
Priority claimed: $17150.00

*History:*
Details 140-1 08/07/2026 Claim #140 filed by Regina Ashley, Amount claimed: $21609.00 (ADI)

*Description:*

*Remarks:* (140-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21149558)
Sophie Elby
39b Old Danielson Pike
Foster, RI 02825

**Claim No: 141**
*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

*History:*
Details 141-1 08/07/2026 Claim #141 filed by Sophie Elby, Amount claimed: $8052.60 (ADI)

*Description:*

*Remarks:*

Amount claimed: $8052.60
Priority claimed: $8052.60

*History:*
Details 141-1 08/07/2026 Claim #141 filed by Sophie Elby, Amount claimed: $8052.60 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125270)
1421 Washington Associates LLC
c/o Mark Epker
Vantage Real Estate LLC
601 High Street, Suite 204
Dedham, MA 02026

**Claim No: 142**
*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Status:*
*Filed by:* CR
*Entered by:* Andrew E Goloboy
*Modified:*

Amount claimed: $4835000.00

*History:*
Details 142-1 08/07/2026 Claim #142 filed by 1421 Washington Associates LLC, Amount claimed: $4835000.00 (Goloboy, Andrew )

*Description:*
*Remarks:*

*Creditor:* (21125424)
Nicholas Nelson and Jean Wang
246 W Newton St, Apt 2
Boston, MA 02116

**Claim No: 143**
*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $54375.00
Priority claimed: $3800.00

*History:*
Details 143-1 08/07/2026 Claim #143 filed by Nicholas Nelson and Jean Wang, Amount claimed: $54375.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125277)
Alexander and Jennifer Dyson
75 Montgomery St, Apt 1
Boston, MA 02116

**Claim No: 144**
*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $75000.00

*History:*
Details 144-1 08/07/2026 Claim #144 filed by Alexander and Jennifer Dyson, Amount claimed: $75000.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125497)

**Claim No: 145**

*Status:*

*History:*
Details 145-1 08/07/2026 Claim #145 filed by Tian Gao and Michael Gavencak, Amount claimed: $300000.00 (ADI)

*Description:*
*Remarks:*

Tian Gao and Michael Gavencak
35 Wilcox Ave
Pawtucket, RI 02860

*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $300000.00

*History:*

Details 145-1 08/07/2026 Claim #145 filed by Tian Gao and Michael Gavencak, Amount claimed: $300000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125417)
Michael D. Murphy, Jr. and Paula Abello
48 E Springfield St, Apt 1
Boston, MA 02118

**Claim No: 146**
*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $150000.00

*History:*

Details 146-1 08/07/2026 Claim #146 filed by Michael D. Murphy, Jr. and Paula Abello, Amount claimed: $150000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21149725)
Genoveva C Calvo-Rey
39 Burrwood Rd
West Roxbury, MA 02132

**Claim No: 147**
*Original Filed Date*: 08/07/2026
*Original Entered Date*: 08/07/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $44761.56
Priority claimed: $42220.52

*History:*

Details 147-1 08/07/2026 Claim #147 filed by Genoveva C Calvo-Rey, Amount claimed: $44761.56 (ADI)

*Description:*

*Remarks:* (147-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21149757)
David S. Pedulla
P.O. Box 381147
Cambridge, MA 02238

**Claim No: 148**
*Original Filed Date*: 08/08/2026
*Original Entered Date*: 08/08/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $2244.00
Priority claimed: $2244.00

*History:*

Details 148-1 08/08/2026 Claim #148 filed by David S. Pedulla, Amount claimed: $2244.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149796)<br>Lisa Sander<br>82 Washington Street<br>Melrose, MA 02176 | **Claim No: 149**<br>*Original Filed Date*: 08/09/2026<br>*Original Entered Date*: 08/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $60803.64
Priority claimed: $60803.64

*History:*
Details 149-1 08/09/2026 Claim #149 filed by Lisa Sander, Amount claimed: $60803.64 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149797)<br>Sarah Allen<br>7 Sheridan St<br>Boston, MA 02130 | **Claim No: 150**<br>*Original Filed Date*: 08/09/2026<br>*Original Entered Date*: 08/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $50000.00
Priority claimed: $50000.00

*History:*
Details 150-1 08/09/2026 Claim #150 filed by Sarah Allen, Amount claimed: $50000.00 (ADI)

*Description:*

*Remarks:* (150-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21149817)<br>Mark A. Pedulla and Tara Agrawal<br>7 Granada Ave.<br>Roslindale, MA 02131 | **Claim No: 151**<br>*Original Filed Date*: 08/09/2026<br>*Original Entered Date*: 08/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $20310.00
Priority claimed: $3800.00

*History:*
Details 151-1 08/09/2026 Claim #151 filed by Mark A. Pedulla and Tara Agrawal, Amount claimed: $20310.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149818)<br>Melanie Berry<br>3531 Washington St Unit 318<br>Jamaica Plain, MA 02130 | **Claim No: 152**<br>*Original Filed Date*: 08/09/2026<br>*Original Entered Date*: 08/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*History:*
Details 152-1 08/09/2026 Claim #152 filed by Melanie Berry, Amount claimed: $3800.00 (ADI)

*Description:*

*Remarks:*

Amount claimed: $3800.00
Priority claimed: $3800.00

*History:*
Details 152-1 08/09/2026 Claim #152 filed by Melanie Berry, Amount claimed: $3800.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125398)<br>Kurtis McKenney and Laila Kafi<br>77 Barnes St<br>Providence, RI 02906 | **Claim No: 153**<br>*Original Filed Date*: 08/09/2026<br>*Original Entered Date*: 08/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $46531.00
Priority claimed: $3800.00

*History:*
Details 153-1 08/09/2026 Claim #153 filed by Kurtis McKenney and Laila Kafi, Amount claimed: $46531.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149819)<br>Andrew Golden<br>2 Weld St<br>Roslindale, MA 02131 | **Claim No: 154**<br>*Original Filed Date*: 08/09/2026<br>*Original Entered Date*: 08/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $47784.00
Priority claimed: $6534.00

*History:*
Details 154-1 08/09/2026 Claim #154 filed by Andrew Golden, Amount claimed: $47784.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149820)<br>Laura Cato<br>19 Hillcroft Road<br>Boston, MA 02130 | **Claim No: 155**<br>*Original Filed Date*: 08/09/2026<br>*Original Entered Date*: 08/09/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $4644.00
Priority claimed: $3664.50

*History:*
Details 155-1 08/09/2026 Claim #155 filed by Laura Cato, Amount claimed: $4644.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21149965)<br>Christopher R Lipsett<br>430 River Road<br>SCARBOROUGH, NY 10510 | **Claim No: 156**<br>*Original Filed Date*: 08/10/2026<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*Date*: 08/10/2026

Amount claimed: $63271.00
Priority claimed: $3800.00

*History:*
Details 156-1 08/10/2026 Claim #156 filed by Christopher R Lipsett, Amount claimed: $63271.00 (ADI)
*Description:*
*Remarks:*

*Creditor:* (21149973)
Luis Carlos Castillo
711 Blue Hill Ave
Milton, MA, 02186, MA 02186

**Claim No: 157**
*Original Filed Date*: 08/10/2026
*Original Entered Date*: 08/10/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $1734.00

*History:*
Details 157-1 08/10/2026 Claim #157 filed by Luis Carlos Castillo, Amount claimed: $1734.00 (ADI)
*Description:*
*Remarks:*

*Creditor:* (21150007)
Aaron Michael Smith
2 Carmela Ln
Dorchester, MA 02124

**Claim No: 158**
*Original Filed Date*: 08/10/2026
*Original Entered Date*: 08/10/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $9812.49
Priority claimed: $9812.49

*History:*
Details 158-1 08/10/2026 Claim #158 filed by Aaron Michael Smith, Amount claimed: $9812.49 (ADI)
*Description:*
*Remarks:* (158-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21125409)
Maritza Ebling & Matthew Hillard
117 West Newton Street
Boston, MA 02118

**Claim No: 159**
*Original Filed Date*: 08/10/2026
*Original Entered Date*: 08/10/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $3888.00
Priority claimed: $3800.00

*History:*
Details 159-1 08/10/2026 Claim #159 filed by Maritza Ebling & Matthew Hillard, Amount claimed: $3888.00 (ADI)
*Description:*
*Remarks:*

*Creditor:* (21150354)
Thomas Ebling
516 Tremont Street #3

**Claim No: 160**
*Original Filed Date*: 08/10/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI

Boston, MA 02118

*Original Entered Date*: 08/10/2026
*Last Amendment Filed*: 08/12/2026
*Last Amendment Entered*: 08/12/2026

*Modified:* 08/12/2026

Amount claimed: $33535.00
Priority claimed: $3800.00

*History:*

Details 160-1 08/10/2026 Claim #160 filed by Thomas Ebling, Amount claimed: $33535.00 (ADI)
Details 160-2 08/12/2026 Amended Claim #160 filed by Thomas Ebling, Amount claimed: $33535.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150378)
Matthew Lee
225 Sleepy Hollow Farm Road
225 Sleepy Hollow Farm Rd, RI 02886

**Claim No: 161**
*Original Filed Date*: 08/10/2026
*Original Entered Date*: 08/10/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $19507.00
Priority claimed: $3800.00

*History:*

Details 161-1 08/10/2026 Claim #161 filed by Matthew Lee, Amount claimed: $19507.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150519)
Sarah G Kotin
26 Thestland Dr
Shrewsbury, MA 01545

**Claim No: 162**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $25935.00
Priority claimed: $8645.00

*History:*

Details 162-1 08/11/2026 Claim #162 filed by Sarah G Kotin, Amount claimed: $25935.00 (ADI)

*Description:*

*Remarks:* (162-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act.

*Creditor:* (21150629)
Hayley Liebmann
133 Lowe Avenue
Stoughton, MA 02072

**Claim No: 163**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

*History:*

Details 163-1 08/11/2026 Claim #163 filed by Hayley Liebmann, Amount claimed: $11637.00 (ADI)

*Description:*

*Remarks:*

Amount claimed: $11637.00
Priority claimed: $3800.00

*History:*
Details 163-1 08/11/2026 Claim #163 filed by Hayley Liebmann, Amount claimed: $11637.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125395)<br>Kelly Driscoll<br>20 Granfield Ave, Unit 2<br>Roslindale, MA 02131 | **Claim No: 164**<br>*Original Filed Date*: 08/11/2026<br>*Original Entered Date*: 08/11/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $37375.00

*History:*
Details 164-1 08/11/2026 Claim #164 filed by Kelly Driscoll, Amount claimed: $37375.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21150631)<br>Shamim Gallani & Riaz Gillani<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 165**<br>*Original Filed Date*: 08/11/2026<br>*Original Entered Date*: 08/11/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $68750.00

*History:*
Details 165-1 08/11/2026 Claim #165 filed by Shamim Gallani & Riaz Gillani, Amount claimed: $68750.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125442)<br>Rachel Helm & Carl Wilkins<br>491 Massachusetts Ave, Unit 1<br>Boston, MA 02118 | **Claim No: 166**<br>*Original Filed Date*: 08/11/2026<br>*Original Entered Date*: 08/11/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $75000.00

*History:*
Details 166-1 08/11/2026 Claim #166 filed by Rachel Helm & Carl Wilkins, Amount claimed: $75000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21150632)<br>Susannah Hewitt & Gunar Schirner | **Claim No: 167**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |

*History:*
Details 167-1 08/11/2026 Claim #167 filed by Susannah Hewitt & Gunar Schirner, Amount claimed: $30000.00 (ADI)

*Description:*

*Remarks:*

c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

*Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Entered by:* ADI
*Modified:*

Amount claimed: $30000.00

*History:*

Details 167-1 08/11/2026 Claim #167 filed by Susannah Hewitt & Gunar Schirner, Amount claimed: $30000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150633)
Nikita Imennov
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 168**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $246875.00

*History:*

Details 168-1 08/11/2026 Claim #168 filed by Nikita Imennov, Amount claimed: $246875.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150634)
Joseph Kallabat
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 169**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $85000.00

*History:*

Details 169-1 08/11/2026 Claim #169 filed by Joseph Kallabat, Amount claimed: $85000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150635)
Nydiaha Anna Nicole Jackson
1105 Morton St
Mattapan, MA 02126

**Claim No: 170**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $25420.56
Priority claimed: $8473.52

*History:*

Details 170-1 08/11/2026 Claim #170 filed by Nydiaha Anna Nicole Jackson, Amount claimed: $25420.56 (ADI)

*Description:*

*Remarks:* (170-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21150645)
Jennifer G Elson

**Claim No: 171**
*Original Filed*

*Status:*
*Filed by:* CR

115 Walk Hill Street
Boston, MA 02130

*Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Entered by:* ADI
*Modified:*

Amount claimed: $43624.92
Priority claimed: $43624.92

*History:*
Details 171-1 08/11/2026 Claim #171 filed by Jennifer G Elson, Amount claimed: $43624.92 (ADI)

*Description:*

*Remarks:* (171-1) Filer Comment: The amount of this claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act.

*Creditor:* (21125368)
Ian Koebner & Ronit Ridberg
37 Wyvern Street
Boston, MA 02131

**Claim No: 172**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $143750.00

*History:*
Details 172-1 08/11/2026 Claim #172 filed by Ian Koebner & Ronit Ridberg, Amount claimed: $143750.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150646)
Elizabeth Poole
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 173**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $171875.00

*History:*
Details 173-1 08/11/2026 Claim #173 filed by Elizabeth Poole, Amount claimed: $171875.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150647)
R2JM LLC
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 174**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $140000.00

*History:*
Details 174-1 08/11/2026 Claim #174 filed by R2JM LLC, Amount claimed: $140000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125381)
Jean Raymond
169 Westville Street, Apt 2

**Claim No: 175**
*Original Filed Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI

Dorchester, MA 02122 | *Original Entered Date*: 08/11/2026 | *Modified:*

Amount claimed: $27500.00

*History:*

Details 175-1 08/11/2026 Claim #175 filed by Jean Raymond, Amount claimed: $27500.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150681)
Brian Theyel & Elizabeth Sullivan
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 176**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $150000.00

*History:*

Details 176-1 08/11/2026 Claim #176 filed by Brian Theyel & Elizabeth Sullivan, Amount claimed: $150000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150682)
Richard A. Walega & Melissa A. Hughes
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 177**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $285000.00

*History:*

Details 177-1 08/11/2026 Claim #177 filed by Richard A. Walega & Melissa A. Hughes, Amount claimed: $285000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150695)
Erik Hasenoehrl & Meredith Hasenoehrl
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 178**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $13750.00

*History:*

Details 178-1 08/11/2026 Claim #178 filed by Erik Hasenoehrl & Meredith Hasenoehrl, Amount claimed: $13750.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125290)
Beisy Navarro
75 Highland Street, #1

**Claim No: 179**
*Original Filed Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI

Boston, MA 02119 | *Original Entered Date*: 08/11/2026 | *Modified:*

Amount claimed: $382031.25

*History:*

Details 179-1 08/11/2026 Claim #179 filed by Beisy Navarro, Amount claimed: $382031.25 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150949)
Marissa Murphy
25 Oak St
WATERTOWN, MA 02472

**Claim No: 180**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $48752.16
Priority claimed: $16250.72

*History:*

Details 180-1 08/11/2026 Claim #180 filed by Marissa Murphy, Amount claimed: $48752.16 (ADI)

*Description:*

*Remarks:* (180-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act.

*Creditor:* (21150950)
Elizabeth March and David Houlihan
PO Box 303
Northeast Harbor, ME 04662

**Claim No: 181**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $23428.00
Priority claimed: $3800.00

*History:*

Details 181-1 08/11/2026 Claim #181 filed by Elizabeth March and David Houlihan, Amount claimed: $23428.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21150952)
Leah Holt
44 Benton Road
Apt 2
Somerville, MA 02143-3904

**Claim No: 182**
*Original Filed Date*: 08/11/2026
*Original Entered Date*: 08/11/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $25904.76
Priority claimed: $8634.92

*History:*

Details 182-1 08/11/2026 Claim #182 filed by Leah Holt, Amount claimed: $25904.76 (ADI)

*Description:*

*Remarks:* (182-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act.

| | | |
|---|---|---|
| *Creditor:* (21150953)<br>David Kazarian<br>431 Shawmut Ave #5<br>Boston, MA 02118 | **Claim No: 183**<br>*Original Filed*<br>*Date*: 08/11/2026<br>*Original Entered*<br>*Date*: 08/11/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $22920.00
Priority claimed: $19150.00

*History:*

Details 183-1 08/11/2026 Claim #183 filed by David Kazarian, Amount claimed: $22920.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21150954)<br>Michelle Burrowes<br>27 Ellington Street<br>Apartment 2<br>Boston, MA 02121 | **Claim No: 184**<br>*Original Filed*<br>*Date*: 08/11/2026<br>*Original Entered*<br>*Date*: 08/11/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $64300.41
Priority claimed: $64300.41

*History:*

Details 184-1 08/11/2026 Claim #184 filed by Michelle Burrowes, Amount claimed: $64300.41 (ADI)

*Description:*

*Remarks:* (184-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21125386)<br>John Remondi<br>C T Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02210 | **Claim No: 185**<br>*Original Filed*<br>*Date*: 08/12/2026<br>*Original Entered*<br>*Date*: 08/12/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $592191.29

*History:*

Details 185-1 08/12/2026 Claim #185 filed by John Remondi, Amount claimed: $592191.29 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125419)<br>Michael Goldstein<br>C T Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02210 | **Claim No: 186**<br>*Original Filed*<br>*Date*: 08/12/2026<br>*Original Entered*<br>*Date*: 08/12/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $92191.29

*History:*

Details 186-1 08/12/2026 Claim #186 filed by Michael Goldstein, Amount claimed: $92191.29 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151038)
Alexei Guriev
30 Union Ave
Boston, MA 02130-2616

**Claim No: 187**
*Original Filed Date*: 08/12/2026
*Original Entered Date*: 08/12/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $7563.00
Priority claimed: $3800.00

*History:*
Details 187-1 08/12/2026 Claim #187 filed by Alexei Guriev, Amount claimed: $7563.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21151056)
Nicole Cameau
10 James Tighe Road
Randolph, MA 02368

**Claim No: 188**
*Original Filed Date*: 08/12/2026
*Original Entered Date*: 08/12/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $60360.45
Priority claimed: $30085.04

*History:*
Details 188-1 08/12/2026 Claim #188 filed by Nicole Cameau, Amount claimed: $60360.45 (ADI)

*Description:*
*Remarks:* (188-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act.

*Creditor:* (21151112)
Bailey Tucker
42 Sturges Road
Reading, MA 01867

**Claim No: 189**
*Original Filed Date*: 08/12/2026
*Original Entered Date*: 08/12/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $39312.42
Priority claimed: $39312.42

*History:*
Details 189-1 08/12/2026 Claim #189 filed by Bailey Tucker, Amount claimed: $39312.42 (ADI)

*Description:*
*Remarks:* (189-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21125463)
RSR Investments LLC
c/o Stonegate Group Management LLC
235 West Central Street
Natick, MA 01760

**Claim No: 190**
*Original Filed Date*: 08/12/2026
*Original Entered Date*: 08/12/2026

*Status:*
*Filed by:* CR
*Entered by:* usbc kmj
*Modified:*

*History:*
Details 190-1 08/12/2026 Claim #190 filed by RSR Investments LLC, Amount claimed: $481629.78 (kmj, usbc )

*Description:*
*Remarks:*

Amount claimed: $481629.78

*History:*

Details 190-1 08/12/2026 Claim #190 filed by RSR Investments LLC, Amount claimed: $481629.78 (kmj, usbc )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21151201)<br>Emelita Corazon Bangayan Bautista<br>Unit 611 Parc Royale Condominium, Jade Drive<br>Ortigas Center, Brgy. San Antonio<br>Pasig City 1605 Philippines | **Claim No: 191**<br>*Original Filed Date*: 08/12/2026<br>*Original Entered Date*: 08/12/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $52358.79

Priority claimed: $17452.93

*History:*

Details 191-1 08/12/2026 Claim #191 filed by Emelita Corazon Bangayan Bautista, Amount claimed: $52358.79 (ADI)

*Description:*

*Remarks:* (191-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21151361)<br>Leon Richardson<br>c/o Troutman Pepper Locke LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199 | **Claim No: 192**<br>*Original Filed Date*: 08/12/2026<br>*Original Entered Date*: 08/12/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $140000.00

*History:*

Details 192-1 08/12/2026 Claim #192 filed by Leon Richardson, Amount claimed: $140000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125497)<br>Tian Gao and Michael Gavencak<br>35 Wilcox Ave<br>Pawtucket, RI 02860 | **Claim No: 193**<br>*Original Filed Date*: 08/12/2026<br>*Original Entered Date*: 08/12/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $3830.00

Priority claimed: $3800.00

*History:*

Details 193-1 08/12/2026 Claim #193 filed by Tian Gao and Michael Gavencak, Amount claimed: $3830.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21151364)<br>Elsa Heisler<br>791 Tremont St<br>Apt W116<br>Boston, MA 02118 | **Claim No: 194**<br>*Original Filed Date*: 08/12/2026<br>*Original Entered Date*: 08/12/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $23572.00
Priority claimed: $7857.00

*History:*
Details 194-1 08/12/2026 Claim #194 filed by Elsa Heisler, Amount claimed: $23572.00 (ADI)

*Description:*

*Remarks:* (194-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and triple damages owed under the Massachusetts Wage Act

*Creditor:* (21151366)
Rishi Raj Shukla
CT Corporation System
155 Federal Street
Suite 700
Boston, MA 02110

**Claim No: 195**
*Original Filed Date*: 08/12/2026
*Original Entered Date*: 08/12/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $92191.29

*History:*
Details 195-1 08/12/2026 Claim #195 filed by Rishi Raj Shukla, Amount claimed: $92191.29 (ADI)

*Description:*

*Remarks:* (195-1) Filer Comment: I as a Manager of Oxford Street Education LLC reserve the right to amend or supplement the Proof of Claim as I incur further damages related to this case and matter.

*Creditor:* (21151368)
Quincy Snellings
16 Rice Street
Unit.1
Brookline, MA 02445

**Claim No: 196**
*Original Filed Date*: 08/12/2026
*Original Entered Date*: 08/12/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $41914.14
Priority claimed: $41914.14

*History:*
Details 196-1 08/12/2026 Claim #196 filed by Quincy Snellings, Amount claimed: $41914.14 (ADI)

*Description:*

*Remarks:* (196-1) Filer Comment: wages owed but not paid plus treble damages owed under MA wage act

*Creditor:* (21151704)
Alix Fishman
138 Davis Ave
Brookline, MA 02445

**Claim No: 197**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $56114.61
Priority claimed: $56114.61

*History:*
Details 197-1 08/13/2026 Claim #197 filed by Alix Fishman, Amount claimed: $56114.61 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125421)
Nao Suzuki & Tateki Matsuda
725 Harrison Avenue, #E405

**Claim No: 198**
*Original Filed Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI

Boston, MA 02118 | *Original Entered Date*: 08/13/2026 | *Modified:*

Amount claimed: $41250.00

*History:*

Details 198-1 08/13/2026 Claim #198 filed by Nao Suzuki & Tateki Matsuda, Amount claimed: $41250.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151717)
Lindsay Palazuelos
6 Enfield St.
Unit 3
Boston, MA 02130

**Claim No: 199**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $22774.00
Priority claimed: $3800.00

*History:*

Details 199-1 08/13/2026 Claim #199 filed by Lindsay Palazuelos, Amount claimed: $22774.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151718)
Ruby Paarlberg
466 3rd St
Apt 1L
Brooklyn, NY 11215

**Claim No: 200**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $21609.00
Priority claimed: $7203.00

*History:*

Details 200-1 08/13/2026 Claim #200 filed by Ruby Paarlberg, Amount claimed: $21609.00 (ADI)

*Description:*

*Remarks:* (200-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21147840)
Daniel Rios & Geetha Mylvaganam
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 201**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $29967.00

*History:*

Details 201-1 08/13/2026 Claim #201 filed by Daniel Rios & Geetha Mylvaganam, Amount claimed: $29967.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151754)
Rebecca Allen

**Claim No: 202**
*Original Filed*

*Status:*
*Filed by:* CR

2 Maple Place
JAMAICA PLAIN, MA 02130

*Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Entered by:* ADI
*Modified:*

Amount claimed: $3351.00
Priority claimed: $3351.00

*History:*

Details 202-1 08/13/2026 Claim #202 filed by Rebecca Allen, Amount claimed: $3351.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21125355)
Friends of JP Education, Inc.
Attn Jake Walker
260 Franklin Street, Suite 1860
Boston, MA 02110

**Claim No: 203**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $1044679.05
Secured claimed: $1044679.05

*History:*

Details 203-1 08/13/2026 Claim #203 filed by Friends of JP Education, Inc., Amount claimed: $1044679.05 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151761)
Brendan Kohler and Jessica Kohler
280 W 5th St
Apt 2
South Boston, MA 02127-4704

**Claim No: 204**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026
*Last Amendment Filed*: 08/14/2026
*Last Amendment Entered*: 08/14/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:* 08/14/2026

Amount claimed: $9031.00
Priority claimed: $3800.00

*History:*

Details 204-1 08/13/2026 Claim #204 filed by Brendan Kohler and Jessica Kohler, Amount claimed: $9031.00 (ADI)

Details 204-2 08/14/2026 Amended Claim #204 filed by Brendan Kohler and Jessica Kohler, Amount claimed: $9031.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151763)
Elizabeth Hirsch
36 Amherst Rd
unit 1
Newton, MA 02468

**Claim No: 205**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

*History:*

Details 205-1 08/13/2026 Claim #205 filed by Elizabeth Hirsch, Amount claimed: $1577.00 (ADI)

*Description:*

*Remarks:*

Amount claimed: $1577.00
Priority claimed: $1577.00

*History:*
Details 205-1 08/13/2026 Claim #205 filed by Elizabeth Hirsch, Amount claimed: $1577.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21151764)
Timothy and Sara Flynn
58 Durland Road
Lynbrook, NY 11563

**Claim No: 206**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:* 08/26/2026

Amount claimed: $32500.00

*History:*
Details 206-1 08/13/2026 Claim #206 filed by Timothy and Sara Flynn, Amount claimed: $32500.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21151765)
Gadesie Goso-Galvao
1 Tupelo St Unit 2
Roxbury, MA 02119

**Claim No: 207**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $725.52
Priority claimed: $725.52

*History:*
Details 207-1 08/13/2026 Claim #207 filed by Gadesie Goso-Galvao, Amount claimed: $725.52 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21151784)
Miranda Featherstone
6 Alfred Stone Rd
Providence, RI 02906

**Claim No: 208**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $8072.92
Priority claimed: $8072.92

*History:*
Details 208-1 08/13/2026 Claim #208 filed by Miranda Featherstone, Amount claimed: $8072.92 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21151785)

**Claim No: 209**

*Status:*

*History:*
Details 209-1 08/13/2026 Claim #209 filed by Sheryl Howard and Naomi Oliver, Amount claimed: $4030.00 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| Sheryl Howard and Naomi Oliver<br>180 Beech Street<br>Roslindale, MA 02131 | *Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $4030.00
Priority claimed: $3800.00

*History:*

Details 209-1 08/13/2026 Claim #209 filed by Sheryl Howard and Naomi Oliver, Amount claimed: $4030.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21151787)<br>Courtney E. Hawkins<br>56 Hammond street<br>Providence, RI 02909 | **Claim No: 210**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $1819.00
Priority claimed: $1819.00

*History:*

Details 210-1 08/13/2026 Claim #210 filed by Courtney E. Hawkins, Amount claimed: $1819.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21151829)<br>Marc Sorresso<br>1 Cumston St.<br>Boston, MA 02118 | **Claim No: 211**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $4783.00
Priority claimed: $3800.00

*History:*

Details 211-1 08/13/2026 Claim #211 filed by Marc Sorresso, Amount claimed: $4783.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125443)<br>Rahul Ganatra & Katharine Robb<br>14 Morey Rd<br>West Roxbury, MA 02132 | **Claim No: 212**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $61419.00
Priority claimed: $3800.00

*History:*

Details 212-1 08/13/2026 Claim #212 filed by Rahul Ganatra & Katharine Robb, Amount claimed: $61419.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151857)
Savannah Grierson
665 E 7th street
Apt 1
SOUTH BOSTON, MA 02107

**Claim No: 213**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $5488.00
Priority claimed: $5488.00

*History:*
Details 213-1 08/13/2026 Claim #213 filed by Savannah Grierson, Amount claimed: $5488.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21151859)
Alan Wirzbicki
17 Manthorne Rd.
West Roxbury, MA 02132

**Claim No: 214**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $2323.00
Priority claimed: $2323.00

*History:*
Details 214-1 08/13/2026 Claim #214 filed by Alan Wirzbicki, Amount claimed: $2323.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21151867) History
Intuit Inc.
Sarah S. Mattingly
101 South Fifth Street, Suite 2500
Louisville, KY 40202

**Claim No: 215**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* Sarah S. Mattingly
*Modified:*

Amount claimed: $2280702.00

*History:*
Details 215-1 08/13/2026 Claim #215 filed by Intuit Inc., Amount claimed: $2280702.00 (Mattingly, Sarah )

*Description:*
*Remarks:*

*Creditor:* (21151875)
Shilpa Taneja-Mannetta
79 Brookley Rd
#3
Jamaica Plain, MA 02130

**Claim No: 216**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $21748.83
Priority claimed: $21748.83

*History:*
Details 216-1 08/13/2026 Claim #216 filed by Shilpa Taneja-Mannetta, Amount claimed: $21748.83 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21151881)
Andrea Russell
996 South Street
Unit 2
Roslindale, MA 02131-2324

**Claim No: 217**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $1357.00
Priority claimed: $1357.00

*History:*
Details 217-1 08/13/2026 Claim #217 filed by Andrea Russell, Amount claimed: $1357.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151886)
Bruce Epstein
400 Stuart Street
21E
400 Stuart Street 21E, MA 02126

**Claim No: 218**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $29967.00
Priority claimed: $3800.00

*History:*
Details 218-1 08/13/2026 Claim #218 filed by Bruce Epstein, Amount claimed: $29967.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151889)
Zachary Matilsky
c/o Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

**Claim No: 219**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $135000.00

*History:*
Details 219-1 08/13/2026 Claim #219 filed by Zachary Matilsky, Amount claimed: $135000.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151890)
Monique Stamps
23 Brayton Rd
Brighton, MA 02135

**Claim No: 220**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

*History:*
Details 220-1 08/13/2026 Claim #220 filed by Monique Stamps, Amount claimed: $15156.26 (ADI)

*Description:*

*Remarks:* (220-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

Amount claimed: $15156.26
Priority claimed: $15156.26

*History:*

Details 220-1 08/13/2026 Claim #220 filed by Monique Stamps, Amount claimed: $15156.26 (ADI)

*Description:*

*Remarks:* (220-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21125461)
Robert Lytle
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02210

**Claim No: 221**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026
*Last Amendment Filed*: 08/13/2026
*Last Amendment Entered*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:* 08/13/2026

Amount claimed: $92191.29

*History:*

Details 221-1 08/13/2026 Claim #221 filed by Robert Lytle, Amount claimed: $92191.29 (ADI)
Details 221-2 08/13/2026 Amended Claim #221 filed by Robert Lytle, Amount claimed: $92191.29 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151911)
Felicia B. Kazer
11 Plainfield St Apt. 2
Apt. 2
Jamaica Plain, MA 02130
Jamaica Plain, MA 02130

**Claim No: 222**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $52433.91
Priority claimed: $52433.91

*History:*

Details 222-1 08/13/2026 Claim #222 filed by Felicia B. Kazer, Amount claimed: $52433.91 (ADI)

*Description:*

*Remarks:* (222-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21151912)
43 E Manning Street
/
Providence, RI 02906-4008

**Claim No: 223**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $20844.00
Priority claimed: $3800.00

*History:*

Details 223-1 08/13/2026 Claim #223 filed by 43 E Manning Street, Amount claimed: $20844.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151935)
Boston Music Project INC
PO BOX 180772
Boston, MA 02118

**Claim No: 224**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* usbc kmj
*Modified:*

Amount claimed: $57000.00

*History:*

Details 224-1 08/13/2026 Claim #224 filed by Boston Music Project INC, Amount claimed: $57000.00 (kmj, usbc )

*Description:*

*Remarks:*

*Creditor:* (21151947)
Lucy Boyd Schachter
185 Christina st
Newton, MA 02461

**Claim No: 225**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $3800.00
Priority claimed: $3800.00

*History:*

Details 225-1 08/13/2026 Claim #225 filed by Lucy Boyd Schachter, Amount claimed: $3800.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151949)
Kelsey Iwanicki
H3 Grandview Drive
South Burlington, VT 05403

**Claim No: 226**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $12768.00
Priority claimed: $12768.00

*History:*

Details 226-1 08/13/2026 Claim #226 filed by Kelsey Iwanicki, Amount claimed: $12768.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21151972)
Bora Shin, Victor Shin, and Kyoon Shin
21 westford rd
PROVIDENCE, RI 02906

**Claim No: 227**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $49781.00
Priority claimed: $3800.00

*History:*

Details 227-1 08/13/2026 Claim #227 filed by Bora Shin, Victor Shin, and Kyoon Shin, Amount claimed: $49781.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21151973)<br>Kenneth Orellana<br>16 Bryant Road<br>Boston, MA 02132-6102 | **Claim No: 228**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $4337.00
Priority claimed: $3800.00

*History:*
Details 228-1 08/13/2026 Claim #228 filed by Kenneth Orellana, Amount claimed: $4337.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21151974)<br>Hannah Trivilino<br>49 Hall St<br>Apt #3<br>Jamaica Plain, MA 02130 | **Claim No: 229**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $26419.32
Priority claimed: $8806.44

*History:*
Details 229-1 08/13/2026 Claim #229 filed by Hannah Trivilino, Amount claimed: $26419.32 (ADI)

*Description:*

*Remarks:* (229-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21151975)<br>Francis Xavier Nviri<br>15 Maynard Street<br>Roslindale, MA 02131 | **Claim No: 230**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $2485.00
Priority claimed: $2485.00

*History:*
Details 230-1 08/13/2026 Claim #230 filed by Francis Xavier Nviri, Amount claimed: $2485.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21151986)<br>Ayanna Robinson<br>256 Ames St<br>Apt 2W<br>Brockton, MA, 02302<br>brockton, MA 02302 | **Claim No: 231**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*History:*
Details 231-1 08/13/2026 Claim #231 filed by Ayanna Robinson, Amount claimed: $50060.61 (ADI)

*Description:*

*Remarks:* (231-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

Amount claimed: $50060.61
Priority claimed: $16686.87

*History:*
Details 231-1 08/13/2026 Claim #231 filed by Ayanna Robinson, Amount claimed: $50060.61 (ADI)

*Description:*

*Remarks:* (231-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21152038)<br>Peter Asen<br>245 Armington Street<br>Cranston, RI 02905 | **Claim No: 232**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $2216.00
Priority claimed: $2216.00

*History:*
Details 232-1 08/13/2026 Claim #232 filed by Peter Asen, Amount claimed: $2216.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152039)<br>Alsatia Jowers<br>307 Lamartine St Apt 1<br>Boston, MA 02130 | **Claim No: 233**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $28289.34
Priority claimed: $9429.78

*History:*
Details 233-1 08/13/2026 Claim #233 filed by Alsatia Jowers, Amount claimed: $28289.34 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152079)<br>Charlene Collibee<br>424 Hope St.<br>Providence, RI 02906 | **Claim No: 234**<br>*Original Filed Date*: 08/13/2026<br>*Original Entered Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $2669.00
Priority claimed: $2669.00

*History:*
Details 234-1 08/13/2026 Claim #234 filed by Charlene Collibee, Amount claimed: $2669.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152080)<br>Bonni Wanamaker<br>171 Hyde Park Avenue | **Claim No: 235**<br>*Original Filed Date*: 08/13/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI |

Apt A
Jamaica Plain, MA 02130

*Original Entered Date*: 08/13/2026

*Modified:*

Amount claimed: $6221.00
Priority claimed: $3800.00

*History:*

Details 235-1 08/13/2026 Claim #235 filed by Bonni Wanamaker, Amount claimed: $6221.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21152081)
Christine and Katherine Dieter
25 Lennon Street
Providence, RI 02908

**Claim No: 236**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $2037.00
Priority claimed: $2037.00

*History:*

Details 236-1 08/13/2026 Claim #236 filed by Christine and Katherine Dieter, Amount claimed: $2037.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21152082)
Kelly Robertson
393 Hope St Apt 2
Providence, RI 02906

**Claim No: 237**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $10746.14
Priority claimed: $10746.14

*History:*

Details 237-1 08/13/2026 Claim #237 filed by Kelly Robertson, Amount claimed: $10746.14 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21152083)
Alexander Jorrin
31 Bay Lawn Ave
Warwick, RI 02888

**Claim No: 238**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026
*Last Amendment Filed*: 08/13/2026
*Last Amendment Entered*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:* 08/13/2026

*History:*

Details 238-1 08/13/2026 Claim #238 filed by Alexander Jorrin, Amount claimed: $14338.00 (ADI)
Details 238-2 08/13/2026 Amended Claim #238 filed by Alexander Jorrin, Amount claimed: $14338.00 (ADI)

*Description:*

*Remarks:*

Amount claimed: $14338.00
Priority claimed: $3800.00

*History:*

Details 238-1 08/13/2026 Claim #238 filed by Alexander Jorrin, Amount claimed: $14338.00 (ADI)
Details 238-2 08/13/2026 Amended Claim #238 filed by Alexander Jorrin, Amount claimed: $14338.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21152084)
Derek Haas
1 Waterhouse Street
Apt 25
Cambridge, MA 02138

**Claim No: 239**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $559452.05

*History:*

Details 239-1 08/13/2026 Claim #239 filed by Derek Haas, Amount claimed: $559452.05 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21152085)
Cristi Paola Rodriguez
144 Addison St, Boston MA apt 502N
Boston, MA 02128

**Claim No: 240**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $21822.00
Priority claimed: $21822.00

*History:*

Details 240-1 08/13/2026 Claim #240 filed by Cristi Paola Rodriguez, Amount claimed: $21822.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21152086)
Hannah Theodat
87 Bonad Rd
Chestnut Hill, MA 02467-3623

**Claim No: 241**
*Original Filed Date*: 08/13/2026
*Original Entered Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $2552.00
Priority claimed: $2052.00

*History:*

Details 241-1 08/13/2026 Claim #241 filed by Hannah Theodat, Amount claimed: $2552.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21152087)
Dacia Read
216 8th Street
Providence, RI 02906

**Claim No: 242**
*Original Filed Date*: 08/13/2026
*Original Entered*

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

*Date*: 08/13/2026

Amount claimed: $27027.00
Priority claimed: $2875.00

*History:*

Details 242-1 08/13/2026 Claim #242 filed by Dacia Read, Amount claimed: $27027.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21152088)
Destiny Edwards
161 W Springfield St
Apt. C
Boston, MA 02118

**Claim No: 243**
*Original Filed*
*Date*: 08/13/2026
*Original Entered*
*Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $21856.92
Priority claimed: $7276.28

*History:*

Details 243-1 08/13/2026 Claim #243 filed by Destiny Edwards, Amount claimed: $21856.92 (ADI)

*Description:*

*Remarks:* (243-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21152089)
Christopher Andrews & Nancy McDermott
337 Cornell Street
Boston, MA 02131

**Claim No: 244**
*Original Filed*
*Date*: 08/13/2026
*Original Entered*
*Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $6534.00
Priority claimed: $3800.00

*History:*

Details 244-1 08/13/2026 Claim #244 filed by Christopher Andrews & Nancy McDermott, Amount claimed: $6534.00 (ADI)

*Description:*

*Remarks:*

*Creditor:* (21152090)
Catherine Edwards
139 Antrim Street
Apt 1
Cambridge, MA 02139

**Claim No: 245**
*Original Filed*
*Date*: 08/13/2026
*Original Entered*
*Date*: 08/13/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $43584.84
Priority claimed: $14528.28

*History:*

Details 245-1 08/13/2026 Claim #245 filed by Catherine Edwards, Amount claimed: $43584.84 (ADI)

*Description:*

*Remarks:* (245-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

*Creditor:* (21152152)
Nathan Davis Hunt
133 Paul Gore St
Jamaica Plain, MA 02130

**Claim No: 246**
*Original Filed Date*: 08/14/2026
*Original Entered Date*: 08/14/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $17448.00
Priority claimed: $3800.00

*History:*
Details 246-1 08/14/2026 Claim #246 filed by Nathan Davis Hunt, Amount claimed: $17448.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21152185)
Alan Howard
91 S Angell St. Apt. 1
Providence, RI 02906

**Claim No: 247**
*Original Filed Date*: 08/14/2026
*Original Entered Date*: 08/14/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $5226.75
Priority claimed: $4986.75

*History:*
Details 247-1 08/14/2026 Claim #247 filed by Alan Howard, Amount claimed: $5226.75 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21149796)
Lisa Sander
82 Washington Street
Melrose, MA 02176

**Claim No: 248**
*Original Filed Date*: 08/14/2026
*Original Entered Date*: 08/14/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $24053.22

*History:*
Details 248-1 08/14/2026 Claim #248 filed by Lisa Sander, Amount claimed: $24053.22 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21152188)
Tanquea Lavette Foster
375 Hyde Park Ave
Boston, MA 02131-2117

**Claim No: 249**
*Original Filed Date*: 08/14/2026
*Original Entered Date*: 08/14/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

*History:*
Details 249-1 08/14/2026 Claim #249 filed by Tanquea Lavette Foster, Amount claimed: $54930.00 (ADI)

*Description:*
*Remarks:* (249-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act.

Amount claimed: $54930.00

Priority claimed: $54930.00

*History:*

Details 249-1 08/14/2026 Claim #249 filed by Tanquea Lavette Foster, Amount claimed: $54930.00 (ADI)

*Description:*

*Remarks:* (249-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act.

| | | |
|---|---|---|
| *Creditor:* (21152189)<br>Peter M Boesel<br>2504 Stanmore Drive<br>Houston, TX 77019<br>Houston, TX 77019 | **Claim No: 250**<br>*Original Filed*<br>*Date*: 08/14/2026<br>*Original Entered*<br>*Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $33913.32

Priority claimed: $3800.00

*History:*

Details 250-1 08/14/2026 Claim #250 filed by Peter M Boesel, Amount claimed: $33913.32 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152230)<br>Remy Springer<br>26 ASTICOU RD<br>APT 2<br>BOSTON, MA 02130 | **Claim No: 251**<br>*Original Filed*<br>*Date*: 08/14/2026<br>*Original Entered*<br>*Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $4126.00

Priority claimed: $3800.00

*History:*

Details 251-1 08/14/2026 Claim #251 filed by Remy Springer, Amount claimed: $4126.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152236)<br>Clark Hill PLC<br>c/o Kevin H. Morse<br>130 E. Randolph St, Suite 3900<br>Chicago, IL 60601 | **Claim No: 252**<br>*Original Filed*<br>*Date*: 08/14/2026<br>*Original Entered*<br>*Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $105019.13

*History:*

Details 252-1 08/14/2026 Claim #252 filed by Clark Hill PLC, Amount claimed: $105019.13 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152241)<br>Carolina Gonzalez<br>1021 S Franklin Street<br>Holbrook, MA 02343 | **Claim No: 253**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $24000.00

*History:*

Details 253-1 08/14/2026 Claim #253 filed by Carolina Gonzalez, Amount claimed: $24000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125385)<br>Jennifer Thompson & Matthew Donohue<br>10 Park Row West, Apt 102<br>Providence, RI 02903 | **Claim No: 254**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $41250.00

*History:*

Details 254-1 08/14/2026 Claim #254 filed by Jennifer Thompson & Matthew Donohue, Amount claimed: $41250.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152261)<br>Kiya Savannah<br>286 West Elm Street<br>Brockton, MA 02301 | **Claim No: 255**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $62406.00

*History:*

Details 255-1 08/14/2026 Claim #255 filed by Kiya Savannah, Amount claimed: $62406.00 (ADI)

*Description:*

*Remarks:* (255-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21152274)<br>Chloe Bergmark<br>147 Evergreen St<br>Providence, RI 02906 | **Claim No: 256**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $16292.52
Priority claimed: $16292.52

*History:*

Details 256-1 08/14/2026 Claim #256 filed by Chloe Bergmark, Amount claimed: $16292.52 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152284)<br>Kelsie Colson<br>63 Tucker St.<br>Lincoln, RI 02865 | **Claim No: 257**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $13466.52
Priority claimed: $1400.00

*History:*

Details 257-1 08/14/2026 Claim #257 filed by Kelsie Colson, Amount claimed: $13466.52 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152313)<br>Edweyza Lyzmer Rodriguez Ramos<br>12 chestnut street<br>Hyde Park, MA 02136 | **Claim No: 258**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $19500.00
Priority claimed: $19500.00

*History:*

Details 258-1 08/14/2026 Claim #258 filed by Edweyza Lyzmer Rodriguez Ramos, Amount claimed: $19500.00 (ADI)

*Description:*

*Remarks:* (258-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21152314)<br>Amy Davis<br>227 Doyle Avenue<br>Providence, RI 02906 | **Claim No: 259**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $777.00
Priority claimed: $777.00

*History:*

Details 259-1 08/14/2026 Claim #259 filed by Amy Davis, Amount claimed: $777.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21125464)<br>Sade Freeland<br>Lichten & Liss-Riordan, P.C.<br>729 Boylston Street<br>Suite 2000<br>Boston, MA 02116 | **Claim No: 260**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*History:*

Details 260-1 08/14/2026 Claim #260 filed by Sade Freeland, Amount claimed: $55907.15 (ADI)

*Description:*

*Remarks:*

Amount claimed: $55907.15
Priority claimed: $17568.08

*History:*
Details 260-1 08/14/2026 Claim #260 filed by Sade Freeland, Amount claimed: $55907.15 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152315)<br>Diana Hickox<br>205 Colburn St<br>Dedham, MA 02026 | **Claim No: 261**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $31881.21
Priority claimed: $10627.07

*History:*
Details 261-1 08/14/2026 Claim #261 filed by Diana Hickox, Amount claimed: $31881.21 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152316)<br>Lauren Elizabeth Chamberlain<br>20 Delano Park<br>Roslindale, MA 02131-4226 | **Claim No: 262**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $57517.50
Priority claimed: $19172.50

*History:*
Details 262-1 08/14/2026 Claim #262 filed by Lauren Elizabeth Chamberlain, Amount claimed: $57517.50 (ADI)

*Description:*

*Remarks:* (262-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21152317)<br>The Kathryn S. Pinto Revocable Trust of 2021<br>596 Tremont St<br>Apt 1<br>Boston, MA 02118 | **Claim No: 263**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $100000.00

*History:*
Details 263-1 08/14/2026 Claim #263 filed by The Kathryn S. Pinto Revocable Trust of 2021, Amount claimed: $100000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152318)<br>Sarah Rivera<br>285 Fairmount Ave<br>Hyde Park, MA 02136 | **Claim No: 264**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*Date*: 08/14/2026

Amount claimed: $25774.71
Priority claimed: $8591.57

*History:*
Details 264-1 08/14/2026 Claim #264 filed by Sarah Rivera, Amount claimed: $25774.71 (ADI)

*Description:*

*Remarks:* (264-1) Filer Comment: The amount of the claim is comprised of my total wages earned that have not been paid the value of all benefits owed and treble damages owed under the Massachusetts Wage Act

| | | |
|---|---|---|
| *Creditor:* (21152319)<br>Frank Schiano<br>736 East 6th Street<br>1<br>BOSTON, MA 02127 | **Claim No: 265**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $60000.00

*History:*
Details 265-1 08/14/2026 Claim #265 filed by Frank Schiano, Amount claimed: $60000.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152320)<br>Tatiana Iris Jaramillo<br>232 old colony ave #503<br>Boston, MA 02127 | **Claim No: 266**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $900.00

*History:*
Details 266-1 08/14/2026 Claim #266 filed by Tatiana Iris Jaramillo, Amount claimed: $900.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152321)<br>Mark & Grace McGregor<br>94 Neponset Ave<br>Hyde Park, MA 02136 | **Claim No: 267**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered Date*: 08/14/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $1402.00
Priority claimed: $1402.00

*History:*
Details 267-1 08/14/2026 Claim #267 filed by Mark & Grace McGregor, Amount claimed: $1402.00 (ADI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21152322)<br>Ann Ditmars Huyck & Jonathan Huyck<br>68 Transit St.<br>Providence, RI 02906 | **Claim No: 268**<br>*Original Filed Date*: 08/14/2026<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

*Date*: 08/14/2026

Amount claimed: $3025.00
Priority claimed: $3025.00

*History:*
Details 268-1 08/14/2026 Claim #268 filed by Ann Ditmars Huyck & Jonathan Huyck, Amount claimed: $3025.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21152323)
Douglas Ditmars
1 Wayland Avenue
Unit 208-S
Providence, RI 02906

**Claim No: 269**
*Original Filed Date*: 08/15/2026
*Original Entered Date*: 08/15/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $25412.00
Priority claimed: $3800.00

*History:*
Details 269-1 08/15/2026 Claim #269 filed by Douglas Ditmars, Amount claimed: $25412.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21152326)
Alison Weber
33 Pidge Ave
Pawtucket, RI 02860

**Claim No: 270**
*Original Filed Date*: 08/15/2026
*Original Entered Date*: 08/15/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $28905.00
Priority claimed: $7600.00

*History:*
Details 270-1 08/15/2026 Claim #270 filed by Alison Weber, Amount claimed: $28905.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21125271)
144 Wayland, LLC
941 Dyer Avenue
Cranston, RI 02920

**Claim No: 271**
*Original Filed Date*: 08/16/2026
*Original Entered Date*: 08/16/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $47307.46

*History:*
Details 271-1 08/16/2026 Claim #271 filed by 144 Wayland, LLC, Amount claimed: $47307.46 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21153098)
Hirut Fassil
3504 Village Road West

**Claim No: 272**
*Original Filed Date*: 08/18/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI

Norwood, MA 02062 | *Original Entered Date*: 08/18/2026 | *Modified:*

Amount claimed: $4312.00
Priority claimed: $3800.00

*History:*
Details 272-1 08/18/2026 Claim #272 filed by Hirut Fassil, Amount claimed: $4312.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21153231)
Channel Partners Capital, LLC
10900 Wayzata Blvd., Ste 300
Minnentoka, MN 55305

**Claim No: 273**
*Original Filed Date*: 08/18/2026
*Original Entered Date*: 08/18/2026

*Status:*
*Filed by:* CR
*Entered by:* nc
*Modified:*

Amount claimed: $36944.44

*History:*
Details 273-1 08/18/2026 Claim #273 filed by Channel Partners Capital, LLC, Amount claimed: $36944.44 (nc)

*Description:* (273-1) Business Loan and Security Agreement
*Remarks:*

*Creditor:* (21153321)
City of Providence Police Department
c/o Law Department
444 Westminster Street, Suite 220
Providence, RI 02903

**Claim No: 274**
*Original Filed Date*: 08/18/2026
*Original Entered Date*: 08/18/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $1447.38

*History:*
Details 274-1 08/18/2026 Claim #274 filed by City of Providence Police Department, Amount claimed: $1447.38 (ADI)

*Description:*
*Remarks:* (274-1) Account Number (last 4 digits):2404

*Creditor:* (21155613)
Rory Murphy, Parent of R. Murphy
3 Hanson St
Boston, MA 02118

**Claim No: 275**
*Original Filed Date*: 08/24/2026
*Original Entered Date*: 08/24/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI
*Modified:*

Amount claimed: $1998.00
Priority claimed: $1998.00

*History:*
Details 275-1 08/24/2026 Claim #275 filed by Rory Murphy, Parent of R. Murphy, Amount claimed: $1998.00 (ADI)

*Description:*
*Remarks:*

*Creditor:* (21155614)
Rory Murphy, Parent of P. Murphy
3 Hanson St

**Claim No: 276**
*Original Filed Date*: 08/24/2026

*Status:*
*Filed by:* CR
*Entered by:* ADI

| | | |
|---|---|---|
| Boston, MA 02118 | *Original Entered Date*: 08/24/2026 | *Modified:* |

Amount claimed: $2536.00
Priority claimed: $2536.00

*History:*

Details 276-1 08/24/2026 Claim #276 filed by Rory Murphy, Parent of P. Murphy, Amount claimed: $2536.00 (ADI)

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** Oxford Street Education, LLC
**Case Number:** 26-11334
**Chapter:** 7
**Date Filed:** 06/05/2026
**Total Number Of Claims:** 276

| | |
|---|---|
| **Total Amount Claimed*** | $31139840.93 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $1446229.05 | |
| **Priority** | $1688577.18 | |
| **Administrative** | | |