UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>OXFORD STREET EDUCATION, LLC,<br><br>Debtor | Chapter 7<br>Case No. 26-11334-JEB |

**Order**

**MATTER:**
#97 Motion filed by Trustee Harold B. Murphy for 2004 Examination of All-In Accounting Solutions, LLC

Having reviewed the Motion, no objections having been filed and good cause being shown, the Motion is granted as follows.

1. The Trustee is authorized to conduct a Rule 2004 examination of All-In Accounting Solutions, LLC at a date and time as may be agreed, or, if no agreement is reached, then on not less than 14 days' notice of the date, time and place of such examination. If attendance cannot be obtained voluntarily, the Trustee may compel attendance as provided in Bankruptcy Rule 2004(c) and Bankruptcy Rule 9016.

2. The Trustee may compel the production of documents set forth on Exhibit A to the Motion as provided in Bankruptcy Rule 2004(c) and Bankruptcy Rule 9016 on such date as may be agreed, or, if no agreement is reached, then on not less than 14 days' notice of the date, time and place of such production.

3. This Order is without prejudice to the rights of All-In Accounting Solutions, LLC under Federal Rule 45, made applicable by Bankruptcy Rule 9016, with respect to any subpoena, including the right of All-In Accounting Solutions, LLC to serve a written objection to the production of documents or to file a motion to quash or modify a subpoena.

The hearing scheduled for September 9, 2026, on this Motion is canceled.

Dated: August 28, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge