**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br><br>**OXFORD STREET EDUCATION, LLC d/b/a THE CROFT SCHOOL**<br><br>**Debtor** | **Chapter 7**<br><br>**Case No. 26-11334-JEB** |

**CERTIFICATE OF SERVICE**

I, Andrew G. Lizotte., hereby certify that on September 3, 2026, I caused a copy of the attached *Notice of Nonevidentiary Hearing* to be served via electronically through this Court's CM/ECF System and via first class mail to the parties identified on the attached list.

*/s/ Andrew G. Lizotte*______________
Andrew G. Lizotte (BBO #559609)
MURPHY & KING, P.C.
28 State Street, 31st Floor
Boston, Massachusetts 02109
Telephone No.: (617) 423-0400
Email: alizotte@murphyking.com

Dated: September 3, 2026

**VIA CM/ECF:**

| | |
|---|---|
| • James G. Atchison | atchison@casneredwards.com; luo@casneredwards.com |
| • Christopher M. Condon | |
| • Jennifer V. Doran | jdoran@haslaw.com; calirm@hinckleyallen.com<br>kabarrett@hinckleyallen.com |
| • David Fialkow | david.fialkow@troutman.com |
| • Richard King – B | USTPRegion01.BO.ECF@USDOJ.GOV |
| • Andrew G. Lizotte | agl@murphyking.com; bankruptcy@murphyking.com;<br>aspanos@murphyking.com; aceglarski@murphyking.com<br>agl@murphyking.com;alizotte@murphyking.com<br>ecf-72a6723957cc@ecf.pacerpro.com |
| • John T. Morrier | morrier@casneredwards.com; luo@casneredwards.com |
| • David B. Madoff | madoff@mandkllp.com; alston@mandkllp.com |
| • Harold B. Murphy | mxc@hanify.com; ma33@ecfcbis.com;<br>kflynn@murphyking.com |
| • Nina M. Parker | parker@mandkllp.com; alston@mandkllp.com;<br>soares@mandkllp.com |
| • Hanna J. Redd | hanna.redd@troutman.com;<br>monica.molitor@troutman.com |
| • Hannah J. Schilling | hschilling@crfllp.com |
| • Matthew Thomson | mthomson@llrlaw.com |

**VIA FIRST CLASS MAIL:**

On Deck Capital, Inc.
Attn: Cory Kampfer, Chief Executive Officer
1400 Broadway, 25th Floor
New York, NY 10018

On Deck Capital, Inc.
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009

C/O C T Corporation System
28 Liberty Street, 25th Floor
New York, NY 10005
***Registered Agent for On Deck Capital, Inc.***

Measured Moxie Consulting, LLC
39 Glenburn Road
Arlington, MA 02476

Byzfunder NY LLC
530 7th Ave. M1
New York, New York 10018

Republic Registered Agent Services, Inc.
54 State Street, Suite 804
Albany, NY 12207
***Registered Agent for Byzfunder NY LLC***