**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>OXFORD STREET EDUCATION, LLC, d/b/a THE CROFT SCHOOL<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 26-11334** |

# JOINT MOTION FOR APPROVAL OF STIPULATION

Harold B. Murphy in his capacity as the Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Oxford Street Education, LLC d/b/a The Croft School (the "Debtor"), and Rishi Shukla, John Remondi, Michael Goldstein and Robert Lytle (the "Board Members"), respectfully request that the Court enter the proposed stipulation attached hereto as Exhibit A (the "Stipulation).

In further support of this Motion, the Debtor and Board Members state as follows:

1. On June 5, 2026, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in this Court.

2. On September 30, 2026, the Trustee filed motions requesting a Rule 2004 examination of each of the Board Members, as well as that each Board Member produce documents specified in Exhibit A attached thereto (the "Motions") [DE 134-135, 137-138].

3. A hearing on the Motions is scheduled for October 16, 2026.

4. Following discussions, the Trustee and the Board Members have agreed to narrow the scope of the relief requested by the Motions, without prejudice, as set forth in the Stipulation attached hereto.

5. The Trustee and Board Members agree that, should the Court enter the Stipulation, the Motions will be considered withdrawn.

**WHEREFORE**, the parties respectfully request that this Honorable Court:

A. Enter an Order approving and authorizing the Stipulation attached as Exhibit A; and

B. Grant such other and further relief as may be just and equitable.

HAROLD B. MURPHY, as he is Chapter 7 Trustee of Oxford Street Education, LLC

By his Attorneys,

*/s/ Charles R. Bennett, Jr.*
Charles R. Bennett, Jr. (BBO #037380)
Murphy & King, P.C.
28 State Street, Suite 3100
Boston, MA 02109
Telephone No.: (617) 423-0400
cbennett@murphyking.com

RISHI SHUKLA, JOHN REMONDI, MICHAEL GOLDSTEIN, ROBERT LYTLE

By their Attorney,

*/s/ Jennifer V. Doran*
Jennifer V. Doran (BBO #652518)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02209
(617) 378-4128
Fax (617) 345-9000
jdoran@hinckleyallen.com

Dated: October 15, 2026

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on October 15, 2026 I served a copy of the foregoing in the above-captioned proceeding on all parties via the Court's Electronic Case Filing system.

*/s/*Charles R. Bennett, Jr.