# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>OXFORD STREET EDUCATION, LLC, d/b/a THE CROFT SCHOOL<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 26-11334** |

**STIPULATION**

NOW COME Oxford Street Education, LLC, d/b/a The Croft School (the "Debtor") and Rishi Shukla, John Remondi, Michael Goldstein and Robert Lytle (the "Board Members") and stipulate and agree and ask that the Court enter an order narrowing the requests for examination and production of documents served upon the Board Members.

**A. Background**

1. On September 30, 2026, Chapter 7 Trustee Harold B. Murphy ("Trustee") filed motions for the examination of, and the production of documents from, each of the Board Members (the "Motions") [DE 134-135, 137-138].

2. A hearing on the Motions is scheduled for October 16, 2026.

3. After discussion, the Trustee and the Board Members have agreed to narrow the scope of the relief requested by the Motions, as set forth herein.

**B. Agreement**

4. The Trustee and Board Members agree that the Board Members will produce documents responsive to the categories as agreed by the Trustee and the Board Members. A list of such documents is attached hereto as Exhibit 1.

5. Responsive documents will be produced within a set period to be agreed to by the Trustee and Board Members.

6. The Trustee will not, at this time, schedule an examination of the Board Members.

7. This Stipulation shall be without prejudice to the Trustee seeking to request examination or additional documents from the Trustees, or the Board Members' right to object to the same.

**WHEREFORE**, the parties respectfully request that this Honorable Court:

A. Enter an Order approving and authorizing this Stipulation; and

B. Grant such other and further relief as may be just and equitable.

HAROLD B. MURPHY, as he is Chapter 7 Trustee of Oxford Street Education, LLC

By his Attorneys,

*/s/ Charles R. Bennett, Jr.*
Charles R. Bennett, Jr. (BBO #037380)
Murphy & King, P.C.
28 State Street, Suite 3100
Boston, MA 02109
Telephone No.: (617) 423-0400
cbennett@murphyking.com

RISHI SHUKLA, JOHN REMONDI, MICHAEL GOLDSTEIN, ROBERT LYTLE

By their Attorney,

*/s/ Jennifer V. Doran*
Jennifer V. Doran (BBO #652518)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02209
(617) 378-4128
Fax (617) 345-9000
jdoran@hinckleyallen.com

Dated: October 15, 2026

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on October 15, 2026 I served a copy of the foregoing in the above-captioned proceeding on all parties via the Court's Electronic Case Filing system.

*/s/Charles R. Bennett, Jr.*

**EXHIBIT 1**

Each member of the Board of Managers agrees to produce, without the need of a Subpoena, the following:

1. Documents and communications concerning or relating to Mr. Remondi's loans and/or any Loan made by a Member of the Board of Manager including:

    a. Loan documents;
    b. Due diligence;
    c. Information received to induce the person to lend; and
    d. Repayment of the Loans

2. Communications and documents concerning or relating to Andrew Solomon of Measured Moxie Consulting including:

    a. The retaining of Mr. Solomon;
    b. Documents received from Mr. Solomon;
    c. Documents from Scott Given purporting to have been prepared by Mr. Solomon; and
    d. Emails by and among the members of the Board of Managers relating to or concerning Mr. Solomon

3. Documents and communication among members of the Board of Managers relating to:

    a. The financial condition of the School;
    b. Loans made to the School;
    c. Loans by "friends and family"— including Mr. Scott Given, Mr. Given's father and Mr. Given's father-in-law; and
    d. Loans by Third Parties including parents of students