UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>OXFORD STREET EDUCATION, LLC,<br><br>Debtor | Chapter 7<br>Case No. 26-11334-JEB |

**Order**

**MATTER:**
#142 Joint Motion filed by Trustee Harold B. Murphy to Approve [Re: 143 Stipulation]
#134 Motion filed by Trustee Harold B. Murphy for 2004 Examination of Jack Remondi.
#135 Motion filed by Trustee Harold B. Murphy for 2004 Examination of Robert Lytle.
#136 Motion filed by Trustee Harold B. Murphy for 2004 Examination of Kate Mahoney.
#137 Motion filed by Trustee Harold B. Murphy for 2004 Examination of Michael Goldstein.
#138 Motion filed by Trustee Harold B. Murphy for 2004 Examination of Rishi Shukla.

The Joint Motion is granted as follows. The Stipulation is approved. As provided in the Joint Motion, the Trustee is deemed to have withdrawn the above Motions filed by the Trustee for 2004 Examinations. The withdrawal is without prejudice to the Trustee seeking additional relief under Rule 2004 in accordance with the Stipulation.

The hearings scheduled for October 16, 2026, on the Rule 2004 Motions are canceled.

Dated: October 15, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge