UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>OXFORD STREET EDUCATION, LLC,<br><br>Debtor | Chapter 7<br>Case No. 26-11334-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#121 Motion filed by Trustee Harold B. Murphy Motion by Trustee to Supplement Affidavit in connection with Trustee's Retention of Verdolino & Lowey, P.C., as Accountants

**Decision set forth more fully as follows:**
Hearing held on October 16, 2026. For the reasons set forth on the record, the Motion is granted, subject to the terms of this Order. If at any time Mr. Lowey becomes aware of potential litigation or a potential conflict of interest as a result of his role as Escrow Agent, Mr. Lowey shall promptly inform the Trustee. The Trustee shall file a status report with the Court advising of the issue and the steps being taken to resolve the issue.

Dated: October 19, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge