**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-11334 |
| OXFORD STREET EDUCATION, LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 20, 2026, a copy of the *Notice of Nonevidentiary Hybrid Hearing* [Docket No. 147], attached hereto as **Exhibit A**, has been served by CM/ECF Messaging System and via U.S. Mail, as set forth on the attached Schedule 1.

Date: October 20, 2026

Respectfully submitted,

By: */s/ Hanna J. Redd*

**TROUTMAN PEPPER LOCKE LLP**
Jonathan W. Young (BBO #569081)
David E. Fialkow (BBO #666192)
Hanna J. Redd (BBO #705222)
111 Huntington Ave., 9th Floor
Boston, MA 02199
Telephone: 617.239.0141
Fax: 888.325.9128
Email: jonathan.young@troutman.com
david.fialkow@troutman.com
hanna.redd@troutman.com

*Counsel to Croft Bondholders*

Schedule 1

**Via U.S. Mail**

Jack Remondi
258 Bridle Trail Road
Needham, MA 02492

Roberty Lytle
27 Elm St.
Hingham, MA 02043

Michael Goldstein
9 Barbara Terrace
Watertown, MA 02472

Kate Mahoney
8 Brewster Terrace
Swampscott, MA 01907

Rishi Shukla
580 Washington St., Unit 808
Boston, MA 02111

**Via Electronic Mail through ECF**

James G. Atchison
atchison@casneredwards.com; luo@casneredwards.com

Christopher M. Condon
ccondon@psh.com

Jennifer V. Doran
jdoran@haslaw.com; calirm@hinckleyallen.com; kabarrett@hinckleyallen.com

David Fialkow
david.fialkow@troutman.com

Richard King
USTPRegion01.BO.ECF@USDOJ.GOV

Andrew G. Lizotte
agl@murphyking.com; bankruptcy@murphyking.com; aspanos@murphyking.com; aceglarski@murphyking.com; agl@murphyking.com; alizotte@murphyking.com; ecf-72a6723957cc@ecf.pacerpro.com

John T. Morrier
morrier@casneredwards.com; luo@casneredwards.com

David B. Madoff
madoff@mandkllp.com; alston@mandkllp.com

Harold B. Murphy
mxc@hanify.com; ma33@ecfcbis.com; kflynn@murphyking.com

Nina M. Parker
parker@mandkllp.com; alston@mandkllp.com; soares@mandkllp.com

Hanna J. Redd
hanna.redd@troutman.com; monica.molitor@troutman.com

Hannah J. Schilling
hschilling@crfllp.com

Matthew Thomson
mthomson@llrlaw.com

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Oxford Street Education, LLC ,<br>Debtor | Chapter: 7<br>Case No: 26−11334<br>Judge Janet E. Bostwick |

**NOTICE OF NONEVIDENTIARY HEARING**

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **11/4/26 at 10:45 AM** before the Honorable Judge Janet E. Bostwick, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following pleading (the "Pleading"):

[146] Motion filed by Creditors Sara A. Balderi, Scott Baranowski, Austin Becker, Mike Borsare, Kathryn & Timothy Brooks, Sarah Champlin, Eileen Chen, Fernando Contreras, Paul Crockett, David D'Annunzio, Ottavia & Lucas Mann De Luca, Amar Dhand, Domenic DiNardo, Kelly Driscoll, Ashley Dunn, Alexander & Jennifer Dyson, Maritza Ebling, Elevation Capital Holdings LCC, Wajdi Feghali, Doug Fleischer, Michael Fraher, Rahul Ganatra, Tian Gao, Michael Gavencak, Shamim & Riaz Gillani, Andy Golden, Elizabeth Graves, Elyse Hanson, Curtis and Megan Hapgood, Erik & Meredith Hasenoehrl, Patrick & Janet Hasenoehrl, Robert Havdala, Rachel Helm, Susannah Hewitt, Matthew Hillard, Shannon Hourigan, Nikita Imennov, Tim Kachur, Laila Kafi, Sattar & Neda Khoshkhoo, Ian Koebner, Brendan & Jessica Kohler, Kevin & Lidya Le, Michael Lynch, Gina & Andrew Marsh, Leigh Martin, Tateki & Nao Matsuda, Sarah McCrary, Kurtis McKenney, Caroline McKeon, David Meixner, Christina & Bobby Metcalfe, Lee Mirbach, Michael "Desi" Murphy, Beisy Navarro, Chris Nelen, Nicholas Nelson, Stephen Nicolson, Will & Kari Oliver−Milchman, Charlene Ong, Joseph Pedulla, Elizabeth Poole, R2JM, LLC, RDJD GROUP LLC and NS3 HOLDINGS LLC, Shruti Rao, Jean Raymond, Justin Reid, Leon C. Richardson, Ronit Ridberg, Daniel Rios, Kate Robb, Dana & Amy Ross, Simon Salgado, Pritesh Saraiya, Gunar Schirner, George Schultz, Elana & Jason Silver, Jake & Maura Silverman, Daniel & Sonja Solomon, Jeff Spielberg, Elizabeth Sullivan, The Thad and Janice Russell Revocable Trust, their successors and assigns, The Walker Family Revocable Trust, Brian Theyel, Devesh Tiwari, Alexander & Laura Van Dijk, Vertigo Capital Holdings LCC, Matthew Vettel, Rick Walega, Brian & Genevieve Wallden, Richard and Susan Wallden, Jean Wang, Charlie Zambri for 2004 Examination of Multiple Parties.

nThe hearing is scheduled as a Hybrid Hearing. Parties and counsel may participate in person in the Courtroom or by video conference using Zoomgov.com technology. Parties who wish to appear by video must request the link from the Courtroom Deputy Lisa Belanger, at lisa_belanger@mab.uscourts.gov no later than 10:00 a.m. the business day before the hearing. Requests submitted after the deadline may not be accommodated and the Party should plan to attend in person in the Courtroom. Appearance by video is limited to counsel and parties in interest. Public access will be in person only. A Hybrid Hearing is an official court proceeding and remote attendees are required to act and dress in the same manner as in person hearings. Parties attending remotely must be in a quiet setting and must not be walking, driving, or performing other activities while participating in the hearing. Failure to comply may result in termination of access, sanctions, or other action by the Court.

**OBJECTION/RESPONSE DEADLINE: NOVEMBER 2, 2026 11:59 PM**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the Pleading without a hearing or further notice.

**THE PARTY WHO FILED THE PLEADING IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the party who filed the Pleading fails to timely file a certificate of service, the Court may deny or overrule the Pleading without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.
3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the Court determines the existence of a disputed and material issue of fact, the Court may schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the Court schedules an evidentiary hearing.

Date:10/19/26

By the Court,

Lisa Belanger
Deputy Clerk
617−748−5326